JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | Category No. **II** | Investigating Agency **FBI** |
| City **BOSTON** | **Related Case Information:** | |
| County **SUFFOLK** | Superseding Ind./ Inf. _____ | Case No. **19-mj-2257-MBB** |
| | Same Defendant _____ New Defendant **X** | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number **19-mj-2258-MBB** | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: **TANMAYA KABRA**     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) **BOSTON, MASSACHUSETTS**

Birth date (Yr only): **1993**   SSN (last4#): **4202**   Sex **M**   Race: **UNK**   Nationality: **UNK**

**Defense Counsel if known:** _____     Address _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: **CHRISTOPHER LOONEY / JORDI DE LLANO**     Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No     List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **08/04/2019**     Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    TANMAYA KABRA

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC § 1343 | Wire Fraud | 1 |
| Set 2 | 18 USC § 1344 | Bank Fraud | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013