AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Tanmaya Kabra

## EXHIBIT AND WITNESS LIST

Case Number:  1:19-mj-02257-MBB

| PRESIDING JUDGE<br>Hon. M. Bowler, USMJ | PLAINTIFF'S ATTORNEY<br>Christopher R. Looney | DEFENDANT'S ATTORNEY<br>Gregory L. Johnson |
|---|---|---|
| TRIAL DATE (S)<br>8/7/2019 | COURT REPORTER<br>Digital Recorder | COURTROOM DEPUTY<br>H. Putnam |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 8/7/2019 |  |  | Government calls Special Agent David Cirilli, FBI |
| 1 |  | 8/7/2019 | X | X | Complaint affidavit of Special Agent Kevin M. Sheahan |
| 2 |  | 8/7/2019 | X | X | text exchange between defendant and an investor dated 4/3/18, 4/6/18 |
| 3 |  | 8/7/2019 | X | X | text chain of communication between defendant and an investor dated 12/16/18 |
| 4 |  | 8/7/2019 | X | X | Brookline Bank records in name of LAUNCHBYTE.IO LLC dated 1/10/19 |
| 5 |  | 8/7/2019 | X | X | copy of check #1139 dated 12/3/18, drawn on Brookline Bank |
| 6 |  | 8/7/2019 | X | X | email chain b/n defendant and Brookline Bank officer from various dates in April, March 2018 |
| 7 |  | 8/7/2019 | X | X | Brookline Bank statement for LAUNCHBYTE.IO LLC, date range: 3/11/19-4/10/19 |
| 8 |  | 8/7/2019 | X | X | text exhange between defendant and Brookline Bank employee from March 2019 |
| 9 |  | 8/7/2019 | X | X | Brookline Bank Personal Financial Statement sent from defendant to investor, dated 12/20/17 |
| 10 |  | 8/7/2019 | X | X | Santander Bank statement for LAUNCHBYTE VENTURES LLC, date range: 7/1/19-7/31/19 |
| 11 |  | 8/7/2019 | X | X | Santander Account Inquiry for LAUNCHBYTE VENTURES LLC, date range: 1/1/19-1/3/19 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages