JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. __II__  Investigating Agency __FBI__

**City** __Boston__  **Related Case Information:**

**County** __Suffolk__  Superseding Ind./Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number __19-mj-02257__
Search Warrant Case Number __19-mj-02258__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __TANMAYA KABRA__  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State) Boston, Massachusetts__

Birth date (Yr only): __1993__  SSN (last4#): __4202__  Sex __M__  Race: __Unkn__  Nationality: __U.S.__

**Defense Counsel if known:** __Mark Berthiaume__  Address __Greenberg Traurig LLP__

**Bar Number** _____  One International Place
Boston, MA 02110

**U.S. Attorney Information:**

AUSA __Christopher Looney__  Bar Number if applicable __676187__

Interpreter: ☐ Yes ☑ No  List language and/or dialect: _____

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:**

**Arrest Date** __08/04/2019__

☐ Already in Federal Custody as of __08/04/2019__ in __Plymouth County__.
☐ Already in State Custody at ————  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty ——  ☐ Misdemeanor ——  ☑ Felony __8__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 10, 2019  Signature of AUSA: _(signature)_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC § 1343 | Wire Fraud | 1 - 7 |
| Set 2 | 18 USC § 1957 | Money Laundering | 8 |
| Set 3 | 18 USC § 1344 | Bank Fraud | 9 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____