# EXHIBIT C

Case 1:19-cr-10335-DJC   Document 34-3   Filed 09/12/19   Page 1 of 6

# citybizlist

(https://citybizlist.com/)

Contribute (https://citybizlist.com/contribute)  Advertise (https://citybizlist.com/advertise)  Promote (https://citybizlist.com/promote)    Sign up for:  Email Newsletter (https://citybizlist.com/sign-up/email)

in (https://www.linkedin.com/company/citybizlist)  f (https://www.facebook.com/citybizlistbaltimore)
🐦 (https://twitter.com/cblbaltimore)

🔍 Search the site

**Revenue Recognition Whitepaper**
Analyzing Early & Standard Adopters to the New Revenue Recognition Sta
Intelligize

# LaunchByte Names Salvatore Viscomi Chief Medtech Investment Officer

7/1/18



*Salvatore Viscomi MD*

**LaunchByte** today announced the appointment of **Salvatore Viscomi MD** to Chief Medtech Investment Officer (CMIO). LaunchByte created the position in anticipation of its latest fund, which includes early-stage life science and medtech companies.

Using its proprietary Reverse-Angel methodology, LaunchByte's startup experts help seed and growth-stage founders succeed. Through the new fund, medtech and life sciences founders will work closely Dr. Viscomi to create a market-ready product, build a strong team and mentorship network, and foster augmented growth.

"Early-stage life science and medtech companies will make up roughly 10%-15% of LaunchByte's latest fund," said **Tan Kabra**, Founder and CEO, LaunchByte. "Founders in these sectors are innovating at a rapid pace and we're thrilled to play a role in the next wave of successful companies. Bringing Dr. Viscomi on board solidifies our commitment to the healthcare space. His vast clinical and business expertise will greatly benefit founders."

Dr. Viscomi an internationally recognized clinical radiologist, professor and researcher. While he maintains a detailed, working knowledge of technology developments across many specialties of clinical medicine, he is also a business innovator. Dr. Viscomi serves as Chief Medical Officer and Senior Vice President of FreMon Scientific Inc.; Co-Founder and Chief Medical Officer of StripSupply Inc.; member of the Professional Advisory Panel of LifeVault Bio Inc.; and adviser and grant reviewer for the Italian Ministry of Health.

Dr. Viscomi completed his residency and specialization at Harvard Medical School, holds a B.A. in Neuropsychology from Columbia University, and completed the Executive Education Program at the Harvard Business School.

"Entrepreneurs working with LaunchByte are uniquely positioned for exceptional growth within a short period of time. Through my new role at LaunchByte, I have the opportunity to work closely with these founders, further enabling their ideas and helping drive success," said Dr. Viscomi, CMIO, LaunchByte. "I look forward to mentoring next-generation of life science and medtech business pioneers and growing LaunchByte's bustling portfolio in this space."

For more information visit **www.LaunchByte.io (http://www.launchbyte.io/)**.

**About LaunchByte** Founded in 2015 by Tan Kabra, LaunchByte is a unique startuphub that focuses on product design, development, and marketing to help seed- stage startups, growth-stage entrepreneurs, and corporations succeed. Kabra built a team of serial entrepreneurs who along with extensive industry knowledge have a combined 500M+ in exits. LaunchByte is part startup incubator and part micro-fund, utilizing a proprietary Reverse Angel Fund™ method. Within 3 years, LaunchByte has enabled more than 86% of their portfolio (30+ companies) to build stellar products, raise their next round and even begin generating substantial revenue. To learn more about LaunchByte, visit **www.LaunchByte.io (http://www.launchbyte.io/)**.

Posted in People (https://citybizlist.com/channel/people)

**Recent Deals**                                       Interested in advertising your deals? Contact Edwin Warfield (mailto:edwin.warfield@citybizlist.com).

**Transforming Life Science**
Advance human science global through fact-based healthcare discussions





(https://servedbyadbutler.com/redirect.spark?MID=165345&plid=639924&setID=166577&channelID=0&CID=105300&banID=519309614&PID=0&textadID=0&tc=1&mt=1567525095574061&sw=1280&sh=666&spr=1&hc=ed5dbf078c

**Sponsored - Agency/Corporate Program**



(/signup)

## ntact Our CEO, Edwin Warfield

For partnerships, content marketing or advertising inquiries, please contact Edwin through his LinkedIn Profile

Connect (https://www.linkedin.com/in/edwinwarfield)



Copyright 2019 citybizlist

# LaunchByte hires Mahsa Noble as Global Director of Growth

**Publication info:** PR Newswire ; New York [New York]21 Nov 2018.

⌀ProQuest document link

## FULL TEXT

Gulmi Consulting, Zoey Gulmi, Zoey@gulmiconsulting.com

BOSTON, Nov. 21, 2018 /PRNewswire/ – LaunchByte, an execution focused investment firm and startup hub has hired Mahsa Noble as its Global Director of Growth.

Ms. Noble spent the first decade of her career directing start up projects from the ground up both in the US and abroad, facilitating in the concept, management, and execution phases. Most recently, Noble has been placed on the global leadership executive board of the Harvard T.H. Chan School of Public Health and works in her spare time as a global child welfare advocate.

"I am thrilled to have joined LaunchByte's extraordinaire team! I believe the company's success is not only defined by its culture, but also its unparalleled expertise. My mission is to help expand our network globally, especially in the MENA region," said Noble.

"Each new team member brings a unique skill set that, when put together, will drive the company into the next phase of growth. Mahsa has already proven to be a great addition to the team, showcasing her skills as a master connector while propelling the company's overseas growth plans," said Founder Tan Kabra.

**About LaunchByte**

Founded in 2015 by Tan Kabra, LaunchByte is a unique startup hub that focuses on product design, development and marketing to help seed-stage startups, growth-stage entrepreneurs, and corporations succeed. Kabra built a team of serial entrepreneurs who along with extensive industry knowledge have a combined 500M+ in exits. LaunchByte is part startup incubator and part micro-fund, utilizing a proprietary Reverse Angel Fund™ method. Within 3 years, LaunchByte has enabled more than 86% of their portfolio (30+ companies) to build stellar products, raise their next round and even begin generating substantial revenue. To learn more about LaunchByte, visit www.LaunchByte.io.

View original content to download multimedia: http://www.prnewswire.com/news-releases/launchbyte-hires-mahsa-noble-as-global-director-of-growth-300754200.html

SOURCE LaunchByte

CREDIT: LaunchByte

## DETAILS

| | |
|---|---|
| **Subject:** | Startups |
| **Location:** | United States--US |
| **Company / organization:** | Name: Angel Fund; NAICS: 813312 |
| **Publication title:** | PR Newswire; New York |



| | |
|---|---|
| Publication year: | 2018 |
| Publication date: | Nov 21, 2018 |
| Dateline: | BOSTON, Nov. 21, 2018 |
| Publisher: | PR Newswire Association LLC |
| Place of publication: | New York |
| Country of publication: | United States, New York |
| Publication subject: | Business And Economics |
| Source type: | Wire Feeds |
| Language of publication: | English |
| Document type: | News |
| ProQuest document ID: | 2136004475 |
| Document URL: | https://search.proquest.com/docview/2136004475?accountid=35490 |
| Copyright: | Copyright PR Newswire Association LLC Nov 21, 2018 |
| Last updated: | 2018-11-21 |
| Database: | US Northeast Newsstream |

Database copyright © 2019 ProQuest LLC. All rights reserved.

Terms and Conditions   Contact ProQuest

