# EXHIBIT D

| Mahsa Fundraising | Low | High | Target Date | Notes: |
|---|---|---|---|---|
| Scott & Esmeralda Swartz | $1,500,000.00 | $3,000,000.00 | 30-Jan | Esmeralda said she would reach out this week about a time to meet with Scott. |
| Aisha al Riyami | $2,000,000.00 | $3,000,000.00 | 30-Jan | No go |
| Ahmed Al Qassimi | $2,000,000.00 | $5,000,000.00 | 30-Jan | Meeting in January |
| Fahad Al Sharikh | $2,000,000.00 | $10,000,000.00 | 30-Jan | Meeting in Kuwait |
| Abdulaziz Al Noaimi | $5,000,000.00 | $20,000,000.00 | 30-Jan | Meeting in Dubai |
|  |  |  |  | No go |
|  | $2,000,000.00 | $5,000,000.00 | 30-Jan | Meeting in Kuwait |
|  |  |  |  | No go |
| Richard Georgi | $500,000.00 | $1,000,000.00 | 30-Jan | Mahsa has to reach out |
| Paris Panayiotopoulos | $250,000.00 | $500,000.00 | 30-Jan | Reach back out in January |
| Sam Waksal | $250,000.00 | $1,000,000.00 | 30-Jan | Talking to him next week in nyc |
| Jim Moran |  |  |  | Board of Advisors |
| Michael Steliaros | $250,000.00 | $500,000.00 | 30-Jan | London |
| Thomas Redner - Debt Fund | $250,000.00 | $500,000.00 | 15-Dec | Dinner Thursday |
| Cam Neely | $250,000.00 | $500,000.00 | 30-Jan | Around |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| *Totals* | $16,250,000.00 | $50,000,000.00 |  |  |
| *25% Success Rate* | $4,062,500.00 | $12,500,000.00 |  |  |
| *Mahsa Bonus Earnings* | $121,875.00 | $375,000.00 |  |  |

| Salvatore Fundraising | Low | High | Target Date |
|---|---|---|---|
| | | | |
| Suriname Soverign Wealth Fund | $3,000,000.00 | $5,000,000.00 | 30-Sep |
| Mohamad Ossiani | $500,000.00 | $1,000,000.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| *Totals* | $3,500,000.00 | $6,000,000.00 | |
| *25% Success Rate* | **$875,000.00** | **$1,500,000.00** | |
| *Salvatore Bonus Earnings* | *$26,250.00* | *$45,000.00* | |