# EXHIBIT E

Case 1:19-cr-10335-DJC   Document 34-5   Filed 09/12/19   Page 1 of 5

**Kriff, Patrick F.**

| | |
|---|---|
| From: | Wittmann, David <dwittmann@psh.com> |
| Sent: | Tuesday, February 5, 2019 2:35 PM |
| To: | Price, George |
| Cc: | Otto, Douglas B. |
| Subject: | RE: Greetings David.. |

George, Thanks for your explaining your client's position. That being said, I don't believe this situation is nearly that black and white.

Just wanted to reiterate our offer below. Our hope is that your client will reconsider.

Thank you, Dave

---

From: Price, George <price@casneredwards.com>
Sent: Tuesday, February 5, 2019 12:34 PM
To: Wittmann, David <dwittmann@psh.com>
Cc: Otto, Douglas B. <dotto@psh.com>
Subject: [EXTERNAL] RE: Greetings David..

Dave, this is laughable, your client drafted the note and my client has made no attempt to collect any interest on that note to date. None.   As a former prosecutor, your usury claim goes nowhere, other than as evidence against your client, especially once we lay out the facts surrounding your clients actions here and elsewhere.

And yes, indeed, the note is past due. He executed another identical note with a second party and paid on it, some time ago, with interest.

You might also want to review your clients text messages where he admits, in writing, the note is due, now past due.

If and when your client actually has the money to pay my client, please let me know and we may be able to settle this dispute.  He told my client, in writing, he would have the money last week – another false promise. He even uttered a bad check for $250,000, a felony here in Massachusetts. So we will not agree to any more false dates. We will, however, move to recoup this money through all lawful means.

Thank you,

George

---

From: Wittmann, David [mailto:dwittmann@psh.com]
Sent: Tuesday, February 05, 2019 12:17 PM
To: Price, George
Cc: Otto, Douglas B.
Subject: RE: Greetings David..

Hi George,

1

I've taken a closer look at the note.

First, the note is not due. The "project" has not been "kicked off". Does your client have a right to call the note? I didn't see any language to that effect.

Second, the note is usurious. Your client could be found guilty of criminal usury. I'm sure your client is not interested in that. It's also possible that the courts void the note.

So, I don't think it's as black and white as your client simply demanding repayment. And I don't think courts would find it black and white either.

That being said, Tan is not trying to avoid paying your client back. He is prepared to pay back 250K on or before March 5 (even though it is not technically due). He will also require a mutual general release.

Let me know your thoughts.

Thanks, Dave

---

**From:** Price, George <price@casneredwards.com>
**Sent:** Tuesday, February 5, 2019 11:02 AM
**To:** Wittmann, David <dwittmann@psh.com>
**Cc:** Price, George <price@casneredwards.com>
**Subject:** [EXTERNAL] RE: Greetings David..

My client is still listed on KV Ventures website. Please have your client take this down immediately. I have been contacted now by several people TAN owes significant amounts of money too and he is out of time. We'll give him to COB today to pay my client at least the 250k loaned or we are taking next steps. Thanks.

**From:** Wittmann, David [mailto:dwittmann@psh.com]
**Sent:** Friday, February 01, 2019 10:15 AM
**To:** Price, George
**Subject:** RE: Greetings David..

That's all I have for you.

As soon as I know more, I will let you know.

---

**From:** Price, George <price@casneredwards.com>
**Sent:** Friday, February 1, 2019 9:53 AM
**To:** Wittmann, David <dwittmann@psh.com>
**Subject:** [EXTERNAL] RE: Greetings David..

Need more than that David, need a date certain, like today or Monday at the latest. All rights and remedies reserved on this end. Thanks.

Learn more about our lawyers at http://psh.com<http://www.psh.com/>
[https://mlsvc01-prod.s3.amazonaws.com/0160d50b001/d6b37e70-768d-498b-89f7-276ad1e0fdae.png?ver=1492804366000] <https://www.linkedin.com/company-beta/205269/>

From: Price, George <price@casneredwards.com>
Sent: Thursday, January 31, 2019 11:30 AM
To: Wittmann, David <dwittmann@psh.com>
Subject: [EXTERNAL] Greetings David..

I represent Dr. Salvatore Viscomi. I have been told you represent Tanmaya Kabra. If you do, I'd like to speak to you as soon as it is convenient. Thanks.

George W. Price

Casner & Edwards, LLP
303 Congress Street
Boston, Massachusetts 02210

Main: 617-426-5900
Direct: 857-241-1310
Fax: 617-426-8810
Email: price@casneredwards.com<mailto:price@casneredwards.com>
Web: http://casneredwards.com<http://www.casneredwards.com/>

This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by electronic mail or call 617-426-5900. Thank you for your cooperation.

This email message contains confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you think you have received this e-mail message in error, please notify Partridge Snow & Hahn LLP at (401) 861-8200, and purge this e-mail message from your computer system immediately. Thank you.

This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by electronic mail or call 617-426-5900. Thank you for your cooperation.

This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by electronic mail or call 617-426-5900. Thank you for your cooperation.

This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by electronic mail or call 617-426-5900. Thank you for your cooperation.

This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by electronic mail or call 617-426-5900. Thank you for your cooperation.