# EXHIBIT F

# LAUNCHBYTE

DEBT ROUND – APRIL 2019



# Meet
# Tan Kabra
FOUNDER + CEO

Founded in 2014 by Kabra, LaunchByte has become a name in the Boston startup ecosystem that is synonymous with early-stage investing. Kabra set forth $4M of personal capital over the last few years to put 30 idea stage ventures through the LaunchByte incubator on Boylston Street, investing and building every aspect of the companies from the ground up. Now, Kabra sits on a portfolio with several companies that stand to 20X his initial investment into them, and several others with smaller return multiples.

Kabra stands to walk away with $10M after an offer from a PE firm in Asia that wants to add pre-seed/early stage to their portfolio by means of a strategic acquisition.

# $1.5M REMAINING OF $2M BRIDGE FINANCING ROUND

The firm had 2 individuals committed towards the bridge financing round. One for $1.5M and the other for $500K.

The individual for $1.5M was signed, sealed, and was ready to wire the funds this past Monday (April 15) when he had to pull out at the 11th hour unexpectedly.

We are now actively seeking individuals to quickly patch up the $1.5M defecit on a short term note. We are already in discussions with a few firms to do a larger, institutional debt round for a long term, out of which this note will be repaid first.

**Total: $1,500,000**     **Interest: 10%**

**Term: 90-120 Days**     **Closing: ASAP**

**Security: Unconditional Guaranty by Guarantor ($16M assets)**



# PERSONAL FINANCIAL STATEMENT OF UNCONDITIONAL GUARANTOR (US BASED)

| Total Annual Income | | Total Annual Expenditures | |
|---|---|---|---|
| Assets as of January 2019 | Amount ($) | Liabilities as of January 2019 | Amount ($) |
| Cash and Savings (Schedule A) | 4,850,000 | Credit Cards Payable | |
| Marketable Securities (Schedule B) | 7,200,500 | Mortgage Debt (Schedule C) | 700,000 |
| Residential Real Estate (Schedule C) | 1,700,000 | Student Loans Payable | |
| Real Estate Investments (Schedule C) | 1,300,000 | Notes Payable (Schedule E) | |
| Ownership Interest in Businesses (Schedule D) | | Taxes Payable (Income, Property, Business) | |
| Profit Sharing & Other Vested Retirement Accounts | | Other Liabilities (Schedule E) | |
| Personal Property (Including automobiles) | | Contingent Liabilities (Schedule F) | |
| Other Assets (List) | | | |
| | | Total Liabilities | 700,000 |
| | | Net Worth (Total Assets – Total Liabilities) | 14,350,500 |
| Total Assets | 15,050,500 | Total Liabilities and Net Worth | |

- More than enough cash to cover guaranty if needed (Guarantor himself cannot complete the deal due to his involvement with the acquiring party – conflict of interest)
- US Listed Securities
- Real Estate Investment Properties

Page 1 of 3

V 6.0 – 11.1.16

DocuSign Envelope ID: FE32C98C-E40C-44BD-A026-4F29CCB8C74D

**BrooklineBank**

PERSONAL FINANCIAL STATEMENT

# Utilization of Funds

In order for this acquisition to go smoothly, the firm has to ensure that the following items are taken care of in full. The following items outline the main areas in which the capital will be allocated.

## 1. PROPER FILINGS (SEC + FINRA)

The firm has worked tirelessly over the past few years to bring a proof of concept to light. Now before the sale, the firm would need to complete the registration as a proper LP structured fund so that the PE fund may buy in and warehouse the companies.

## 2. OUTSTANDING LIABILITIES

Working on 30+ companies created a tail end of liabilities, especially since companies needed continued support

## 3. PREVIOUS ROUND INVESTORS

Because this process was set to take place in October of last year, several individuals had provided small tranches of capital to push the firm along. However, in that time, the value of the companies increased significantly to where they are now. The firm would need to consolidate the outstanding notes of the previous investors.

## 4. LEGAL

Filing fees for SEC registration and fund formation fees are astronomical – especially when utilizing a Tier-1 law firm such as Goodwin Procter. Not to mention the preparation of each company, compliance, AML checks, and more.

## 5. CLOSING COSTS + DUE DILIGENCE

The final pieces of the deal come from a few trips to meet with the firm, its investment banking arm, and assisting in all ways we can with the final due diligence.

# CONTACT INFORMATION

TAN@LAUNCHBYTE.IO

+1 (617) 259 8145