# EXHIBIT G

| Out of $1.50M | $1,750,000.00 | Additional Req | $450,000.00 | Total Req'rd | Outgoing | Credit Cards |
|---|---|---|---|---|---|---|
| Payroll | $120,000.00 | Salvatore | | | Jas | |
| Valentino | $115,000.00 | Kriddr Repays | $335,000.00 | | Valentino | |
| Steve Warren | $105,000.00 | Dugan + Ideatrek | $85,000.00 | | Mahavir | |
| Vanguard | $20,000.00 | Mohamad | $8,000.00 | | BidGuru | |
| Jas | $100,000.00 | Interns Left Over | $10,000.00 | | Tan | |
| Stephen Chaplin | $80,000.00 | Tan | $12,000.00 | | Clayt | |
| Anmol Amex | $15,000.00 | | | | Ross | |
| Mahavir | $73,500.00 | | | | Justin | |
| Brookline Bank | $76,500.00 | | | | James | |
| Zwicker | $50,000.00 | | | | Steve Warren | |
| Tan | $175,000.00 | | | | Lawyer Retainer | |
| James | $4,125.00 | **Total Req'rd** | **$450,000.00** | | McCumber | |
| McCumber | $29,000.00 | | | | Travis Jacobs | |
| BidGuru | $60,500.00 | | | | | |
| IRS + MA | $95,000.00 | | | | | |
| 1Touch | $50,000.00 | | | | | Credit Cards |
| Thomas | $150,000.00 | | | | | |
| EDSO | $20,000.00 | | | | | Amex Plum |
| MM | $0.00 | | | | | Biz Plat |
| PSH | $40,000.00 | | | 420 | | Chase |
| Ross | $16,000.00 | | | | | Discover |
| Justin + Dimitri | $11,750.00 | | | | | Banana |
| Credit Cards | $61,000.00 | | | | | Amex Gold |
| Haddad | $12,500.00 | | | | | |
| Clay | $28,000.00 | | | | | Total |
| Dave + Interns | $15,000.00 | | | | | |
| Salvatore V | $250,000.00 | | | | | |
| **Balance** | **-$22,375.00** | | | | | |

TOP

| Outgoing | | | Outgoing | |
| --- | --- | --- | --- | --- |
| **$372,500.00** | | **$784,500.00** | **Outgoing** | **$206,150.00** |
| Payroll | $120,000.00 | $120,000.00 | Steve Warren | $30,000.00 |
| Valentino | $85,000.00 | $40,000.00 | Tan | $10,000.00 |
| Steve Warren | $20,000.00 | $80,000.00 | Mahavir | $50,000.00 |
| Vanguard | $25,000.00 | $20,000.00 | Tushar | $5,000.00 |
| Stephen Chaplin | $20,000.00 | $80,000.00 | Tan - R | $35,000.00 |
| Anmol Amex | $28,000.00 | $0.00 | Alma | $10,000.00 |
| Mahavir | $15,000.00 | $53,000.00 | Shashank | $10,000.00 |
| Brookline Bank | $5,500.00 | $76,500.00 | Gordon | $700.00 |
| Zwicker | $3,500.00 | $50,000.00 | Travis | $2,500.00 |
| Tan | $20,000.00 | $0.00 | Discover | $2,450.00 |
| BidGuru | $0.00 | $35,500.00 | Misc | $2,500.00 |
| IRS + MA | $28,000.00 | $95,000.00 | Dave | $5,000.00 |
| Thomas | $2,500.00 | | Olivia | $7,000.00 |
| PSH | | $40,000.00 | Connor | $7,000.00 |
| Ross | | | Nik | $7,000.00 |
| Dimitri | | $6,000.00 | Andrew | $6,000.00 |
| Credit Cards | | $61,000.00 | Stephen | $10,000.00 |
| Haddad | | $12,500.00 | Dimitri | $6,000.00 |
| Dave + Interns | | $15,000.00 | PSH | $0.00 |
| | | $784,500.00 | | |

| | |
| --- | --- |
| $25,000.00 | |
| $4,000.00 | |
| $29,000.00 | |
| $2,500.00 | |
| $500.00 | |
| $0.00 | |
| $61,000.00 | |