# EXHIBIT H

# Tan Kabra Shares Leadership Strategies To Improve Your Company's Culture



Krish Chopra   [Follow]

May 2, 2018 · 6 min read





Tan Kabra, founder and CEO of LaunchByte

# Many companies are scared to invest too heavily in their teams because they fear the employees will leave and the investment will be wasted. But what if you don't invest in your staff, and they stay?

**If** you want a better corporate culture it isn't enough to solicit feedback from your team, you also must accept it. This can be difficult, especially for founders and executives with large egos. Many founders believe they have a strong culture but don't seek validation from their team. Don't be afraid to lean on and learn from your employees who are older than you or who have more management experience than you. It's okay to admit that you don't have all the answers, because your employees don't expect you to be perfect. They do expect you to lead them, and effective leadership requires honesty, expectation setting, and decision-making at difficult intersections.

Recently I had the opportunity to interview Tan Kabra from LaunchByte for the ongoing series: **CEOs Share Leadership Strategies To Improve Your Company's Culture.**

Tan Kabra is the founder and CEO of LaunchByte and the General Partner of the early-stage venture capital fund at LaunchByte. His company has had an exciting year of growth, accomplishing lot. In the first quarter of 2018, they added 15 new employees to their team, and are also exiting 5 companies from their first portfolio, which is less than 18 months old.

.   .   .

**Krish Chopra: What are the 3 most important values that your company's culture is based on?**

Tan Kabra: The team at LaunchByte instills and exemplifies our company's culture through three important values:

1. First and foremost, we value our team. We reward employees and empower them to make decisions and take creative risks. This helps us uphold LaunchByte's unique-factor.

2. We're passionate and determined. We're motivated by the work that we do and we maintain a humble — yet progressive — attitude.

3. We exhibit a strong will to win. Whether it's for our portfolio or ourselves in the marketplace, in every aspect of this business we maintain a "work hard, play hard" mentality.

**Krish: Managing millennials can often be a polarizing topic. Can you elaborate on your advice for managing the "millennial mindset?"**

Tan: Millennials want to work in a fun and young environment. They're looking for perks and an enjoyable culture. Millennials want to "experience life to the fullest" during their early career year but also have a job that pays them enough to do so. This mindset can create an environment where the norm is to do as little as possible, just working hard enough to get by.

I manage my millennial workforce by motivating them with the things that matter to them: growth, success, and recognition.

I create opportunities for career advancement, reward outstanding and proactive work with the things that matter to them (usually cash!), and highlight their accomplishments. Celebrating their successes, whether in front of clients or our internal team, brings out a euphoric feeling and motivates my millennial team to continue performing at the highest level.

**Krish: Strong company culture is something that everyone likes to think they have but very few have it. Why do so many organizations struggle with creating strong, healthy work environments?**

Tan: I believe a lot of companies have a faux sense of strong culture or they fall behind in the area because they don't ask what employees *actually* want. Wrongly assuming you know what your employees want leads to weaker cultures and unhealthy work environments. My advice? Ask employees what they want before investing in what you *think* they want.

Culture is more than a few bean bags and a ping pong table. While they can *appear* cool and young, those types of "perks" are rarely used and don't actually offer much in the culture department.

Many companies are scared to invest too heavily in their teams because they fear the employees will leave and the investment will be wasted. But what if you don't invest in your staff, and they stay? Building a strong, healthy environment takes hard work and authenticity.

**Krish: What is one mistake you see a young start-up founders make in their culture or leadership practices?**

Tan:Not being able to take feedback or criticism and a lack of communication with their team are the biggest mistakes young founders can make. The two go hand-in-hand, but if you don't have an open-door policy, then you will never have the culture that is desired by top talent. Founders should never create an unspoken sense of fear about speaking up.

**Krish: To add to the previous question, young CEOs often have a lot of pressure to perform and often wear many hats. What's a simple time efficient strategy they can start doing today to improve their company's culture?**

Tan: Be approachable and around. An all-hands meeting with the entire company, even if it's once a month, can go very far. Take 30 minutes or one hour to show the company that you care, as a leader, about what they have to say.





**Krish: Success leaves clues. What has been your biggest influence in your leadership strategy and company culture?**

Tan: Being able to say "Hey, even as the CEO, I don't know everything and that's okay," is huge. As a young CEO, you will have some employees that are older than you. That's okay. It's great, actually. Being receptive and learning from others' management experience will enable you to become a stronger leader.

**Krish: What advice do you have for employees that have bad bosses? How can they take control and improve a bad situation?**

Tan: Don't be afraid to give feedback. If you are scared or intimidated about doing it face-to-face, you can write a note. You can leave it anonymously. There are so many ways to get your frustrations and feedback out in the open.

If you share the same concerns as other coworkers, set up a meeting and invite your boss. Nine out of 10 times, bad bosses don't realize that they are being a "bad boss." Many will take the feedback and implement it (especially if it comes from multiple individuals).

Don't simply throw in the towel and quit. Beyond losing your job, you lose your voice. You also perpetuates a bad cycle — your successor will likely face the same struggles because the problem wasn't addressed and feedback was not implemented.

> Being receptive and learning from others' management experience will enable you to become a stronger leader.

**Krish: Okay, we made it! Last question — what's one unique hack you or your company does that has enhanced your work culture?**

Tan: We make it a point to have fun together often. We do a team outing, drinks, dinner or something different at least every other week. After a stressful sprint at work, the team can let loose and talk about things *other than work*.

We will also put a meeting on the calendar, but instead send people to the spa for a one- or two-hour breather, unexpectedly. We also make it a point to get everyone out of the office by 5:30 or 6 … you know employees love the company and feel motivated by what they do when you see them back on Slack after dinner!

.   .   .

*A note to the readers*: Improving company culture happens at any level in an organization. If you learned one thing in this interview, please share this with someone close to you.

A special thanks to Tan again!

Stay in the loop — Follow me and get updates when I post new leadership articles and interviews — check me out here: Facebook

Leadership     Millennials     CEO     Entrepreneurship     Productivity

About     Help     Legal

# LaunchByte Announces Donation to New Technology Wing at South Boston Public School

## Tan Kabra and LaunchByte announce $41,000 contribution during Student Entrepreneur Workshop

NEWS PROVIDED BY
**LaunchByte** →
May 24, 2018, 04:16 ET

BOSTON, May 24, 2018 /PRNewswire/ -- LaunchByte, an execution focused investment firm and startup hub with a strong focus on helping founders develop their technology vision, sponsored its first Entrepreneur Workshop for students at Excel High School in South Boston today. LaunchByte announced a $41,000 contribution to Boston public schools, which will be used toward a new technology wing at Excel High School.

Throughout the interactive event for high school students, LaunchByte Founder and CEO Tan Kabra promoted work-based learning and provided practical advice for starting a technology company. He also joined a panel of judges for the student competition portion of the event.

Tasked with brainstorming and designing concepts for a mobile application, students collaborated and pitched their ideas to the judging panel. The winning team will have their application fully designed by the LaunchByte team — a $25,000 prize.

"I am astonished by the potential and drive of the students I met with today, they are our next generation of entrepreneurs and innovators," said Tan Kabra, Founder and CEO of LaunchByte. "I cannot think of a better investment than providing resources to nurture their creativity, technology prowess and budding careers. The Kabra Center of Technology at Excel High School will facilitate and accelerate student success for years to come."

Development of the Kabra Center of Technology will begin immediately with initial donations of iMac computers, software and other tech-related items.

"Our partnership with LaunchByte helps introduce entrepreneurship and innovation to our students in an exciting way," said Renee McCall, Headmaster at Excel High School. "Today's event provided an extraordinary opportunity for our students to dream and create with expert advice and support. We are grateful for Mr. Kabra's commitment to our young people, and for his willingness to invest in their futures. In addition, the development of the Kabra Center for Technology will open doors for countless students to come that will prepare them for college, careers, and life."

LaunchByte will continue to regularly mentor students and host business and technology workshops at the high school.

## About LaunchByte

Founded in 2015 by Tan Kabra, LaunchByte is a unique startup hub that focuses on product design, development, and marketing to help seed-stage startups, growth-stage entrepreneurs, and corporations succeed. Kabra built a team of serial entrepreneurs who along with extensive industry knowledge have a combined 500M+ in exits. LaunchByte is part startup incubator and part micro-fund, utilizing a proprietary Reverse Angel Fund™ method. Within 3 years, LaunchByte has enabled more than 86% of their portfolio (30+ companies) to build stellar products, raise their next round and even begin generating substantial revenue. To learn more about LaunchByte, visit www.LaunchByte.io.

SOURCE LaunchByte

Related Links

http://www.launchbyte.io

**MarketWatch**

# LaunchByte Creates Co-Invest Program, Revolutionizes Startup Landscape

By
Published: Apr 20, 2018 11:13 a.m. ET

## Investment firm and startup hub de-risks investments for select startup companies

BOSTON, April 20, 2018 /PRNewswire/ -- LaunchByte today announced the inception of its Co-Invest program to de-risk investments from Venture Capitalists (VCs) and Angel Investors while minimizing investments made by entrepreneurs.

LaunchByte is an execution focused investment firm and startup hub with a strong focus on helping founders develop their technology vision. Part startup incubator and part micro-fund, Boston-based LaunchByte and its team of seasoned founders steer companies from startup to true scale.

Using their **proprietary Reverse-Angel methodology**, LaunchByte's startup experts help seed and growth-stage founders succeed. Through the Co-Invest program, LaunchByte and an established investor each commit to a set investment to be exclusively used toward product design, development, marketing and growth—transitioning the company from an idea into a market ready startup.

"The pool of talented entrepreneurs is deep and we're constantly amazed by the innovative ideas and concepts that cross our desks and inboxes," said Tan Kabra, Founder and CEO, LaunchByte. "Some of these founders and startups show outstanding promise and we make it our personal mission to help them succeed. By pairing select startups with VCs and Angels to co-fund their investment in our program, we're empowering the next-generation of leaders and change makers."

Startup companies are chosen by evaluating the idea, the founder's ability to communicate their vision for solving a big problem and the solution's differentiability to withstand competition.

"I worked with LaunchByte on a project for a seed-stage startup. Their Reverse Angel investment process and guidance from such an experienced team of startup founders and executives enabled us to secure a major investment from an established enterprise," said Rob Allen, Founder, QVP. "LaunchByte gave us the runway to generate $100K in monthly recurring revenue, land our Series A, and lay the groundwork for a future M&A play."

Since 2015 LaunchByte has deployed over $3 million in investments into early stage companies and is raising subsequent funds to continue its work.

For more information or to apply to join the LaunchByte Co-Invest program, visit www.LaunchByte.io.

**About LaunchByte** Founded in 2015 by Tan Kabra, LaunchByte is a unique startup hub that focuses on product design, development, and marketing to help seed-stage startups, growth-stage entrepreneurs, and corporations succeed. Kabra built a team of serial entrepreneurs who along with extensive industry knowledge have a combined 500M+ in exits. LaunchByte is part startup incubator and part micro-fund, utilizing a proprietary Reverse Angel Fund™ method. Within 3 years, LaunchByte has enabled more than 86% of their portfolio (30+ companies) to build stellar products, raise their next round and even begin generating substantial revenue. To learn more about LaunchByte, visit www.LaunchByte.io.

View original content with multimedia:http://www.prnewswire.com/news-releases/launchbyte-creates-co-invest-program-revolutionizes-startup-landscape-300633764.html

SOURCE LaunchByte

Copyright (C) 2018 PR Newswire. All rights reserved

**From MarketWatch**

- Tips from a guy who managed to live in Manhattan on a $40,000 salary and still max out his 401(k) contributions
- One stat reveals the absurdity of San Francisco's pricey housing market
- Driverless cars will lead to more sex in cars, study finds

---

BACK TO TOP



Copyright © 2019 MarketWatch, Inc. All rights reserved.

By using this site you agree to the Terms of Service, Privacy Policy, and Cookie Policy.

Find us on:

- Facebook
- Twitter
- Linkedin





- **MarketWatch**

- Help
- Feedback
- Newsroom Roster
- Virtual Stock Exchange
- BigCharts

- **Company**

- Dow Jones

Case 1:19-cr-10335-DJC   Document 34-8   Filed 09/12/19   Page 13 of 24

- Code of Conduct
- Corrections
- Reprints & Licensing
- Your Ad Choices

- **Dow Jones Network**
- The Wall Street Journal
- Barron's
- Financial News London
- realtor.com
- Mansion Global

Intraday Data provided by FACTSET and subject to terms of use. Historical and current end-of-day data provided by FACTSET. All quotes are in local exchange time. Real-time last sale data for U.S. stock quotes reflect trades reported through Nasdaq only. Intraday data delayed at least 15 minutes or per exchange requirements.

**PressRelease** (https://www.pressrelease.com/)

(files/01/13/550ad40d7bc6cc26ee28c3d9f928.jpg)

PRESS RELEASE  -  DECEMBER 19, 2016 9:56AM EST

# LaunchByte's APPIO Helps Level the Playing Field Between Small and Big Businesses

**December 19, 2016 (Newswire.com) - -** Appio, the rapidly-growing new startup out of Boston run by parent company LaunchByte, is sweeping small business owners off their feet. With revenues crossing six-figures in the first few months of its launch, Appio has struck gold with the perfect product to help traditional small business owners stay afloat in the rapidly growing tech ecosystem that surrounds them.

Most small business owners have a dream to be successful and branch out until they are no longer considered small anymore. However, with financial restrictions, they always seem to be one step behind the big businesses. In this age, all of the companies with the available financial resources are building mobile apps, spending anywhere from $80,000 to as much as $500,000. They are capitalizing on the mobile trend and growing faster than ever before, while the small businesses only have the financials means to revamp their early-2000s websites into what they believe is a modern-looking presence. To do so, the small businesses are spending anywhere from $3,000 to $10,000, a mere fraction of the tech budget of their much bigger competitors. The cost difference turns these small businesses away from having their own mobile application and any momentum gets lost in the "revisit next year" pile. Appio was built to change that, constructed to cater to these traditional brick and mortar "startups" - the spas, salons, medical offices, boutiques, service-based businesses, etc. The product allows for these small businesses to harness the power of native mobile technology - big business apps with small business pricing.

LaunchByte CEO Tan Kabra explains how "the solution allows small businesses to harness the power of having their brand and business in their customer's pocket or hand 24/7. This is their store's custom and own application, not a common platform where the customer has to go and search for the business."

When speaking to some of the business owners that were among the first to sign up, the deciding factor seemed to be a combination of the ease of customization and incredible price point of the technology. When a business owner signs up for Appio, they have the option to choose between either an iOS or Android app with an admin dashboard for $5,500 or they can have their app be for both iOS and Android with the admin dashboard for only $2,000 more. Daily maintenance along with business consultancy and training on how to fully utilize the power of the product is provided for every application for a nominal fee



PressRelease.com (https://www.pressrelease.com/)) MENU ≡

to the client. With a price tag under $10,000 depending on the package chosen, Appio levels the playing field between the corporates and the startups and allows the small business owners to be able to fairly compete in the mobile tech landscape.

"We didn't expect the inbound demand to be so high, let alone the massive amount of interest received from our targeted outreach," Kabra states. The Appio team plans to double its base of software engineers as well as business development executives to manage the increasing demand for the product.

Contact:
Appio Microsystems
+1 857 275 0451
138472@email4pr.com (mailto:138472@email4pr.com)

SOURCE LaunchByte

## Related Links

launchbyte.io (https://launchbyte.io)

---

🏷 **Tags** (newsroom/tag/)

PressRelease.com

Pricing (pricing)

Where does it go? (distribution)

FAQ (faq)

Newsroom (newsroom)

About Us (about-us)

Contact Us (contact-us)

Privacy Policy (privacy-policy)

Editorial Guidelines (editorial-guidelines)

Distribution Industries

Arts & Entertainment (distribution/arts-and-entertainments)

Business (distribution/business)

Education (distribution/education)

Financial & Insurance (distribution/financial-and-insurance-services)

Government & Politics (distribution/government)

Home (distribution/home)

Humanities (distribution/humanities)

**PressRelease** (https://www.pressrelease.com/)    MENU ☰

Industries (distribution/industries)

Information Technology (distribution/information-technology)

Law & Legal (distribution/law)

Lifestyles & Society (distribution/lifestyles-and-society)

Medicine & Healthcare (distribution/medicine-and-healthcare)

News (distribution/news)

Sciences (distribution/sciences)

Sports, Gaming & Fitness (distribution/sports)

Travel & Transportation (distribution/travel-and-transportation)

Connect With Us

   

(https://www.facebook.com/pressrelease) (https://twitter.com/pressrelease) (https://plus.google.com/+Pressrelease-73814853)

PressRelease.com

1358 Fruitville Rd., Suite 210

Sarasota, FL 34236

PressRelease.com © 2017

Privacy Policy (privacy-policy)     Terms of Service (terms-of-service)

# LaunchByte.io Hits $1M Revenue Mark in First Year, Entering $15B+ Startup Accelerator Market With Reverse-Angel Concept



NEWS PROVIDED BY
**LaunchByte.io** →
Jul 27, 2016, 08:35 ET

BOSTON, July 27, 2016 /PRNewswire/ -- The new SaaS-based startup incubator, dedicated to turning the concept of conventional angel funding entirely on its head, has achieved its first major milestone. Run by startup veteran Tan Kabra, LaunchByte was founded last April and, just over a year later, has surpassed $1 million in revenue and led a number of clients through rounds of funding, even one to acquisition.

Photo - http://photos.prnewswire.com/prnh/20160726/392983
Logo - http://photos.prnewswire.com/prnh/20160726/392984LOGO

Continue Reading





LaunchByte sets itself apart by being one-part startup incubator, one-part micro-fund; what one might call a reverse angel fund. With a full suite of services offered, the company invests in promising companies using their resources in exchange for a mixture of cash and equity. By rendering services that range from IT platform development to web design and digital advertising, the company then guides startups through rounds of funding, and eventually leading them to acquisition.

In order to help those promising, early-stage companies secure the next (or first) round of funding, LaunchByte offers a line of credit for the variety of services. This resource-based investment is dedicated to helping the companies achieve goals required in order to begin discussions with investors. Services include, but are not limited to, minimum viable product (MVP) development or modification and strengthening of an existing MVP, business plan development, financial projections, & pitch deck creation, marketing, recruiting and legal services.

Early-stage tech companies comprise LaunchByte's core. The company focuses on early-stage startups and pre-seed startups that may have experienced a negative outcome from outsourcing development of their platforms, as well as companies that are in the very early stages and have yet to begin platform development.

Founder and CEO Tan Kabra has an extensive background in the startup industry. He is a three-time entrepreneur and has served as a Founder, CEO, VP, Advisor, and Investor to a number of startups. He recently launched his app VetX, a platform that connects pet owners to veterinarians on demand.

Tan created LaunchByte after personally experiencing the problems that startup founders face, across all industries. The vision was to create something that would help first-time founders avoid common hurdles in order to achieve success.

Put simply, Tan advocates that the reverse-angel model just works. "The fact, alone, that we were able to reach one million in revenue with zero dollars in funding in such a short period of time proves that this concept works," said Kabra in a radio interview. Thus far, LaunchByte has relied primarily on word-of-mouth, referrals and direct inquiry submission through their website. When asked about future plans, the team tells us that LaunchByte plans on building on their current momentum, "innovating Boston," as well as ramping up internal digital efforts in order to increase brand visibility. LaunchByte is also just began raising a round of $2m, of which $1m has already been committed, to expand operations to stretch their reach outside of the New England region.

Contact Information:

Tan Kabra - Founder & CEO

https://launchbyte.io

Email
6172598145

SOURCE LaunchByte.io

# LaunchByte Invests in Seven East Coast-Based Startups

First pre-seed fund of its kind adds promising technology companies to burgeoning portfolio

---

NEWS PROVIDED BY

**LaunchByte** ➝

Apr 30, 2018, 09:47 ET

---

BOSTON, April 30, 2018 /PRNewswire/ -- LaunchByte, an execution-focused investment firm and startup hub, today announced an investment of $875,000 into seven startup companies. Through proprietary Reverse Angel Methodology, LaunchByte will empower the founders of 1Touch, BondApp, Herb N' Go, HollarHype, ThinkerZero, Wave and ZenMe to develop their technology visions.

To help the seed and growth-stage founders succeed, LaunchByte committed to a set investment for each company to be used exclusively for product design, development, marketing and growth. LaunchByte's seasoned experts and in-house team will steer the companies from startups to true scale.

"Turning a great idea into a successful company isn't for the faint of heart," said Tan Kabra, founder and CEO, LaunchByte. "From securing funding to building a business plan to developing marketing assets and a prototype, it's an arduous process. LaunchByte's motto is 'founders helping founders,' that means our knowledgeable executive team provides each entrepreneur in our portfolio with constant, hands-on mentoring."

"LaunchByte enabled us to lay out a strategic plan for our product design and technology," said James Deller, co-founder and CEO, 1Touch. "The LaunchByte team empowers us with practical advice that is backed by past experiences and success. We're propelling our ideas into working

prototypes even faster than expected."

"As first-time entrepreneurs, working with LaunchByte has been invaluable. The relationship we've built with them has eliminated time consuming research and logistics from our seed-round funding period," said James Quirk, co-founder, HollarHype. "Whether it's sending a quick question over text message or scheduling a meeting, Tan has been readily available to answer all of our questions. This has helped us navigate the unexpected roadblocks that manifest with any startup, and focus significantly more energy toward developing our network and our business."

"LaunchByte has been extremely supportive working with BondApp on funding to grow the company," said Jamal Taleb, co-founder and CEO, BondApp. The investment made by LaunchByte has helped potential investors gain more trust in my idea."

"We're thrilled to add such promising young companies into our portfolio," added Kabra. Through its recent investment, LaunchByte welcomes the seven startups below into its growing portfolio:

- **1touch:** An online platform enabling e-commerce retailers to market their products using Price Per Sales marketing by connecting them with social media influencers.

- **BondApp**: A mobile application that breaks social barriers by connecting individuals within a 200-foot radius; linking users with friends nearby; and bonding professionals with mutual work interests within a certain circumference—perfect for conferences or expos.

- **Herb N' Go:** An innovative tech locker that provides a convenient, fast, and operational management solution to increases product sales and profitability while decreasing manpower. The platform offers solutions to medical facilities and dispensaries that will increase sales and profitability, while reducing manpower costs.

- **HollarHype:** A voice-based, motivational social network. The app's platform seamlessly connects endurance athletes with their supportive network through voice notes. HollarHype is building an infrastructure that will allow athletes and supporters to amplify a connected athletic and tracking experience like never before.

- **ThinkerZero:** An AI platform that manages a portfolio of stocks and other investments. Backed by data, science, cloud computing, AI and machine learning, ThinkerZero provides a simple platform that engages users for long-term growth and financial peace.

- **Wave:** A different kind of music streaming, Wave sheds light on unknown and up and coming musicians. Artists and musicians can connect directly with producers and their fans to make more music and gain fan feedback.

- **Zen Me:** A mobile solution for building a mindful lifestyle. ZenMe aims to change relationships with mobile devices, generate more self-awareness, and help people live with intent.              .


For more information or to apply to join the LaunchByte program, visit www.LaunchByte.io.


**About LaunchByte**


Founded in 2015 by Tan Kabra, LaunchByte is a unique startup hub that focuses on product design, development and marketing to help seed-stage startups, growth-stage entrepreneurs, and corporations succeed. Kabra built a team of serial entrepreneurs who along with extensive industry knowledge have a combined 500M+ in exits. LaunchByte is part startup incubator and part micro-fund, utilizing a proprietary Reverse Angel Fund™ method. Within 3 years, LaunchByte has enabled more than 86% of their portfolio (30+ companies) to build stellar products, raise their next round and even begin generating substantial revenue. To learn more about LaunchByte, visit www.LaunchByte.io.

Related Links

http://www.launchbyte.io