# EXHIBIT J

Case 1:19-cr-10335-DJC   Document 34-10   Filed 09/12/19   Page 2 of 3

## PROMISSORY NOTE

Boston, MA  
US$ 125,000                                                                                                       March 6th, 2019

      FOR VALUE RECEIVED, the sufficiency and receipt of which is hereby acknowledged, **Chef Dazzer LLC**, with an address of 715 Boylston Street, Boston, MA 02116 (the "Investee"), promises to pay to the order of **Matt Waldner**, (the "Investor"), or such other place as the Investor may designate in writing, the principal sum of one hundred and twenty-five thousand (US$125,000) United States Dollars, together with interest as described below, for the purpose of putting the Investee through the LaunchByte Accelerator.

    1.    <u>Terms of Payment</u>. This Note shall be due and payable as follows:

    1.1    <u>Interest Rate</u>. The interest rate shall be calculated at the rate of **ten (10%)** percent simple interest for the duration of the note.

    1.2    <u>Payments</u>. The principal and interest earned due hereunder (**$137,500**) shall be payable in one installment no later than twelve (**12**) months from the execution of this Agreement or receipt of funds, whichever is later ("Maturity Date").

    1.3    <u>Prepayment, Conversion</u>. This Note may at any time, or from time to time, be prepaid in whole or part, without penalty. All payments, including prepayments, shall be applied first to any accrued interest and then to principal. The Investor may choose to roll the repayment into equity on the Maturity Date

    1.4    <u>Terms of Payment.</u> This Note shall be payable in full upon the final Maturity Date.

    2.    <u>Default</u>. In case of default in the payment required under this Note when due on the Maturity Date, all principal and interest shall become immediately due and collectible at the option of the Investor, and interest shall continue to run at the rate of 20% per annum. Failure to exercise this option in the event of a default shall not constitute a waiver of the right to exercise it in the event of any subsequent default.

    3.    <u>Guaranty</u>. To induce the Investor to accept this Note, this Note shall be guaranteed by LaunchByte.io LLC (the "Guarantor"), located in Boston, MA, the receipt and sufficiency of which is hereby acknowledged. By signing below, the Guarantor guarantees the full and timely payment and performance by the Investee of this Note should the Investee be found insolvent.

    3.    <u>Miscellaneous</u>.

    3.1    The Investee hereby waives presentment for payment, notice of dishonor, protest, notice of protest, and diligence in collection.

    3.2    No delay or omission on the part of the Investor in exercising any right hereunder shall operate as a waiver of such right, or of any other right of the Investor; nor shall any delay, omission or waiver on any one occasion be deemed a bar to or waiver of the same or any other right on any future occasion. No single or partial exercise of a power hereunder shall preclude other exercises thereof, or the exercise of any other power hereunder.

    3.3    This Note shall be governed by and construed in accordance with the laws of the Commonwealth of Massachusetts, without giving effect to its conflict of laws principles. The Investee hereby agrees that any action hereon or relating hereto may be maintained in a court of competent jurisdiction located in the Commonwealth of Massachusetts, and consents to the jurisdiction of any such court for all purposes connected herewith.

    3.4    The invalidity of any provision hereof or of any other document relevant hereto shall not affect the enforceability of any other provision. Investee shall deem if the Deliverable is successful.

3.5     Notices hereunder shall be in writing and shall be sent by certified or registered mail, return receipt requested, postage prepaid, addressed to the party to receive such notice at its mailing address first set forth herein. Either party may, by notice given as aforesaid, change its address for all subsequent notices. Notices shall be deemed given when mailed as aforesaid or when received in fact whether or not mailed as aforesaid.

3.6     Investee agrees to pay all costs and expenses, including, without limitation, reasonable attorneys' fees and expenses incurred, or which may be incurred, by Investor for any enforcement and collection of this note.

IN WITNESS WHEREOF, the Investee hereto has executed and delivered this Note to be effective as of the date first set forth above.

Investee:
Chef Dazzer LLC

Print: _____

By: _____
Michael Cormier, Manager

Investor:
Matt Waldner

Print: _____

By: _____
Name: Matt Waldner

Guarantor:
LaunchByte.io LLC

Print: _____

By: _____
Tanmaya Kabra, its Manager