## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TANMAYA KABRA,<br><br>      Defendant | Criminal Action No. 1:19-cr-10335-DJC |

### DECLARATION OF MARK A. BERTHIAUME

Mark A. Berthiaume hereby declares under the penalties of perjury as follows:

1.    I am an attorney licensed to practice in the District of Massachusetts. I am a shareholder of the law firm Greenberg Traurig, and I represent Tanmaya Kabra in this matter.

2.    Attached hereto as Exhibit A is a true and correct copy of the transcript of the detention hearing held in this matter on August 7, 2019.

3.    Attached hereto as Exhibit B is a true and correct copy of the exhibits proffered by the government at the August 7, 2019 detention hearing (Exhibits 1-11).

4.    Attached hereto as Exhibit C is a true and correct unredacted copy of detention hearing Exhibit 4 as provided to me by Assistant United States Attorney Christopher Looney on August 29, 2019.

Signed this 12th day of September 2019 under the penalties of perjury.

                                            /s/ Mark A. Berthiaume
                                            Mark A. Berthiaume

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2019, I electronically filed the foregoing document with the United States District Court, District of Massachusetts by via the CM/ECF system. I further certify that on September 12, 2019, I served a copy of the foregoing document on all parties or their counsel.

/s/ Mark A. Berthiaume
Mark A. Berthiaume