4/3/18, 6:40 PM (Viewed 4/3/18, 6:41 PM)

**Tan Kabra**
So jealous about Paris

4/3/18, 6:42 PM

> I'm def think about Greece and Spain in June

4/3/18, 6:42 PM

> Loved "So jealous about Paris"

4/3/18, 6:42 PM

> Liked "Getting a new one overnighted by tomorrow"

4/3/18, 6:42 PM

> Let me know when you wire. Grazie mille

4/3/18, 6:51 PM

> I need to transfer money while in France to an Italian account.

4/3/18, 6:57 PM (Viewed 4/3/18, 6:58 PM)

**Tan Kabra**
Offshoring your stuff?

4/3/18, 6:58 PM

> Have been doing a little of that. But need to do repairs to my house there before summer

4/3/18, 7:00 PM (Viewed 4/3/18, 7:02 PM)

**Tan Kabra**
Bahamas or Mauritius

4/3/18, 7:00 PM (Viewed 4/3/18, 7:02 PM)

**Tan Kabra**
My stuff is in Mauritius

4/3/18, 7:03 PM

> Liked "My stuff is in Mauritius"

4/6/18, 10:31 PM (Viewed 4/6/18, 10:32 PM)

**Tan Kabra**
Happy birthday my friend

4/6/18, 10:32 PM

> On the 18th. We will celebrate then

4/6/18, 10:38 PM (Viewed 4/6/18, 10:39 PM)

**Tan Kabra**
But happy birthday celebrations haha

4/6/18, 10:38 PM (Viewed 4/6/18, 10:39 PM)

**Tan Kabra**
In Paris

EXHIBIT 2

> 12/16/18, 7:34 AM
> In person meeting weekly would be best.

12/16/18, 7:35 AM

Tan Kabra

Right - it's a great thought but that's not able to happen with everyone's schedule. So maybe slack

12/16/18, 7:35 AM

Tan Kabra

Or google docs

> 12/16/18, 7:35 AM
> Google docs 👍
>
> 12/16/18, 7:35 AM
> We use slack for StripSupply and people don't respond well

12/16/18, 7:41 AM (Viewed 12/16/18, 7:42 AM)

Tan Kabra

Yeah

12/16/18, 7:42 AM

Tan Kabra

Man you have no idea how badly I want / need this to work

12/16/18, 7:42 AM

Tan Kabra

My outflow is 400K a month now

12/16/18, 7:42 AM (Viewed 12/16/18, 7:43 AM)

Tan Kabra

I'm down to my last 2M in the bank that means 5 months. That's personal savings etc

12/16/18, 7:43 AM

Tan Kabra

I consider it invested capital for my "equity" and I am focusing and bleeding on this fund so that it works

> 12/16/18, 7:51 AM
> We can chat when you get back.

12/16/18, 7:52 AM

Tan Kabra

Ok. And Can you send the investor list / meeting dates / call dates I need to send it along

> 12/16/18, 7:53 AM
> Yes. Right now only one is meaningful and solid. Rest are not all out but will require more coaxing
>
> 12/16/18, 7:54 AM
> And I know you hate me repeating it but I need debt back this week.

EXHIBIT 3

# BrooklineBank
P.O. Box 470469, Brookline, MA 02447

**COPY**

```
                                    Date    1/10/19        Page       1
                                    Primary Account                3538
                                    Enclosures                        8
```


```
LAUNCHBYTE.IO LLC
OPERATING ACCOUNT
715 BOYLSTON STREET SUITE 120
BOSTON MA 02116
```

Happy New Year! Keeping your contact information current with us can help avoid potentially fraudulent activity. Be sure to keep your mobile number, email and mailing addresses up to date in Online Banking, or call Customer Service.

## CHECKING ACCOUNTS

```
Business Gold Checking
Account Number                      3538      Number of Checks                     8
Beginning Balance              4,196.20       Statement Dates   12/11/18 thru  1/10/19
   12 Deposits/Credits        573,838.00      Days in the statement period         31
   84 Checks/Debits           570,306.24      Average Balance               23,605.00
Maintenance Fee                      .00
Interest Paid                        .00
Ending Balance                 7,727.96
```

|  | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $175.00 | $.00 |
| Overdraft item fees previous year    2018 |  | $700.00 |
| Return item fees previous year    2018 |  | $2,905.00 |



EXHIBIT 4

SEC-BLB-P-0000205

## IMPORTANT RESERVE CREDIT INFORMATION

**INTEREST CHARGE:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or debits and subtract any payments or credits. This gives us the "daily balance."

### RESERVE CREDIT PAYOFF INFORMATION

Your loan balances may be paid in full (assuming no advances after the closing date on this statement) by remitting (a) the total New Balance as shown on this statement, plus (b) the INTEREST which has accrued on the Principal Balance from the billing date to the date of actual payoff. In the event you remit only the total New Balance, the accrued INTEREST mentioned in item (b) will appear on your next monthly statement.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR RESERVE CREDIT STATEMENT

If you think there is an error on your statement, write to us at: Brookline Bank, 131 Clarendon Street, PO Box 179179, Boston MA 02117-9179, Attn: Loan Servicing. In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### CREDIT BUREAU INFORMATION

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR DEPOSIT ACCOUNT, STATEMENT OR ELECTRONIC TRANSFERS CALL OUR CUSTOMER SERVICE CENTER AT 1-877-668-2265 OR WRITE TO:

**BROOKLINE BANK, P.O. BOX 470469, BROOKLINE, MA 02447-0469, ATTN: DEPOSIT SERVICES**

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error or the transfer that you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.

If you tell us orally, we may require you to send your complaint or question in writing within 10 business days. We will promptly investigate the matter, correct any error and call or write to you with an answer within 10 business days. If we need more time, we will provisionally credit your account for the amount you think is in error, so you will have the use of the money during the time it takes us to complete our investigation.

**DIRECT DEPOSITS:** If you have arranged to have direct deposit made to your deposit accounts at Brookline Bank, you may call our automated Telephone Banking system at 1-888-730-3554 to find out whether or not the deposit has been made.

**MASSACHUSETTS 18/65 ACCOUNTS:** As provided for by Mass. G.L. c. 167D, s. 2, we offer a no minimum balance/no monthly fee statement savings and checking account with limited fees to customers age 18 years and under and 65 year and over. Customers must identify themselves as eligible for these accounts and provide proof of age.

### HOW TO VERIFY YOUR CHECKING BALANCE

1. Mark off in your checkbook each of the checks paid by the bank.
2. Make a list of the numbers and amounts of those checks still outstanding in the space provided below.
3. Compare checking portion of your statement with your checkbook. Any deposits, transferred credits or reserve credit advances not recorded in your checkbook should be entered there and added to the balance. Any transferred debits, activity charges, or payments to Reserve Credit not recorded in your checkbook should be entered there and subtracted from the balance.

| | | | Outstanding checks and other withdrawals not on this statement | |
|---|---|---|---|---|
| | | | NUMBER | AMOUNT |
| 4. | Enter the balance shown on this statement here............................... | $ | | |
| 5. | If you have made deposits or transferred funds into checking since the date of this statement, enter total of these items here............................... | $ | | |
| 6. | If you have borrowed from reserve credit since the date of this statement, enter total of these items here............................... | $ | | |
| 7. | Total lines 4, 5, and 6 and enter here............................... | $ | | |
| 8. | Enter total checks outstanding here............................... | $ | | |
| 9. | Subtract line 8 from line 7 and enter here............................... | $ | | |
| 10. | If you transferred funds from checking or made payments to reserve credit since the date of this statement, enter total of these items here............................... | $ | | |
| 11. | Subtract line 10 from line 9 and enter here. (This adjusted balance should agree with your checkbook balance.)............................... | $ | TOTAL | |

877-668-2265
BrooklineBank.com
BB-4080 (08/15)

Member FDIC / Member DIF

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000206

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

```
                                        Date    1/10/19           Page        2
                                        Primary Account                    3538
                                        Enclosures                            8
```

Business Gold Checking          1221063538   (Continued)

## Activity in Date Order

| Date  | Description | Amount | Balance |
|-------|-------------|--------|---------|
| 12/11 | Incoming Domestic Wire | 15,000.00 | 19,196.20 |
| 12/11 | Wire Transfer Fee | 15.00- | 19,181.20 |
| 12/11 | Check 1141 | 1,267.72- | 17,913.48 |
| 12/12 | 01764766112218    WEB_PAY  EVERSOURCE    WEB | 96.03- | 17,817.45 |
| 12/13 | DBT CRD 2129 12/12/18 28016391 | 500.00- | 17,317.45 |
| 12/13 | 01761060112218    WEB_PAY  EVERSOURCE    WEB | 95.98- | 17,221.47 |
| 12/13 | ACH PMT    AMEX EPAYMENT  PPD    LaunchByteio Launch | 10,130.00- | 7,091.47 |
| 12/13 | Check 50004 | 500.00- | 6,591.47 |
| 12/13 | Check 1139 | 88,000.00- | 81,408.53- |
| 12/14 | Return Item Credit | 88,000.00 | 6,591.47 |
| 12/14 | 03955133121318    WEB_PAY  EVERSOURCE    WEB | 121.98- | 6,469.49 |
| 12/14 | Return Item Fee | 35.00- | 6,434.49 |
| 12/17 | Deposit | 15,000.00 | 21,434.49 |
| 12/17 | Deposit | 250,000.00 | 271,434.49 |
| 12/17 | DBT CRD 2208 12/14/18 19150475 | 1,500.00- | 269,934.49 |
| 12/17 | M5814    ACH PMT  AMEX EPAYMENT    WEB | 8,374.97- | 261,559.52 |
| 12/18 | Wire Transfer Fee | 15.00- | 261,544.52 |
| 12/18 | Wire Transfer Fee | 15.00- | 261,529.52 |
| 12/18 | Wire Transfer Fee | 15.00- | 261,514.52 |
| 12/18 | Wire Transfer Fee | 15.00- | 261,499.52 |
| 12/18 | Wire Transfer Fee | 15.00- | 261,484.52 |
| 12/18 | 231125527   COMCAST 8773103  PPD    LAUNCHBYTE *LAUNCHB | 287.81- | 261,196.71 |
| 12/18 | Online Wire Transfer  LaunchByte LLC  3276  715 Boylston Street Suite 120  Boston, MA 02116  BK AMER NYC | 16,000.00- | 245,196.71 |

877-668-2265
BrooklineBank.com
BB-4081 (10/15)

Member FDIC / Member DIF

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000207

Date 1/10/19  Page ▮
Primary Account  ▮3538
Enclosures  8

Business Gold Checking         1221063538  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|---|---|---|---|
| 12/18 | Online Wire Transfer | 18,750.00- | 226,446.71 |
| 12/18 | Online Wire Transfer | 57,790.00- | 168,656.71 |
| 12/18 | Online Wire Transfer | 80,000.00- | 88,656.71 |
| 12/18 | Online Wire Transfer | 88,500.00- | 156.71 |
| 12/20 | UTILITYPAY NATIONAL GRID NE | 126.55- | 30.16 |
| 12/24 | PPD  Launchbyte.io LLC PAYMENT   CHRYSLER CAPITAL | 1,578.00- | 1,547.84- |
| 12/24 | Check 1149 | 1,329.00- | 2,876.84- |
| 12/24 | Check 1148 | 2,475.00- | 5,351.84- |
| 12/26 | Return Item Credit | 1,329.00 | 4,022.84- |

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

```
                                    Date   1/10/19      Page       4
                                    Primary Account     538
                                    Enclosures                     8
```

Business Gold Checking         1221063538   (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|---|---|---:|---:|
| 12/26 | Return Item Credit | 1,578.00 | 2,444.84- |
| 12/26 | Return Item Credit | 2,475.00 | 30.16 |
| 12/26 | Return Item Fee | 35.00- | 4.84- |
| 12/26 | Return Item Fee | 35.00- | 39.84- |
| 12/26 | Return Item Fee | 35.00- | 74.84- |
| 12/26 | Check 1123 | 456.00- | 530.84- |
| 12/27 | Return Item Credit | 456.00 | 74.84- |
| 12/27 | Return Item Fee | 35.00- | 109.84- |
| 12/28 | Incoming Domestic Wire | 25,000.00 | 24,890.16 |
| 12/28 | Incoming Domestic Wire | 25,000.00 | 49,890.16 |
| 12/28 | Wire Transfer Fee | 15.00- | 49,875.16 |
| 12/28 | Wire Transfer Fee | 15.00- | 49,860.16 |
| 12/28 | Wire Transfer Fee | 15.00- | 49,845.16 |
| 12/28 | Wire Transfer Fee | 15.00- | 49,830.16 |
| 12/28 | Wire Transfer Fee | 15.00- | 49,815.16 |
| 12/28 | Online Wire Transfer | 2,475.00- | 47,340.16 |
| 12/28 | Online Wire Transfer | 3,500.00- | 43,840.16 |

877-668-2265
BrooklineBank.com
BB-4081 (10/15)

Member FDIC / Member DIF

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000209

```
                                            Date  1/10/19      Page      5
                                            Primary Account              3538
                                            Enclosures                   8
```

Business Gold Checking            1221063538  (Continued)

### Activity in Date Order

| Date | Description | Amount | |
|---|---|---:|---:|
| 12/28 | Online Wire Transfer<br>Tanmaya Kabra<br>231372691<br>    9382<br>329 Commonwealth Avenue 2<br>Boston, MA 02115<br>SANTANDER BK<br>LLC Distribution | 4,000.00- | 39,840.16 |
| 12/31 | DBT CRD 2153 12/28/18 25107610 | 1,000.00- | 38,840.16 |
| 12/31 | Wire Transfer Fee | 15.00- | 38,825.16 |
| 12/31 | RETRY PYMT CHRYSLER CAPITAL TEL CK#7838905 | 1,578.00- | 37,247.16 |
| 12/31 | | 2,142.45- | 35,104.71 |
| 12/31 | M8998  ACH PMT<br>AMEX EPAYMENT  WEB | 8,318.12- | 26,786.59 |
| 12/31 | Online Wire Transfer | 6,000.00- | 20,786.59 |
| 1/02 | DBT CRD 0000 01/01/19 39458918<br>COMCAST CA<br>676 Island Pond Rd<br>800-COMCAST  NH C#3159 | 297.36- | 20,489.23 |
| 1/02 | Payment  ATT<br>PPD  TemporaryAccountNam | 465.42- | 20,023.81 |
| 1/02 | W0122  ACH PMT<br>AMEX EPAYMENT  WEB | 19,961.20- | 62.61 |
| 1/03 | SENDER  THOMAS M REDNER<br>CIE | 50,000.00 | 50,062.61 |
| 1/03 | Incoming Domestic Wire | 100,000.00 | 150,062.61 |

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

Date 1/10/19
Primary Account ███3538
Enclosures 8
Page 6

Business Gold Checking          1221063538   (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|---|---|---|---|
| 1/03 | Wire Transfer Fee | 15.00- | 150,047.61 |
| 1/03 | Wire Transfer Fee | 15.00- | 150,032.61 |
| 1/03 | Wire Transfer Fee | 15.00- | 150,017.61 |
| 1/03 | Online Wire Transfer | 10,000.00- | 140,017.61 |
| 1/03 | Online Wire Transfer<br>LaunchByte LLC<br>026009593<br>███3276<br>715 Boylston Street Suite 120<br>Boston, MA 02116<br>BK AMER NYC | 27,000.00- | 113,017.61 |
| 1/04 | Int'l Outgoing Wire | 10,000.00- | 103,017.61 |
| 1/04 | Int'l Outgoing Wire | 19,985.00- | 83,032.61 |
| 1/04 | Wire Transfer Fee | 15.00- | 83,017.61 |
| 1/04 | Wire Transfer Fee | 15.00- | 83,002.61 |
| 1/04 | Wire Transfer Fee | 35.00- | 82,967.61 |

877-668-2265
BrooklineBank.com
BB-4081 (10/15)

Member FDIC / Member DIF

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000211

```
                                      Date   1/10/19        Page        7
                                      Primary Account                3538
                                      Enclosures                        8
```

Business Gold Checking            1221063538   (Continued)

### Activity in Date Order

| Date | Description | Amount | |
|---|---|---:|---:|
| 1/04 | Wire Transfer Fee | 35.00- | 82,932.61 |
| 1/04 | 3294379         CABLE    COMCAST      WEB | 979.27- | 81,953.34 |
| 1/04 | M1992           ACH PMT  AMEX EPAYMENT  WEB | 3,474.50- | 78,478.84 |
| 1/04 | M1666           ACH PMT  AMEX EPAYMENT  WEB | 6,305.40- | 72,173.44 |
| 1/04 | Online Wire Transfer  Tanmaya Kabra  231372691  ▮▮▮9382  329 Commonwealth Avenue  2  Boston, MA 02115  SANTANDER BK  LLC Distribution  ▮▮▮ | 4,000.00- | 68,173.44 |
| 1/04 | Online Wire Transfer  LaunchByte LLC  026009593  466001943276  715 Boylston Street Suite 120  Boston, MA 02116  BK AMER NYC  ▮▮▮ | 39,000.00- | 29,173.44 |
| 1/07 | DBT CRD 2133 01/06/19 33405370  SQC*SQUARE  1455 MARKET ST  4153753176     CA C#3159 | 1,250.00- | 27,923.44 |
| 1/07 | Wire Transfer Fee | 15.00- | 27,908.44 |
| 1/07 | Wire Transfer Fee | 15.00- | 27,893.44 |
| 1/07 | Wire Transfer Fee | 15.00- | 27,878.44 |
| 1/07 | INS PREM    HEALTH CONNECTOR | 37.07- | 27,841.37 |
| 1/07 | INS PREM    HEALTH CONNECTOR | 264.89- | 27,576.48 |
| 1/07 | SAFETY INSURANCESAFETY1  CCD      LaunchByte.IO LLC  8758691 | 295.00- | 27,281.48 |
| 1/07 | 4580            E-PAYMENT  DISCOVER          WEB | 2,034.24- | 25,247.24 |
| 1/07 | Online Wire Transfer  ▮▮▮ | 1,000.00- | 24,247.24 |

SEC-BLB-P-0000212

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

Date 1/10/19
Primary Account ▮3538
Enclosures 8

Business Gold Checking      1221063538   (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|---|---|---|---|
| 1/07 | Online Wire Transfer | 2,000.00- | 22,247.24 |
| 1/07 | Online Wire Transfer<br>Tanmaya Kabra<br>231372691<br>▮9382<br>329 Commonwealth Avenue 2<br>Boston, MA 02115<br>SANTANDER BK<br>LLC Distribution | 4,000.00- | 18,247.24 |
| 1/08 | DBT CRD 1119 01/07/19 60241277<br>ADOBE *IL<br>345 PARK AVENUE<br>8008336687    CA C#3159 | 33.46- | 18,213.78 |
| 1/08 | Int'l Outgoing Wire | 5,000.00- | 13,213.78 |
| 1/08 | Wire Transfer Fee | 35.00- | 13,178.78 |
| 1/08 | Check 10110 | 169.00- | 13,009.78 |
| 1/09 | M3076              ACH PMT<br>AMEX EPAYMENT      WEB | 5,000.00- | 8,009.78 |
| 1/09 | Check 11207 | 149.00- | 7,860.78 |
| 1/10 | Online Banking W/ACH Or Wire | 35.00- | 7,825.78 |
| 1/10 | 04827698122118     WEB_PAY<br>EVERSOURCE         WEB | 97.82- | 7,727.96 |

877-668-2265
BrooklineBank.com
BB-4081 (10/15)

Member FDIC / Member DIF

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000213

```
                                        Date    1/10/19          Page       9
                                        Primary Account          ▮▮▮▮3538
                                        Enclosures                        8
```

Business Gold Checking                 1221063538    (Continued)

```
Summary of Checks Posted
Date    Check No           Amount   Date    Check No           Amount
12/26    1123              456.00   12/24    1149            1,329.00
12/13    1139*          88,000.00   1/08    10110*             169.00
12/11    1141*           1,267.72   1/09    11207*             149.00
12/24    1148*           2,475.00   12/13   50004*             500.00

Total Checks    0008                        $94.345.72
```
* Denotes missing check number

SEC-BLB-P-0000214