LAUNCHBYTE.IO LLC
716 BOYLSTON STREET SUITE 120
BOSTON, MA 02116

**BrooklineBank**

1139

53-7148/2113

DATE   12/3/18

☑ CHECK AMOUNT

DOLLARS $   88,000.00

PAY
TO THE ORDER
OF

Eighty - Eight Thousad

FOR   pymt

Check: 1139 Amount: $88,000.00 Date: 12/13/2018
Run: 1000, Batch: 4, Seq: 160, Source: C21-Fed

Check: 1139 Amount: $88,000.00 Date: 12/13/2018
Run: 1000, Batch: 4, Seq: 160, Source: C21-Fed



EXHIBIT
5

**From:**
**Sent:** Monday, April 8, 2019 1:59 PM
**To:**
**Subject:** RE: Launchbyte

Ok, let's hope.

Thank you,

 |Deposit Services Manager | Brookline Bancorp, Inc. |625 George Washington Hwy |Lincoln, RI 02865 | ☎ 

CONFIDENTIAL AND PROPRIETARY: This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**From:**
**Sent:** Monday, April 08, 2019 1:57 PM
**To:**
**Subject:** RE: Launchbyte

Normally I would be with you a 110%, but he started emailing me last night about it coming in.. I think he really is expecting it this time..



Business Banking Officer
**Brookline**Bank
**33 State St.**
**Boston, MA 02109**

Follow us on Facebook http://www.facebook.com/brooklinebank

**From:**
**Sent:** Monday, April 08, 2019 1:56 PM
**To:**
**Subject:** RE: Launchbyte

OK, though I'm not confident they even sent a wire.  I think they're blowing smoke.

Thank you,

 |Deposit Services Manager | Brookline Bancorp, Inc. |625 George Washington Hwy |Lincoln, RI 02865 | ☎ 

CONFIDENTIAL AND PROPRIETARY: This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

EXHIBIT
6

**From:** ███████████
**Sent:** Monday, April 08, 2019 1:52 PM
**To:** ███████████
**Subject:** RE: Launchbyte

The client has asked for a fed reference on the wire. When/if I get the number I will get it to you.. thanks,

███

███████████
Business Banking Officer
**BrooklineBank**
**33 State St.**
**Boston, MA 02109**
███████████

Follow us on Facebook http://www.facebook.com/brooklinebank

**From:** ███████████
**Sent:** Monday, April 08, 2019 12:40 PM
**To:** ███████████
**Subject:** RE: Launchbyte

███

I'm sending some more returned mail to you.  Can you get them to update their address, as well as get this account in the positive?

Thank you,

███████████  |Deposit Services Manager | BrooklineBancorp, Inc. |625 George Washington Hwy |Lincoln, RI 02865 |☎███

CONFIDENTIAL AND PROPRIETARY: This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**From:** ███████████
**Sent:** Wednesday, April 03, 2019 10:07 AM
**To:** ███████████
**Cc:** ███████████
**Subject:** RE: Launchbyte

Thanks ███, I will forward the mail to you.  Let's hope so, he's pretty much getting a free loan from us.

Thank you,

███████████  |Deposit Services Manager | BrooklineBancorp, Inc. |625 George Washington Hwy |Lincoln, RI 02865 |☎███

CONFIDENTIAL AND PROPRIETARY: This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**From:** ███████████████████████ >
**Sent:** Wednesday, April 03, 2019 10:03 AM
**To:** ████████████████████████████
**Cc:** ████████████████████████████
**Subject:** RE: Launchbyte



You can send the mail to me. Thanks. I speak with the client every day, and should be speaking with him later this morning. He showed me some correspondence that indicates an amount substantially greater than the OD should be in soon. I will update you as things happen. Thanks,



████████████████████

Business Banking Officer
**BrooklineBank**
**33 State St.**
**Boston, MA 02109**

██████████████████

Follow us on Facebook http://www.facebook.com/brooklinebank

**From:** ████████████████
**Sent:** Wednesday, April 03, 2019 9:56 AM
**To:** ████████████
**Cc:** ████████████
**Subject:** RE: Launchbyte

Good Morning,

Any update on when the account is going to brought positive?  Also, when are they going to change their address, we keep getting mail back for them.  Do you want me to forward the returned mail to either of you?

Thank you,
████████ |Deposit Services Manager | BrooklineBancorp, Inc. |625 George Washington Hwy |Lincoln, RI 02865 |

CONFIDENTIAL AND PROPRIETARY: This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**From:** ████████████████
**Sent:** Monday, March 18, 2019 12:19 PM
**To:** ████████████████████████████
**Cc:** ████████████████████████████
**Subject:** RE: Launchbyte

Hi,

Can you also get an updated address for the account, we are getting returned mail stating the address is 288 Newbur St Suite301 Boston MA 02115.  See attached.

Thank you,

█████████ |Deposit Services Manager | BrooklineBancorp, Inc. |625 George Washington Hwy |Lincoln, RI 02865 |██ 

CONFIDENTIAL AND PROPRIETARY: This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**From:** ████████
**Sent:** Monday, March 18, 2019 12:03 PM
**To:** ████████
**Cc:** ████████
**Subject:** RE: Launchbyte

Ok, thanks.

Thank you,

█████████ |Deposit Services Manager | BrooklineBancorp, Inc. |625 George Washington Hwy |Lincoln, RI 02865 |☎ 

CONFIDENTIAL AND PROPRIETARY: This email may contain confidential and privileged material for the sole use of the int     d recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**From:** ████████
**Sent:** Monday, March 18, 2019 12:03 PM
**To:** ████████
**Cc:** ████████
**Subject:** RE: Launchbyte

A wire is being initiated from Singapore today.. thanks..

████████
Business Banking Officer
**BrooklineBank**
**33 State St.**
**Boston, MA 02109**
████████

Follow us on Facebook http://www.facebook.com/brooklinebank

**From:** ████████
**Sent:** Monday, March 18, 2019 12:02 PM
**To:** ████████
**Cc:** ████████
**Subject:** RE: Launchbyte

Hi  ,

When will she be being this account positive?

Thank you,

 |Deposit Services Manager | BrooklineBancorp, Inc. |625 George Washington Hwy |Lincoln, RI 02865 |

CONFIDENTIAL AND PROPRIETARY: This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**From:**
**Sent:** Thursday, March 14, 2019 11:24 AM
**To:**
**Cc:**
**Subject:** RE: Launchbyte

Perfect.  Thanks.

Thank you,
Scott F. McCarthy |Deposit Services Manager | BrooklineBancorp, Inc. |625 George Washington Hwy |Lincoln, RI 02865 | 

CONFIDENTIAL AND PROPRIETARY: This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**From:**
**Sent:** Thursday, March 14, 2019 11:21 AM
**To:**
**Cc:**
**Subject:** RE: Launchbyte

We agree

Business Banking Officer
**BrooklineBank**
**33 State St.**
**Boston, MA 02109**

Follow us on Facebook http://www.facebook.com/brooklinebank

**From:**
**Sent:** Thursday, March 14, 2019 11:21 AM
**To:**
**Cc:**
**Subject:** RE: Launchbyte

Thanks. I think this account should be closed before we end up taking a loss.

Thank you,

 |Deposit Services Manager | Brookline Bancorp, Inc. |625 George Washington Hwy |Lincoln, RI 02865 | 

CONFIDENTIAL AND PROPRIETARY: This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**From:** █████████
**Sent:** Thursday, March 14, 2019 11:20 AM
**To:** █████████
**Cc:**
**Subject:** Launchbyte

We agree with your diagnosis and have reached out to the client.. thanks



Business Banking Officer
**BrooklineBank**
**33 State St.**
**Boston, MA 02109**
█████████

Follow us on Facebook http://www.facebook.com/brooklinebank

**From:** █████████
**Sent:** Thursday, March 14, 2019 11:15 AM
**To:** 'Tan Kabra'
**Subject:** RE:

Can you call me from their office? Thanks..

█████████

Business Banking Officer
**BrooklineBank**
**33 State St.**
**Boston, MA 02109**
█████████

Follow us on Facebook http://www.facebook.com/brooklinebank

**From:** Tan Kabra [mailto:tan@█████████
**Sent:** Thursday, March 14, 2019 11:15 AM
**To:** █████████
**Subject:**

Saw you called me. I am at the Northwestern Mutual office sorting out an issue with my brokerage account that has caused the issue with Brookline Bank. Working on getting it resolved asap and wiring in.

The other check tomorrow should also take care of it. sorry & thanks

Best,

Tan Kabra
**Founder + Managing Director**

**The LaunchByte Group**
715 Boylston Street Suite 120, Boston, MA 02116
https://launchbyte.io |

**Brookline Bank**
2 Harvard Street
Brookline, MA 02445
877-668-2265
**Non-Personal Activity Statement**

**LAUNCHBYTE.IO LLC**
OPERATING ACCOUNT
715 BOYLSTON STREET SUITE
120
BOSTON MA 02116

| | |
|---|---|
| Customer Number: | LAA5703 |
| Account Number: | XXXXXXXXXXXX3538 |
| Interest Rate: | 0.000000 % |
| Previous Statement Balance: | ($114.36) |
| Average Balance: | ($83,564.90) |
| Overdraft Limit: | $0.00 |
| Date Range: | 3/11/2019-4/10/2019 |

| Date | Check # | Tran Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| 03/11/2019 | | 20 | Deposit | $125,000.00 | $124,885.64 |
| 03/11/2019 | | 183 | ACH Debit | ($214.01) | $124,671.63 |
| 03/11/2019 | | 183 | ACH Debit AUTO INSUR SAFETY INSURANCE PPD      KABRA TANMAYA | ($362.00) | $124,309.63 |
| 03/12/2019 | | 13 | Outgoing Wire | ($20,020.00) | $104,289.63 |
| 03/12/2019 | | 112 | Wire Transfer Fee | ($15.00) | $104,274.63 |
| 03/12/2019 | | 112 | Wire Transfer Fee | ($15.00) | $104,259.63 |
| 03/12/2019 | | 112 | Wire Transfer Fee | ($15.00) | $104,244.63 |
| 03/12/2019 | | 112 | Wire Transfer Fee | ($15.00) | $104,229.63 |
| 03/12/2019 | | 112 | Wire Transfer Fee | ($15.00) | $104,214.63 |
| 03/12/2019 | | 112 | Wire Transfer Fee | ($15.00) | $104,199.63 |
| 03/12/2019 | | 112 | Wire Transfer Fee | ($15.00) | $104,184.63 |
| 03/12/2019 | | 112 | Wire Transfer Fee | ($35.00) | $104,149.63 |
| 03/12/2019 | | 183 | ACH Debit PPD      KABRA TANMAYA | ($53.40) | $104,096.23 |
| 03/12/2019 | | 183 | ACH Debit | ($16,902.95) | $87,193.28 |

This temporary statement from Brookline Bank is not a formal statement of your account.
These items will be reflected again on your regularly scheduled statement.

April 10, 2019

EXHIBIT
7

PENGAD 800-631-6989

Page: 1

SEC-BLB-P-0000235



|  |  | ACH PMT    AMEX EPAYMENT |  |  |
|---|---|---|---|---|
|  |  | PPD       LaunchByteio Launch |  |  |
| 03/12/2019 | 18 | Online Wire Transfer | ($3,500.00) | $83,603.28 |
|  |  | Online Wire Transfer |  |  |
| 03/12/2019 | 18 | Online Wire Transfer | ($4,000.00) | $79,693.28 |
|  |  | Online Wire Transfer |  |  |
| 03/12/2019 | 18 | Online Wire Transfer | ($4,993.00) | $74,700.28 |
|  |  | Online Wire Transfer |  |  |
| 03/12/2019 | 18 | Online Wire Transfer | ($5,000.00) | $69,700.28 |
|  |  | Online Wire Transfer |  |  |

This temporary statement from Brookline Bank is not a formal statement of your account.
These items will be reflected again on your regularly scheduled statement.

April 10, 2019

Page: 2

SEC-BLB-P-0000236

| | | | | | |
|---|---|---|---|---|---|
| | | | 20190312MMQFMPAO000018 | | |
| | | | 20190312C1QAE01X000487 | | |
| | | | 03120921FT01 | | |
| 03/12/2019 | | 18 | Online Wire Transfer | ($5,775.00) | $63,925.28 |
| | | | Online Wire Transfer | | |
| 03/12/2019 | | 18 | Online Wire Transfer | ($6,300.00) | $57,625.28 |
| | | | Online Wire Transfer | | |
| 03/12/2019 | | 18 | Online Wire Transfer | ($7,950.00) | $49,675.28 |
| | | | Online Wire Transfer | | |
| 03/12/2019 | 1170 | 31 | Check | ($20,000.00) | $29,675.28 |
| 03/12/2019 | 1169 | 31 | Check | ($29,000.00) | $675.28 |
| 03/14/2019 | 101 | 135 | Chargeback | | ($124,324.72) |
| | | | | ($125,000.00) | |
| 03/14/2019 | 101 | 137 | Chargeback Fee | ($10.00) | ($124,334.72) |
| 03/14/2019 | | 183 | ACH Debit | ($227.91) | ($124,562.63) |
| | | | 231417940  COMCAST 8773103 | | |
| | | | PPD      LAUNCHBYTE *LLC | | |
| 03/15/2019 | | 120 | Return Item Credit | $227.91 | ($124,334.72) |
| 03/15/2019 | | 2 | Return Item Fee | ($35.00) | ($124,369.72) |
| 03/18/2019 | | 183 | ACH Debit | ($291.69) | ($124,661.41) |

This temporary statement from Brookline Bank is not a formal statement of your account.
These items will be reflected again on your regularly scheduled statement.

April 10, 2019                                                                                               Page: 3

231125527  COMCAST 8773103
PPD      LAUNCHBYTE *LAUNCHB

| | | | | |
|---|---|---|---|---|
| 03/19/2019 | 120 | Return Item Credit | $291.69 | ($124,360.72) |
| 03/19/2019 | 2 | Return Item Fee | ($35.00) | ($124,4  72) |
| 03/20/2019 | 183 | ACH Debit | ($227.91) | ($124,632.63) |
| | | RETRY PYMT COMCAST 8773103 | | |
| | | PPD      LAUNCHBYTE *LLC | | |
| 03/20/2019 | 183 | ACH Debit | ($85,426.08) | ($210,058.71) |
| | | | | |
| 03/21/2019 | 120 | Return Item Credit | $227.91 | ($209,830.80) |
| 03/21/2019 | 120 | Return Item Credit | $85,426.08 | ($124,404.72) |
| 03/21/2019 | 183 | ACH Debit | ($37.07) | ($124,441.79) |
| | | INS PREM   HEALTH CONNECTOR | | |
| 03/21/2019 | 183 | ACH Debit | ($264.89) | ($124,706.68) |
| | | INS PREM   HEALTH CONNECTOR | | |
| 03/21/2019 | 183 | ACH Debit | ($291.69) | ($124,998.37) |
| | | RETRY PYMT COMCAST 8773103 | | |
| | | PPD      LAUNCHBYTE *LAUNCHB | | |
| 03/21/2019 | 2 | Return Item Fee | ($35.00) | ($125,033.37) |
| 03/21/2019 | 2 | Return Item Fee | ($35.00) | ($125,068.37) |
| 03/22/2019 | 120 | Return Item Credit | $37.07 | ($125,031.30) |
| 03/22/2019 | 120 | Return Item Credit | $264.89 | ($124,766.41) |
| 03/22/2019 | 120 | Return Item Credit | $291.69 | ($124,4  72) |
| 03/22/2019 | 183 | ACH Debit | ($24,390.27) | ($148,  .99) |
| | | ACH PMT   AMEX EPAYMENT | | |
| | | PPD      LaunchByteio Launch | | |
| 03/22/2019 | 2 | Return Item Fee | ($35.00) | ($148,899.99) |
| 03/22/2019 | 2 | Return Item Fee | ($35.00) | ($148,934.99) |
| 03/22/2019 | 2 | Return Item Fee | ($35.00) | ($148,969.99) |
| 03/25/2019 | 120 | Return Item Credit | $24,390.27 | ($124,579.72) |
| 03/25/2019 | 183 | ACH Debit | ($227.91) | ($124,807.63) |
| | | RETRY PYMT COMCAST 8773103 | | |
| | | PPD      LAUNCHBYTE *LLC | | |
| 03/25/2019 | 183 | ACH Debit | ($3,752.65) | ($128,560.28) |
| | | ACH PMT   AMEX EPAYMENT | | |
| | | PPD      LaunchByteio Launch | | |
| 03/25/2019 | 2 | Return Item Fee | ($35.00) | ($128,595.28) |
| 03/26/2019 | 120 | Return Item Credit | $227.91 | ($128,367.37) |
| 03/26/2019 | 120 | Return Item Credit | $3,752.65 | ($124,614.72) |
| 03/26/2019 | 33 | Miscellaneous Deposit/Credit | $20,000.00 | ($104,614.72) |
| | | RETURN CK#1170 | | |
| 03/26/2019 | 33 | Miscellaneous Deposit/Credit | $29,000.00 | ($75,614.72) |
| | | RETURN CK 1169 | | |
| 03/26/2019 | 183 | ACH Debit | ($291.69) | ($75,906.41) |
| | | RETRY PYMT COMCAST 8773103 | | |

This temporary statement from Brookline Bank is not a formal statement of your account.
These items will be reflected again on your regularly scheduled statement.

April 10, 2019

Page: 4

| Date | Check | Code | Description | Amount | Balance |
|------|-------|------|-------------|--------|---------|
| | | | PPD      LAUNCHBYTE *LAUNCHB | | |
| 03/26/2019 | | 2 | Return Item Fee | ($35.00) | ($75,941.41) |
| 03/26/2019 | | 2 | Return Item Fee | ($35.00) | ($75,976.41) |
| 03/27/2019 | | 120 | Return Item Credit | $291.69 | ($75,684.72) |
| 03/27/2019 | | 183 | ACH Debit | ($24,390.27) | ($100,074.99) |
| | | | RETRY PYMT AMEX EPAYMENT | | |
| | | | PPD      LaunchByteio Launch | | |
| 03/27/2019 | | 2 | Return Item Fee | ($35.00) | ($100,109.99) |
| 03/28/2019 | | 120 | Return Item Credit | $24,390.27 | ($75,719.72) |
| 03/28/2019 | | 183 | ACH Debit | ($3,752.65) | ($79,472.37) |
| | | | RETRY PYMT AMEX EPAYMENT | | |
| | | | PPD      LaunchByteio Launch | | |
| 03/28/2019 | | 2 | Return Item Fee | ($35.00) | ($79,507.37) |
| 03/29/2019 | | 120 | Return Item Credit | $3,752.65 | ($75,754.72) |
| 03/29/2019 | | 2 | Return Item Fee | ($35.00) | ($75,789.72) |
| 04/01/2019 | | 183 | ACH Debit | ($2,142.45) | ($77,932.17) |
| | | | HEADWAYCAPITAL 1HEADWAY | | |
| | | | CCD   TANMAYA KABRA | | |
| | | | 48553429      S | | |
| 04/01/2019 | | 183 | ACH Debit | ($6,427.35) | ($84,359.52) |
| | | | HEADWAYCAPITAL 1HEADWAY | | |
| | | | CCD   TANMAYA KABRA | | |
| | | | 48555277      S | | |
| 04/01/2019 | | 183 | ACH Debit | ($24,390.27) | ($108,749.79) |
| | | | RETRY PYMT AMEX EPAYMENT | | |
| | | | PPD      LaunchByteio Launch | | |
| 04/01/2019 | 1171 | 31 | Check | | ($233,749.79) |
| | | | | ($125,000.00) | |
| 04/02/2019 | | 120 | Return Item Credit | $2,142.45 | ($231,607.34) |
| 04/02/2019 | | 120 | Return Item Credit | $6,427.35 | ($225,179.99) |
| 04/02/2019 | | 120 | Return Item Credit | $24,390.27 | ($200,789.72) |
| 04/02/2019 | 1171 | 120 | Return Item Credit | $125,000.00 | ($75,789.72) |
| 04/02/2019 | | 183 | ACH Debit | ($429.38) | ($76,219.10) |
| | | | Payment   ATT | | |
| | | | PPD      TemporaryAccountNam | | |
| 04/02/2019 | | 183 | ACH Debit | ($3,752.65) | ($79,971.75) |
| | | | RETRY PYMT AMEX EPAYMENT | | |
| | | | PPD      LaunchByteio Launch | | |
| 04/02/2019 | | 2 | Return Item Fee | ($35.00) | ($80,006.75) |
| 04/02/2019 | | 2 | Return Item Fee | ($35.00) | ($80,041.75) |
| 04/02/2019 | | 2 | Return Item Fee | ($35.00) | ($80,076.75) |
| 04/02/2019 | 1171 | 2 | Return Item Fee | ($35.00) | ($80,111.75) |
| 04/03/2019 | | 120 | Return Item Credit | $429.38 | ($79,682.37) |
| 04/03/2019 | | 120 | Return Item Credit | $3,752.65 | ($75,929.72) |
| 04/03/2019 | | 2 | Return Item Fee | ($35.00) | ($75,964.72) |
| 04/03/2019 | | 2 | Return Item Fee | ($35.00) | ($75,999.72) |
| 04/05/2019 | | 183 | ACH Debit | ($429.38) | ($76,429.10) |
| | | | RETRY PYMT ATT | | |

This temporary statement from Brookline Bank is not a formal statement of your account.
These items will be reflected again on your regularly scheduled statement.

April 10, 2019

Page: 5

SEC-BLB-P-0000239

|  |  | PPD      Temporary Account Nam |  |  |
|---|---|---|---|---|
| 04/08/2019 | 120 | Return Item Credit | $429.38 | ($75,999.72) |
| 04/08/2019 | 2 | Return Item Fee | ($35.00) | ($76,034.72) |

This temporary statement from Brookline Bank is not a formal statement of your account.
These items will be reflected again on your regularly scheduled statement.

April 10, 2019

SEC-BLB-P-0000240

.ıll Verizon 📶     3:36 PM     48% 🔋



I'm at a breakfast right now.. I will ring u after.. I don't understand the question

OK let me know after

The individuals name is ███████████ for 29,000 on Monday

Mon, Mar 18, 7:39 AM

Hope the weekend was good. How did your dad make out with the wire?

iMessage

  

      

OIA Confidential Treatment Requested



Wire directly to your Brookline account correct? Thanks

███ I just tried to call you I'm facing major heat from someone I wrote a check to you on Monday that showed their check as clearing in the cash management portal

Aside from the issue at hand that we have here that should be separate correct

iMessage

ıll Verizon 🛜                    3:37 PM                    48% 🔋

‹                         

understand an extended
check situation

Fri, Mar 15, 8:17 AM

> Please follow up on this
> first thing. It cannot stay
> in this status

All set. My dad will send
a wire from Singapore.
just talked to him

Then I'll wire back once
the check I'm expecting
comes in today or mon

> Thank you

    iMessage   

      

.ıll Verizon 🛜                3:37 PM                48% 🔋

‹            O

▇▇▇▇▇▇▇▇

have an update from
them yet so setting one
for 5

Thu, Mar 14, 5:13 PM

Nothing?

Yeah nothing yet –
following up again now.
Im so sorry – didn't
mean to put you in this
position. Working on a
fix ASAP

Hopefully higher up can
understand an extended
check situation

iMessage

   

      



..l Verizon 📶          3:37 PM          48% 🔋

... I'll give you a ring

Let me get the account
back up

Thu, Mar 14, 1:17 PM

We need to speak

Call you in 7 mins

K

Thu, Mar 14, 3:00 PM

3 pm reminder: I don't
have an update from
them yet so setting one
for 5

all Verizon 📶    3:37 PM    48% 🔋



another signer for u

When r u back?

Thu, Mar 14, 11:11 AM

Tan- call me ASAP

Tan- I need clarity on what is happening. Please call me..

I will ███ let me get the solution done first, then I'll give you a ring

Let me get the account back up

iMessage

   

      

CIA Confidential Treatment Requested

BBC 0000

# BrooklineBank

## PERSONAL FINANCIAL STATEMENT

### I. PERSONAL INFORMATION *(Attach additional Statements as necessary.)*

| | |
|---|---|
| Name (first, last, middle initial)<br>Tanmaya Kabra | Home Address        Street<br>11 Gloucester Street Apt 4 |
| Employer/Business<br>LaunchByte.io LLC | City        State        Zip Code<br>Boston, MA 02115 |

| | | |
|---|---|---|
| Address of Employer        Street<br>715 Boylston Street St 120 | | Social Security No        Date of Birth |
| City        State        Zip Code<br>Boston, MA 02116 | | Primary Personal Bank<br>First Republic Bank |

| Phone No. | Years with Employer<br>3 | Title/Position<br>Chief Executive Officer | Accountant's Name        CPA | Phone No |
|---|---|---|---|---|
| | | | Attorney's Name        Esq | Phone No. |

| | |
|---|---|
| Name of previous employer and position<br>(If with current employer less than 3 years) | No. of Years |

### II. FINANCIAL INFORMATION – Income/Expense for the Year Ended 2017 ; Assets/Liabilities as of 2017

| Annual Income | Amount ($) | Annual Expenditures | | Amount ($) |
|---|---|---|---|---|
| Salary | $300,000 | Mortgage Pymts. | Residential | |
| Bonuses and Commissions | $800,000 | | Investment | |
| Alimony/Child Support or Separate Maintenance *(Alimony, Child Support or Separate Maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying the obligation.)* | | Property Taxes | Residential | |
| | | | Investment | |
| | | Rental Payments, Co-op, Condo Maintenance | | $5,000 |
| Other Income: (List) | | Alimony/Child Support or Separate Maintenance Obligations | | |
| Consulting | $250,000 | Tuition | | |
| | | Other Expenses: (List) | | |
| | | | | |
| | | | | |
| | | | | |
| Total Annual Income | $1,350,000 | Total Annual Expenditures | | $60,000 |

| Assets as of 2017 Dec | | Amount ($) | Liabilities as of 2017 Dec | | Amount ($) |
|---|---|---|---|---|---|
| Cash and Savings | (Schedule A) | $100,000 | Credit Cards Payable | | |
| Marketable Securities | (Schedule B) | Crypto: $1,000,000 | Mortgage Debt | (Schedule C) | |
| Residential Real Estate | (Schedule C) | | Student Loans Payable | | |
| Real Estate Investments | (Schedule C) | | Notes Payable | (Schedule E) | |
| Ownership Interest in Businesses | (Schedule D) | 16,462,500 | Taxes Payable (Income, Property, Business) | | |
| Profit Sharing & Other Vested Retirement Accounts | | $700,000 | Other Liabilities | (Schedule E) | $40,000 |
| Personal Property (including automobiles) | | $150,000 | Contingent Liabilities | (Schedule F) | |
| Other Assets (List) | | | | | |
| | | | Total Liabilities | | $100,000 |
| | | | Net Worth (Total Assets – Total Liabilities) | | $19,662,500 |
| Total Assets | | $19,762,500 | Total Liabilities and Net Worth | | $19,662,600 |

V 6.0 – 11.1.16

EXHIBIT 9<br>PENGAD 800-631-6989

# BrooklineBank

## PERSONAL FINANCIAL STATEMENT

### Schedule A – Cash, Checking, Savings, CD's, and Money Market Accounts

| Account Holder(s) | Description | Institution | Amount | Pledged |
|---|---|---|---|---|
| Tanmaya Kabra | Personal Checking | First Republic Bank | $100,000 | Nc |
| | | | | No |
| | | | | No |
| | | | | No |

### Schedule B - Marketable Securities (including non-money market mutual funds)

| No. of Shares (Stock) or Face Value (Bonds) | Description | Owner(s) | Where Held | Current Market Value | Pledged |
|---|---|---|---|---|---|
| | Cryptocurrencies | Tanmaya Kabra | Coinbase & Digital Wallets | $1,250,000 | No |
| | | | | | No |
| | | | | | No |
| | | | | | No |

*Attach a separate schedule or brokerage statement(s), if necessary, in which case, enter totals only.*

### Schedule C – Residence, Real Estate Investments, and Mortgage Debt

| Property Address | Owner(s) | Lender | Market Value | Loan Balance | Mo. Payment (inc. taxes, ins.) | Interest Rate |
|---|---|---|---|---|---|---|
| **Personal Properties** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Investment Properties** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### Schedule D –Ownership Interest in Business(es) (Attach copies of business tax returns, K-1s, or financial statements for investments which represent a material portion of your total assets, please include signed business tax returns or financial statements.)

| Business Name | Business Type | Investment Cost | Current Market Value | Balance Due on Business Debt | Ownership % |
|---|---|---|---|---|---|
| LaunchByte Group | LLC | 500,000 | 10,000,000 | 50,000 | 80% |
| VetX | Inc | 200,000 | 3,250,000 | | 75% |
| LaunchByte Ventures Portfolio | LLC | 1,000,000 | 7,000,000 | | 100% |
| Yee Systems | LLC | 10,000 | 100,000 | | 50% |

### Schedule E – Other Liabilities

| Due to | Type of Liability | Total/Original Amount | Balance Due | Maturity Date | Interest Rate | Collateral | Secured |
|---|---|---|---|---|---|---|---|
| Chase Financial Auto | Auto Loan | 40,000 | 12,000 | | | N/A | No |
| Huntington Auto | Auto Loan | 45,000 | 38,000 | | | N/A | No |
| | | | | | | | No |
| | | | | | | | No |

### Schedule F -- Contingent Liabilities

| | | |
|---|---|---|
| 1. | Are you a guarantor, co-maker, or endorser for any debt of an individual, corporation, or partnership? | No |
| 2. | Are you a party to, or threatened with, any claim or lawsuit? | No |
| 3. | Are you contingently liable on any lease or contract? | No |
| 4. | Are any of your tax obligations past due? | No |

If "Yes" for any of the above, please provide details.

uuu

# **Brookline**Bank

## PERSONAL FINANCIAL STATEMENT

### III. OTHER DISCLOSURES

| | | |
|---|---|---|
| 1. | Personal income tax returns filed through (date): 2016     Are any returns currently being audited or contested? | No |
| 2. | Have you or any firm in which you were an owner ever declared bankruptcy? | No |
| 3. | Have you ever been convicted of or pleaded no contest to any crime (felony *or* misdemeanor)? | No |
| 4. | Do you anticipate a significant change in annual income and expenses or in assets or liabilities in the next year? | No |
| 5. | Have you ever had your license to practice or conduct business suspended or revoked by a licensing agency? | No |
| | If "Yes" for any of the above, please provide details: | |
| 6. | Number of dependents (excluding self) _____ | |
| 7. | Will loan proceeds be used for capital improvements to real estate, the purchase of real estate, or to refinance debt on real estate? | No |
| 8. | If "Yes" to Question 7, HMDA Addendum completed? | No |
| 9. | If "Yes" to Question 7, Commercial Real Estate Addendum completed? | No |

### IV. Representations, Warranties, Notices and Authorizations

The undersigned certifies that this Personal Financial Statement and all documents required to be submitted in connection herewith, including without limitation, federal income tax returns and financial statements (collectively, the "Statement"), are provided to the bank (the "Bank") in support of an application for credit. The undersigned certifies that all the information contained in this Statement is provided to induce the Bank to extend or to continue the extension of credit to the undersigned or to others upon the guarantee of the undersigned. The undersigned acknowledges and understands that the Bank is relying on the information provided herein in deciding to grant or continue credit or to accept a guarantee thereof. The undersigned represents warrants and certifies that the information provided herein is true, correct and complete. The undersigned agrees to notify the Bank immediately and in writing of any change in name, address, or employment and of any material adverse change (1) in any of the information contained in this statement or (2) in the financial condition of the undersigned or (3) in the ability of any of the undersigned to perform his/her obligations to the Bank. In the absence of such notice or a new and full written Statement, this Statement should be considered as a continuing Statement and substantially correct. If the undersigned fails to notify the Bank as required above, or if any of the information herein should prove to be inaccurate or incomplete in any material respect, the Bank may declare the indebtedness of the undersigned or the indebtedness guaranteed by the undersigned, as the case may be, immediately due and payable. By signing below, the undersigned authorizes the Bank to make or have made any credit, employment, tax return, or investigation inquiry that the Bank determines appropriate for the extension of credit, periodic evaluation of your account or the collection of amounts owed to the Bank. The undersigned acknowledges that the Bank may furnish information concerning the undersigned's account with the Bank to consumer reporting agencies and others who may properly receive that information. If the undersigned request, the undersigned will be informed whether a consumer report was requested, and if a report was requested, the undersigned will be informed of the name and address of the consumer reporting agency that furnished the report. The undersigned authorizes the Bank to answer questions about the undersigned's credit experience with the Bank. As long as any obligation or guarantee of the undersigned to the Bank is outstanding, the undersigned shall supply annually an updated tax return or financial statement. This Statement and any other financial or other information that the undersigned provides to the Bank shall be the Bank's property.

### V. Bank Disclosures

**NOTICE REGARDING USA PATRIOT ACT:** The Bank complies with Section 326 of the USA Patriot Act. This law mandates that we obtain and verify certain information about you, including your name, legal address, date of birth and social security or tax identification number, while processing your account application.

**NOTICE REGARDING EQUAL CREDIT OPPORTUNITY ACT:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit Applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that Applicant can enter into a legally binding contract); because all or part of the Applicant's income derives from any public assistance program; or because the Applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Reserve Consumer Help Center, P.O. Box 1200, Minneapolis, MN 55480.

### VI. Signature

By signing below, I hereby acknowledge that (a) I intend to support an application for credit personally; (b) I will be personally liable for any credit extended; (c) I understand that the request will not be considered complete until all requested information has been provided; (d) I have read and agreed to the above terms and conditions of this Statement; and (e) the information provided in this Statement is accurate and complete.

Tanmaya Kabra

**Name (Please Print)**

Tanmaya Kabra        December 20, 2017

**Signature**                    **Date**

 Santander

 EXHIBIT 10

| BUSINESS CHECKING | Statement Period 07/01/19 - 07/31/19 |
|---|---|

**LAUNCHBYTE VENTURES,LLC**

Account # ███ 2693

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $3,576 38 | Ending Balance | -$31,609 61 |
| Deposits/Credits | +$60,447.08 | Average Daily Balance | -$1,878.24 |
| Withdrawals/Debits | -$95,633 07 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 125 -R | 07/05 | $5,000 00 | 0996341015 | 128 | 07/15 | $150.00 | 0998558370 |
| 126 | 07/03 | $150.00 | 0996015075 | 10112* | 07/11 | $318 00 | 0998007840 |
| 127 | 07/16 | $350 00 | 0999011215 | | | | |

**4  Check(s) Posted = $968.00**
An asterisk (*) indicates a skip in sequential check numbers.

### Account Activity

| Date   Description | Credits | Debits | Balance |
|---|---|---|---|
| 07-01 **Beginning Balance** | | | $3,576.38 |
| 07-01 LYFT *RIDE TH 8552800278 /CA US CARD PURCHASE | | $18 04 | $3,558 34 |
| 07-01 MEMOIRE EVERETT /MA US CARD PURCHASE | | $708.00 | $2,850.34 |
| 07-01 SAFETY INSURANC BOSTON /MA US CARD PURCHASE | | $736 00 | $2,114 34 |
| 07-02 FIVERR * 9543682267 /NY US CARD PURCHASE | | $157.50 | $1,956.84 |
| 07-02 FIVERR 9543682267 /NY US CARD PURCHASE | | $32 00 | $1,924 84 |
| 07-02 FIVERR 9543682267 /NY US CARD PURCHASE | | $126.00 | $1,798.84 |
| 07-02 GOOGLE *GSUITE_cc@google com /CA US CARD PURCHASE | | $108 38 | $1,690 46 |
| 07-02 DISCOVER E-PAYMENT 190701 | | $1,658.16 | $32.30 |
| 07-03 Amazon com Amzn.com/bill /WA US CARD PURCHASE REFUND | $606 70 | | $639 00 |
| 07-03 LYFT *RIDE MO 8552800278 /CA US CARD PURCHASE | | $21.28 | $617.72 |
| 07-03 CHECK 000000000126 | | $150 00 | $467 72 |
| 07-05 APL* ITUNES.COM 866-712-7753 /CA US CARD PURCHASE | | $5.30 | $462.42 |
| 07-05 AT&T*BILL PAYME 8003310500 /TX US CARD PURCHASE | | $133 59 | $328 83 |
| 07-05 VERIZON VZ BillPay | | $161.24 | $167.59 |
| 07-05 CHECK 000000000125 | | $5,000 00 | -$4,832 41 |
| 07-05 INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$4,867.41 |
| 07-08 CHECK RETURNED 2019-07-05 | $5,000 00 | | $132 59 |
| 07-08 REFUND - INSUFFICIENT FUNDS FEE - ITEM PAID  ON 07/05/2019 | $35.00 | | $167.59 |
| 07-08 INSUFFICIENT OR UNAVAILABLE FUNDS - ITEM RETURNED | | $35 00 | $132 59 |
| 07-09 WIRE IN FRM ACCT3760█████ REF | $20,000.00 | | $20,132.59 |
| 07-09 DESKPASS - MINI 8443375846 /IL US CARD PURCHASE | | $49 00 | $20,083 59 |
| 07-10 DOCUSIGN 2062190200 /WA US CARD PURCHASE REFUND | $194.45 | | $20,278.04 |
| 07-10 APL*ITUNES COM/ 866-712-7753 /CA US CARD PURCHASE | | $18 05 | $20,259 99 |
| 07-10 WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $5,000.00 | $15,259.99 |
| 07-10 WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $5,000 00 | $10,259 99 |
| 07-10 WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $5,449.61 | $4,810.38 |
| 07-10 DISCOVER E-PAYMENT 190709 | | $1,611 61 | $3,198 77 |
| 07-11 SARAVANAA BHAVA NEW YORK /NY US CARD PURCHASE | | $65.19 | $3,133.58 |
| 07-11 DESKPASS - FULL 8443375846 /IL US CARD PURCHASE | | $174.00 | $2,959 58 |
| 07-11 CHECK 000000010112 | | $318.00 | $2,641.58 |
| 07-11 COMM OF MASS EFT MA DOR PAY190710 1412489856 | | $377 53 | $2,264 05 |
| 07-12 UBER EATS 8665761039 /CA US CARD PURCHASE | | $18.54 | $2,245.51 |
| 07-12 FIVERR 9543682267 /NY US CARD PURCHASE | | $86 10 | $2,159 41 |
| 07-12 UBER EATS 8005928996 /CA US CARD PURCHASE | | $1.48 | $2,157.93 |
| 07-12 LYFT *RIDE TH 855-865-9553 /CA US CARD PURCHASE | | $28.20 | $2,129 73 |
| 07-12 AMAZON.COM*MH5K SEATTLE /WA US CARD PURCHASE | | $35.00 | $2,094.73 |
| 07-12 FEES FOR ACCOUNT ANALYSIS 06/30/19 | | $296 00 | $1,798 73 |
| 07-15 FIVERR * 9543682267 /NY US CARD PURCHASE | | $73.50 | $1,725.23 |
| 07-15 LYFT *RIDE TH 855-865-9553 /CA US CARD PURCHASE | | $26.95 | $1,698 28 |

 Santander

## Account Activity (Cont. for Acct# ▇▇▇2693)

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 07-15 | CHIPOTLE 2494 CENTRAL VALLE /NY US CARD PURCHASE | | $3.89 | $1,694.39 |
| 07-15 | SQ *SQ *BENSON' New York /NY US CARD PURCHASE | | $48 07 | $1,646 32 |
| 07-15 | 1100 MAXWELL LA NEWARK /NJ US CARD PURCHASE | | $12.00 | $1,634.32 |
| 07-15 | AMAZON.COM*MH6N SEATTLE /WA US CARD PURCHASE | | $6 53 | $1,627 79 |
| 07-15 | AMAZON.COM*MH6T SEATTLE /WA US CARD PURCHASE | | $103.90 | $1,523.89 |
| 07-15 | CHECK 000000000128 | | $150 00 | $1,373 89 |
| 07-16 | ORC*FINRA FORM 800-9996647 /MD US CARD PURCHASE | | $60.00 | $1,313.89 |
| 07-16 | AIRBNB HMAKSCH 4158005959 /CA US CARD PURCHASE | | $220 16 | $1,093 73 |
| 07-16 | CARMINE'S NEW YORK /NY US CARD PURCHASE | | $145.12 | $948.61 |
| 07-16 | SQ *SQ *REL New York /NY US CARD PURCHASE | | $174 20 | $774 41 |
| 07-16 | LYFT *RIDE SU 8552800278 /CA US CARD PURCHASE | | $19.20 | $755.21 |
| 07-16 | CHECK 000000000127 | | $350 00 | $405 21 |
| 07-17 | DAVE & BUSTERS NEW YORK /NY US CARD PURCHASE | | $56.00 | $349.21 |
| 07-17 | SQC*CASH APP GO 4153753176 /CA US CARD PURCHASE | | $300 00 | $49 21 |
| 07-17 | AMAZON.COM*MH2B SEATTLE /WA US CARD PURCHASE | | $39.40 | $9.81 |
| 07-22 | APL*ITUNES COM/ 866-712-7753 /CA US CARD PURCHASE | | $2 99 | $6 82 |
| 07-22 | D.SCOVER E-PAYMENT 190719 | | $2,395.50 | -$2,388.68 |
| 07-22 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$2,423 68 |
| 07-29 | WIRE IN FRM ACCT8322▇▇▇ REF INVESTMENT IN PROMIS | $3,000.00 | | $576.32 |
| 07-29 | AMEX EPAYMENT ACH PMT 190729 ******SP | | $4,100 15 | -$3,523 83 |
| 07-29 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$3,558.83 |
| 07-29 | AMEX EPAYMENT ACH PMT 190729 ******SP | | $27,440 78 | -$30,999 61 |
| 07-29 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$31,034.61 |
| 07-30 | ACH RETURNED ITEM | $27,440 78 | | -$3,593 83 |
| 07-30 | ACH RETURNED ITEM | $4,100.15 | | $506.32 |
| 07-30 | REFUND - INSUFFICIENT FUNDS FEE - ITEM PAID ON 07/29/2019 | $35 00 | | $541 32 |
| 07-30 | REFUND - INSUFFICIENT FUNDS FEE - ITEM PAID ON 07/29/2019 | $35.00 | | $576.32 |
| 07-30 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $470.00 | $106 32 |
| 07-30 | SUSTAINED OVERDRAFT FEE | | $35.00 | $71.32 |
| 07-30 | INSUFFICIENT OR UNAVAILABLE FUNDS - ITEM RETURNED | | $35 00 | $36 32 |
| 07-30 | INSUFFICIENT OR UNAVAILABLE FUNDS - ITEM RETURNED | | $35.00 | $1.32 |
| 07-31 | AMEX EPAYMENT RETRY PYMT190729 ******SP | | $4,100 15 | -$4,098 83 |
| 07-31 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$4,133.83 |
| 07-31 | AMEX EPAYMENT RETRY PYMT190729 ******SP | | $27,440 78 | -$31,574 61 |
| 07-31 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$31,609.61 |
| 07-31 | **Ending Balance** | | | -$31,609.61 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**

Page 1 of 2



Account Inquiry - Transactions

| Bank: | 0317 SANTANDER | Branch: | 9806 COURT ORD |
|---|---|---|---|
| Account No.: | ___693 | Holder: | LAUNCHBYTE VENTURES,LLC |
| Product Type: | 300-130 SMALL BUSINESS CHECKING | Currency: | USD US DOLLAR |
| Branch Account: | 0317 0418 | Branch Desc.: | Boston - Back bay |

Search Criteria - Click on the icon to show the filter options

Balance   Participants

Date from: 08 / 01 / 2019          Date to: 08 / 03 / 2019

Amount from: 0          Amount to: 0

00

Entry: ○ Debit ○ Credit ● All          Currency: USD US DOLLAR

Balance type: 000

Sort by Date: ○ Des.   ● Asc.

### Transactions

| Trans. Dt. | Effe. Dt. | Description | Amount | Balance | DGO |
|---|---|---|---|---|---|
| 08/01/19 | 07/31/19 | ACH RETURNED ITEM | 27,440.78 C | 4,168.83 D | 03 |
| 08/01/19 | 07/31/19 | ACH RETURNED ITEM | 4,100.15 C | 68.68 D | 03 |
| 08/01/19 | 07/31/19 | REFUND - INSUFFICIENT FUNDS FEE - IT... | 35.00 C | 33.68 D | 03 |
| 08/01/19 | 07/31/19 | REFUND - INSUFFICIENT FUNDS FEE - IT... | 35.00 C | 1.32 C | 03 |
| 08/01/19 | 08/01/19 | INSUFFICIENT OR UNAVAILABLE FUNDS ... | 35.00 D | 33.68 D | 03 |
| 08/01/19 | 08/01/19 | INSUFFICIENT OR UNAVAILABLE FUNDS ... | 35.00 D | 68.68 D | 03 |
| 08/02/19 | 08/02/19 | AMEX EPAYMENT RETRY PYMT190729 **... | 4,100.15 D | 4,168.83 D | 0317 |
| 08/02/19 | 08/02/19 | INSUFFICIENT FUNDS FEE - ITEM PAID | 35.00 D | 4,203.83 D | 03 |
| 08/02/19 | 08/02/19 | AMEX EPAYMENT RETRY PYMT190729 **... | 27,440.78 D | 31,644.61 D | 0317, |
| 08/02/19 | 08/02/19 | INSUFFICIENT FUNDS FEE - ITEM PAID | 35.00 D | 31,679.61 D | 03, |

Adjustment   Details

<Back

EXHIBIT
11
PENGAD 800-631-6989