# EXHIBIT C





**BrooklineBank**
P.O. Box 470469, Brookline, MA 02447

```
                                    Date     1/10/19           Page        1
                                    Primary Account            1221063538
                                    Enclosures                         8
```

```
LAUNCHBYTE.IO LLC
OPERATING ACCOUNT
715 BOYLSTON STREET SUITE 120
BOSTON MA 02116
```

Happy New Year! Keeping your contact information current with us can help avoid potentially fraudulent activity. Be sure to keep your mobile number, email and mailing addresses up to date in Online Banking, or call Customer Service.

## CHECKING  ACCOUNTS

```
Business Gold Checking                        Number of Checks                      8
Account Number                 1221063538     Statement Dates   12/11/18 thru 1/10/19
Beginning Balance                4,196.20     Days in the statement period         31
   12 Deposits/Credits          573,838.00    Average Balance               23,605.00
   84 Checks/Debits             570,306.24
Maintenance Fee                       .00
Interest Paid                         .00
Ending Balance                   7,727.96
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $175.00 | $.00 |
| Overdraft item fees previous year   2018 |  | $700.00 |
| Return item fees previous year   2018 |  | $2,905.00 |

## IMPORTANT RESERVE CREDIT INFORMATION

INTEREST CHARGE: We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or debits and subtract any payments or credits. This gives us the "daily balance."

### RESERVE CREDIT PAYOFF INFORMATION

Your loan balances may be paid in full (assuming no advances after the closing date on this statement) by remitting (a) the total New Balance as shown on this statement, plus (b) the INTEREST which has accrued on the Principal Balance from the billing date to the date of actual payoff. In the event you remit only the total New Balance, the accrued INTEREST mentioned in item (b) will appear on your next monthly statement.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR RESERVE CREDIT STATEMENT

If you think there is an error on your statement, write to us at: Brookline Bank, 131 Clarendon Street, PO Box 179179, Boston MA 02117-9179, Attn: Loan Servicing. In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### CREDIT BUREAU INFORMATION

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR DEPOSIT ACCOUNT, STATEMENT OR ELECTRONIC TRANSFERS CALL OUR CUSTOMER SERVICE CENTER AT 1-877-668-2265 OR WRITE TO:

**BROOKLINE BANK, P.O. BOX 470469, BROOKLINE, MA 02447-0469, ATTN: DEPOSIT SERVICES**

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error or the transfer that you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.

If you tell us orally, we may require you to send your complaint or question in writing within 10 business days. We will promptly investigate the matter, correct any error and call or write to you with an answer within 10 business days. If we need more time, we will provisionally credit your account for the amount you think is in error, so you will have the use of the money during the time it takes us to complete our investigation.

DIRECT DEPOSITS: If you have arranged to have direct deposit made to your deposit accounts at Brookline Bank, you may call our automated Telephone Banking system at 1-888-730-3554 to find out whether or not the deposit has been made.

MASSACHUSETTS 18/65 ACCOUNTS: As provided for by Mass. G.L. c. 167D, s. 2, we offer a no minimum balance/no monthly fee statement savings and checking account with limited fees to customers age 18 years and under and 65 year and over. Customers must identify themselves as eligible for these accounts and provide proof of age.

### HOW TO VERIFY YOUR CHECKING BALANCE

1. Mark off in your checkbook each of the checks paid by the bank.
2. Make a list of the numbers and amounts of those checks still outstanding in the space provided below.
3. Compare checking portion of your statement with your checkbook. Any deposits, transferred credits or reserve credit advances not recorded in your checkbook should be entered there and added to the balance. Any transferred debits, activity charges, or payments to Reserve Credit not recorded in your checkbook should be entered there and subtracted from the balance.

| | | | Outstanding checks and other withdrawals not on this statement | |
|---|---|---|---|---|
| 4. | Enter the balance shown on this statement here........................... | $ | **NUMBER** | **AMOUNT** |
| 5. | If you have made deposits or transferred funds into checking since the date of this statement, enter total of these items here............................ | $ | | |
| 6. | If you have borrowed from reserve credit since the date of this statement, enter total of these items here............................ | $ | | |
| 7. | Total lines 4, 5, and 6 and enter here............................ | $ | | |
| 8. | Enter total checks outstanding here............................ | $ | | |
| 9. | Subtract line 8 from line 7 and enter here............................ | $ | | |
| 10. | If you transferred funds from checking or made payments to reserve credit since the date of this statement, enter total of these items here............................ | $ | | |
| 11. | Subtract line 10 from line 9 and enter here. (This adjusted balance should agree with your checkbook balance.)............................ | $ | **TOTAL** | |

877-668-2265
BrooklineBank.com
BB-4080 (08/15)

Member FDIC / Member DIF

Equal Housing Lender
NMLS#: 715671

Greenberg Traurig, LLP | Attorneys at Law

SEC-BLB-P-0000206

www.gtlaw.com

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

```
                                         Date   1/10/19           Page      2
                                         Primary Account          1221063538
                                         Enclosures                        8
```

Business Gold Checking            1221063538   (Continued)

## Activity in Date Order

```
Date    Description                              Amount
12/11   Incoming Domestic Wire                15,000.00         19,196.20
          JETSON LLC
          2130 W NORTH AVE APT 201
          CHICAGO, IL 606476772
          JETSONS SUB ACC
          20181211B1QGC08C001622
          20181211MMQFMPA0000001
          12110801FT01
12/11   Wire Transfer Fee                        15.00-         19,181.20
12/11   Check 1141                            1,267.72-         17,913.48
12/12   01764766112218        WEB_PAY            96.03-         17,817.45
          EVERSOURCE            WEB
12/13   DBT CRD 2129 12/12/18 28016391          500.00-         17,317.45
          SQC*SQUARE
          1455 MARKET ST
          4153753176    CA C#3159
12/13   01761060112218        WEB_PAY            95.98-         17,221.47
          EVERSOURCE            WEB
12/13   ACH PMT    AMEX EPAYMENT             10,130.00-          7,091.47
          PPD         LaunchByteio Launch
12/13   Check 50004                             500.00-          6,591.47
12/13   Check 1139                           88,000.00-         81,408.53-
12/14   Return Item Credit                   88,000.00           6,591.47
12/14   03955133121318        WEB_PAY           121.98-          6,469.49
          EVERSOURCE            WEB
12/14   Return Item Fee                          35.00-          6,434.49
12/17   Deposit                              15,000.00          21,434.49
12/17   Deposit                             250,000.00         271,434.49
12/17   DBT CRD 2208 12/14/18 19150475        1,500.00-        269,934.49
          SQC*SQUARE
          1455 MARKET ST
          4153753176    CA C#3159
12/17   M5814                 ACH PMT         8,374.97-        261,559.52
          AMEX EPAYMENT         WEB
12/18   Wire Transfer Fee                        15.00-        261,544.52
12/18   Wire Transfer Fee                        15.00-        261,529.52
12/18   Wire Transfer Fee                        15.00-        261,514.52
12/18   Wire Transfer Fee                        15.00-        261,499.52
12/18   Wire Transfer Fee                        15.00-        261,484.52
12/18   231125527   COMCAST 8773103             287.81-        261,196.71
          PPD        LAUNCHBYTE *LAUNCHB
12/18   Online Wire Transfer                 16,000.00-        245,196.71
          LaunchByte LLC
          026009593
          466001943276
          715 Boylston Street Suite 120
          Boston, MA 02116
          BK AMER NYC
          20181218MMQFMPA0000041
```

877-668-2265
BrooklineBank.com
BB-4081 (10/15)

Member FDIC / Member DIF

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000207

```
                                              Date    1/10/19       Page     3
                                              Primary Account       1221063538
                                              Enclosures                     8
```

Business Gold Checking          1221063538  (Continued)

### Activity in Date Order

| Date | Description | Amount | |
|---|---|---:|---:|
| | 20181218B6B7HU3R005313 | | |
| | 12181115FT01 | | |
| 12/18 | Online Wire Transfer | 18,750.00- | 226,446.71 |
| | James Tambone | | |
| | 211370545 | | |
| | 8245258434 | | |
| | 44 Marine Road #2 | | |
| | Boston, MA 02127 | | |
| | TD BANK, NA | | |
| | 20181218MMQFMPAO000015 | | |
| | 20181218C1B76E1C002257 | | |
| | 12180935FT01 | | |
| 12/18 | Online Wire Transfer | 57,790.00- | 168,656.71 |
| | Feldman Latham LLP | | |
| | 066004367 | | |
| | 30000013807 | | |
| | 1420 Brickell Bay Drive | | |
| | Apt 207 | | |
| | Miami, FL 33131 | | |
| | CITY NB OF FLA | | |
| | Note Payment | | |
| | 20181218MMQFMPAO000013 | | |
| | 20181218F6B7021C000207 | | |
| | 12180934FT01 | | |
| 12/18 | Online Wire Transfer | 80,000.00- | 88,656.71 |
| | Mohamad Ossiani | | |
| | 026009593 | | |
| | 9436307215 | | |
| | 15 North Beacon St 301 | | |
| | Allston, MA 02134 | | |
| | BK AMER NYC | | |
| | 20181218MMQFMPAO000012 | | |
| | 20181218B6B7HU2R003465 | | |
| | 12180934FT01 | | |
| 12/18 | Online Wire Transfer | 88,500.00- | 156.71 |
| | P2R Ventures | | |
| | 031101266 | | |
| | 8254895532 | | |
| | 62 Hampstead Road | | |
| | Danville NH 03819 | | |
| | TD BANK NA | | |
| | 20181218MMQFMPAO000016 | | |
| | 20181218C1B76E1C002262 | | |
| | 12180936FT01 | | |
| 12/20 | UTILITYPAY NATIONAL GRID NE | 126.55- | 30.16 |
| | PPD              Launchbyte.io LLC | | |
| 12/24 | PAYMENT       CHRYSLER CAPITAL | 1,578.00- | 1,547.84- |
| | TEL            CK#7838905 | | |
| 12/24 | Check 1149 | 1,329.00- | 2,876.84- |
| 12/24 | Check 1148 | 2,475.00- | 5,351.84- |
| 12/26 | Return Item Credit | 1,329.00 | 4,022.84- |

SEC-BLB-P-0000208

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

```
                                        Date  1/10/19        Page     4
                                        Primary Account      1221063538
                                        Enclosures                    8
```

Business Gold Checking          1221063538  (Continued)

## Activity in Date Order

```
Date     Description                          Amount
12/26 Return Item Credit                    1,578.00         2,444.84-
12/26 Return Item Credit                    2,475.00            30.16
12/26 Return Item Fee                          35.00-            4.84-
12/26 Return Item Fee                          35.00-           39.84-
12/26 Return Item Fee                          35.00-           74.84-
12/26 Check 1123                              456.00-          530.84-
12/27 Return Item Credit                      456.00            74.84-
12/27 Return Item Fee                          35.00-          109.84-
12/28 Incoming Domestic Wire               25,000.00        24,890.16
      JETSON LLC
      2130 W NORTH AVE APT 201
      CHICAGO, IL 606476772
      JETSONS SUB ACC
      20181228B1QGC06C002616
      20181228MMQFMPAO000006
      12280801FT01
12/28 Incoming Domestic Wire               25,000.00        49,890.16
      JASBIR BHOGAL
      327 COMMONWEALTH AVE
      APT 4
      BOSTON, MA 02115-
      PURPOSE APP DESIGN AND INVESTM
      20181228L1B78H1C006669
      20181228MMQFMPAO000059
      12281618FT01
12/28 Wire Transfer Fee                        15.00-        49,875.16
12/28 Wire Transfer Fee                        15.00-        49,860.16
12/28 Wire Transfer Fee                        15.00-        49,845.16
12/28 Wire Transfer Fee                        15.00-        49,830.16
12/28 Wire Transfer Fee                        15.00-        49,815.16
12/28 Online Wire Transfer                  2,475.00         47,340.16
      Collegiate Consulting Group
      026009593
      004621733914
      715 Boylston Street Suite 120
      Boston, MA 02116
      BK AMER NYC
      20181228MMQFMPAO000019
      20181228B6B7HU4R003604
      12280856FT01
12/28 Online Wire Transfer                  3,500.00-        43,840.16
      Margaret McNichols
      211370545
      8250781462
      40 Allston St. Apt 2
      Cambridge , MA 02139
      TD BANK, NA
      June Pmt
      20181228MMQFMPAO000020
      20181228C1B76E1C002128
```

877-668-2265
BrooklineBank.com
BB-4081 (10/15)

Member FDIC / Member DIF

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000209

```
                                              Date  1/10/19        Page      5
                                              Primary Account      1221063538
                                              Enclosures                    8
```

Business Gold Checking              1221063538  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|---|---|---:|---:|
| | 12280857FT01 | | |
| 12/28 | Online Wire Transfer<br>Tanmaya Kabra<br>231372691<br>5391099382<br>329 Commonwealth Avenue<br>2<br>Boston, MA 02115<br>SANTANDER BK<br>LLC Distribution<br>20181228MMQFMPAO000018<br>20181228C1QAE01X000589<br>12280856FT01 | 4,000.00- | 39,840.16 |
| 12/31 | DBT CRD 2153 12/28/18 25107610<br>SQC*SQUARE<br>1455 MARKET ST<br>4153753176         CA C#3159 | 1,000.00- | 38,840.16 |
| 12/31 | Wire Transfer Fee | 15.00- | 38,825.16 |
| 12/31 | RETRY PYMT CHRYSLER CAPITAL<br>TEL         CK#7838905 | 1,578.00- | 37,247.16 |
| 12/31 | HEADWAYCAPITAL 1HEADWAY<br>CCD     TANMAYA KABRA<br>42621230            S | 2,142.45- | 35,104.71 |
| 12/31 | M8998              ACH PMT<br>AMEX EPAYMENT       WEB | 8,318.12- | 26,786.59 |
| 12/31 | Online Wire Transfer<br>Partridge Snow & Hahn LLP<br>011500120<br>0021100063<br>63 Westminister Street<br>Providence, RI 02903<br>CITIZENS BANK, NA<br>Acc # 14431-2 LaunchByte<br>20181231MMQFMPAO000016<br>20181231A1B7A41C001553<br>12310857FT01 | 6,000.00- | 20,786.59 |
| 1/02 | DBT CRD 0000 01/01/19 39458918<br>COMCAST CA<br>676 Island Pond Rd<br>800-COMCAST    NH C#3159 | 297.36- | 20,489.23 |
| 1/02 | Payment    ATT<br>PPD         TemporaryAccountNam | 465.42- | 20,023.81 |
| 1/02 | W0122              ACH PMT<br>AMEX EPAYMENT       WEB | 19,961.20- | 62.61 |
| 1/03 | SENDER    THOMAS M REDNER<br>CIE | 50,000.00 | 50,062.61 |
| 1/03 | Incoming Domestic Wire<br>THOMAS REDNER<br>79 DAVID AVE<br>VINEYARD HAVEN MA 02568 | 100,000.00 | 150,062.61 |

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

```
                                              Date  1/10/19        Page       6
                                              Primary Account      1221063538
                                              Enclosures                      8
```

Business Gold Checking        1221063538  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|---|---|---:|---:|
| | 20190103GMQFMP01013127 | | |
| | 20190103MMQFMPAO000049 | | |
| | 01031526FT01 | | |
| 1/03 | Wire Transfer Fee | 15.00- | 150,047.61 |
| 1/03 | Wire Transfer Fee | 15.00- | 150,032.61 |
| 1/03 | Wire Transfer Fee | 15.00- | 150,017.61 |
| 1/03 | Online Wire Transfer | 10,000.00- | 140,017.61 |
| | PKM Consulting, LLC | | |
| | 011075150 | | |
| | 3570915700 | | |
| | 318 Beacon St | | |
| | Boston, MA 02116 | | |
| | SANTANDER BK | | |
| | 20190103MMQFMPAO000022 | | |
| | 20190103C1QAE01X000656 | | |
| | 01031011FT01 | | |
| 1/03 | Online Wire Transfer | 27,000.00- | 113,017.61 |
| | LaunchByte LLC | | |
| | 026009593 | | |
| | 466001943276 | | |
| | 715 Boylston Street Suite 120 | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20190103MMQFMPAO000023 | | |
| | 20190103B6B7HU1R005645 | | |
| | 01031011FT01 | | |
| 1/04 | Int'l Outgoing Wire | 10,000.00- | 103,017.61 |
| | Digital Brandster Private Limi | | |
| | 026009593 | | |
| | 50200022457979 | | |
| | B-202 Anand Lok CGHS Mayur Vih | | |
| | NEW DELHI INDIA - 110091 | | |
| | BK AMER NYC | | |
| | 20190104MMQFMPAO000081 | | |
| | 20190104B6B7HU4R008856 | | |
| | 01041332FT01 | | |
| 1/04 | Int'l Outgoing Wire | 19,985.00- | 83,032.61 |
| | CodeToArt Technology Pvt Ltd | | |
| | 026009593 | | |
| | 033705008153 | | |
| | Flat 3 Ganesh Corner | | |
| | Mahesh Society | | |
| | Bibvewadi | | |
| | BK AMER NYC | | |
| | CodeToArt is our contractor fo | | |
| | 20190104MMQFMPAO000054 | | |
| | 20190104B6B7HU1R006736 | | |
| | 01041205FT01 | | |
| 1/04 | Wire Transfer Fee | 15.00- | 83,017.61 |
| 1/04 | Wire Transfer Fee | 15.00- | 83,002.61 |
| 1/04 | Wire Transfer Fee | 35.00- | 82,967.61 |

877-668-2265
BrooklineBank.com
BB-4081 (10/15)

Member FDIC / Member DIF

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000211

```
                                              Date  1/10/19      Page       7
                                              Primary Account    1221063538
                                              Enclosures                  8


Business Gold Checking              1221063538  (Continued)

Activity in Date Order
 Date     Description                              Amount
 1/04  Wire Transfer Fee                            35.00-        82,932.61
 1/04  3294379              CABLE                  979.27-        81,953.34
          COMCAST             WEB
 1/04  M1992                ACH PMT              3,474.50-        78,478.84
          AMEX EPAYMENT       WEB
 1/04  M1666                ACH PMT              6,305.40-        72,173.44
          AMEX EPAYMENT       WEB
 1/04  Online Wire Transfer                     4,000.00-        68,173.44
          Tanmaya Kabra
          231372691
          5391099382
          329 Commonwealth Avenue
          2
          Boston, MA 02115
          SANTANDER BK
          LLC Distribution
          20190104MMQFMPA0000053
          20190104C1QAE01X001031
          01041205FT01
 1/04  Online Wire Transfer                    39,000.00-        29,173.44
          LaunchByte LLC
          026009593
          466001943276
          715 Boylston Street Suite 120
          Boston, MA 02116
          BK AMER NYC
          20190104MMQFMPA0000058
          20190104B6B7HU2R006836
          01041206FT01
 1/07  DBT CRD 2133 01/06/19 33405370           1,250.00-        27,923.44
          SQC*SQUARE
          1455 MARKET ST
          4153753176      CA C#3159
 1/07  Wire Transfer Fee                           15.00-        27,908.44
 1/07  Wire Transfer Fee                           15.00-        27,893.44
 1/07  Wire Transfer Fee                           15.00-        27,878.44
 1/07  INS PREM     HEALTH CONNECTOR               37.07-        27,841.37
          PPD          ALMA TAMBONE
 1/07  INS PREM     HEALTH CONNECTOR              264.89-        27,576.48
          PPD          ALMA TAMBONE
 1/07  SAFETY INSURANCESAFETY1                    295.00-        27,281.48
          CCD    LaunchByte.IO LLC
          8758691
 1/07  4580                E-PAYMENT           2,034.24-        25,247.24
          DISCOVER           WEB
 1/07  Online Wire Transfer                     1,000.00-        24,247.24
          Host Events
          021000021
          266525697
```

SEC-BLB-P-0000212

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

```
                                    Date    1/10/19      Page        8
                                    Primary Account      1221063538
                                    Enclosures                       8
```

Business Gold Checking            1221063538  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|---|---|---:|---:|
| | 776 east 4th street | | |
| | boston, ma 02127 | | |
| | JPMCHASE | | |
| | 20190107MMQFMPAO000090 | | |
| | 20190107B1QGC01R045496 | | |
| | 01071432FT01 | | |
| 1/07 | Online Wire Transfer | 2,000.00- | 22,247.24 |
| | PKM Consulting, LLC | | |
| | 011075150 | | |
| | 3570915700 | | |
| | 318 Beacon St | | |
| | Boston, MA 02116 | | |
| | SANTANDER BK | | |
| | 20190107MMQFMPAO000092 | | |
| | 20190107C1QAE01X001373 | | |
| | 01071432FT01 | | |
| 1/07 | Online Wire Transfer | 4,000.00- | 18,247.24 |
| | Tanmaya Kabra | | |
| | 231372691 | | |
| | 5391099382 | | |
| | 329 Commonwealth Avenue | | |
| | 2 | | |
| | Boston, MA 02115 | | |
| | SANTANDER BK | | |
| | LLC Distribution | | |
| | 20190107MMQFMPAO000093 | | |
| | 20190107C1QAE01X001374 | | |
| | 01071433FT01 | | |
| 1/08 | DBT CRD 1119 01/07/19 60241277 | 33.46- | 18,213.78 |
| | ADOBE *IL | | |
| | 345 PARK AVENUE | | |
| | 8008336687      CA C#3159 | | |
| 1/08 | Int'l Outgoing Wire | 5,000.00- | 13,213.78 |
| | Digital Brandster Private Limi | | |
| | 026009593 | | |
| | 50200022457979 | | |
| | B-202 Anand Lok CGHS Mayur Vih | | |
| | NEW DELHI INDIA - 110091 | | |
| | BK AMER NYC | | |
| | 20190108MMQFMPAO000012 | | |
| | 20190108B6B7HU4R002226 | | |
| | 01080834FT01 | | |
| 1/08 | Wire Transfer Fee | 35.00- | 13,178.78 |
| 1/08 | Check 10110 | 169.00- | 13,009.78 |
| 1/09 | M3076           ACH PMT | 5,000.00- | 8,009.78 |
| | AMEX EPAYMENT      WEB | | |
| 1/09 | Check 11207 | 149.00- | 7,860.78 |
| 1/10 | Online Banking W/ACH Or Wire | 35.00- | 7,825.78 |
| 1/10 | 04827698122118   WEB_PAY | 97.82- | 7,727.96 |
| | EVERSOURCE         WEB | | |

877-668-2265
BrooklineBank.com
BB-4081 (10/15)

Member FDIC / Member DIF

Equal Housing Lender
NMLS#: 715671

```
                                                    Date  1/10/19         Page      9
                                                    Primary Account       1221063538
                                                    Enclosures                     8
```

Business Gold Checking                 1221063538   (Continued)

```
Summary of Checks Posted
Date    Check No              Amount  Date   Check No              Amount
12/26    1123                 456.00  12/24    1149               1,329.00
12/13    1139*             88,000.00   1/08   10110*                169.00
12/11    1141*              1,267.72   1/09   11207*                149.00
12/24    1148*              2,475.00  12/13   50004*                500.00

Total Checks    0008                          $94,345.72
```
* Denotes missing check number

SEC-BLB-P-0000214