UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br>)<br>TANMAYA KABRA, )<br>        Defendant. )<br>) | Case No. 19-cr-10335-DJC |

### DECLARATION OF CHRISTOPHER R. LOONEY

I, Christopher R. Looney, hereby declare under pains and penalties of perjury as follows:

1. I am an Assistant United States Attorney with the U.S. Attorney's Office for the District of Massachusetts, and I represent the United States of America in the above-captioned case.

2. Attached hereto as Exhibit A is a true and correct copy of a promissory note, dated July 7, 2018, bearing signatures in the names of Tan Kabra and the individual identified in the Indictment in this case as Victim 1, whose name has been redacted.

3. Attached hereto as Exhibit B is a true and correct copy of a promissory note, dated July 2, 2018, bearing signatures in the names of Tan Kabra and the individual identified in the Indictment in this case as Victim 2, whose name has been redacted.

4. Attached hereto as Exhibit C is a true and correct copy of a promissory note, dated December 10, 2018, bearing signatures in the names of Tanmaya Kabra and the individual identified in the Indictment in this case as Victim 3, whose name has been redacted, and the guaranty of that note, bearing a signature in the name of Tanmaya Kabra.

5.      Attached hereto as Exhibit D is a true and correct copy of a promissory note, dated August 1, 2018, bearing signatures in the names of Tanmaya Kabra and the individual identified in the Indictment in this case as Victim 4, whose name has been redacted, and the guaranty of that note, bearing a signature in the name of Tanmaya Kabra.

Signed September 18, 2019, under pains and penalties of perjury.

>       */s/ Christopher Looney*
>       Christopher Looney

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

>       */s/ Chris Looney*
>       Christopher Looney
>       Assistant United States Attorney

Dated: September 18, 2019