# EXHIBIT A

DocuSign Envelope ID: 9C5858B0-459A-44E6-A73F-A9A76B913782

## PROMISSORY NOTE

US$ 250,000                                                                                       July 7th, 2018

FOR VALUE RECEIVED, the sufficiency and receipt of which is hereby acknowledged, LaunchByte.io LLC, with an address for purposes hereof in the city of Boston, MA (the "Investee"), promises to pay to the order of ▉▉▉▉▉▉▉▉ with an address for purposes hereof at Boston, MA (the "Investor"), or such other place as the Investor may designate in writing, the principal sum of two hundred and fifty thousand (US$250,000) United States Dollars, together with interest as described below, for the purpose of financing the startup.

1. **Terms of Payment**. This Note shall be due and payable as follows:

    1.1 **Interest Rate**. The interest rate shall be calculated at the rate of thirty-two (32%) percent simple interest per the duration of the note. Interest will be calculated on the basis of the actual number of days elapsed since the signing of this agreement.

    1.2 **Payment**. The principal due hereunder shall be payable in one (1) installment four (4) months from the first day (kickoff) of the project, or three payments during the term not more than thirty (30) days apart from each other.

    1.3 **Prepayment**. This Note may at any time, or from time to time, be prepaid in whole or part, without penalty. All payments, including prepayments, shall be applied first to any accrued interest and then to principal.

    1.4 **Terms of Payment.** This Note shall be payable if it is mutually agreed that the deliverable presented by the Investee is not in line with what was discussed and executed on in the Project Plan of Phase 1.

2. **Default**. In case of default in the payment required under this Note when due, all principal and interest shall become immediately due and collectible at the option of the Investor. Failure to exercise this option in the event of a default shall not constitute a waiver of the right to exercise it in the event of any subsequent default.

3. **Miscellaneous**.

    3.1 The Investee hereby waives presentment for payment, notice of dishonor, protest, notice of protest, and diligence in collection.

    3.2 No delay or omission on the part of the Investor in exercising any right hereunder shall operate as a waiver of such right, or of any other right of the Investor; nor shall any delay, omission or waiver on any one occasion be deemed a bar to or waiver of the same or any other right on any future occasion. No single or partial exercise of a power hereunder shall preclude other exercises thereof, or the exercise of any other power hereunder.

    3.3 This Note shall be governed by and construed in accordance with the laws of the Commonwealth of Massachusetts, without giving effect to its conflict of laws principles. The Investee hereby agrees that any action hereon or relating hereto may be maintained in a court of competent jurisdiction located in the Commonwealth of Massachusetts, and consents to the jurisdiction of any such court for all purposes connected herewith.

    3.4 The invalidity of any provision hereof or of any other document relevant hereto shall not affect the enforceability of any other provision. Investee shall deem if the Deliverable is successful.

DocuSign Envelope ID: 9C5858B0-459A-44E6-A73F-A9A76B913782

    3.5    Notices hereunder shall be in writing and shall be sent by certified or registered mail, return receipt requested, postage prepaid, addressed to the party to receive such notice at its mailing address first set forth herein. Either party may, by notice given as aforesaid, change its address for all subsequent notices. Notices shall be deemed given when mailed as aforesaid or when received in fact whether or not mailed as aforesaid.

    IN WITNESS WHEREOF, the Investee hereto has executed and delivered this Note to be effective as of the date first set forth above.

| Witness: | Investee:<br>LaunchByte.io LLC |
|---|---|
|  | By: *Tan Kabra*      7/7/2018 3:04:20 PM PDT |
| Print: _____ | Tan Kabra, Manager |
| Witness: | Investor: ▇▇▇▇▇▇▇ |
|  | By: ▇▇▇▇▇▇▇      7/8/2018 4:09:17 PM PDT |
| Print: _____ |  |