# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Docket No. 19-10335-DJC |
| **TANMAYA KABRA** | |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Defense counsel hereby moves this Honorable Court to permit him to withdraw from the above-captioned matter. As grounds therefore, the defendant has terminated the attorney-client relationship and has hired successor counsel.

Wherefore, counsel respectfully requests that this motion be allowed.

Respectfully Submitted,

*/s/ Greg L. Johnson*

Greg L. Johnson, Esq.
Yannetti Law Firm
44 School St., #1000A
Boston, MA  02108
(617) 338-6006
Dated: March 5, 2020                    BBO#664279

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2020, I electronically filed the foregoing document with the United States District Court, District of Massachusetts via the CM/ECF system. I further certify that on March 5, 2020, I served a copy of the foregoing document on all parties or their counsel.

      */s/ Greg L. Johnson*
      _____
      Greg L. Johnson, Esq.
      Yannetti Law Firm
      44 School St., #1000A
      Boston, MA  02108
      (617) 338-6006
      greg@yannettilaw.com
      BBO #664279