# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TANMAYA KABRA,<br><br>    Defendant. | Criminal Action No. 1:19-cr-10335-DJC |

## ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF

Pursuant to Local Rule 7.1(b)(3), Defendant Tanmaya Kabra requests leave of this Court to file a Reply to the Government's Opposition to Defendant Tanmaya Kabra's Motion to Modify Conditions of Pre-Trial Release ("Opposition") (Dkt. 97). In its Opposition, the Government raises factual issues and makes assertions to which Defendant Kabra is obligated and entitled to respond by way of a brief Reply.

WHEREFORE, to clarify the factual issues raised in the Opposition, the Defendant seeks leave of Court to file a Reply to the Opposition, no later than Friday July 24, or within a shorter period of time if so ordered by the Court.

Undersigned counsel has conferred with Assistant United States Attorney Christopher Looney who has advised that the Government assents to this motion.

[*Page intentionally left blank*]

Dated: July 17, 2020

Respectfully Submitted,

TANMAYA KABRA

By his attorneys

/s/ *Mark A. Berthiaume*
Mark A. Berthiaume (BBO #041715)
E-mail: berthiaumem@gtlaw.com
Angela C. Bunnell (BBO #690429)
E-mail: bunnella@gtlaw.com
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2020, I electronically filed the foregoing document with the United States District Court, District of Massachusetts by via the CM/ECF system. I further certify that on July 17, 2020, I served a copy of the foregoing document on all parties or their counsel.

/s/ Mark A. Berthiaume
Mark A. Berthiaume