# EXHIBIT 2

| | |
|---|---|
| **From:** | Marlenny Ramdehal |
| **To:** | Tan Kabra |
| **Cc:** | Berthiaume, Mark A. (Shld-Bos-LT); Bunnell, Angela C. (Assoc-BOS-LT); Insogna, Nicholas A. (Shld-Bos-LT); Looney, Christopher (USAMA) |
| **Subject:** | RE: Letter 2 of 3 |
| **Date:** | Wednesday, June 24, 2020 11:40:56 AM |

**\*EXTERNAL TO GT\***

Morning Tan,

Please provide all three letters you speak of, in order for us to make an informed decision.

Thanks

Marlenny Ramdehal
Senior U.S. Probation Officer
District of Massachusetts
1 Courthouseway, Suite 1200
Boston, MA 02110

REDACTED

CONFIDENTIALITY NOTE: The information contained in this email and any attachment to it is covered by the Electronic  Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally  privileged.  It is intended for the sole use of the intended recipient(s).  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Tan Kabra  REDACTED
**Sent:** Wednesday, June 24, 2020 7:53 AM
**To:** Marlenny Ramdehal <Marlenny_Ramdehal@map.uscourts.gov>
**Cc:** Berthiaumem <berthiaumem@gtlaw.com>; Bunnella <bunnella@gtlaw.com>; insognan@gtlaw.com
**Subject:** Letter 2 of 3

Hi Marlenny,

Attached is letter 2 of 3. Kristin is also mailing you a physical copy.

On Jun 23, 2020, 9:25 PM -0400, Tan Kabra  REDACTED , wrote:

> Hi Marlenny,
>
> Attached is letter 1 of 3 that are coming your way regarding the ankle monitor. The other two should be with you by tomorrow (from what the doctors are telling me).
>
> --

Thanks,

**Tan**