# **EXHIBIT 3**

# REDACTED

**From:**   REDACTED
**Date:** Jul 16, 2020, 11:52 AM -0400
**To:** Tan Kabra      REDACTED
**Subject:** Letter

Tan,

I had a call from the FBI today, verifying that I wrote the letter and that you are seeing me for treatment.

Sincerely,
Kristin
Sent from my iPad