# **EXHIBIT 5**






**Marlenny Ramdehal**
Can see your location



Contact


Directions


Notifications

Add