# **EXHIBIT 6**

# REDACTED

From: **Tan Kabra** REDACTED
Date: Mon, Mar 23, 2020 at 11:30 AM
Subject: RE: Website
To: Marlenny Ramdehal <Marlenny_Ramdehal@map.uscourts.gov>

Both are initiatives started well before this case. I was simply using this time to redo the web presence for both.

The TK Emerging Entrepreneur scholarship is a charity giveback I started in 2018. Here is one of the press articles about it: https://southbostononline.com/launchbyte-picks-25000-winner-at-excel/

The SeedLink Foundation was something I developed in 2015. It builds interlinked eco-communities across developing nations, providing micro-financing, critical resources, and housing exclusively for local entrepreneurs and their families.
On Mar 23, 2020, 11:16 AM -0400, Marlenny Ramdehal <Marlenny_Ramdehal@map.uscourts.gov>, wrote:

> Please explain what each of the projects are.
>
>
>
> Marlenny Ramdehal
> Senior U.S. Probation Officer
> District of Massachusetts
> 1 Courthouseway, Suite 1200
> Boston, MA 02110
>     REDACTED
>
>
>
> CONFIDENTIALITY NOTE: The information contained in this email and any attachment to it is covered by the Electronic  Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally  privileged.  It is intended for the sole use of the intended recipient(s).  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please

> immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Tan Kabra   REDACTED
**Sent:** Monday, March 23, 2020 11:13 AM
**To:** Marlenny Ramdehal <Marlenny_Ramdehal@map.uscourts.gov>
**Subject:** Re: Website

Hi Marlenny,

Sure - I think you have seen that I am very careful in making sure that I am compliant with the rules. This is just a personal blog/side project of mine. As you can see I'm not selling anything nor am I seeking any monies. These are projects that I have established several years ago and I'm just using the time being home alone in self Quarantine to revamp and redo the graphic presence . Please let me know if you'd like further clarification

On Mar 23, 2020, 11:08 AM -0400, Marlenny Ramdehal <Marlenny_Ramdehal@map.uscourts.gov>, wrote:

> Hi Tan,
>
> It was brought to my attention that within the last year, you created the website: www.tkabra.com, which discusses The SeedLink Project (established 2015) and the Emerging Entrepreneur Scholarship Program (established 2018). Can you please explain what this website is about, since you know very well that you are ordered to not engage in self-employment or in employment in which he is a fiduciary.
>
> Thank You.
>
> Marlenny Ramdehal
> Senior U.S. Probation Officer
> District of Massachusetts
> 1 Courthouseway, Suite 1200
> Boston, MA 02110
> REDACTED

> CONFIDENTIALITY NOTE: The information contained in this email and any attachment to it is covered by the Electronic  Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally  privileged.  It is intended for the sole use of the intended recipient(s).  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

--
Thanks,

**Tan Kabra**
  REDACTED
*www.tkabra.com*



*Visit SeedLink Project*   |   *Visit TK Emerging Entrepreneur Scholarship*