# **EXHIBIT 8**

# REDACTED

# REDACTED

**From:** Tan Kabra   REDACTED
**Sent:** Wednesday, June 17, 2020 10:18 AM
**To:**                REDACTED
**Cc:** Berthiaume, Mark A. (Shld-Bos-LT) <BerthiaumeM@gtlaw.com>
**Subject:** Re: What's going on with REDACTED

***EXTERNAL TO GT*ABCD**

REDACTED

Please do not contact me directly until the matter at hand is resolved. I read your interview with the government and I'm appalled, hurt, and frankly quite upset.

You can connect with me via counsel. Mark Berthiaume at Greenberg Traurig.
On Jun 17, 2020, 10:16 AM -0400,                REDACTED                wrote:

> Sent from my iPhone<IMG_2119.PNG>