UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TANMAYA KABRA,<br><br>Defendant. | Criminal Action No. 1:19-cr-10335-DJC |

### ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c), the law firm of Greenberg Traurig, LLP and its attorneys of record in the above-captioned action, namely Mark A. Berthiaume, Nicholas A. Insogna and Angela C. Bunnell, hereby move for leave to withdraw their appearances entered on behalf of the Defendant, Tanmaya Kabra. As the Court is aware, the law firm of Hinckley Allen, namely attorney Michael J. Connolly, has entered an appearance on behalf of Mr. Kabra and intends to proceed as Mr. Kabra's successor counsel.

By emails dated November 4, 2020, the undersigned counsel have requested the assent to this motion of both Defendant, Tanmaya Kabra, and the Government, through Assistant United States Attorney Christopher Looney; all parties have given their assent.

A proposed order is being submitted concurrently herewith.

Dated: November 5, 2020

Respectfully Submitted,

GREENBERG TRAURIG, LLP

By

/s/ *Mark A. Berthiaume*

Mark A. Berthiaume (BBO #041715)
E-mail: berthiaumem@gtlaw.com
Nicholas A. Insogna (BBO # 568924)
E-mail: insognan@gtlaw.com
Angela C. Bunnell (BBO #690429)
E-mail: bunnella@gtlaw.com
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2020, I electronically filed the foregoing document with the United States District Court, District of Massachusetts by via the CM/ECF system. I further certify that on November 5, 2020, I served a copy of the foregoing document on all parties or their counsel.

/s/ Mark A. Berthiaume
Mark A. Berthiaume