# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| vs. | § § § | |
| TANMAYA KABRA, | § § § | |
| Defendants | § § § § § § § § § § § | Criminal Action No. 19-cr-10335 |

## ASSENTED-TO MOTION TO CONTINUE TRIAL

Defendant Tanmaya Kabra ("Defendant") hereby respectfully requests that this Court continue the trial date currently scheduled in the above-captioned matter from February 1, 2021 to April 1, 2020, or such other date in or after April 2021 that is convenient for the Court.  In support of this motion, Mr. Kabra states as follows:

1. On Sept. 17, 2020, the Court set a Final Pretrial Conference in this matter for January 21, 2021 and a trial date of February 1, 2021.  (ECF No. 112).

2. On October 26, 2020, Michael J. Connolly and Julianna Malogolowkin entered their appearances on behalf of Defendant in this matter. (ECF Nos. 117 and 118).  Thereafter, on November 5, 2020, Defendant's predecessor counsel filed their Withdrawals of Appearance (ECF No. 119).

3. Attorneys Connolly and Malogolowkin have worked diligently to get up to speed on the various legal and factual issues presented in this case.  However, in light of the

complexity of the case, the significant discovery material (approximately 53 gigabits of data), and the constraints caused by the COVID-19 pandemic, Defendant's counsel require additional time to prepare for trial.

4.      Assistant United States Attorney Chris Looney has advised that he assents to the requested relief.

For the foregoing reasons, Defendant respectfully requests that the Court continue the trial scheduled in this matter to April 1, 2021, or such other date in or after April 2021 that is convenient for the Court.

                                          Respectfully submitted,

                                          TANMAYA KABRA

                                          By his attorneys,

                                          /s/ *Michael J. Connolly*
                                          Michael J. Connolly, BBO#638611
                                          Julianna Malogolowkin, BBO#693320
                                          HINCKLEY, ALLEN & SNYDER LLP
                                          28 State Street
                                          Boston, MA 02109
                                          mconnolly@hinckleyallen.com
                                          jmalogolowkin@hinckleyallen.com
                                          Tel. (617) 345-9000
                                          Fax (617) 345-9020

Dated: December 15, 2020

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 15, 2020.

              /s/ *Michael J. Connolly*
              Michael J. Connolly