UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TANMAYA KABRA, )<br>)<br>Defendant )<br>) | Criminal No. 19-CR-10335 |

# GOVERNMENT'S NOTICE CONCERNING DETENTION

In accordance with the Court's Order dated March 16, 2021, the Government, by and through undersigned counsel, hereby provides notice that it does not seek detention of the Defendant, Tanmaya Kabra, following acceptance of his anticipated plea on April 8, 2021.

The Government respectfully requests that, following his anticipated plea, the Court maintain the present conditions of supervision imposed upon Mr. Kabra.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its attorney,

NATHANIEL R. MENDELL
Acting United States Attorney

*/s/ Christopher Looney*
Christopher Looney
James D. Herbert
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
617.748.3100

Dated: April 2, 2021

**CERTIFICATE OF SERVICE**

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non-registered participants.

                                                */s/ Christopher Looney*
                                                Christopher Looney
                                                Assistant United States Attorney

Dated: April 2, 2021