# UNITED STATES DISTRICT COURT
for the
Distrct of Massachusetts

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) |
| Tanmaya Kabra | ) Case No. 19-10335-DJC |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ❏ Complaint
❏ Probation Violation Petition  ☑ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of Court

| Place: | U.S. District Court<br>One Courthouse Way<br>Boston, MA 02210 | Courtroom No.: | 11, 5th Floor |
| --- | --- | --- | --- |
|  |  | Date and Time: | 05/19/2021 2:00 pm |

BY VIDEOCONFERENCE

This offense is briefly described as follows:

Date: 05/07/2021

/s/ Haley E. Currie
*Issuing officer's signature*

Haley E. Currie, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

❏ Executed and returned this summons     ❏ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*