UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.<br><br>TANMAYA KABRA,<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)  Criminal No. 19-CR-10335<br>)<br>)<br>)<br>)<br>) |

### ORDER FOR PRE-SENTENCE PAYMENT

Upon consideration of the motion of Defendant Tanmaya Kabra ("Kabra") for an order directing the Clerk of the Court to accept pre-sentence payments toward the restitution and the special assessment to be imposed against Kabra in this case, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of the Court shall receipt payments submitted by or on behalf of Kabra toward his restitution and the special assessment and maintain such payments on deposit until the time of sentencing in this case; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment, the Clerk of the Court shall withdraw and apply the deposited funds to the restitution and special assessment imposed against Kabra as provided by law and in accordance with the Clerk's standard operating procedures.

IT IS SO ORDERED.

Signed _____July 30_____, 2021.

                                              *Denise J. Casper*
                                              Denise J. Casper, District Court Judge
                                              District of Massachusetts