# EXHIBIT A
# (Public Redacted)

**From:** Tan Kabra
**To:** █████
**Subject:** Re: offer
**Date:** Tuesday, April 24, 2018 11:55:53 AM

Hey sounds good - glad the convos went well. I think we can wrap it up tonight (everyone's working late, including our lawyers) so tomorrow we can hit the ground running! We are setting up the mobilmani sub account with our bank now so everything will be all set for tomorrow. I will preemptively plan a kick off meeting for this Thursday or Friday, whatever is convenient for you.

Best,

Tan Kabra
**Founder + Managing Director**

**The LaunchByte Group**
715 Boylston Street Suite 120, Boston, MA 02116
https://launchbyte.io | ████████

On Tue, Apr 24, 2018 11:36 AM, ████████████████ wrote:
> Hi Tan,
>
> spoke with █████ and ███████ - very helpful thanks
>
> just heard back from my lawyer and he will have all the docs this evening as soon as I get them I will forward them to you
>
> 
> █████████ | CEO & Founder

# EXHIBIT B
# (Public Redacted)



1060

5-7017/2110

DATE May 1, 2018

PAY
TO THE
ORDER OF Launck byte

$ 80,000

eighty thousand dollars  ^00/100

DOLLARS

**Citizens Bank**

FOR

Check: 1060 Amount: $80,000.00 Date: 5/1/2018
Run: 1003, Batch: 5, Seq: 300, Source: C21-Vertex



>211371489< 20180501
Brookline Bank
12201   14

Check: 1060 Amount: $80,000.00 Date: 5/1/2018
Run: 1003, Batch: 5, Seq: 300, Source: C21-Vertex

# EXHIBIT C
# (Public Redacted)

# **BrooklineBank**

P.O. Box 470469, Brookline, MA 02447

 **COPY**

```
Date  5/10/18          Page     1
Primary Account              3538
Enclosures                    11
```


```
LAUNCHBYTE.IO LLC
OPERATING ACCOUNT
715 BOYLSTON STREET SUITE 120
BOSTON MA 02116
```

Signature Business Banking delivers premier services and personalized attention
with a full range of benefits and value for your business and personal banking
needs. Learn more at brooklinebank.com/signature

### C H E C K I N G       A C C O U N T S

```
Business Gold Checking              Number of Checks               11
Account Number          3538        Statement Dates  4/11/18 thru  5/10/18
Beginning Balance     10,756.36     Days in the statement period   30
  14 Deposits/Credits 432,794.61    Average Balance          12,010.53-
  71 Checks/Debits    439,276.34
Maintenance Fee           22.00
Interest Paid               .00
Ending Balance         4,252.63
```

|                          | Total For This Period | Total Year-to-Date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     | $140.00               | $455.00            |
| Total Returned Item Fees | $105.00               | $560.00            |

## Activity in Date Order

```
Date       Description                      Amount
4/11 Deposit                             15,000.00      25,756.36
4/12 Deposit                             15,000.00      40,756.36
4/12 Incoming Domestic Wire              31,801.00      72,557.36

     20180412B6B7HU4R011815
     20180412MMQFMPAO000049
     04121541FT01
4/12 Wire Transfer Fee                      15.00-      72,542.36
4/12 Check 1089                          2,475.00-      70,067.36
```

SEC-BLB-P-0000104

**IMPORTANT RESERVE CREDIT INFORMATION**

**INTEREST CHARGE:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or debits and subtract any payments or credits. This gives us the "daily balance."

## RESERVE CREDIT PAYOFF INFORMATION

Your loan balances may be paid in full (assuming no advances after the closing date on this statement) by remitting (a) the total New Balance as shown on this statement, plus (b) the INTEREST which has accrued on the Principal Balance from the billing date to the date of actual payoff. In the event you remit only the total New Balance, the accrued INTEREST mentioned in item (b) will appear on your next monthly statement.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR RESERVE CREDIT STATEMENT

If you think there is an error on your statement, write to us at: Brookline Bank, 131 Clarendon Street, PO Box 179179, Boston MA 02117-9179, Attn: Loan Servicing. In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## CREDIT BUREAU INFORMATION

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR DEPOSIT ACCOUNT, STATEMENT OR ELECTRONIC TRANSFERS CALL OUR CUSTOMER SERVICE CENTER AT 1-877-668-2265 OR WRITE TO:

### BROOKLINE BANK, P.O. BOX 470469, BROOKLINE, MA 02447-0469, ATTN: DEPOSIT SERVICES

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error or the transfer that you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.

If you tell us orally, we may require you to send your complaint or question in writing within 10 business days. We will promptly investigate the matter, correct any error and call or write to you with an answer within 10 business days. If we need more time, we will provisionally credit your account for the amount you think is in error, so you will have the use of the money during the time it takes us to complete our investigation.

**DIRECT DEPOSITS:** If you have arranged to have direct deposit made to your deposit accounts at Brookline Bank, you may call our automated Telephone Banking system at 1-888-730-3554 to find out whether or not the deposit has been made.

**MASSACHUSETTS 18/65 ACCOUNTS:** As provided for by Mass. G.L. c. 167D, s. 2, we offer a no minimum balance/no monthly fee statement savings and checking account with limited fees to customers age 18 years and under and 65 year and over. Customers must identify themselves as eligible for these accounts and provide proof of age.

## HOW TO VERIFY YOUR CHECKING BALANCE

1. Mark off in your checkbook each of the checks paid by the bank.
2. Make a list of the numbers and amounts of those checks still outstanding in the space provided below.
3. Compare checking portion of your statement with your checkbook. Any deposits, transferred credits or reserve credit advances not recorded in your checkbook should be entered there and added to the balance. Any transferred debits, activity charges, or payments to Reserve Credit not recorded in your checkbook should be entered there and subtracted from the balance.

| | | |
|---|---|---|
| 4. Enter the balance shown on this statement here....................................... | $ | |
| 5. If you have made deposits or transferred funds into checking since the date of this statement, enter total of these items here....................................... | $ | |
| 6. If you have borrowed from reserve credit since the date of this statement, enter total of these items here....................................... | $ | |
| 7. Total lines 4, 5, and 6 and enter here....................................... | $ | |
| 8. Enter total checks outstanding here....................................... | $ | |
| 9. Subtract line 8 from line 7 and enter here....................................... | $ | |
| 10. If you transferred funds from checking or made payments to reserve credit since the date of this statement, enter total of these items here.................. | $ | |
| 11. Subtract line 10 from line 9 and enter here. (This adjusted balance should agree with your checkbook balance.)....................................... | $ | |

| Outstanding checks and other withdrawals not on this statement | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

877-668-2265
BrooklineBank.com

BB-4080 (08/15)

**Member FDIC / Member DIF**

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000105

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

Date  5/10/18         Page      2
Primary Account
Enclosures                        11
███████████ 3538

Business Gold Checking          1221063538  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|--|
| 4/12 | Check 1086 | 10,300.00- | 59,767.36 |
| 4/12 | Check 1085 | 15,000.00- | 44,767.36 |
| 4/12 | Check 1088 | 40,250.00- | 4,517.36 |
| 4/13 | PMT          RAM | 442.32- | 4,075.04 |
|      | PPD          Launchbyte IO LLC | | |
| 4/16 | DBT CRD 0421 04/14/18 31980548 | 50.00- | 4,025.04 |
|      | SQC*SQUARE | | |
|      | 1455 MARKET ST | | |
|      | 4153753176     CA C#3159 | | |
| 4/16 | DBT CRD 1118 04/14/18 67421766 | 21.24- | 4,003.80 |
|      | ADOBE SYST | | |
|      | 345 PARK AVENUE | | |
|      | 8008336687     CA C#3159 | | |
| 4/16 | DBT CRD 0000 04/15/18 05055259 | 1,905.96- | 2,097.84 |
|      | ROCKWELL M | | |
|      | 743 WASHINGTON AVE | | |
|      | MIAMI BEACH    FL C#3159 | | |
| 4/16 | M6898          ACH PMT | 2,546.77- | 448.93- |
|      | AMEX EPAYMENT        WEB | | |
| 4/16 | Paid Item Fee | 35.00- | 483.93- |
| 4/16 | M6832          ACH PMT | 21,208.20- | 21,692.13- |
|      | AMEX EPAYMENT        WEB | | |
| 4/16 | Paid Item Fee | 35.00- | 21,727.13- |
| 4/17 | Incoming Domestic Wire | 54,970.00 | 33,242.87 |
|      | 20180417B6B7HU2R003458 | | |
|      | 20180417MMQFMPAO000008 | | |
|      | 04170843FT01 | | |
| 4/17 | Wire Transfer Fee | 15.00- | 33,227.87 |
| 4/17 | Check 1087 | 5,000.00- | 28,227.87 |
| 4/17 | 75316997032318      WEB_PAY | 157.88- | 28,069.99 |
|      | EVERSOURCE          WEB | | |
| 4/18 | Deposit | 72,000.00 | 100,069.99 |
| 4/18 | DBT CRD 0412 04/17/18 21689476 | 945.00- | 99,124.99 |
|      | SQ *ROBIN | | |
|      | 1455 MARKET ST SUI | | |
|      | 877-417-4551  MA C#3159 | | |
| 4/18 | CABLE     COMCAST | 230.96- | 98,894.03 |
|      | PPD          LAUNCHBYTE *LAUNCHB | | |
| 4/18 | Check 1090 | 5,000.00- | 93,894.03 |
| 4/19 | DBT CRD 0402 04/18/18 23466540 | 135.00- | 93,759.03 |
|      | SQC*FRANK | | |
|      | 1455 MARKET ST | | |
|      | 4153753176     CA C#3159 | | |
| 4/19 | Int'l Outgoing Wire | 72,000.00- | 21,759.03 |
|      | Codus Desenvolvimento de Siste | | |



Business Gold Checking        1221063538   (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|-------:|---:|
| | 026009593 | | |
| | BR93689008100001920781000007C1 | | |
| | Av. Paulista 1274, 19th Floor | | |
| | Bela Vista - Sao Paulo - SP | | |
| | Bank of America | | |
| | Final Invoice | | |
| | 20180419MMQFMPAO000028 | | |
| | 20180419B6B7HU1R005672 | | |
| | 04191118FT01 | | |
| 4/19 | Wire Transfer Fee | 15.00- | 21,744.03 |
| 4/19 | Wire Transfer Fee | 35.00- | 21,709.03 |
| 4/19 | Online Wire Transfer | 20,500.00- | 1,209.03 |
| | Tanmaya Kabra | | |
| | 321081669 | | |
| | 80003665825 | | |
| | 11 Gloucester Street | | |
| | Apt 4 | | |
| | Boston, MA 02115 | | |
| | FST REP BK SF | | |
| | LLC Distribution | | |
| | 20180419MMQFMPAO000064 | | |
| | 20180419L1B78H1C002180 | | |
| | 04191454FT01 | | |
| 4/19 | Check 1084 | 1,329.00- | 119.97- |
| 4/19 | Paid Item Fee | 35.00- | 154.97- |
| 4/20 | Chargeback  1005 | 72,000.00- | 72,154.97- |
| 4/20 | Chargeback Fee | 10.00- | 72,164.97- |
| 4/20 | PMT        RAM | 442.32- | 72,607.29- |
| | PPD        Launchbyte IO LLC | | |
| 4/23 | Return Item Credit | 442.32 | 72,164.97- |
| 4/23 | Return Item Fee | 35.00- | 72,199.97- |
| 4/24 | LEARNBOLT, INC  SENDER | 3,600.00 | 68,599.97- |
| | CTX | | |
| | 368714088 | | |
| 4/27 | PMT        RAM | 442.32- | 69,042.29- |
| | PPD        Launchbyte IO LLC | | |
| 4/30 | Return Item Credit | 442.32 | 68,599.97- |
| 4/30 | HEADWAYCAPITAL 1HEADWAY | 2,142.79- | 70,742.76- |
| | CCD    TANMAYA KABRA | | |
| | 27032393           S | | |
| 4/30 | Return Item Fee | 35.00- | 70,777.76- |
| 5/01 | Return Item Credit | 2,142.79 | 68,634.97- |
| 5/01 | Deposit | 80,000.00 | 11,365.03 |
| 5/01 | Payment    ATT | 439.98- | 10,925.05 |
| | PPD        TemporaryAccountNam | | |
| 5/01 | Return Item Fee | 35.00- | 10,890.05 |
| 5/02 | Deposit | 60,000.00 | 70,890.05 |
| 5/02 | Incoming Domestic Wire | 93,400.00 | 164,290.05 |

SEC-BLB-P-0000107

# **BrooklineBank**

P.O. Box 470469, Brookline MA 02447



Date   5/10/18       Page      4
Primary Account         ███ 8538
Enclosures                     11

Business Gold Checking          1221063538   (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|--|
| | 20180502B1QGC02C005655 | | |
| | 20180502MMQFMPAO000054 | | |
| | 05021636FT03 | | |
| 5/02 | Wire Transfer Fee | 15.00- | 164,275.05 |
| 5/02 | Paid Item Fee | 35.00- | 164,240.05 |
| 5/03 | Wire Transfer Fee | 15.00- | 164,225.05 |
| 5/03 | Wire Transfer Fee | 15.00- | 164,210.05 |
| 5/03 | Wire Transfer Fee | 15.00- | 164,195.05 |
| 5/03 | Check 1092 | 5,000.00- | 159,195.05 |
| 5/03 | 4580            E-PAYMENT | 702.38- | 158,492.67 |
| | DISCOVER              WEB | | |
| 5/03 | PAYMENT    CHRYSLER CAPITAL | 1,052.92- | 157,439.75 |
| | PPD        TANMAYA KABRA | | |
| 5/03 | HEADWAYCAPITAL 1HEADWAY | 2,142.79- | 155,296.96 |
| | CCD     TANMAYA KABRA | | |
| | 27295435              S | | |
| 5/03 | W6580          ACH PMT | 3,665.42- | 151,631.54 |
| | AMEX EPAYMENT      WEB | | |
| 5/03 | 1578598301      BR EPAY | 5,813.93- | 145,817.61 |
| | Banana Visa        WEB | | |
| 5/03 | W6744          ACH PMT | 5,819.58- | 139,998.03 |
| | AMEX EPAYMENT      WEB | | |
| 5/03 | 3565179769       EPAY | 10,000.00- | 129,998.03 |
| | CHASE CREDIT CRD   WEB | | |
| 5/03 | Online Wire Transfer | 8,000.00- | 121,998.03 |
| | Tanmaya Kabra | | |
| | 321081669 | | |
| | 80003665825 | | |
| | 11 Gloucester Street | | |
| | Apt 4 | | |
| | Boston, MA 02115 | | |
| | FST REP BK SF | | |
| | LLC Distribution | | |
| | 20180503MMQFMPAO000021 | | |
| | 20180503L1B78H1C001034 | | |
| | 05031053FT03 | | |
| 5/03 | Online Wire Transfer | 26,000.00- | 95,998.03 |
| | Northeast Development & Invest | | |
| | 026009593 | | |
| | 004621793899 | | |

SEC-BLB-P-0000108

Date   5/10/18        Page        5
Primary Account            ███3538
Enclosures                       11



Business Gold Checking          1221063538   (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|---|
| | 715 Boylston Street | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20180503MMQFMPAO000023 | | |
| | 20180503B6B7HU2R005729 | | |
| | 05031054FT03 | | |
| 5/03 | Online Wire Transfer | 51,000.00- | 44,998.03 |
| | LaunchByte LLC | | |
| | 026009593 | | |
| | 466001943276 | | |
| | 715 Boylston St | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20180503MMQFMPAO000022 | | |
| | 20180503B6B7HU4R005870 | | |
| | 05031054FT03 | | |
| 5/03 | Check 1093 | 1,329.00- | 43,669.03 |
| 5/04 | Int'l Outgoing Wire | 3,200.00- | 40,469.03 |
| | 026009593 | | |
| | 40817840326264004926 | | |
| | poselok Pervomaiskoe ul. Detsk | | |
| | Leningradskaya oblast | | |
| | Russia | | |
| | BK AMER NYC | | |
| | jan 2018 pmt contractor engine | | |
| | 20180504MMQFMPAO000009 | | |
| | 20180504B6B7HU2R002495 | | |
| | 05040834FT03 | | |
| 5/04 | Int'l Outgoing Wire | 24,000.00- | 16,469.03 |
| | CodeToArt Technology Pvt Ltd | | |
| | 026009593 | | |
| | 033705008153 | | |
| | Flat 3 Ganesh Corner | | |
| | Mahesh Society | | |
| | Bibvewadi | | |
| | BK AMER NYC | | |
| | CodeToArt is our contractor fo | | |
| | 20180504MMQFMPAO000006 | | |
| | 20180504B6B7HU2R002481 | | |
| | 05040832FT03 | | |
| 5/04 | Wire Transfer Fee | 15.00- | 16,454.03 |
| 5/04 | Wire Transfer Fee | 15.00- | 16,439.03 |
| 5/04 | Wire Transfer Fee | 15.00- | 16,424.03 |
| 5/04 | Wire Transfer Fee | 35.00- | 16,389.03 |
| 5/04 | Wire Transfer Fee | 35.00- | 16,354.03 |
| 5/04 | Online Wire Transfer | 3,000.00- | 13,354.03 |
| | 026009593 | | |
| | 483072374307 | | |

SEC-BLB-P-0000109

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

Date   5/10/18          Page      6
Primary Account          ██████3538
Enclosures                           11

Business Gold Checking          1221063538  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|--|
| | 300 VILLAGE DR APT 765 | | |
| | KING OF PRUSSIA PA 19406-2892 | | |
| | BK AMER NYC | | |
| | contractor for dev | | |
| | 20180504MMQFMPAO000008 | | |
| | 20180504B6B7HU4R002467 | | |
| | 05040833FT03 | | |
| 5/04 | Online Wire Transfer | 3,016.00- | 10,338.03 |
| | Green Dot Public Relations | | |
| | 043306826 | | |
| | 7300414484 | | |
| | 175 Shady Lane | | |
| | Apollo, PA 15613 | | |
| | FST CMWLTH INDIANA | | |
| | 20180504MMQFMPAO000007 | | |
| | 20180504MMQFMPDZ000020 | | |
| | 05040833FT03 | | |
| 5/04 | Online Wire Transfer | 3,500.00- | 6,838.03 |
| | ████████ | | |
| | BK AMER NYC | | |
| | 20180504MMQFMPAO000011 | | |
| | 20180504B6B7HU3R002726 | | |
| | 05040846FT03 | | |
| 5/07 | DBT CRD 0000 05/05/18 02933117 | 229.07- | 6,608.96 |
| | COMCAST CA | | |
| | 676 Island Pond Rd | | |
| | 800-COMCAST   NH C#3159 | | |
| 5/08 | Deposit | 1,000.00 | 7,608.96 |
| 5/08 | STRIPE          TRANSFER | 2,996.18 | 10,605.14 |
| | CCD    X | | |
| 5/08 | DBT CRD 1118 05/07/18 60916515 | 33.46- | 10,571.68 |
| | ADOBE *IL | | |
| | 345 PARK AVENUE | | |
| | 8008336687    CA C#3159 | | |
| 5/08 | 7042074764       Ext Trnsfr | 1,241.16- | 9,330.52 |
| | JPMorgan Chase      WEB | | |
| 5/09 | 78652736042418      WEB_PAY | 70.09- | 9,260.43 |
| | EVERSOURCE       WEB | | |
| 5/09 | Check 1094 | 2,475.00- | 6,785.43 |
| 5/10 | Online Banking W/ACH Or Wire | 35.00- | 6,750.43 |
| 5/10 | INS.PREM   Safety | 52.80- | 6,697.63 |
| | PPD       KABRA TANMAYA | | |
| 5/10 | AUTO INSUR SAFETY INSURANCE | 503.00- | 6,194.63 |
| | PPD       KABRA TANMAYA | | |
| 5/10 | Check 5818599 | 1,920.00- | 4,274.63 |
| 5/10 | Monthly Maintenance Fee | 22.00-SC | 4,252.63 |

877-668-2265
BrooklineBank.com
BB-4081 (10/15)

**Member FDIC / Member DIF**

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000110

```
                                        Date   5/10/18      Page      7
                                        Primary Account          ████ 3538
                                        Enclosures               11
```

Business Gold Checking              1221063538   (Continued)

Summary of Checks Posted

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 4/19 | 1084 | 1,329.00 | 4/18 | 1090 | 5,000.00 |
| 4/12 | 1085 | 15,000.00 | 5/03 | 1092* | 5,000.00 |
| 4/12 | 1086 | 10,300.00 | 5/03 | 1093 | 1,329.00 |
| 4/17 | 1087 | 5,000.00 | 5/09 | 1094 | 2,475.00 |
| 4/12 | 1088 | 40,250.00 | 5/10 | 5818599* | 1,920.00 |
| 4/12 | 1089 | 2,475.00 | | | |

Total Checks    0011                        $90.078.00
* Denotes missing check number

SEC-BLB-P-0000111

# EXHIBIT D
# (Public Redacted)

# BrooklineBank

P.O. Box 470469, Brookline, MA 02447



```
Date   9/10/18        Page      1
Primary Account            3538
Enclosures                    3
```

LAUNCHBYTE.IO LLC
OPERATING ACCOUNT
715 BOYLSTON STREET SUITE 120
BOSTON MA 02116

**PRIVACY NOTICE - Federal law requires us to tell you how we collect, share and protect your personal information. Our privacy policy has not changed and can be viewed at www.brooklinebank.com/privacy.  Or call 877-668-2265 for a free copy.**

### C H E C K I N G    A C C O U N T S

```
Business Gold Checking          Number of Checks              3
Account Number           3538   Statement Dates   8/13/18 thru  9/10/18
Beginning Balance   14,000.42   Days in the statement period      29
  12 Deposits/Credits 427,323.25   Average Balance           17,242.66
  61 Checks/Debits   434,034.76
Maintenance Fee            .00
Interest Paid              .00
Ending Balance        7,288.91
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $560.00 |
| Total Returned Item Fees | $35.00 | $1,225.00 |

## Activity in Date Order

| Date | Description | Amount | |
|---|---|---|---|
| 8/13 | | 1.54 | 14,001.96 |
| | launchByte.IO LLC 091000013886028  IAT | | |
| 8/14 | Wire Transfer Fee | 15.00- | 13,986.96 |
| 8/14 | Wire Transfer Fee | 15.00- | 13,971.96 |
| 8/14 | Online Wire Transfer LaunchByte LLC 026009593 466001943276 | 1,000.00- | 12,971.96 |

SEC-BLB-P-0000161

## IMPORTANT RESERVE CREDIT INFORMATION

**INTEREST CHARGE:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or debits and subtract any payments or credits. This gives us the "daily balance."

## RESERVE CREDIT PAYOFF INFORMATION

Your loan balances may be paid in full (assuming no advances after the closing date on this statement) by remitting (a) the total New Balance as shown on this statement, plus (b) the INTEREST which has accrued on the Principal Balance from the billing date to the date of actual payoff. In the event you remit only the total New Balance, the accrued INTEREST mentioned in item (b) will appear on your next monthly statement.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR RESERVE CREDIT STATEMENT

If you think there is an error on your statement, write to us at: Brookline Bank, 131 Clarendon Street, PO Box 179179, Boston MA 02117-9179, Attn: Loan Servicing. In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## CREDIT BUREAU INFORMATION

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR DEPOSIT ACCOUNT, STATEMENT OR ELECTRONIC TRANSFERS CALL OUR CUSTOMER SERVICE CENTER AT 1-877-668-2265 OR WRITE TO:

**BROOKLINE BANK, P.O. BOX 470469, BROOKLINE, MA 02447-0469, ATTN: DEPOSIT SERVICES**

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error or the transfer that you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.

If you tell us orally, we may require you to send your complaint or question in writing within 10 business days. We will promptly investigate the matter, correct any error and call or write to you with an answer within 10 business days. If we need more time, we will provisionally credit your account for the amount you think is in error, so you will have the use of the money during the time it takes us to complete our investigation.

**DIRECT DEPOSITS:** If you have arranged to have direct deposit made to your deposit accounts at Brookline Bank, you may call our automated Telephone Banking system at 1-888-730-3554 to find out whether or not the deposit has been made.

**MASSACHUSETTS 18/65 ACCOUNTS:** As provided for by Mass. G.L. c. 167D, s. 2, we offer a no minimum balance/no monthly fee statement savings and checking account with limited fees to customers age 18 years and under and 65 year and over. Customers must identify themselves as eligible for these accounts and provide proof of age.

## HOW TO VERIFY YOUR CHECKING BALANCE

1. Mark off in your checkbook each of the checks paid by the bank.
2. Make a list of the numbers and amounts of those checks still outstanding in the space provided below.
3. Compare checking portion of your statement with your checkbook. Any deposits, transferred credits or reserve credit advances not recorded in your checkbook should be entered there and added to the balance. Any transferred debits, activity charges, or payments to Reserve Credit not recorded in your checkbook should be entered there and subtracted from the balance.

| | | | Outstanding checks and other withdrawals not on this statement | |
|---|---|---|---|---|
| 4. | Enter the balance shown on this statement here..................................... | $ | NUMBER | AMOUNT |
| 5. | If you have made deposits or transferred funds into checking since the date of this statement, enter total of these items here.................................... | $ | | |
| 6. | If you have borrowed from reserve credit since the date of this statement, enter total of these items here.................................... | $ | | |
| 7. | Total lines 4, 5, and 6 and enter here.................................... | $ | | |
| 8. | Enter total checks outstanding here.................................... | $ | | |
| 9. | Subtract line 8 from line 7 and enter here.................................... | $ | | |
| 10. | If you transferred funds from checking or made payments to reserve credit since the date of this statement, enter total of these items here.................................... | $ | | |
| 11. | Subtract line 10 from line 9 and enter here. (This adjusted balance should agree with your checkbook balance.).................................... | $ | TOTAL | |

877-668-2265
BrooklineBank.com

BB-4080 (08/15)

**Member FDIC / Member DIF**

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000162

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

Date  9/10/18      Page    2
Primary Account    1221063538
Enclosures              3

Business Gold Checking          1221063538  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|--|
| | 715 Boylston Street Suite 120 | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20180814MMQFMPAO000088 | | |
| | 20180814B6B7HU4RO10803 | | |
| | 08141548FTO3 | | |
| 8/14 | Online Wire Transfer | 2,475.00- | 10,496.96 |
| | Collegiate Consulting Group | | |
| | 026009593 | | |
| | 004621733914 | | |
| | 715 Boylston Street Suite 120 | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20180814MMQFMPAO000086 | | |
| | 20180814B6B7HU2R010943 | | |
| | 08141547FTO3 | | |
| 8/16 | LOOKOUT MOUNTAINSENDER | 2,798.75 | 13,295.71 |
| | CTX | | |
| | 383194258 | | |
| 8/16 | DBT CRD 0402 08/15/18 27526551 | 100.00- | 13,195.71 |
| | SQC*SQUARE | | |
| | 1455 MARKET ST | | |
| | 4153753176      CA C#3159 | | |
| 8/16 | Wire Transfer Fee | 15.00- | 13,180.71 |
| 8/16 | Online Wire Transfer | 13,000.00- | 180.71 |
| | LaunchByte LLC | | |
| | 026009593 | | |
| | 466001943276 | | |
| | 715 Boylston Street Suite 120 | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20180816MMQFMPAO000017 | | |
| | 20180816B6B7HU4RO04172 | | |
| | 08160950FTO3 | | |
| 8/17 | Igor Kovalenko | 10,000.00 | 10,180.71 |
| | ▮▮▮▮▮▮.00 | | |
| | launchByte.IO LLC | | |
| | 091000015739803  IAT | | |
| 8/17 | Wire Transfer Fee | 15.00- | 10,165.71 |
| 8/17 | PMT      RAM | 442.32- | 9,723.39 |
| | PPD      Launchbyte IO LLC | | |
| 8/17 | Online Wire Transfer | 1,329.00- | 8,394.39 |
| | ▮▮▮▮▮▮▮▮▮▮ | | |
| | TD BANK, NA | | |
| | June Pmt | | |

877-668-2265
BrooklineBank.com
BB-4081 (10/15)

**Member FDIC / Member DIF**

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000163

```
                                                  Date   9/10/18        Page     3
                                                  Primary Account        1221063538
                                                  Enclosures                      3
```

Business Gold Checking          1221063538   (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|--|
| | 20180817MMQFMPAO000013 | | |
| | 20180817C1B76E1C002216 | | |
| | 08170939FT03 | | |
| 8/20 | ▮▮▮▮▮▮▮▮▮▮▮▮ | 500.00 | 8,894.39 |
| | 5203415169 | | |
| 8/20 | Incoming Domestic Wire | 20,000.00 | 28,894.39 |
| | ▮▮▮▮▮▮▮▮▮▮ | | |
| | 20180820B1QGC08C031986 | | |
| | 20180820MMQFMPAO000025 | | |
| | 08201546FT03 | | |
| 8/20 | Wire Transfer Fee | 15.00- | 28,879.39 |
| 8/20 | Wire Transfer Fee | 15.00- | 28,864.39 |
| 8/20 | 88437862072418        WEB_PAY | 154.34- | 28,710.05 |
| | EVERSOURCE               WEB | | |
| 8/20 | 231125527  COMCAST 8773103 | 234.96- | 28,475.09 |
| | PPD           LAUNCHBYTE *LAUNCHB | | |
| 8/20 | 4580              E-PAYMENT | 2,445.60- | 26,029.49 |
| | DISCOVER            WEB | | |
| 8/20 | Online Wire Transfer | 5,000.00- | 21,029.49 |
| | LaunchByte LLC | | |
| | 026009593 | | |
| | 466001943276 | | |
| | 715 Boylston Street Suite 120 | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20180820MMQFMPAO000006 | | |
| | 20180820B6B7HU3R003443 | | |
| | 08200936FT03 | | |
| 8/21 | Incoming Domestic Wire | 125,000.00 | 146,029.49 |
| | ▮▮▮▮▮▮▮▮▮▮ | | |
| | 20180821L1B78H1C000389 | | |
| | 20180821MMQFMPAO000016 | | |
| | 08210926FT03 | | |
| 8/21 | Wire Transfer Fee | 15.00- | 146,014.49 |
| 8/21 | Wire Transfer Fee | 15.00- | 145,999.49 |
| 8/21 | Wire Transfer Fee | 15.00- | 145,984.49 |
| 8/21 | Online Wire Transfer | 8,000.00- | 137,984.49 |
| | Tanmaya Kabra | | |
| | 231372691 | | |
| | 5391099382 | | |
| | 329 Commonwealth Avenue | | |
| | 2 | | |

SEC-BLB-P-0000164

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

```
Date  9/10/18        Page    4
Primary Account      1221063538
Enclosures                    3
```

Business Gold Checking          1221063538   (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|--|
| | Boston, MA 02115 | | |
| | SANTANDER BK | | |
| | LLC Distribution | | |
| | 20180821MMQFMPAO000011 | | |
| | 20180821C1QAE01X000613 | | |
| | 08211038FT03 | | |
| 8/21 | Online Wire Transfer | 22,000.00- | 115,984.49 |
| | LaunchByte LLC | | |
| | 026009593 | | |
| | 466001943276 | | |
| | 715 Boylston Street Suite 120 | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20180821MMQFMPAO000010 | | |
| | 20180821B6B7HU3R003706 | | |
| | 08211038FT03 | | |
| 8/22 | DBT CRD 0418 08/21/18 26335987 | 1,000.00- | 114,984.49 |
| | SQC*SQUARE | | |
| | 1455 MARKET ST | | |
| | 4153753176    CA C#3159 | | |
| 8/22 | Wire Transfer Fee | 15.00- | 114,969.49 |
| 8/22 | 1662742592         BR EPAY | 1,000.00- | 113,969.49 |
| | Banana Visa        WEB | | |
| 8/22 | 3722449224         EPAY | 10,000.00- | 103,969.49 |
| | CHASE CREDIT CRD    WEB | | |
| 8/22 | Online Wire Transfer | 61,000.00- | 42,969.49 |
| | **Bernkopf Goodman LLP IOLTA ACC** | | |
| | 011002343 | | |
| | 943492092 | | |
| | Two Seaport Lane | | |
| | Boston, MA 02210 | | |
| | BOSTON PRIVATE BK | | |
| | 20180822MMQFMPAO000025 | | |
| | 20180822MMQFMPK8000101 | | |
| | 08221033FT03 | | |
| 8/22 | Check 1111 | 5,068.00- | 37,901.49 |
| 8/24 | PMT        RAM | 442.32- | 37,459.17 |
| | PPD        Launchbyte IO LLC | | |
| 8/27 | DBT CRD 0000 08/25/18 20768537 | 286.73- | 37,172.44 |
| | COMCAST CA | | |
| | 676 Island Pond Rd | | |
| | 800-COMCAST    NH C#3159 | | |
| 8/27 | ACH PMT    AMEX EPAYMENT | 17,607.20- | 19,565.24 |
| | PPD        LaunchByteio Launch | | |
| 8/27 | Check 1113 | 2,658.00- | 16,907.24 |
| 8/28 | Int'l Outgoing Wire | 13,950.00- | 2,957.24 |
| | PurpleFront Technologies Pvt L | | |
| | 026009593 | | |
| | 50200003880805 | | |

Member FDIC / Member DIF

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000165

```
                                              Date  9/10/18        Page    5
                                              Primary Account       1221063538
                                              Enclosures                    3
```

Business Gold Checking          1221063538  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|---|
| | 274 Central Avenue Road | | |
| | LRDE Layout Karthik Nagar | | |
| | Bengaluru | | |
| | BK AMER NYC | | |
| | contractor pmt | | |
| | 20180828MMQFMPAO000004 | | |
| | 20180828B6B7HU3R002596 | | |
| | 08280854FT03 | | |
| 8/28 | Wire Transfer Fee | 35.00- | 2,922.24 |
| 8/28 | 91992902082418       WEB_PAY | 308.99- | 2,613.25 |
| | EVERSOURCE          WEB | | |
| 8/30 | Wire Transfer Fee | 15.00- | 2,598.25 |
| 8/30 | 05131475901        UTILITYPAY | 43.47- | 2,554.78 |
| | NATIONAL GRID NE    WEB | | |
| 8/30 | Online Wire Transfer ▅▅▅▅ | 1,547.00- | 1,007.78 |
| | 211370545 | | |
| | 8250781462 | | |
| | 40 Allston St. Apt 2 | | |
| | Cambridge , MA 02139 | | |
| | TD BANK, NA | | |
| | June Pmt | | |
| | 20180830MMQFMPAO000057 | | |
| | 20180830C1B76E1C005359 | | |
| | 08301340FT03 | | |
| 8/30 | Check 1116 | 110,000.00- | 108,992.22- |
| 8/31 | Return Item Credit | 110,000.00 | 1,007.78 |
| 8/31 | STRIPE            TRANSFER | 7,972.55 | 8,980.33 |
| | CCD     X | | |
| 8/31 | PMT     RAM | 442.32- | 8,538.01 |
| | PPD        Launchbyte IO LLC | | |
| 8/31 | HEADWAYCAPITAL 1HEADWAY | 2,142.79- | 6,395.22 |
| | CCD    TANMAYA KABRA | | |
| | 34618816          S | | |
| 8/31 | Return Item Fee | 35.00- | 6,360.22 |
| 9/04 | Payment   ATT | 262.98- | 6,097.24 |
| | PPD        TemporaryAccountNam | | |
| 9/04 | PAYMENT   CHRYSLER CAPITAL | 1,052.92- | 5,044.32 |
| | PPD      TANMAYA KABRA | | |
| 9/04 | M6826            ACH PMT | 3,000.00- | 2,044.32 |
| | AMEX EPAYMENT      WEB | | |
| 9/06 | STRIPE            TRANSFER | 9.41 | 2,053.73 |
| | CCD     X | | |
| 9/06 | Incoming Domestic Wire | 115,000.00 | 117,053.73 |
| | ▆▆▆▆▆▆▆▆ | | |
| | 20180905MMQFMPLR000047 | | |
| | 20180905MMQFMPAO000051 | | |
| | 09051720FT03 | | |
| 9/06 | Wire Transfer Fee | 15.00- | 117,038.73 |

SEC-BLB-P-0000166

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

Date   9/10/18        Page      6
Primary Account      1221063538
Enclosures                     3

Business Gold Checking          1221063538  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|---|---|---|---|
| 9/06 | Wire Transfer Fee | 15.00- | 117,023.73 |
| 9/06 | Stop Payment Charge | 30.00- | 116,993.73 |
| 9/06 | Online Wire Transfer | 67,000.00- | 49,993.73 |

TD BANK NA
20180906MMQFMPAO000006
20180906C1B76E1C001613
09060852FT03

| 9/07 | Wire Transfer Fee | 15.00- | 49,978.73 |
| 9/07 | Wire Transfer Fee | 15.00- | 49,963.73 |
| 9/07 | PMT      RAM | 442.32- | 49,521.41 |

PPD         Launchbyte IO LLC

| 9/07 | Online Wire Transfer | 5,000.00- | 44,521.41 |

LaunchByte LLC
026009593
466001943276
715 Boylston Street Suite 120
Boston, MA 02116
BK AMER NYC
20180907MMQFMPAO000072
20180907B6B7HU2R009287
09071353FT03

| 9/07 | Online Wire Transfer | 43,000.00- | 1,521.41 |

TD BANK NA
20180907MMQFMPAO000005
20180907C1B76E1C001719
09070852FT03

| 9/10 | HEADWAYCAPITAL 2HEADWAY | 11,200.00 | 12,721.41 |

CCD     TANMAYA KABRA
35213038        S

| 9/10 | Incoming Domestic Wire | 24,841.00 | 37,562.41 |

20180910B1QGC05C003301
20180910MMQFMPAO000019
09101118FT03

| 9/10 | Wire Transfer Fee | 15.00- | 37,547.41 |
| 9/10 | Wire Transfer Fee | 15.00- | 37,532.41 |
| 9/10 | Online Banking W/ACH Or Wire | 35.00- | 37,497.41 |

SEC-BLB-P-0000167

```
                                          Date   9/10/18        Page      7
                                          Primary Account        1221063538
                                          Enclosures                      3


        Business Gold Checking              1221063538   (Continued)
```

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|---|
| 9/10 | AUTO INSUR SAFETY INSURANCE | 481.00- | 37,016.41 |
| | PPD       KABRA TANMAYA | | |
| 9/10 | INS.PREM   Safety | 627.50- | 36,388.91 |
| | PPD       KABRA TANMAYA | | |
| 9/10 | 1672318843        BR EPAY | 1,500.00- | 34,888.91 |
| | Banana Visa        WEB | | |
| 9/10 | 4580              E-PAYMENT | 2,600.00- | 32,288.91 |
| | DISCOVER          WEB | | |
| 9/10 | Online Wire Transfer | 25,000.00- | 7,288.91 |
| | LaunchByte LLC | | |
| | 026009593 | | |
| | 466001943276 | | |
| | 715 Boylston Street Suite 120 | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20180910MMQFMPAO000033 | | |
| | 20180910B6B7HU2R006038 | | |
| | 09101151FT03 | | |

```
        Summary of Checks Posted
        Date   Check No              Amount  Date   Check No              Amount
        8/22   1111                5,068.00  8/30   1116*            110,000.00
        8/27   1113*               2,658.00

        Total Checks       0003                    $117.726.00
        * Denotes missing check number
```

SEC-BLB-P-0000168

# EXHIBIT E
# (Public Redacted)

**From:**     Tan Kabra
**To:**       ██████
**Subject:**  Re: $115,000
**Date:**     Wednesday, September 12, 2018 6:26:56 PM

I wouldn't let that happen. But I would end up losing my brand new boat which would be terrible.

You'll have it on 18th, $130,000

On Wed, Sep 12, 2018 at 6:25 PM ████████████████████> wrote:
  What happens if the payment is not made by the 18th?



  Sent from my iPhone


  On Sep 12, 2018, at 4:50 PM, Tan Kabra <tan@███████ wrote:

      I can drop off my Rolex to you tomorrow for you as well to hold as a sign of good faith if you would like.

      On Wed, Sep 12, 2018 at 4:49 PM Tan Kabra <tan@██████wrote:
      Hey ████

      At 330 I found out the reason for the delay was due to a hold because of the quick wire in and out. Since we are registering with the securities and trade commission now to convert to a venture fund, we're facing all of these checks.

      I'll spare you the details because I know that doesn't matter to you. They asked for documenion / info on this short term deal and I have provided them our email agreement. It will be released on Tuesday September 18th.

      I know this isn't ideal nor what we agreed to. So if it's okay with you, I can send you $130,000 (an extra $3,500) to cover the inconvenience for the extra few days they require to verify that this is a legitimate transaction.

      please let me know if that works. Thank you

      On Wed, Sep 12, 2018 at 4:04 PM ████████████████
      wrote:
        Tan,
        Did you recheck?



Sent from my iPhone

On Sep 12, 2018, at 11:57 AM, Tan Kabra <tan@████████ wrote:

I'll recheck on it but because of our account type (venture fund) goes through that extra day of stuff. It'll be there today

On Wed, Sep 12, 2018 at 11:55 AM ████████ <████████> wrote:
No wire yet



Sent from my iPhone

On Sep 11, 2018, at 6:22 PM, Tan Kabra <tan@████████ wrote:

No, I can't on this check, it has to be out of the end of the month payout. Hoping it will be before that though.

I appreciate the help on this deal and I will take care of the 9,750 refund to you as well, in the coming weeks on or before the 30th

Best,

Tan Kabra
**Founder + Managing Director**

**The LaunchByte Group**
715 Boylston Street Suite 120, Boston, MA 02116
https://launchbyte.io | ████████

On Tue, Sep 11, 2018 10:10 AM, ██████
████████████ wrote:
Can you add In the 9750 check that's due I can
give you the check back?



Sent from my iPhone

On Sep 11, 2018, at 9:55 AM, Tan Kabra
<tan@launchbyte.io> wrote:

> Hey ███,
>
> The check clears at 5pm, so this is
> already scheduled to go out so you
> should see this evening or tomorrow.
> Thank you
>
> Domestic
> Wire
> Notification

 | **Report Date/Time** | 09/11/18 09:18:42 EDT

This
transaction
has been
transmitted
to the bank.
Transaction
Number:
DWR-
00157015
Amount:
$126,500.00
Beneficiary
Name: ████

█████████

Status: 1
Day Delivery

Best,

Tan Kabra
**Founder + Managing Director**

**The LaunchByte Group**
715 Boylston Street Suite 120,
Boston, MA 02116
https://launchbyte.io | █████████

On Wed, Sep 5, 2018 8:22 PM, ████
████████████████ wrote:
Thank you!



Sent from my iPhone

On Sep 5, 2018, at 7:40 PM, Tan
Kabra <tan@launchbyte.io> wrote:

September 5th  2018

I, Tanmaya Kabra of 329
Commonwealth Ave Unit 2
Boston Ma 02115 took a

loan out on my 2018 Pursuit
Open Motor Boat (Hull
Number SSUD8304C818)
from

████████ as collateral on
September 5th 2018. I,
Tanmaya Kabra will pay this

loan back infull $115,000.00
principle balance plus
$11,500 in fees for a total of

$126,500.00 by Monday
September 10th 2018.


Borrower:
Tanmaya Kabra

Lender:
█████████████

Best,

Tan Kabra
**Founder + Managing
Director**
████████████████
**The LaunchByte Group**
715 Boylston Street Suite
120, Boston, MA 02116
https://launchbyte.io |
█████████████

# EXHIBIT F
# (Public Redacted)

# BrooklineBank
P.O. Box 470469, Brookline, MA 02447





Date  10/10/18          Page       1
Primary Account              538
Enclosures                     6

LAUNCHBYTE.IO LLC
OPERATING ACCOUNT
715 BOYLSTON STREET SUITE 120
BOSTON MA 02116

**Signature Business Banking delivers premier services and personalized attention with a full range of benefits and value for your business and personal banking needs. Learn more at brooklinebank.com/signature**

## C H E C K I N G     A C C O U N T S

| | | |
|---|---|---|
| Business Gold Checking | | Number of Checks                6 |
| Account Number | 538 | Statement Dates    9/11/18 thru 10/10/18 |
| Beginning Balance | 7,288.91 | Days in the statement period        30 |
| 12 Deposits/Credits | 315,714.85 | Average Balance            1,430.11 |
| 63 Checks/Debits | 314,845.14 | |
| Maintenance Fee | 22.00 | |
| Interest Paid | .00 | |
| Ending Balance | 8,136.62 | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $140.00 | $700.00 |
| Total Returned Item Fees | $280.00 | $1,505.00 |

## Activity in Date Order

| Date | Description | Amount | |
|---|---|---|---|
| 9/11 | Wire Transfer Fee | 15.00- | 7,273.91 |
| 9/11 | Wire Transfer Fee | 15.00- | 7,258.91 |
| 9/11 | Online Wire Transfer | 1,750.00- | 5,508.91 |
| | LaunchByte LLC | | |
| | 026009593 | | |
| | 466001943276 | | |
| | 715 Boylston Street Suite 120 | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20180911MMQFMPA0000011 | | |

SEC-BLB-P-0000170

**IMPORTANT RESERVE CREDIT INFORMATION**

**INTEREST CHARGE:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or debits and subtract any payments or credits. This gives us the "daily balance."

## RESERVE CREDIT PAYOFF INFORMATION

Your loan balances may be paid in full (assuming no advances after the closing date on this statement) by remitting (a) the total New Balance as shown on this statement, plus (b) the INTEREST which has accrued on the Principal Balance from the billing date to the date of actual payoff. In the event you remit only the total New Balance, the accrued INTEREST mentioned in item (b) will appear on your next monthly statement.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR RESERVE CREDIT STATEMENT

If you think there is an error on your statement, write to us at: Brookline Bank, 131 Clarendon Street, PO Box 179179, Boston MA 02117-9179, Attn: Loan Servicing. In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## CREDIT BUREAU INFORMATION

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR DEPOSIT ACCOUNT, STATEMENT OR ELECTRONIC TRANSFERS CALL OUR CUSTOMER SERVICE CENTER AT 1-877-668-2265 OR WRITE TO:

**BROOKLINE BANK, P.O. BOX 470469, BROOKLINE, MA 02447-0469, ATTN: DEPOSIT SERVICES**

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error or the transfer that you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.

If you tell us orally, we may require you to send your complaint or question in writing within 10 business days. We will promptly investigate the matter, correct any error and call or write to you with an answer within 10 business days. If we need more time, we will provisionally credit your account for the amount you think is in error, so you will have the use of the money during the time it takes us to complete our investigation.

DIRECT DEPOSITS: If you have arranged to have direct deposit made to your deposit accounts at Brookline Bank, you may call our automated Telephone Banking system at 1-888-730-3554 to find out whether or not the deposit has been made.

MASSACHUSETTS 18/65 ACCOUNTS: As provided for by Mass. G.L. c. 167D, s. 2, we offer a no minimum balance/no monthly fee statement savings and checking account with limited fees to customers age 18 years and under and 65 year and over. Customers must identify themselves as eligible for these accounts and provide proof of age.

## HOW TO VERIFY YOUR CHECKING BALANCE

1. Mark off in your checkbook each of the checks paid by the bank.
2. Make a list of the numbers and amounts of those checks still outstanding in the space provided below.
3. Compare checking portion of your statement with your checkbook. Any deposits, transferred credits or reserve credit advances not recorded in your checkbook should be entered there and added to the balance. Any transferred debits, activity charges, or payments to Reserve Credit not recorded in your checkbook should be entered there and subtracted from the balance.

| | | |
|---|---|---|
| 4. Enter the balance shown on this statement here…………………………………… | $ | |
| 5. If you have made deposits or transferred funds into checking since the date of this statement, enter total of these items here………………………………… | $ | |
| 6. If you have borrowed from reserve credit since the date of this statement, enter total of these items here…………………………………………… | $ | |
| 7. Total lines 4, 5, and 6 and enter here…………………………………………… | $ | |
| 8. Enter total checks outstanding here……………………………………………… | $ | |
| 9. Subtract line 8 from line 7 and enter here……………………………………… | $ | |
| 10. If you transferred funds from checking or made payments to reserve credit since the date of this statement, enter total of these items here………………… | $ | |
| 11. Subtract line 10 from line 9 and enter here. (This adjusted balance should agree with your checkbook balance.)……………………………………… | $ | |

| Outstanding checks and other withdrawals not on this statement | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

877-668-2265
BrooklineBank.com

BB-4080 (08/15)

**Member FDIC / Member DIF**

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000171

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

Date 10/10/18            Page        2
Primary Account          ███████3538
Enclosures                       6

Business Gold Checking        1221063538  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|--|
| | 20180911B6B7HU3R003237 | | |
| | 09110957FT03 | | |
| 9/11 | Online Wire Transfer | 5,500.00- | 8.91 |
| | Gulmi Consulting | | |
| | 026009593 | | |
| | 004646019215 | | |
| | 755 Boylston St | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20180911MMQFMPAO000005 | | |
| | 20180911B6B7HU4R002753 | | |
| | 09110922FT03 | | |
| 9/12 | W1672          ACH PMT | 3,438.62- | 3,429.71- |
| | AMEX EPAYMENT          WEB | | |
| 9/12 | Paid Item Fee | 35.00- | 3,464.71- |
| 9/12 | W0888          ACH PMT | 4,041.59- | 7,506.30- |
| | AMEX EPAYMENT          WEB | | |
| 9/12 | Paid Item Fee | 35.00- | 7,541.30- |
| 9/12 | W2166          ACH PMT | 8,204.32- | 15,745.62- |
| | AMEX EPAYMENT          WEB | | |
| 9/12 | Paid Item Fee | 35.00- | 15,780.62- |
| 9/14 | PMT          RAM | 442.32- | 16,222.94- |
| | PPD          Launchbyte IO LLC | | |
| 9/17 | Return Item Credit | 442.32 | 15,780.62- |
| 9/17 | Return Item Fee | 35.00- | 15,815.62- |
| 9/18 | Incoming Domestic Wire | 155,000.00 | 139,184.38 |
| | ████████████████████ | | |
| | 20180918A1B7A41C000307 | | |
| | 20180918MMQFMPAO000023 | | |
| | 09181015FT03 | | |
| 9/18 | Wire Transfer Fee | 15.00- | 139,169.38 |
| 9/18 | Wire Transfer Fee | 15.00- | 139,154.38 |
| 9/18 | Wire Transfer Fee | 15.00- | 139,139.38 |
| 9/18 | 91677925082218          WEB_PAY | 153.14- | 138,986.24 |
| | EVERSOURCE          WEB | | |
| 9/18 | 231125527  COMCAST 8773103 | 237.83- | 138,748.41 |
| | PPD          LAUNCHBYTE *LAUNCHB | | |
| 9/18 | Online Wire Transfer | 11,500.00- | 127,248.41 |
| | LaunchByte LLC | | |
| | 026009593 | | |
| | 466001943276 | | |
| | 715 Boylston Street Suite 120 | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20180918MMQFMPAO000014 | | |
| | 20180918B6B7HU1R003881 | | |
| | 09181030FT03 | | |

877-668-2265
BrooklineBank.com
BB-4081 (10/15)

**Member FDIC / Member DIF**

Equal Housing Lender
NMLS#: 715671

SEC-BLB-P-0000172

```
                                        Date 10/10/18        Page     3
                                        Primary Account      1221063538
                                        Enclosures                    6
```

Business Gold Checking            1221063538   (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|--|
| 9/18 | Online Wire Transfer | 126,500.00- | 748.41 |
| | 20180918MMQFMPAO000012 | | |
| | 20180918MMQFMPLR000020 | | |
| | 09181024FT03 | | |
| 9/18 | Check 1120 | 2,475.00- | 1,726.59- |
| 9/19 | Return Item Credit | 2,475.00 | 748.41 |
| 9/19 | DBT CRD 0354 09/18/18 42302597 | 57.75- | 690.66 |
| | FIVERR * | | |
| | 7700 EASTPORT PARK | | |
| | 9543682267      NY C#3159 | | |
| 9/19 | 3762107947        EPAY | 100.00- | 590.66 |
| | CHASE CREDIT CRD      WEB | | |
| 9/19 | Return Item Fee | 35.00- | 555.66 |
| 9/19 | Check 50000 | 800.00- | 244.34- |
| 9/19 | Paid Item Fee | 35.00- | 279.34- |
| 9/21 | Incoming Domestic Wire | 25,000.00 | 24,720.66 |
| | 20180921B1QGC06C010865 | | |
| | 20180921MMQFMPAO000043 | | |
| | 09211538FT03 | | |
| 9/21 | Wire Transfer Fee | 15.00- | 24,705.66 |
| 9/21 | Wire Transfer Fee | 15.00- | 24,690.66 |
| 9/21 | Online Wire Transfer | 23,500.00- | 1,190.66 |
| | LaunchByte LLC | | |
| | 026009593 | | |
| | 466001943276 | | |
| | 715 Boylston Street Suite 120 | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20180921MMQFMPAO000102 | | |
| | 20180921B6B7HU3R012470 | | |
| | 09211602FT03 | | |
| 9/21 | Check 50001 | 400.00- | 790.66 |
| 9/25 | DBT CRD 0000 09/25/18 29479935 | 264.57- | 526.09 |
| | COMCAST CA | | |
| | 676 Island Pond Rd | | |
| | 800-COMCAST   NH C#3159 | | |
| 9/28 | Deposit | 40,000.00 | 40,526.09 |
| 9/28 | 222867114604628    USATAXPYMT | 47,608.00- | 7,081.91- |
| | IRS              WEB | | |
| 10/01 | Return Item Credit | 47,608.00 | 40,526.09 |

SEC-BLB-P-0000173

# BrooklineBank

P.O. Box 470469, Brookline MA 02447

Date 10/10/18     Page    4
Primary Account  1221063538
Enclosures            6

Business Gold Checking          1221063538  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|---|
| 10/01 | DBT CRD 1117 09/28/18 63478979 | 33.46- | 40,492.63 |
| | ADOBE *IL | | |
| | 345 PARK AVENUE | | |
| | 8008336687      CA C#3159 | | |
| 10/01 | Wire Transfer Fee | 15.00- | 40,477.63 |
| 10/01 | Wire Transfer Fee | 15.00- | 40,462.63 |
| 10/01 | Wire Transfer Fee | 15.00- | 40,447.63 |
| 10/01 | M0246              ACH PMT | 1,238.46- | 39,209.17 |
| | AMEX EPAYMENT        WEB | | |
| 10/01 | HEADWAYCAPITAL 1HEADWAY | 2,142.45- | 37,066.72 |
| | CCD    TANMAYA KABRA | | |
| | 36552144           S | | |
| 10/01 | M9138              ACH PMT | 4,032.00- | 33,034.72 |
| | AMEX EPAYMENT        WEB | | |
| 10/01 | Return Item Fee | 35.00- | 32,999.72 |
| 10/01 | Online Wire Transfer | 1,329.00- | 31,670.72 |
| | TD BANK, NA | | |
| | June Pmt | | |
| | 20181001MMQFMPAO000038 | | |
| | 20181001C1B76E1C002416 | | |
| | 10010850FT03 | | |
| 10/01 | Online Wire Transfer | 6,500.00- | 25,170.72 |
| | Tanmaya Kabra | | |
| | 231372691 | | |
| | 5391099382 | | |
| | 329 Commonwealth Avenue | | |
| | 2 | | |
| | Boston, MA 02115 | | |
| | SANTANDER BK | | |
| | LLC Distribution | | |
| | 20181001MMQFMPAO000037 | | |
| | 20181001C1QAE01X000666 | | |
| | 10010850FT03 | | |
| 10/01 | Online Wire Transfer | 20,000.00- | 5,170.72 |
| | LaunchByte LLC | | |
| | 026009593 | | |
| | 466001943276 | | |
| | 715 Boylston Street Suite 120 | | |
| | Boston, MA 02116 | | |
| | BK AMER NYC | | |
| | 20181001MMQFMPAO000036 | | |
| | 20181001B6B7HU1R004066 | | |
| | 10010849FT03 | | |
| 10/01 | Check 1117 | 3,500.00- | 1,670.72 |
| 10/02 | Payment    ATT | 498.18- | 1,172.54 |
| | PPD        TemporaryAccountNam | | |

877-668-2265
BrooklineBank.com                    **Member FDIC / Member DIF**          Equal Housing Lender
BB-4081 (10/15)                                                            NMLS#: 715671

SEC-BLB-P-0000174

```
                                        Date 10/10/18        Page    5
                                        Primary Account      1221063538
                                        Enclosures                    6
```

Business Gold Checking          1221063538  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|---|
| 10/03 | PAYMENT    CHRYSLER CAPITAL | 1,052.92- | 119.62 |
|       | PPD        TANMAYA KABRA | | |
| 10/04 | Check 1121 | 9,750.00- | 9,630.38- |
| 10/05 | Return Item Credit | 9,750.00 | 119.62 |
| 10/05 | M0260              ACH PMT | 1,000.00- | 880.38- |
|       | AMEX EPAYMENT         WEB | | |
| 10/05 | Return Item Fee | 35.00- | 915.38- |
| 10/09 | Return Item Credit | 1,000.00 | 84.62 |
| 10/09 | 96403996100418    WEB_PAY | 439.53- | 354.91- |
|       | EVERSOURCE            WEB | | |
| 10/09 | M3410             ACH PMT | 2,000.00- | 2,354.91- |
|       | AMEX EPAYMENT         WEB | | |
| 10/09 | M4852             ACH PMT | 2,000.00- | 4,354.91- |
|       | AMEX EPAYMENT         WEB | | |
| 10/09 | Return Item Fee | 35.00- | 4,389.91- |
| 10/10 | Return Item Credit | 439.53 | 3,950.38- |
| 10/10 | Return Item Credit | 2,000.00 | 1,950.38- |
| 10/10 | Return Item Credit | 2,000.00 | 49.62 |
| 10/10 | Incoming Domestic Wire | 30,000.00 | 30,049.62 |

```
       20181010K4B74R1C001069
       20181010MMQFMPAO000024
       10101159FT03
```

| Date | Description | Amount | |
|------|-------------|--------|---|
| 10/10 | Wire Transfer Fee | 15.00- | 30,034.62 |
| 10/10 | Wire Transfer Fee | 15.00- | 30,019.62 |
| 10/10 | Wire Transfer Fee | 15.00- | 30,004.62 |
| 10/10 | Online Banking W/ACH Or Wire | 35.00- | 29,969.62 |
| 10/10 | AUTO INSUR SAFETY INSURANCE | 481.00- | 29,488.62 |
|       | PPD        KABRA TANMAYA | | |
| 10/10 | Return Item Fee | 35.00- | 29,453.62 |
| 10/10 | Return Item Fee | 35.00- | 29,418.62 |
| 10/10 | Return Item Fee | 35.00- | 29,383.62 |
| 10/10 | Online Wire Transfer | 9,000.00- | 20,383.62 |
|       | Tanmaya Kabra | | |
|       | 231372691 | | |
|       | 5391099382 | | |
|       | 329 Commonwealth Avenue | | |
|       | 2 | | |
|       | Boston, MA 02115 | | |
|       | SANTANDER BK | | |
|       | LLC Distribution | | |
|       | 20181010MMQFMPAO000100 | | |
|       | 20181010C1QAE01X001370 | | |
|       | 10101516FT03 | | |
| 10/10 | Online Wire Transfer | 9,750.00- | 10,633.62 |

SEC-BLB-P-0000175

# EXHIBIT G
# (Public Redacted)

| | |
|---|---|
| **From:** | |
| **To:** | Tan Kabra |
| **Subject:** | Re: India payment |
| **Date:** | Wednesday, October 3, 2018 3:04:44 PM |

Hey Tan,

Do we have an ETA on normalized dev relations with India as yet?

FYI below:

- ███████ - From ███ : Hi ███ , I didn't see a new build today. Can we expect one tomorrow?
- ███ - From ███ : So as of now, we will wait to receive an update by Friday regarding production but after everything you've just said it seems to me like we're on track to launch within the next week or so correct?
- ███████ - From ███ : (on not receiving a build for 2 weeks) feeling very stressed re ███████ and how I am going to roll it out and adding ███ to the plate might not be a good idea

We are fighting fires - just want to let the team know what's going on.

I don't really enjoy continuously pinging you :)

███

> On Oct 3, 2018, at 9:08 AM, ███████████████ wrote:
>
> ███████ just pinged me. They have not received payment as yet.
>
> We had to cancel ███████████ builds this week and will probably have to delay the ███████ build as well. Also, we need the team's help to communicate back to ███ who are getting increasingly frustrated.

# EXHIBIT H
# (Public Redacted)

**From:** ▮▮▮▮▮
**To:** Tan Kabra
**Cc:** ▮▮▮▮▮
**Subject:** Re:
**Date:** Monday, October 15, 2018 11:05:13 AM

---

Tan,

I touched base with ▮▮▮ this morning expecting an updated ▮▮▮▮ build and he mentioned that meetings are still on hold. When is this expected to be resolved?

On Thu, Oct 11, 2018 at 11:05 AM ▮▮▮▮▮▮▮ wrote:

> Cool.  Thanks!
>
> On Thu, Oct 11, 2018 at 11:04 AM Tan Kabra <tan@▮▮▮▮ wrote:
>> ▮▮▮ and ▮▮▮ builds will be with us before we wake up tomorrow. Just confirmed with Mahavir / Priyank
>>
>> Best,
>>
>> Tan Kabra
>> **Founder + Managing Director**
>>
>> **The LaunchByte Group**
>> 715 Boylston Street Suite 120, Boston, MA 02116
>> https://launchbyte.io | ▮▮▮▮

--
▮▮▮▮
**Director of Growth**

715 Boylston Street Suite 120, Boston, MA 02116
https://launchbyte.io | ▮▮▮▮

Read about us in the news: LaunchByte | APPIO

# EXHIBIT I
# (Public Redacted)

| | |
|---|---|
| **From:** | ██████ |
| **To:** | Tan Kabra |
| **Subject:** | Re: ████████ |
| **Date:** | Tuesday, January 29, 2019 6:03:45 PM |
| **Attachments:** | Outlook-2bvmuxni.png |

Ok

Thanks

██████

On Jan 29, 2019, at 6:02 PM, Tan Kabra <tan@███████ wrote:

> Hi ████,
>
> I think some of the words in here are a bit harsh in terms of extorted and scam.
>
> I was taking the time to make sure my response had good validity and options for you.
>
> I can send it to you by tonight or tomorrow.
>
> Tan
>
> On Tue, Jan 29, 2019 at 5:57 PM ██████████████ wrote:
>
>> Tan,
>>
>> Per our meeting yesterday I was expecting you to send over documents to release ████████ as is to me , resolve Launchbyte's interest in ████████ and return the ████ portion of what I had wired to you in September , because there has been no engineering work signed off on or  started on that . You said you agreed during our meeting and that you would send me something at 6 pm  yesterday (you confirmed  it with a calendar invite)  You lied.
>>
>> The ██████ app doesn't have basic features (a wallet and ability for a salon to list multiple openings per hour ) that should have been included in this release after 9 months and $125,000 paid in full for this product as well as the fact that it was released to the

Apple Store and hasn't worked since the release due to bugs that still remain unresolved.

When I met you in your office in April you promised that you had expensive/experienced  engineers here in America - on Boylston street infact and I wouldn't have to deal with overseas delays etc. That was a lie. Once I got to the building out of this platform I was told that the whole development team is in India and that I would have to report issues on Trello and wait  - something that you did not disclose and completely lied about - you flat out told me the engineers were here . I could have hired my own engineer for that amount - but I trusted you - You lied.

You also promised that your "team of experts " were incredible with planning out the app etc - well that has not been the case  - they don't know anything about either of the industries beauty and medical  , they  couldn't provide any guidance and were relying on podcasts and what they see on social media as advice to pass on - thats fine if you had disclosed that in the beginning - again you lied. In the beginning I believed this the team was good , or at least thats what I thought - I even agreed to build a second platform - and then as soon as I paid you in full (HUGE MISTAKE ) things started to go wrong . I am a positive person so I tried to overlook the fact that they didn't know much - when we went to plan ███ they were looking to us for all legal, medical escript  - isn't that what I was paying a premium of  125K plus giving you equity? your "team of lawyers "  - turns out that was just "legal zoom " -  You were so panicked about me wiring the money even texting me very late and meeting me at my bank very nervous - I should have run then - a big red flag. You then proceed to travel all over spending my (and other launchbyte founders and investors  money) living an extravagant lifestyle all posted on social media and can't deliver what you promised. Thats why you took ███ and every single deal that comes your way because you need the cash .

I have seen enough to know I do not trust you , I do not want to go any further  - you have not delivered a 1) working product  2) even

if you fix the bugs the key functionality is missing , 3) any of the services that you promised (buzz feed promotion , sales strategy , marketing etc etc etc ) just to name a few . I am giving you one chance to walk away from this and salvage what is left and I will stay quiet. I want my ███████ app released to me by Friday February 1, 2019  - as is with all of the technical requirements for me to repair it , finish it and run it if I choose. I want my money back for ██████ (the portion that you didn't use yet  which is most of it ) and I want to desolve any relationship with Launchbyte including equity.    This your house of cards and it is folding  - I want out now.

You have misrepresented and lied about your fund too many times to count , the numbers you say are lies - you mislead people and this is all scam.

You have extorted a quarter of a million dollars from me and lied  - I am sure that is the tip of the iceberg.

This was a very expensive lesson for me, and if you do not respond and resolve this now  my lawyer who drafted the original agreement as well as  additional attorneys  will take it from here. They have advised me you are in breach. I am giving you the opportunity to walk away from this under the terms I presented - give me my technology , resolve launchbyte's equity stake in both ██████████████ and my money back for ██████ (which you verbally agreed  yesterday you should have not taken  because you didn't have a development team to build it) .

This is in your best interest to part on these terms, quietly and privately . I am sure you can even turn this into a positive for your investors

███████████

joanna@mobilmani.com | 617.686.8421
mobilmani.com

**beauty at your fingertips....**

<Outlook-2bvmuxni.png>