# EXHIBIT T
# (Public Redacted)

| From: | Tan Kabra |
|---|---|
| To: | Development Operations |
| Subject: | Fwd: Resignation |
| Date: | Sunday, June 23, 2019 8:59:43 PM |
| Attachments: | Resignation_Letter.docx |

---------- Forwarded message ---------

From: ███████████████████████

Date: Sun, Jun 23, 2019 at 8:56 PM

Subject: Resignation

To: Tan Kabra <tan@████████████████

Tan,

Please find attached my letter of resignation.

Thank you,

████

--
Best,
Tan Kabra



**Co-Founder & Chief Strategy Officer**
*501 Boylston Street Floor 10, Boston 02116*
www████████████ | *617.259.8145*

June 23, 2019

████████████

LaunchByte, LLC

Tan Kabra,

This letter serves as notification of termination of contract between ████████████ and LaunchByte, LLC and ████████████

Pursuant to condition 4 of the agreement ("At-Will Contract"), effective immediately, ████████████ is exercising his ability to terminate the contact, with the cause being professional differences.

As of June 23rd, 2019, all deliverables listed below have been completed and payment for these deliverables has been received by ████████████

February 28th, 2019 – Front End - $4,000

March 28th, 2019 – Back End - $4,000

May 17th, 2019 – API Rewrite Progress - $4,500

May 31st, 2019 – Twilio – Azure connection - $3,000

June 7th, 2019 – API Construction – $1,500

No payment has been received for any deliverable not listed above, and therefore all parties are up to date regarding compensation and deliverables, pursuant to Exhibit B: Schedule of Deliverables & Payments.

As a courtesy, a backup of all current code and documentation has been provided via Google Drive at the following link:

████████████████████████████

This document serves as permission for LaunchByte, LLC and ████████████ Inc to use this provided information and code for any and all purposes, including continued development of this project.

Note, effective immediately, no future work will be completed on this project and no additional payments will be accepted. ████████████ will remove himself from any team communication methods and will not accept any attempts to renegotiate or retract this notification of termination.


Best regards,

████████████

# EXHIBIT U
# (Public Redacted)

| | |
|---|---|
| **From:** | Tan Kabra |
| **To:** | ████ |
| **Subject:** | 11 Missing Files |
| **Date:** | Monday, July 1, 2019 8:48:38 AM |
| **Attachments:** | Image 2019-06-25 at 9.28.56 AM.jpeg |

Good morning,

A few things for you to know:

1) There are 11 files missing from the code you sent over. These need to be sent TODAY. I have attached a screenshot for you again, in case you missed the last 4.

2) I have contacted your previous employers and will be contacting Wentworth today about the claims / litigation we are bringing against you. This is a step that is common for firms to take to ensure there is no conflict of interest - since you claim publicly on your LinkedIn that you work at ████████████ : ████████, the director of HR there, is getting a call from me shortly.

3) We have retained counsel regarding the matter, and by the end of the day today you will have a MA 93A Demand Letter, to which you have 30 days to respond / comply with. I fully plan on pursuing intense litigation.

4) I / LaunchByte will sue you first. Then ████████, if there are still outstanding items.

5) Since we have retained counsel, direct communication with me, any members of the team, or contractors we work with is prohibited. Keep in mind your signed agreements, the IACAN one in particular to understand your rights and what you have waived.

**The only communication I should receive from you today, are the 11 missing files.** The rest you can work with the attorney to figure out whether you'd like a chance to come out of this with some face or not.

Best,

Tan Kabra
**Founder + Managing Director**

**The LaunchByte Group**
715 Boylston Street Suite 120, Boston, MA 02116
https://launchbyte.io | ████████

# EXHIBIT V
# (Public Redacted)

You haven't given us an notes
**Status:** Read
**Platform:** Mobile
1/15/2019 6:03:58 PM(UTC+0)

And you don't reply back to emails
**Status:** Read
**Platform:** Mobile
1/15/2019 6:04:02 PM(UTC+0)

Especially
**Status:** Read
**Platform:** Mobile
1/15/2019 6:04:06 PM(UTC+0)

The design of the app sucks and a lot needs to be fixed and I we have mentioned it time after time
**Status:** Read
**Platform:** Mobile
1/15/2019 6:04:28 PM(UTC+0)

@s.whatsapp.net Tan Kabra
Design sucks?
**Status:** Sent
**Platform:** Mobile
1/15/2019 6:04:41 PM(UTC+0)

@s.whatsapp.net Tan Kabra
Why didn't you say before
**Status:** Sent
**Platform:** Mobile
1/15/2019 6:04:45 PM(UTC+0)

there are a lot of issues with it
**Status:** Read
**Platform:** Mobile
1/15/2019 6:04:56 PM(UTC+0)

I told you
**Status:** Read
**Platform:** Mobile
1/15/2019 6:04:58 PM(UTC+0)

@s.whatsapp.net Tan Kabra

**Attachments:**

**Size:** 174396
**File name:** 3b229cd3-c814-4100-8594-9774addb35c9.jpg
**Path:** https://mmg-fna.whatsapp.net/d/f/AlFyzAMbE7MG5BFeW9E7dB2gu03yJqEZO2aNySYfCgap.enc
3b229cd3-c814-4100-8594-9774addb35c9.jpg

**Status:** Sent
**Platform:** Mobile

1/15/2019 6:05:00 PM(UTC+0)

@s.whatsapp.net Tan Kabra

UX issues you discover now are not our issues
**Status:** Sent
**Platform:** Mobile

1/15/2019 6:05:15 PM(UTC+0)

@s.whatsapp.net Tan Kabra

These are all new things from when we began
**Status:** Sent
**Platform:** Mobile

1/15/2019 6:05:24 PM(UTC+0)

@s.whatsapp.net Tan Kabra

600 HOURS of work
**Status:** Sent
**Platform:** Mobile

1/15/2019 6:05:27 PM(UTC+0)

Not really
**Status:** Read
**Platform:** Mobile

1/15/2019 6:05:33 PM(UTC+0)

Compared to the slides ▮ made there are a lot of UX differences
**Status:** Read
**Platform:** Mobile

1/15/2019 6:05:50 PM(UTC+0)

To what we have now
**Status:** Read
**Platform:** Mobile

1/15/2019 6:06:01 PM(UTC+0)

@s.whatsapp.net Tan Kabra

No ▮ it's not like a discussion it's what was signed upon and then the documents were compared

**Status**: Sent
**Platform**: Mobile

1/15/2019 6:06:12 PM(UTC+0)

@s.whatsapp.net Tan Kabra

This list didn't come out of nowhere

**Status**: Sent
**Platform**: Mobile

1/15/2019 6:06:17 PM(UTC+0)

@s.whatsapp.net Tan Kabra

Also not to be a ▮ you haven't paid

**Status**: Sent
**Platform**: Mobile

1/15/2019 6:06:22 PM(UTC+0)

@s.whatsapp.net Tan Kabra

So It shouldnt have started

**Status**: Sent
**Platform**: Mobile

1/15/2019 6:06:31 PM(UTC+0)

Okay tan your a ▮

**Status**: Read
**Platform**: Mobile

1/15/2019 6:06:40 PM(UTC+0)

You don't reply back to us

**Status**: Read
**Platform**: Mobile

1/15/2019 6:06:46 PM(UTC+0)

And you aren't managing it well

**Status**: Read
**Platform**: Mobile

1/15/2019 6:06:53 PM(UTC+0)

@s.whatsapp.net Tan Kabra

?

**Status**: Sent
**Platform**: Mobile

1/15/2019 6:06:55 PM(UTC+0)

19785785155@s.whatsapp.net Alma  Tambone

You have to much on your plate

**Status:** Read
**Platform:** Mobile

1/15/2019 6:06:57 PM(UTC+0)

19785785155@s.whatsapp.net Alma  Tambone

That's all I'm saying

**Status:** Read
**Platform:** Mobile

1/15/2019 6:07:05 PM(UTC+0)

█████@s.whatsapp.net Tan Kabra

No I don't

**Status:** Sent
**Platform:** Mobile

1/15/2019 6:07:05 PM(UTC+0)

█████@s.whatsapp.net Tan Kabra

I do ███ shit all the ███ time

**Status:** Sent
**Platform:** Mobile

1/15/2019 6:07:11 PM(UTC+0)

████████

Not talking to you anymore

**Status:** Read
**Platform:** Mobile

1/15/2019 6:07:12 PM(UTC+0)

█████@s.whatsapp.net Tan Kabra

Literally day and night

**Status:** Sent
**Platform:** Mobile

1/15/2019 6:07:14 PM(UTC+0)

█████@s.whatsapp.net Tan Kabra

Don't come up in here and start ███ on me

**Status:** Sent
**Platform:** Mobile

1/15/2019 6:07:25 PM(UTC+0)

████████

Okay

**Status:** Read
**Platform:** Mobile

1/15/2019 6:07:33 PM(UTC+0)

Well it looks like shit
**Status:** Read
**Platform:** Mobile
1/15/2019 6:07:36 PM(UTC+0)

@s.whatsapp.net Tan Kabra
Then why did you approve it
**Status:** Sent
**Platform:** Mobile
1/15/2019 6:07:41 PM(UTC+0)

I never did
**Status:** Read
**Platform:** Mobile
1/15/2019 6:07:48 PM(UTC+0)

You tell us one thing and do another
**Status:** Read
**Platform:** Mobile
1/15/2019 6:07:54 PM(UTC+0)

@s.whatsapp.net Tan Kabra
Oh you never approved the design?
**Status:** Sent
**Platform:** Mobile
1/15/2019 6:07:54 PM(UTC+0)

And don't tell us
**Status:** Read
**Platform:** Mobile
1/15/2019 6:07:58 PM(UTC+0)

All the ducking time
**Status:** Read
**Platform:** Mobile
1/15/2019 6:08:01 PM(UTC+0)

So stfu
**Status:** Read
**Platform:** Mobile
1/15/2019 6:08:04 PM(UTC+0)

@s.whatsapp.net Tan Kabra

chill out right now

**Status:** Sent
**Platform:** Mobile

1/15/2019 6:08:11 PM(UTC+0)

Nope
**Status:** Read
**Platform:** Mobile

1/15/2019 6:08:20 PM(UTC+0)

You haven't held up your end of the deal
**Status:** Read
**Platform:** Mobile

1/15/2019 6:08:42 PM(UTC+0)

We have a contract with Launchbyte to work on the finances, pitch deck, marketing plan, etc. and I keep asking about it
**Status:** Read
**Platform:** Mobile

1/15/2019 6:09:20 PM(UTC+0)

You never reply back to my emails
**Status:** Read
**Platform:** Mobile

1/15/2019 6:09:25 PM(UTC+0)

And then one day we meet with Sean and then the next he is fired
**Status:** Read
**Platform:** Mobile

1/15/2019 6:09:35 PM(UTC+0)

And you don't tell anyone
**Status:** Read
**Platform:** Mobile

1/15/2019 6:09:38 PM(UTC+0)

How the ▇ are we supposed to get investors when none of this ▇ is laid out
**Status:** Read
**Platform:** Mobile

1/15/2019 6:09:51 PM(UTC+0)

# EXHIBIT W
# (Public Redacted)

DocuSign Envelope ID: 4A78BAE2-14EA-48F5-B8AE-1381A858B29C

VANGUARD VENTURE GROUP LLC

April 1st, 2019

███████████

Internship with Vanguard Venture Group



Dear ████

    Vanguard Venture Group (the "Company") is pleased to offer you a position as **Finance & Venture Intern** on the terms set forth in this letter agreement, effective as of May 6th, 2019 subject to your acceptance by execution of a copy of this letter where indicated below. The internship will end on July 5th, 2019. You will be working forty (40) hours per week.

1.    <u>Duties and Responsibilities; Reporting</u>. This offer is for an internship. You will report to *Tan Kabra, Managing Director*. During the term of your internship, you will: (a) use your best efforts to promote the interests of the Company and devote your full time and efforts to its business and affairs and (b) perform the following duties and such additional duties as the Company may from time to time reasonably assign to you:

- Work with the investments team to evaluate potential portfolio companies
- Work with the general partner team to conduct financial due diligence
- Build and analyze trends and potential exit opportunities for the Fund
- Assist the CFO of the management company in regulatory finances
- Other tasks relevant to the field

2.    <u>Compensation</u>

    Your initial base compensation will be one thousand dollars ($1000) per month, payable in accordance with the Company's customary payroll practice as in effect from time to time, less applicable federal, state and/or local payroll and withholding taxes.

    Your base salary may be adjusted from time to time in accordance with normal business practices and in the sole discretion of the Company. You may receive bonuses at such times and in such amounts as determined by the Company's Board of Directors in its sole discretion.

3.    <u>Invention Assignment, Confidentiality and Non-Solicitation Agreement</u>. As an intern of the Company, you will have access to certain information of a proprietary and confidential nature relating to the business of the Company. To protect the interest of the Company, you will need to sign the Company's standard "Invention Assignment, Confidentiality and Non-Solicitation Agreement" in the form attached hereto as <u>Exhibit A</u> as a condition of your employment. We want to impress upon you that we do not want

2570159_2/14214-1

DocuSign Envelope ID: 4A78BAE2-14EA-48F5-B8AE-1381A858B29C

Vanguard Venture Group, LLC
April 1st, 2019
████████ Offer Letter
Page 2 of 4

you to bring with you any confidential or proprietary material of any former employer or
to violate any other obligation to your former employers.

      4.     At-Will Internship.  While we look forward to a long and profitable
relationship, should you decide to accept our offer, you will be an at-will intern of the
Company, which means the intern relationship can be terminated by either of us for any
reason at any time. Any statements or representations to the contrary (and any statements
contradicting any provision in this letter) should be regarded by you as ineffective.
Notwithstanding the foregoing, you must provide the Company with not less than
fourteen (14) days notice if you decide to terminate your intern relationship.

      5.     Authorization to Work.  Because of Federal regulations adopted in the
Immigration Reform and Control Act of 1986, you will need to present documentation
demonstrating that you have authorization to work in the United States. If you have any
questions about this requirement, which applies to U.S. citizens and non-U.S. citizens
alike, please contact me as soon as possible.

      6.     Term of Offer. This offer will remain open until the close of business on
April 1st, 2019. Please sign the enclosed copy of this letter in the space indicated and
return it to me. Upon your signature below, this will become our binding agreement with
respect to the subject matter of this letter, superseding in their entirety all other or prior
agreements by you with the Company as to the specific subjects of this letter, will be
governed by Massachusetts law, and may only be amended in a writing signed by you
and the Company.

2570159_2/14214-1

SEC-GuptaT-E-0000007

DocuSign Envelope ID: 4A78BAE2-14EA-48F5-B8AE-1381A858B29C

Vanguard Venture Group, LLC
April 1st, 2019
████████████Offer Letter
Page 3 of 4

We are extremely excited to have you join us and look forward to working with you.

Sincerely,

**Vanguard Venture Group LLC**



By: _____   4/2/2019

Name: Tanmaya Kabra
Title: Managing Director

Acknowledged, Accepted and Agreed on this Date:

████████████████████████████████████

SEC-GuptaT-E-0000008

DocuSign Envelope ID: 4A78BAE2-14EA-48F5-B8AE-1381A858B29C

Vanguard Venture Group, LLC
April 1st, 2019

Page 4 of 4

**EXHIBIT A**

Invention Assignment, Confidentiality and Non-Solicitation Agreement

2570159_2/14214-1

SEC-GuptaT-E-0000009

# EXHIBIT X
# (Public Redacted)

 Santander

**Statement Period 04/10/19 TO 04/30/19**
**Primary Account #:** ▮▮▮▮2693

For your convenience our Business
Customer Service Center is available
from 8am-10pm Mon-Sat and 9am-5:30pm on Sun
Call us at 1-877-768-1145.
www.santanderbank.com

**LAUNCHBYTE VENTURES,LLC**
**715 BOYLSTON ST STE 120**
**BOSTON MA 02116**

0000
7 0 30

# Big respect for your small business.

Join us throughout May as we celebrate Small Business Month.

**Explore Business First**, our content hub for business owners that features insights,
tools, and tactics to help your company succeed.

**businesshub.santanderbank.com**

To learn more, visit a branch or call 877-768-1145
to speak with your small business representative.

1904SBMO 275201 04/29/2019

---

**BUSINESS CHECKING**                                                                 **Statement Period 04/10/19 - 04/30/19**

**LAUNCHBYTE VENTURES,LLC**                                                               Account #▮▮▮▮2693

## Balances

| Beginning Balance | $0.00 | Ending Balance | $100.00 |
|---|---|---|---|
| Deposits/Credits | +$8,600.00 | Average Daily Balance | $471.43 |
| Withdrawals/Debits | -$8,500.00 | | |

## Account Activity

| Date Description | Credits | Debits | Balance |
|---|---|---|---|
| 04-10 **Beginning Balance** | | | $0.00 |
| 04-17 BRANCH TRANSACTION AT BOSTON - BACK BAY  - CASH DEPOSIT. | $8,600.00 | | $8,600.00 |
| 04-18 AMEX EPAYMENT ACH PMT 190418 | | $8,500.00 | $100.00 |
| 04-30 **Ending Balance** | | | $100.00 |

**Page 1 of 2**

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2019 Santander
Bank, N.A. All rights reserved. Santander, Santander Bank, the Flame Logo, and Extra 20 (for checking account
services) are registered trademarks, and Extra 20 (for savings account services) is a service mark of Banco Santander,
S.A. or its affiliates in the United States or in other countries.

▮▮▮▮2693

**Santander**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**

2693

 Santander

**Statement Period 05/01/19 TO 05/31/19**
**Primary Account #: 9███2693**

For your convenience our Business
Customer Service Center is available
from 8am-10pm Mon-Sat and 9am-5:30pm on Sun
Call us at 1-877-768-1145.
www.santanderbank.com

**LAUNCHBYTE VENTURES,LLC**
**715 BOYLSTON ST STE 120**
**BOSTON MA 02116**

0000
7 0 31

## BUSINESS CHECKING

### Statement Period 05/01/19 - 05/31/19

### LAUNCHBYTE VENTURES,LLC

Account # ███2693

### Balances

| Beginning Balance | $100.00 | Ending Balance | $2,061.38 |
|---|---|---|---|
| Deposits/Credits | +$57,090.56 | Average Daily Balance | $3,326.97 |
| Withdrawals/Debits | -$55,129.18 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference |
|---|---|---|---|
| 110 -R | 05/20 | $4,500.00 | 0995231830 |

### Account Activity

| Date Description | | Credits | Debits | Balance |
|---|---|---|---|---|
| 05-01 **Beginning Balance** | | | | $100.00 |
| 05-07 WIRE IN FRM ACCT8322 | REF PROMISSORY NOTE INVE | $5,000.00 | | $5,100.00 |
| 05-08 WIRE IN FRM ACCT8322 PART | REF PROMISSORY NOTE | $5,000.00 | | $10,100.00 |
| 05-08 BRANCH TRANSACTION AT BOSTON - BACK BAY - CHECK PURCHASE. | | | $7,500.00 | $2,600.00 |
| 05-09 DISCOVER E-PAYMENT 190508 | | | $2,434.40 | $165.60 |
| 05-14 DELUXE CK-M CHECK/ACC.190510 | | | $17.95 | $147.65 |
| 05-16 WIRE IN FRM ACCT8767 | REF | $5,000.00 | | $5,147.65 |
| 05-17 LAZ PARKING 550 BOSTON /MA US CARD PURCHASE | | | $16.00 | $5,131.65 |
| 05-17 THE FISH AND BO BOSTON /MA US CARD PURCHASE | | | $54.20 | $5,077.45 |
| 05-17 DISCOVER E-PAYMENT 190516 | | | $2,435.85 | $2,641.60 |
| 05-20 BAR TACO FORT P BOSTON /MA US CARD PURCHASE | | | $97.59 | $2,544.01 |
| 05-20 EMPIRE BOSTON /MA US CARD PURCHASE | | | $72.78 | $2,471.23 |
| 05-20 BOS TAXI 1373 BOSTON /MA US CARD PURCHASE | | | $15.60 | $2,455.63 |
| 05-20 CVS/PHARMACY #0 BOSTON /MA US CARD PURCHASE | | | $13.59 | $2,442.04 |
| 05-20 CVS/PHARMACY #0 BOSTON /MA US CARD PURCHASE | | | $10.30 | $2,431.74 |
| 05-20 CHECK 000000000110 | | | $4,500.00 | -$2,068.26 |
| 05-20 INSUFFICIENT FUNDS FEE - ITEM PAID | | | $35.00 | -$2,103.26 |
| 05-21 CHECK RETURNED 2019-05-20 | | $4,500.00 | | $2,396.74 |
| 05-21 REFUND - INSUFFICIENT FUNDS FEE - ITEM PAID ON 05/20/2019 | | $35.00 | | $2,431.74 |
| 05-21 SCORPION BAR TH BOSTON /MA US CARD PURCHASE | | | $2,568.00 | -$136.26 |
| 05-21 KASHMIR RESTAUR BOSTON /MA US CARD PURCHASE | | | $29.15 | -$165.41 |
| 05-21 INSUFFICIENT OR UNAVAILABLE FUNDS - ITEM RETURNED | | | $35.00 | -$200.41 |
| 05-22 DISCOVER E-PAYMENT 190521 | | | $2,315.58 | -$2,515.99 |
| 05-22 INSUFFICIENT FUNDS FEE - ITEM PAID | | | $35.00 | -$2,550.99 |
| 05-23 ACH RETURNED ITEM | | $2,315.58 | | -$235.41 |
| 05-23 WIRE IN FRM ACCT8322 PART | REF PROMISSORY NOTE | $2,000.00 | | $1,764.59 |
| 05-23 REFUND - INSUFFICIENT FUNDS FEE - ITEM PAID ON 05/22/2019 | | $35.00 | | $1,799.59 |

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2019 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, the Flame Logo, and Extra 20 (for checking account services) are registered trademarks, and Extra 20 (for savings account services) is a service mark of Banco Santander, S.A. or its affiliates in the United States or in other countries.

███2693



## Account Activity (Cont. for Acct# ____2693)

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 05-23 | INSUFFICIENT OR UNAVAILABLE FUNDS - ITEM RETURNED | | $35.00 | $1,764.59 |
| 05-24 | WIRE IN FRM ACCT8322 ___ REF PROMISSARY NOTE PART | $10,500.00 | | $12,264.59 |
| 05-24 | WIRE IN FRM ACCT6175 ___ REF | $2,500.00 | | $14,764.59 |
| 05-28 | SQC*Tanmaya Kab San Francisc/CA US CARD PURCHASE REFUND | $197.00 | | $14,961.59 |
| 05-28 | RBT STK DOWNTOW EasySavings /NY US CARD PURCHASE REFUND | $5.33 | | $14,966.92 |
| 05-28 | BLOSSOM RESTAUR NEW YORK /NY US CARD PURCHASE | | $127.24 | $14,839.68 |
| 05-28 | STK DOWNTOWN RO NEW YORK /NY US CARD PURCHASE | | $133.23 | $14,706.45 |
| 05-28 | NYCTAXI9V31 LONG ISLAND C /NY US CARD PURCHASE | | $60.00 | $14,646.45 |
| 05-28 | 230 FIFTH NEW YORK /NY US CARD PURCHASE | | $39.00 | $14,607.45 |
| 05-28 | WEST 20TH ENTER NEW YORK /NY US CARD PURCHASE | | $63.00 | $14,544.45 |
| 05-28 | CHELSEA CATERIN NEW YORK /NY US CARD PURCHASE | | $312.00 | $14,232.45 |
| 05-28 | CHELSEA CATERIN NEW YORK /NY US CARD PURCHASE | | $390.00 | $13,842.45 |
| 05-28 | CHELSEA CATERIN NEW YORK /NY US CARD PURCHASE | | $250.00 | $13,592.45 |
| 05-28 | CHELSEA CATERIN NEW YORK /NY US CARD PURCHASE | | $114.45 | $13,478.00 |
| 05-28 | EXXONMOBIL 9 NEW CANAAN /CT US CARD PURCHASE | | $5.93 | $13,472.07 |
| 05-28 | AUNTIE ANNES CHARLTON /MA US CARD PURCHASE | | $5.22 | $13,466.85 |
| 05-28 | TST*PAPAGINOS 3 CHARLTON /MA US CARD PURCHASE | | $6.09 | $13,460.76 |
| 05-28 | THE MET BACK BA BOSTON /MA US CARD PURCHASE | | $138.63 | $13,322.13 |
| 05-28 | DOSA N CURRY SOMERVILLE /MA US CARD PURCHASE | | $64.25 | $13,257.88 |
| 05-28 | BRANCH TRANSACTION AT BOSTON - BACK BAY - CASH WITHDRAWAL. | | $4,500.00 | $8,757.88 |
| 05-28 | PARKING METERS BOSTON /MA US CARD PURCHASE | | $2.75 | $8,755.13 |
| 05-28 | HAMILTON HOUSE SOUTH HAMILTO /MA US CARD PURCHASE | | $28.62 | $8,726.51 |
| 05-28 | SQ *SQ *CHERRY Danvers /MA US CARD PURCHASE | | $8.20 | $8,718.31 |
| 05-28 | Spotify USA New York /NY US CARD PURCHASE | | $9.99 | $8,708.32 |
| 05-28 | STOP & SHOP 003 BEVERLY /MA US CARD PURCHASE | | $38.93 | $8,669.39 |
| 05-28 | LYFT *RIDE FR 8552800278 /CA US CARD PURCHASE | | $12.73 | $8,656.66 |
| 05-28 | APL* ITUNES.COM 866-712-7753 /CA US CARD PURCHASE | | $21.24 | $8,635.42 |
| 05-28 | APL* ITUNES.COM 866-712-7753 /CA US CARD PURCHASE | | $21.24 | $8,614.18 |
| 05-28 | BOSTON BEER WOR BOSTON /MA US CARD PURCHASE | | $12.58 | $8,601.60 |
| 05-28 | SARAVANAA BHAVA NEW YORK /NY US CARD PURCHASE | | $54.95 | $8,546.65 |
| 05-28 | LYFT *RIDE MO 8552800278 /CA US CARD PURCHASE | | $15.51 | $8,531.14 |
| 05-28 | TST* JOE COFFEE NEW YORK /NY US CARD PURCHASE | | $9.00 | $8,522.14 |
| 05-28 | LYFT *RIDE MO 8552800278 /CA US CARD PURCHASE | | $21.94 | $8,500.20 |
| 05-28 | NYWW WEEHAWKEN WEEHAWKEN /NJ US CARD PURCHASE | | $18.00 | $8,482.20 |
| 05-28 | JUNOON NEW YORK /NY US CARD PURCHASE | | $66.17 | $8,416.03 |
| 05-28 | CVS/PHARMACY #0 NEW YORK /NY US CARD PURCHASE | | $7.27 | $8,408.76 |
| 05-28 | TAO DOWNTOWN NEW YORK /NY US CARD PURCHASE | | $311.30 | $8,097.46 |
| 05-28 | ROYALE BOSTON /MA US CARD PURCHASE | | $1,160.00 | $6,937.46 |
| 05-28 | APL*ITUNES.COM/ 866-712-7753 /CA US CARD PURCHASE | | $16.99 | $6,920.47 |
| 05-28 | PAYPAL *JACOBSL San Jose /CA US CARD PURCHASE | | $484.10 | $6,436.37 |
| 05-28 | DISCOVER RETRY PYMT190524 | | $2,315.58 | $4,120.79 |
| 05-29 | TAVERN ON THE G NEW YORK /NY US CARD PURCHASE | | $79.51 | $4,041.28 |
| 05-29 | ROOFTOP FLOOR NEW YORK /NY US CARD PURCHASE | | $119.08 | $3,922.20 |
| 05-29 | LYFT *RIDE MO 855-865-9553 /CA US CARD PURCHASE | | $51.98 | $3,870.22 |
| 05-29 | LYFT *RIDE TU 855-865-9553 /CA US CARD PURCHASE | | $34.82 | $3,835.40 |
| 05-29 | NYWW WEEHAWKEN WEEHAWKEN /NJ US CARD PURCHASE | | $9.00 | $3,826.40 |
| 05-29 | SARAVANAA BHAVA NEW YORK /NY US CARD PURCHASE | | $66.56 | $3,759.84 |
| 05-29 | HUDSON-DUNKIN S NEW YORK /NY US CARD PURCHASE | | $20.98 | $3,738.86 |
| 05-29 | FIVERR * 9543682267 /NY US CARD PURCHASE | | $27.00 | $3,711.86 |
| 05-29 | TRADER JOE'S #5 BOSTON /MA US CARD PURCHASE | | $70.37 | $3,641.49 |
| 05-29 | BRANCH TRANSACTION AT BOSTON - BACK BAY - CASH WITHDRAWAL. | | $500.00 | $3,141.49 |
| 05-30 | WIRE IN FRM ACCT8767 ___ REF | $10,000.00 | | $13,141.49 |
| 05-30 | WIRE IN FRM ACCT8767 ___ REF | $5,000.00 | | $18,141.49 |
| 05-30 | RBT JUNOON EasySavings /NY US CARD PURCHASE REFUND | $2.65 | | $18,144.14 |
| 05-30 | AVENUE NEW YORK /NY US CARD PURCHASE | | $2,204.61 | $15,939.53 |
| 05-30 | AAM HOLDING COR NEW YORK /NY US CARD PURCHASE | | $34.18 | $15,905.35 |
| 05-30 | CHICKEN BAR NEW YORK /NY US CARD PURCHASE | | $11.16 | $15,894.19 |
| 05-30 | AMTRAK .COM 8008727245 /DC US CARD PURCHASE | | $390.00 | $15,504.19 |
| 05-30 | HUDSON TREATS WEEHAWKEN /NJ US CARD PURCHASE | | $6.00 | $15,498.19 |

 Santander

## Account Activity (Cont. for Acct# ████ 2693)

| Date  Description | Credits | Debits | Balance |
|---|---|---|---|
| 05-30 DELUCA S BACK B BOSTON /MA US CARD PURCHASE | | $30.84 | $15,467.35 |
| 05-30 FIVERR * 9543682267 /NY US CARD PURCHASE | | $73.50 | $15,393.85 |
| 05-30 LYFT *RIDE TU 855-865-9553 /CA US CARD PURCHASE | | $33.88 | $15,359.97 |
| 05-30 CHIPOTLE 2341 BOSTON /MA US CARD PURCHASE | | $11.56 | $15,348.41 |
| 05-31 WIRE IN FRM ACCT9454 ████ REF | $5,000.00 | | $20,348.41 |
| 05-31 SQ *SQ *CAF Boston /MA US CARD PURCHASE | | $5.54 | $20,342.87 |
| 05-31 LYFT *RIDE TH 8552800278 /CA US CARD PURCHASE | | $9.77 | $20,333.10 |
| 05-31 TRADER JOE'S #5 BOSTON /MA US CARD PURCHASE | | $21.72 | $20,311.38 |
| 05-31 BRANCH TRANSACTION AT BOSTON - BACK BAY  - CASH WITHDRAWAL. | | $4,250.00 | $16,061.38 |
| 05-31 DOMESTIC OUTGOING WI RE TRANSFER | | $14,000.00 | $2,061.38 |
| 05-31 **Ending Balance** | | | $2,061.38 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**



LAUNCH BYTE VENTURES, LLC
718 BOYLSTON ST, STE 120
BOSTON, MA 02116

80-729/2113

110

DATE 5/17/19

PAY TO THE
ORDER OF                                    $ 4,500.00

Four Thousand Five Hundred    only        DOLLARS

Santander
Santander Bank, N.A.

MEMO  Art 1

693  # 110  05/20/19  $4,500.00

9533032693

# EXHIBIT Y
# (Public Redacted)

DocuSign Envelope ID: 8D96AF1C-EE65-42F3-95C1-B7DC6B38B1AD

## CONSULTING AGREEMENT

This **Consulting Agreement** ("Agreement") is made and effective this 23ʳᵈ day of May 2019, by and between

**LaunchByte LLC,** a Delaware limited liability company ("Consultant")

And

a Delaware Limited Liability Company ("Company")

In consideration of the mutual promises contained in the Agreement, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

**1. Duties and Responsibilities.**
Consultant shall provide the services (each, a "Deliverable," and collectively, the "Deliverables") from the date of signing, attached hereto as Exhibit A (1, 2, 3, etc.) and incorporated herein by this reference (collectively, "Exhibit(s)") and as more fully set forth in this Agreement. The Deliverables shall be delivered to Company as set forth in the Exhibit(s).

**2. Ownership of Deliverables.**
A. Consultant agrees that the development of the Deliverables is "work for hire" within the meaning of the Copyright Act of 1976, as amended from time to time, and that the Deliverables shall be the sole property of Company. To the extent that a Deliverable is not a "work for hire," Consultant hereby assigns to Company, without further compensation, all of its right, title and interest in and to such Deliverable and any and all related patents, patent applications, copyrights, copyright applications, trademarks and trade names in the United States and elsewhere. Consultant will keep and maintain adequate and current written records with respect to the Deliverables (in the form of notes, sketches, drawings and as may otherwise be specified by Company), which records shall be available to and remain the sole property of Company at all times. Upon reasonable request, Consultant will sign all applications, assignments, instruments and papers and perform all acts reasonably necessary or desired by Company to assign the

Deliverables fully and completely to Company and to enable Company, its successors, assigns and nominees, to secure and enjoy the full and exclusive benefits and advantages of the Deliverables.

B. Notwithstanding anything contained in this Agreement to the contrary, (i) any routines, methodologies, processes, libraries, tools or technologies created, adapted or used by Consultant in its business generally, including all associated intellectual property rights, (ii) any and all other intellectual property rights that Consultant created, licensed, or otherwise acquired by Consultant before entering into this Agreement or which were acquired or developed outside the scope of this Agreement, or (iii) any confidential or proprietary information of Consultant (items (i – iii) are collectively referred to as the "Development Tools"), shall be and remain the sole and exclusive property of Consultant, and Company shall have no interest in or claim to the Development Tools, except solely to the extent necessary to exercise its rights in the Deliverables. In addition, notwithstanding any provision of this Agreement to the contrary, Consultant shall be free to use any ideas, concepts, or know-how developed or acquired by Consultant during the performance of this Agreement to the extent obtained and retained by Consultant's personnel as impression and general learning. Subject to and limited by Company' intellectual property rights described in Section 2. A. above, nothing in this Agreement shall be construed to preclude Consultant from using the Development Tools for use with third parties for the benefit of Consultant.

C. In addition to any other fees set forth in this Agreement, Company shall be required to purchase any applicable third party licenses for any third-party products that are necessary for Consultant to design and develop the Deliverables. Such third-party products may include, but are not limited to: marketing suites, stock imagery, advertising spend, influencer payouts, or any other copyrighted work which Consultant deems necessary to purchase on behalf of Company to design and develop the Deliverables. In the event of any such third-party product, Consultant shall obtain

2621645_1/14431-2

SEC-GuptaT-E-0000018

DocuSign Envelope ID: 8D96AF1C-EE65-42F3-95C1-B7DC6B38B1AD

Company' prior written consent before incorporating such third-party product into the Deliverables.

**3.    Compensation**

A.    Company shall pay Consultant the amount as set forth in Exhibit A (1, 2, 3, etc.) as applicable.

B.    Subject to Company' prior approval, Company will reimburse Consultant for all reasonable out-of-pocket expenses, including, but not limited to, air fare, lodging, meals and rental of automobiles incurred by Consultant during the development of the Deliverables on behalf of Company, if any of these activities are deemed necessary.

C.    Except as set forth in an <u>Exhibit,</u> any payments hereunder will be due upon receipt of the Consultant's invoice. Quoted fees exclude sales taxes and VAT where applicable.

**4.    Independent Contractor.**

Consultant is acting as an independent contractor with respect to the services provided to Company. Neither Consultant nor the employees of the Consultant performing services for Company will be considered employees or agents of Company. Company will not be responsible for Consultant's acts or the acts of Consultant's employees while performing services under this Agreement. Nothing contained in this Agreement shall be construed to imply a joint venture, business, partnership or principal-agent relationship between the parties, and neither party by virtue of this Agreement shall have any right, power or authority to act or create any obligation, express or implied, on behalf of the other party.

**5.    Resource and Staff-Monitoring.**

A.    Consultant will utilize employees and/or subcontractors capable of designing and implementing the Deliverables to be developed per this Agreement.    All work shall be performed in a professional and workmanlike manner.    Consultant shall arrange for such employees and/or subcontractors, if any, to execute and deliver any document or instrument reasonably requested by Company to reflect Company' ownership of the Deliverables or in connection with any application for patent or copyright.

B.    Company shall have the right to reasonably observe and monitor all aspects of the performance by Consultant of its obligations

hereunder and Consultant shall use reasonable efforts to facilitate such observation and monitoring.    Information, functions and operations of Consultant not directly related to its obligations hereunder shall not be subject to observation and monitoring.

**6.    Confidentiality.**

A.    Consultant acknowledges that all material and information supplied by Company which has or will come into Consultant's possession or knowledge of Consultant in connection with its performance hereunder, is to be considered Company' confidential and proprietary information (the "Confidential Information"). By way of illustration, but not as a limitation, Confidential Information includes trade secrets, processes, data, know-how, program codes, documentation, flowcharts, algorithms, marketing plans, forecasts, unpublished financial statements, budgets, licenses, prices, costs, and employee and customer lists. Consultant's undertakings and obligations under this Section will not apply, however, to any Confidential Information which: (i) is or becomes generally available to the public through no action on Consultant's part, (ii) is generally disclosed to third parties by Company without restriction on such third parties, (iii) was in Consultant's possession prior to disclosure by Company, (iv) was or is independently developed by Consultant with use of the Confidential Information, or (v) is approved for release by written authorization of Company.  Upon termination of this Agreement or at any other time upon request, Consultant will promptly destroy or deliver to Company all notes, memoranda, notebooks, drawings, records, reports, files, documented source codes and other documents (and all copies or reproductions of such materials) in its possession or under its control, whether prepared by Consultant or others, which contain Confidential Information.  Notwithstanding the foregoing, Consultant may retain electronic copies of Confidential Information to the extent that (i) such information is stored on backup systems in connection with its customary practices for backup storage of electronic information generally and it is not practical to access and erase such information and (ii) such information remains subject to the terms and conditions of this Agreement and is not

SEC-GuptaT-E-0000019

DocuSign Envelope ID: 8D96AF1C-EE65-42F3-95C1-B7DC6B38B1AD

thereafter accessed or used in violation of this Agreement. Consultant acknowledges that Confidential Information is the sole property of Company. Consultant agrees to use best efforts to hold Confidential Information in the strictest confidence, not to make use of it other than for the performance of its obligations hereunder, to release it only to the Consultant's employees or contractors with a need to know such information and not to release or disclose it to any other party. Consultant will notify Company in writing of any circumstances within its knowledge relating to any unauthorized possession, use, or knowledge of such Confidential Information.

B. Consultant agrees to keep the performance of its obligations hereunder strictly confidential and not to disclose any information to any third party or entity without the prior written permission of Company. In no event shall Consultant or any of its employees use Company as a reference in marketing Consultant's services to any third party or entity without Company' prior written permission.

C. Company, or its affiliates, unconditionally agree that they will not make public any disparaging or derogatory remarks concerning the Consultant or their agents, affiliates, owners, or Investors, to any other person or entity. Company also agrees not to make, either directly or indirectly, or cause to be made, either directly or indirectly, any statements or comments, whether oral, written, electronic or otherwise, or to take any other action which intentionally disrupts or impairs the operations, business interests, contractual or business relations of the Consultant.

7.    **Representations.**
Consultant represents and warrants that the Deliverables will not infringe upon any copyright, patent, trade secret or other intellectual property interest of any third party. Company represents and warrants that no material provided to Consultant in connection herewith will cause Consultant or the Deliverables to infringe upon any copyright, patent, trade secret or other intellectual property interest of any third party.

8.    **Warranties, Limitations.**
A.    **EXCEPT AS EXPRESSLY SET FORTH IN THIS AGREEMENT, (I) EACH DELIVERABLE IS PROVIDED AS IS AND AS AVAILABLE AND (II) TO THE MAXIMUM EXTENT PERMITTED BY LAW, CONSULTANT DISCLAIMS ANY AND ALL WARRANTIES WITH RESPECT TO EACH DELIVERABLE, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY, AND FITNESS FOR A PARTICULAR PURPOSE.**
B.    **IN NO EVENT SHALL CONSULTANT BE LIABLE TO THE COMPANY, OR ANY THIRD PARTY, FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGES ARISING OUT OF OR RELATED TO THIS AGREEMENT (INCLUDING LOSS OF PROFITS, USE, DATA, OR OTHER ECONOMIC ADVANTAGE), HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY INCLUDING NEGLIGENCE, AND EVEN IF CONSULTANT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.**
C.    **CONSULTANT'S AGGREGATE LIABILITY TO COMPANY (OR ANY THIRD PARTY) FOR ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT WILL NOT EXCEED THE FEES ACTUALLY PAID TO CONSULTANT PURSUANT TO THIS AGREEMENT.**

9.    **Delivery and Acceptance of Deliverables.**
A.    Consultant will deliver the Deliverables to Company in accordance with the Exhibit(s).
B.    Company will examine and test the Deliverables promptly upon delivery to determine whether the Deliverables conform to the Exhibit(s) and with the terms and conditions of this Agreement. Within the time specified in the Exhibit(s), Company will provide Consultant with a written statement that Company accepts the Deliverables or a written statement of errors setting forth in detail each specific instance in which the Deliverables do not conform to the Exhibit(s). Any Deliverable not accepted or rejected in the manner set forth in the immediately preceding sentence within the applicable time period will be deemed accepted.

3

DocuSign Envelope ID: 8D96AF1C-EE65-42F3-95C1-B7DC6B38B1AD

Within the time specified in the Exhibit(s), Consultant will either (i) correct each instance of nonconformance set forth in the statement of errors, (ii) notify Company that Consultant has determined that the Deliverable conforms to the Exhibit(s), setting forth in detail the basis for such determination or (iii) notify Company that Consultant does not have sufficient information or materials to determine whether the Deliverable conforms to the Exhibit(s) or to make any necessary changes or corrections, setting forth in detail the additional information or materials needed by Consultant.

**10. Term and Termination.**

A. This Agreement shall commence on the date set forth above and continue until all of the obligations of the parties have been performed or until earlier terminated as provided herein. The terms in this consulting agreement are valid for two (2) years from the date of signing, and shall renew for additional one (1) year terms unless written notice is provided.

B. Consultant's appointment as Consultant pursuant to this Agreement and this Agreement shall terminate upon the occurrence of any of the following events:

(i) in the event either party defaults in any material obligation owed to the other party pursuant to this Agreement, then this Agreement may be terminated if the default is not cured following at least thirty (30) days written notice to the defaulting party, or

(ii) either party is bankrupt or insolvent, or bankruptcy or insolvency proceedings are instituted against a party and the proceeding is not dismissed within thirty (30) days after commencement.

C. Section 2, Ownership of Deliverables, Section 7, Confidentiality, and Section 10, Warranties, Limitations, shall survive the expiration or termination of this Agreement.

**11. Notices.**

Any notice required by this Agreement or given in connection with it, shall be in writing and shall be given to the appropriate party by personal delivery or a recognized overnight delivery service such as FedEx.

If to Consultant:  LaunchByte LLC
288 Newbury Street Suite 300
Boston, MA 02116

If to Company:



**12. No Waiver.**

The waiver or failure of either party to exercise in any respect any right provided in this agreement shall not be deemed a waiver of any other right or remedy to which the party may be entitled.

**13. Entirety of Agreement.**

The terms and conditions set forth herein constitute the entire agreement between the parties and supersede any communications or previous agreements with respect to the subject matter of this Agreement. There are no written or oral understandings directly or indirectly related to this Agreement that are not set forth herein. No change can be made to this Agreement other than in writing and signed by both parties.

**14. Governing Law.**

This Agreement shall be construed and enforced according to the laws of the State of Delaware and any dispute under this Agreement must be brought in this venue and no other.

**15. Headings in this Agreement.**

The headings in this Agreement are for convenience only, confirm no rights or obligations in either party, and do not alter any terms of this Agreement.

**16. Severability.**

If any term of this Agreement is held by a court of competent jurisdiction to be invalid or unenforceable, then this Agreement, including all of the remaining terms, will remain in full force and effect as if such invalid or unenforceable term had never been included.

IN WITNESS, WHEREOF, the parties have executed this Marketing Consultancy Agreement as of the date written below.

4

SEC-GuptaT-E-0000021

DocuSign Envelope ID: 8D96AF1C-EE65-42F3-95C1-B7DC6B38B1AD

LaunchByte, LLC

By: 

Name: Tan Kabra
Title: Manager
Date: 5/23/2019

COMPANY:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date: 5/23/2019

5

SEC-GuptaT-E-0000022

DocuSign Envelope ID: 8D96AF1C-EE65-42F3-95C1-B7DC6B38B1AD

**Exhibit A-1**

The following project will be incorporated into Consulting Agreement between ▮▮▮▮▮▮▮ ("Company") and LaunchByte, LLC ("Consultant"), originally dated May 23, 2019. All other terms and conditions will remain in full force for the contract period and any extension thereof.

## A.  Objective and Scope of Project

The objective and scope of the project, under this Exhibit, is to provide software development support for the MVP (Minimum Viable Product) under the guidance of an authorized Company Project Manager. The project effort will be focused on creating the following deliverables:

**Phase 1** --------------------------
Deliverables *(~ 8 weeks)*

- Landing Page – Company to provide copy
- Investor Deck – Company to provide copy & financial projections
- UI/UX dynamic prototype (iPhone)
- Project Plan for Phase 2 MVP development, based on effort allowance outlined below – to be executed and agreed upon as set deliverables for Phase 2***

**Phase 2** --------------------------
Deliverables *(~ 16 weeks)*

- Completed platform (mobile and/or web) as per Phase 1 Project Plan (six feature functionality)
- Back End + Database set up

> ****Company may not request changes to be made to the MVP once the Project Plan for Phase 2 has been executed, to allow for a successful launch of the product / company. If Company require such a change, any such changes shall be agreed upon in writing to the extent additional time or expense is required.*

**Phase 3** --------------------------
Deliverables (~ 12 weeks), ongoing over Phase 1 and 2, to be delivered on as needed basis.

**Accounting and Reporting**
- Accounting Systems and Software
  - Select and implement the base accounting system
  - Deploy basic accounting capabilities (chart of accounts, deferred revenues, proper categorization of Income Statement and Balance Sheet)
  - Enhance and improve accounting system as the company grows and requires more sophisticated reporting and analyses
  - Ensure all Application Programming Interfaces (APIs) are working properly between the accounting system and auxiliary or external functions (banking, credit cards, payroll etc)
- Accounting, regulatory, Generally Accepted Accounting Prinicipals (GAAP) reporting
  - Ensure accounts are GAAP compliant where required and appropriate
  - Work with CPA firm to facilitate taxes
- Financial Reporting
  - Establish and prepare monthly financial package for management and board
  - Produce monthly financial statements
- Investor Relations
  - Establish investor communications
  - Create/assist with board of directors deck

6

SEC-GuptaT-E-0000023

DocuSign Envelope ID: 8D96AF1C-EE65-42F3-95C1-B7DC6B38B1AD

**Financial Planning and Analyses**
- Budgeting
  - Produce annual budget
  - Prepare actual versus budget analyses
- Financial Model
  - Develop/refine financial model
  - Review key assumptions to ensure model is reasonable and credible
  - Establish Key Performance Indicators (KPIs) with management team
  - Benchmark model metrics to industry and expectations

**Operational Finance**
- Administration / Business Operations
  - Review insurance, HR, IT, risk management, legal contracts, payroll etc to ensure appropriate and effective
  - Develop policies where necessary
- Banking
  - Establish banking relationships
  - Conform banking and accounting systems
  - Assist with debt/LoC raise
- Financial Operations
  - Ensure receivables, payables, payroll etc. are appropriately established and working efficiently
  - Treasury and cash management

**Legal, Regulatory, HR and other**
- Equity / Capitalization
  - Manage the Company's capitalization (cap) table
  - Review stock option documentation and ensure equity incentive plans are appropriate and in place
  - Coordinate company valuation for 409a purposes
- Investor Relations
  - Establish investor communications
  - Create/assist with board of directors deck
- Legal
  - Review and/or develop appropriate legal documents for business needs
  - Ensure incorporation documents are appropriate
  - Coordinate with legal counsel on engagements, contracts and billing
- Personnel
  - Establish payroll and ensure all payroll and personnel regulatory matters are appropriately dealt with
  - Develop basic HR guidelines and employee policies
  - Establish appropriate employee benefits programs

**Sales and Marketing Management**
- Sales and Marketing operations
  - Ensure sales operations, controls and reporting are in place and effective
  - Produce activity metrics or other measures of sales productivity
  - Develop marketing KPIs including ROI

SEC-GuptaT-E-0000024

DocuSign Envelope ID: 8D96AF1C-EE65-42F3-95C1-B7DC6B38B1AD

## B.  Project Pricing

The key components of the Project price are based on personnel, hours, and rates as identified below:

| Name | Cost / Week / Staff | Timeline (Weeks) | Total |
|---|---|---|---|
| **Initial Framework / Design** | | | |
| Planning / UX Designer | $3,575.00 | 3 | $10,725.00 |
| Graphic Designer - Iconography | $2,110.00 | 2 | $4,220.00 |
| UI / Dynamic Prototyping | $3,550.00 | 3.5 | $12,425.00 |
| **Engineering** | | | |
| Full Stack [Web] | $3,950.00 | 9 | $35,550.00 |
| Front End [iOS] | $4,120.00 | 8 | $32,960.00 |
| Front End [Android] | $3,900.00 | 7 | $27,300.00 |
| Back End [System Arch] #1 | $4,300.00 | 8 | $34,400.00 |
| Server Side + API Creation | $4,350.00 | 9 | $39,150.00 |
| Front + Back End Integration | $4,150.00 | 8 | $33,200.00 |
| **Marketing / BD** | | | |
| Investments Analyst<br>Pitch deck, mkt research, financials, etc. | $2,260.00 | 5 | $11,300.00 |
| Operations & Revenue<br>Sales plan formation, execution strat | $2,350.00 | 2 | $4,700.00 |
| Operational "Co-Founder"<br>Basic accounting, HR, Risk Mgmt, IT | $1,850.00 | 2 | $3,700.00 |

|  |  |
|---|---|
| Subtotal | **$249,630.00** |
| LB Group Investment | -$125,000.00 |
| **Total** | **$124,630.00** |

## C.  Billing and Payment

Since Company is receiving an investment from LaunchByte Group LLC, the project funds ($124,630.00) shall be due on signing this Exhibit to secure the Investment and commence work. If Company is raising the project funds from external investors, any and all initial fundraising up to $124,630.00 shall be due directly to Consultant. Company will put their best effort possible forward in closing the aforementioned amount due to Consultant as quickly as possible.

SEC-GuptaT-E-0000025

DocuSign Envelope ID: 8D96AF1C-EE65-42F3-95C1-B7DC6B38B1AD

**D.  Project Assumptions and Contingencies**

The project assumptions and contingencies that are critical to meeting the project objectives and completing the
deliverables in the designated time frame are outlined below:

1.  Company will provide access to relevant documents, templates and related material, personnel and other
    resources necessary for performing the services outlined in this exhibit.
2.  Company is responsible for organizational communication of project goals and expectation management. In
    addition, Company is responsible for providing appropriate points of contact (for problem escalation,
    reporting etc.) in a timely manner.
3.  Company will review and provide feedback on deliverables to Consultant within 5 business days of
    submission. Consultant assumes a maximum of one round of review by the Company before finalization of
    the deliverables.
4.  If the Company is delayed in responding to Consultant on critical issues or questions that require feedback,
    or delayed in meeting to review progress, project will be delayed by the number of days that Consultant does
    not have the required info or the meeting is delayed.
5.  Consultant has priced this exhibit on a fixed price basis based on a 6-month elapsed time to produce the
    required deliverables and has not included any contingency in the pricing provided. Consultant Project
    Manager will work with the appropriate Company Project Manager to establish project related meeting
    schedules and identify administrative issues at a kickoff meeting at the start of the project. The Consultant
    Project Manager will also schedule regular stand ups to get input on the deliverables.
6.  The scope, timeline and deliverables of this project will be managed very tightly by the Consultant, so if the
    total elapsed time exceeds 6 months from the start of the project for reasons beyond Consultant control
    (change in scope, delays in providing documentation or feedback, etc.), such changes will be handled by
    written agreement.
7.  Company and Consultant will proactively manage the risk arising out of incorrect assumptions related to the
    delivery of the services outlined in this proposal.
8.  The Company's project funds will be allocated first towards the items listed on project pricing table, and
    then LaunchByte Group's investment will be utilized.
9.  In the event that the Company is unable to provide the entire amount at the beginning, the deliverables will
    be staggered accordingly.

**E.  Maintenance & Extension**

After this Exhibit is fulfilled, Company may work out a monthly maintenance retainer with Consultant for
ongoing bug fixes, maintenance, and additional functionality if required. Such services will be performed
on a time and material basis at Consultant's then current hourly rates for such services.

IN WITNESS, WHEREOF, the parties have executed this Exhibit to the Consulting Agreement as of the date
written below.

**CONSULTANT:**

LaunchByte, LLC

By: _Tan Kabra_
Name: Tan Kabra
Title: Manager
Date: _5/23/2019_

Date: _5/23/2019_

9

SEC-GuptaT-E-0000026

# EXHIBIT Z
# (Public Redacted)

 Santander

**Statement Period 06/01/19 TO 06/30/19**
**Primary Account #:** ▮▮▮2693

For your convenience our Business
Customer Service Center is available
from 8am-10pm Mon-Sat and 9am-5:30pm on Sun
Call us at 1-877-768-1145.
www.santanderbank.com

**LAUNCHBYTE VENTURES,LLC**
**715 BOYLSTON ST STE 120**
**BOSTON MA 02116**

0000
7 0 30

## BUSINESS CHECKING

### Statement Period 06/01/19 - 06/30/19

**LAUNCHBYTE VENTURES,LLC**

**Account #** ▮▮2693

### Balances

| Beginning Balance | $2,061.38 | Ending Balance | $3,576.38 |
|---|---|---|---|
| Deposits/Credits | +$404,460.87 | Average Daily Balance | $21,165.53 |
| Withdrawals/Debits | -$402,945.87 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 114 | 06/11 | $2,508.88 | 0982322855 | 121 | 06/13 | $3,500.00 | 0991962945 |
| 118*-R | 06/03 | $6,000.00 | 0998339210 | 122 | 06/17 | $10,000.00 | 1225010969 |
| 119 | 06/10 | $100.00 | 0982242180 | 123 | 06/17 | $2,500.00 | 0983644085 |
| 120 | 06/11 | $5,500.00 | 0982555905 | 124 | 06/18 | $150.00 | 0984016190 |

**7 Check(s) Posted = $24,258.88**
An asterisk (*) indicates a skip in sequential check numbers.

### Account Activity

| Date Description | Credits | Debits | Balance |
|---|---|---|---|
| 06-01 **Beginning Balance** | | | $2,061.38 |
| 06-03 MANDARIN ORIENT BOSTON /MA US CARD PURCHASE | | $12.64 | $2,048.74 |
| 06-03 DELUCA S BACK B BOSTON /MA US CARD PURCHASE | | $97.18 | $1,951.56 |
| 06-03 NICOLES PIZZA BOSTON /MA US CARD PURCHASE | | $18.25 | $1,933.31 |
| 06-03 CHIPOTLE 2341 BOSTON /MA US CARD PURCHASE | | $11.56 | $1,921.75 |
| 06-03 CHIPOTLE 2341 BOSTON /MA US CARD PURCHASE | | $4.07 | $1,917.68 |
| 06-03 SQU*SQ *THINKIN Boston /MA US CARD PURCHASE | | $15.63 | $1,902.05 |
| 06-03 LYFT *RIDE TH 8552800278 /CA US CARD PURCHASE | | $9.08 | $1,892.97 |
| 06-03 DOSA N CURRY SOMERVILLE /MA US CARD PURCHASE | | $54.87 | $1,838.10 |
| 06-03 FARIMONT COPLEY BOSTON /MA US CARD PURCHASE | | $223.38 | $1,614.72 |
| 06-03 PARKING METERS BOSTON /MA US CARD PURCHASE | | $4.00 | $1,610.72 |
| 06-03 PARKING METERS BOSTON /MA US CARD PURCHASE | | $3.00 | $1,607.72 |
| 06-03 TST* TATTE BAKE BOSTON /MA US CARD PURCHASE | | $13.13 | $1,594.59 |
| 06-03 SHIFT EMAIL VICTORIA /BC CA CARD PURCHASE | | $29.99 | $1,564.60 |
| 06-03 INTERNATIONAL TRANSACTION FEE SHIFT EMAIL VICTORIA /BC CA | | $1.20 | $1,563.40 |
| 06-03 GULF OIL 911848 ARLINGTON /MA US CARD PURCHASE | | $57.42 | $1,505.98 |
| 06-03 CVS/PHARMACY #0 BOSTON /MA US CARD PURCHASE | | $2.43 | $1,503.55 |
| 06-03 PABU BOSTON /MA US CARD PURCHASE | | $81.69 | $1,421.86 |
| 06-03 THE GODFREY HOT BOSTON /MA US CARD PURCHASE | | $204.04 | $1,217.82 |
| 06-03 THE GODFREY HOT BOSTON /MA US CARD PURCHASE | | $13.56 | $1,204.26 |
| 06-03 LYFT *RIDE SA 8552800278 /CA US CARD PURCHASE | | $9.13 | $1,195.13 |
| 06-03 BOSTON SMOKE SH BOSTON /MA US CARD PURCHASE | | $4.24 | $1,190.89 |
| 06-03 NICOLES PIZZA BOSTON /MA US CARD PURCHASE | | $49.75 | $1,141.14 |
| 06-03 LYFT *RIDE SA 8552800278 /CA US CARD PURCHASE | | $8.64 | $1,132.50 |
| 06-03 CHECK 000000000118 | | $6,000.00 | -$4,867.50 |
| 06-03 INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$4,902.50 |

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2019 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, the Flame logo, and Extra 20 (for checking account services) are registered trademarks, and Extra 20 (for savings account services) is a service mark of Banco Santander, S.A. or its affiliates in the United States or in other countries.

▮2693

 Santander

## Account Activity (Cont. for Acct# [    ]2693)

| Date Description | Credits | Debits | Balance |
|---|---|---|---|
| 06-04 CHECK RETURNED 2019-06-03 | $6,000.00 | | $1,097.50 |
| 06-04 REFUND - INSUFFICIENT FUNDS FEE - ITEM PAID  ON 06/03/2019 | $35.00 | | $1,132.50 |
| 06-04 SERAFINA NEWBUR BOSTON /MA US CARD PURCHASE | | $92.02 | $1,040.48 |
| 06-04 EMACK & BOLIO'S BOSTON /MA US CARD PURCHASE | | $15.52 | $1,024.96 |
| 06-04 GOOGLE *GSUITE_ cc@google.com /CA US CARD PURCHASE | | $224.94 | $800.02 |
| 06-04 CHIPOTLE 8885228520 /CO US CARD PURCHASE | | $100.00 | $700.02 |
| 06-04 DESKPASS - FULL 8443375846 /IL US CARD PURCHASE | | $199.00 | $501.02 |
| 06-04 DESKPASS - PART 8443375846 /IL US CARD PURCHASE | | $99.00 | $402.02 |
| 06-04 SQ *SQ *CAF Boston /MA US CARD PURCHASE | | $12.80 | $389.22 |
| 06-04 INSUFFICIENT OR UNAVAILABLE FUNDS - ITEM RETURNED | | $35.00 | $354.22 |
| 06-05 WIRE IN FRM ACCT1739 [    ]EF | $5,000.00 | | $5,354.22 |
| 06-05 SERAFINA NEWBUR BOSTON /MA US CARD PURCHASE | | $74.06 | $5,280.16 |
| 06-05 S/C SUPER LUX E 781-349-4282 /MA US CARD PURCHASE | | $59.50 | $5,220.66 |
| 06-05 S/C SUPER LUX CHESTNUT HILL /MA US CARD PURCHASE | | $51.27 | $5,169.39 |
| 06-05 DISCOVER E-PAYMENT 190604 | | $2,375.07 | $2,794.32 |
| 06-06 FIVERR * 9543682267 /NY US CARD PURCHASE | | $10.50 | $2,783.82 |
| 06-06 HC VESPA BOSTON 617-254-4000 /MA US CARD PURCHASE | | $106.43 | $2,677.39 |
| 06-06 SQ *SQ *CYCLE T Boston /MA US CARD PURCHASE | | $95.00 | $2,582.39 |
| 06-07 WIRE IN FRM ACCT1445 TD WEALTH TDA CO REF | $15,000.00 | | $17,582.39 |
| 06-07 LA CUCINA ITALI SOMERVILLE /MA US CARD PURCHASE | | $86.76 | $17,495.63 |
| 06-07 SQ *SQ *MOTHER Boston /MA US CARD PURCHASE | | $33.92 | $17,461.71 |
| 06-07 PARKING METERS BOSTON /MA US CARD PURCHASE | | $2.75 | $17,458.96 |
| 06-07 PARKING METERS BOSTON /MA US CARD PURCHASE | | $5.50 | $17,453.46 |
| 06-07 APL* ITUNES.COM 866-712-7753 /CA US CARD PURCHASE | | $31.85 | $17,421.61 |
| 06-07 BRANCH TRANSACTION AT BOSTON - BACK BAY  - CASH WITHDRAWAL. | | $3,500.00 | $13,921.61 |
| 06-07 DOMESTIC OUTGOING WI RE TRANSFER | | $6,000.00 | $7,921.61 |
| 06-10 WIRE IN FRM ACCT6209 [    ]REF SERVICES PROMISSORY | $133,000.00 | | $140,921.61 |
| 06-10 WIRE IN FRM ACCT0555 [    ]EF SERVICES | $133,000.00 | | $273,921.61 |
| 06-10 LYFT *RIDE FR 8552800278 /CA US CARD PURCHASE | | $13.04 | $273,908.57 |
| 06-10 SQC*CASH APP NA 4153753176 /CA US CARD PURCHASE | | $240.00 | $273,668.57 |
| 06-10 LYFT *RIDE FR 8552800278 /CA US CARD PURCHASE | | $8.61 | $273,659.96 |
| 06-10 SCORPION BAR TH BOSTON /MA US CARD PURCHASE | | $957.12 | $272,702.84 |
| 06-10 LYFT *RIDE FR 8552800278 /CA US CARD PURCHASE | | $11.17 | $272,691.67 |
| 06-10 SCORPION BAR TH BOSTON /MA US CARD PURCHASE | | $1,597.04 | $271,094.63 |
| 06-10 LYFT *RIDE SA 855-865-9553 /CA US CARD PURCHASE | | $56.67 | $271,037.96 |
| 06-10 LYFT *RIDE SA 8552800278 /CA US CARD PURCHASE | | $19.00 | $271,018.96 |
| 06-10 LYFT *RIDE SA 8552800278 /CA US CARD PURCHASE | | $7.46 | $271,011.50 |
| 06-10 CVS/PHARMACY #0 BOSTON /MA US CARD PURCHASE | | $4.66 | $271,006.84 |
| 06-10 LYFT *RIDE SA 8552800278 /CA US CARD PURCHASE | | $20.07 | $270,986.77 |
| 06-10 BRANCH WITHDRAWAL AT BOSTON - BACK BAY              CHECK PURCHASE $ 68,000.00 | | $68,000.00 | $202,986.77 |
| 06-10 DOMESTIC OUTGOING WI RE TRANSFER | | $20,000.00 | $182,986.77 |
| 06-10 DOMESTIC OUTGOING WI RE TRANSFER | | $28,000.00 | $154,986.77 |
| 06-10 CHECK 000000000119 | | $100.00 | $154,886.77 |
| 06-11 ITALIAN HOME FO 6175243116 /MA US CARD PURCHASE | | $85.00 | $154,801.77 |
| 06-11 SQ *SQ *CAF Boston /MA US CARD PURCHASE | | $6.31 | $154,795.46 |
| 06-11 KASHMIR RESTAUR BOSTON /MA US CARD PURCHASE | | $29.15 | $154,766.31 |
| 06-11 TST* THE MARILA BOSTON /MA US CARD PURCHASE | | $8.00 | $154,758.31 |
| 06-11 CHECK 000000000114 | | $2,508.88 | $152,249.43 |
| 06-11 CHECK 000000000120 | | $5,500.00 | $146,749.43 |
| 06-12 BOS TAXI 0100 BOSTON /MA US CARD PURCHASE | | $21.35 | $146,728.08 |
| 06-12 SQ *SQ *MOTHER Boston /MA US CARD PURCHASE | | $33.97 | $146,694.11 |
| 06-12 LYFT *RIDE TU 8552800278 /CA US CARD PURCHASE | | $6.80 | $146,687.31 |
| 06-12 DOMESTIC OUTGOING WI RE TRANSFER | | $120,000.00 | $26,687.31 |
| 06-13 VERIZON*DEPOSIT 800-VERIZON /FL US CARD PURCHASE | | $250.00 | $26,437.31 |
| 06-13 SERAFINA NEWBUR BOSTON /MA US CARD PURCHASE | | $35.68 | $26,401.63 |
| 06-13 THE GODFREY HOT BOSTON /MA US CARD PURCHASE | | $170.24 | $26,231.39 |
| 06-13 LYFT *RIDE TU 8552800278 /CA US CARD PURCHASE | | $5.93 | $26,225.46 |
| 06-13 SQ *SQ *BLUE BO Boston /MA US CARD PURCHASE | | $8.56 | $26,216.90 |
| 06-13 SQU*SQ *DRESSED Wakefield /MA US CARD PURCHASE | | $1,040.00 | $25,176.90 |
| 06-13 SP * BOOTY BY B SOUTH BOSTO /MA US CARD PURCHASE | | $130.00 | $25,046.90 |

 Santander

## Account Activity (Cont. for Acct# ▊▊2693)

| Date Description | Credits | Debits | Balance |
|---|---|---|---|
| 06-13 CALI PIZZA KITC BOSTON /MA US CARD PURCHASE | | $84.34 | $24,962.56 |
| 06-13 FIVERR 9543682267 /NY US CARD PURCHASE | | $47.25 | $24,915.31 |
| 06-13 FIVERR * 9543682267 /NY US CARD PURCHASE | | $78.75 | $24,836.56 |
| 06-13 FIVERR * 9543682267 /NY US CARD PURCHASE | | $42.00 | $24,794.56 |
| 06-13 KASHMIR RESTAUR BOSTON /MA US CARD PURCHASE | | $80.62 | $24,713.94 |
| 06-13 LYFT *RIDE TU 8552800278 /CA US CARD PURCHASE | | $6.96 | $24,706.98 |
| 06-13 HEALTH CONNECTOR INS PREM 190611 *******56 | | $74.14 | $24,632.84 |
| 06-13 HEALTH CONNECTOR INS PREM 190611 *******25 | | $529.78 | $24,103.06 |
| 06-13 DISCOVER E-PAYMENT 190612 | | $2,483.81 | $21,619.25 |
| 06-13 CHECK 000000000121 | | $3,500.00 | $18,119.25 |
| 06-13 FEES FOR ACCOUNT ANALYSIS 05/31/19 | | $162.00 | $17,957.25 |
| 06-14 RBT CALI PIZZA EasySavings /NY US CARD PURCHASE REFUND | $3.37 | | $17,960.62 |
| 06-14 CAFETERIA BOSTO BOSTON /MA US CARD PURCHASE | | $35.96 | $17,924.66 |
| 06-14 LYFT *RIDE 1H 8552800278 /CA US CARD PURCHASE | | $6.56 | $17,918.10 |
| 06-14 LYFT *RIDE TH 8552800278 /CA US CARD PURCHASE | | $9.17 | $17,908.93 |
| 06-14 PARKING METERS BOSTON /MA US CARD PURCHASE | | $4.50 | $17,904.43 |
| 06-14 SQ *SQ *REL New York /NY US CARD PURCHASE | | $735.00 | $17,169.43 |
| 06-17 SERAFINA NEWBUR BOSTON /MA US CARD PURCHASE | | $84.09 | $17,085.34 |
| 06-17 LYFT *RIDE TH 855-865-9553 /CA US CARD PURCHASE | | $31.95 | $17,053.39 |
| 06-17 DOCUSIGN 2062190200 /WA US CARD PURCHASE | | $318.75 | $16,734.64 |
| 06-17 DOCUSIGN 2062190200 /WA US CARD PURCHASE | | $192.10 | $16,542.54 |
| 06-17 FIVERR 9543682267 /NY US CARD PURCHASE | | $315.00 | $16,227.54 |
| 06-17 LYFT *RIDE FR 855-865-9553 /CA US CARD PURCHASE | | $29.40 | $16,198.14 |
| 06-17 SQ *SQ *REL New York /NY US CARD PURCHASE | | $174.20 | $16,023.94 |
| 06-17 LYFT *RIDE FR 8552800278 /CA US CARD PURCHASE | | $8.57 | $16,015.37 |
| 06-17 CURRAN FLOWERS DANVERS /MA US CARD PURCHASE | | $19.33 | $15,996.04 |
| 06-17 AIRBNB HMAH5XQ 4158005959 /CA US CARD PURCHASE | | $1,585.21 | $14,410.83 |
| 06-17 HAMILTON HOUSE SOUTH HAMILTO /MA US CARD PURCHASE | | $21.13 | $14,389.70 |
| 06-17 CASHED CHECK 000000000122 | | $10,000.00 | $4,389.70 |
| 06-17 CHECK 000000000123 | | $2,500.00 | $1,889.70 |
| 06-18 WIRE IN FRM ACCT9178▊ REF | $60,000.00 | | $61,889.70 |
| 06-18 CARTIER BOSTON BOSTON /MA US CARD PURCHASE | | $2,422.55 | $59,467.15 |
| 06-18 INSTACART 8882467822 /CA US CARD PURCHASE | | $60.07 | $59,407.08 |
| 06-18 CHECK 000000000124 | | $150.00 | $59,257.08 |
| 06-18 DISCOVER E-PAYMENT 190617 | | $1,739.89 | $57,517.19 |
| 06-19 MCDONALD'S F259 CHARLTON /MA US CARD PURCHASE | | $11.07 | $57,506.12 |
| 06-19 LYFT *RIDE TU 855-865-9553 /CA US CARD PURCHASE | | $34.24 | $57,471.88 |
| 06-20 LYFT *RIDE TU 855-865-9553 /CA US CARD PURCHASE | | $74.39 | $57,397.49 |
| 06-20 TAO DOWNTOWN NEW YORK /NY US CARD PURCHASE | | $195.07 | $57,202.42 |
| 06-20 TST* ARTICHOKE NEW YORK /NY US CARD PURCHASE | | $18.42 | $57,184.00 |
| 06-20 LYFT *RIDE WE 855-865-9553 /CA US CARD PURCHASE | | $26.83 | $57,157.17 |
| 06-20 SQC*CASH APP TA 4153753176 /CA US CARD PURCHASE | | $2,000.00 | $55,157.17 |
| 06-20 DUNKIN #354000 WEEHAWKEN /NJ US CARD PURCHASE | | $4.78 | $55,152.39 |
| 06-20 ZEEL NETWORKS, 8774389335 /NY US CARD PURCHASE | | $119.85 | $55,032.54 |
| 06-20 SQU*SQ *KAILASH New York /NY US CARD PURCHASE | | $71.29 | $54,961.25 |
| 06-20 STARBUCKS STORE NEW YORK /NY US CARD PURCHASE | | $2.67 | $54,958.58 |
| 06-20 LYFT *RIDE WE 855-865-9553 /CA US CARD PURCHASE | | $36.52 | $54,922.06 |
| 06-20 SQC*CASH APP CA 4153753176 /CA US CARD PURCHASE | | $1,000.00 | $53,922.06 |
| 06-20 WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $25,000.00 | $28,922.06 |
| 06-20 COMM OF MASS EFT MA DOR PAY190619 1333977728 | | $755.06 | $28,167.00 |
| 06-20 WIRE TRANSFER OUTGOI NG INT USD - TREASUR Y LINK | | $20,000.00 | $8,167.00 |
| 06-21 CARTIER NEW YORK /NY US CARD PURCHASE REFUND | $2,422.50 | | $10,589.50 |
| 06-21 Amazon.com*M644 Amzn.com/bill /WA US CARD PURCHASE | | $606.70 | $9,982.80 |
| 06-21 KARMA KAFE HOBOKEN /NJ US CARD PURCHASE | | $37.99 | $9,944.81 |
| 06-21 MTA JFKLOT1GRN/ JAMAICA /NY US CARD PURCHASE | | $8.00 | $9,936.81 |
| 06-21 SARAVANAA BHAVA NEW YORK /NY US CARD PURCHASE | | $91.59 | $9,845.22 |
| 06-21 NYWW PIER 79 TV NEW YORK /NY US CARD PURCHASE | | $9.00 | $9,836.22 |
| 06-21 CHIPOTLE ONLINE 3035954000 /CO US CARD PURCHASE | | $45.42 | $9,790.80 |
| 06-24 WIRE IN FRM ACCT2284▊ REF TEL 6172598145 | $25,000.00 | | $34,790.80 |
| 06-24 WIRE IN FRM ACCT8543▊ REF PROMISSORY NOTE | $25,000.00 | | $59,790.80 |
| 06-24 HY-LINE CRUISES HYANNIS /MA US CARD PURCHASE | | $199.00 | $59,591.80 |
| 06-24 WHARF COTTAGES NANTUCKET /MA US CARD PURCHASE | | $605.97 | $58,985.83 |

 Santander

## Account Activity (Cont. for Acct# ████693)

| Date Description | Credits | Debits | Balance |
|---|---|---|---|
| 06-24 HUDSON TREATS WEEHAWKEN /NJ US CARD PURCHASE | | $2.25 | $58,983.58 |
| 06-24 UBER EATS 8665761039 /CA US CARD PURCHASE | | $17.93 | $58,965.65 |
| 06-24 UBER EATS 8005928996 /CA US CARD PURCHASE | | $2.15 | $58,963.50 |
| 06-24 LYFT *RIDE TH 855-865-9553 /CA US CARD PURCHASE | | $26.10 | $58,937.40 |
| 06-24 SQU*SQ *HYLINE Barnstable /MA US CARD PURCHASE | | $4.61 | $58,932.79 |
| 06-24 WHARF COTTAGES NANTUCKET /MA US CARD PURCHASE | | $605.98 | $58,326.81 |
| 06-24 THE TAVERN NANTUCKET /MA US CARD PURCHASE | | $138.66 | $58,188.15 |
| 06-24 SQU*SQ *NALU NA Nantucket /MA US CARD PURCHASE | | $128.00 | $58,060.15 |
| 06-24 Black Dog Nantu Nantucket /MA US CARD PURCHASE | | $122.00 | $57,938.15 |
| 06-24 The Club Car Nantucket /MA US CARD PURCHASE | | $344.97 | $57,593.18 |
| 06-24 CISCO BREWERS NANTUCKET /MA US CARD PURCHASE | | $31.00 | $57,562.18 |
| 06-24 THE HUB - NANTU NANTUCKET /MA US CARD PURCHASE | | $2.25 | $57,559.93 |
| 06-24 FAHERTY BRAND N NANTUCKET /MA US CARD PURCHASE | | $186.00 | $57,373.93 |
| 06-24 SQUARE *SQ *MIL Nantucket /MA US CARD PURCHASE | | $29.00 | $57,344.93 |
| 06-24 GALLEY RESTAURA NANTUCKET /MA US CARD PURCHASE | | $101.65 | $57,243.28 |
| 06-24 WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $25,000.00 | $32,243.28 |
| 06-24 DISCOVER E-PAYMENT 190622 | | $1,855.49 | $30,387.79 |
| 06-25 THE GREEN NANTUCKET /MA US CARD PURCHASE | | $47.43 | $30,340.36 |
| 06-25 NANTUCKET LOBST NANTUCKET /MA US CARD PURCHASE | | $38.00 | $30,302.36 |
| 06-25 Black Dog Nantu Nantucket /MA US CARD PURCHASE | | $110.00 | $30,192.36 |
| 06-25 THE NAUTILUS NANTUCKET /MA US CARD PURCHASE | | $301.45 | $29,890.91 |
| 06-25 WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $25,000.00 | $4,890.91 |
| 06-26 WHARF COTTAGES NANTUCKET /MA US CARD PURCHASE | | $98.00 | $4,792.91 |
| 06-26 FAR NIENTE/NICK OAKVILLE /CA US CARD PURCHASE | | $417.80 | $4,375.11 |
| 06-26 UBER EATS 8665761039 /CA US CARD PURCHASE | | $21.54 | $4,353.57 |
| 06-26 UBER EATS 8005928996 /CA US CARD PURCHASE | | $1.64 | $4,351.93 |
| 06-26 FIVERR * 9543682267 /NY US CARD PURCHASE | | $126.00 | $4,225.93 |
| 06-26 FIVERR * 9543682267 /NY US CARD PURCHASE | | $115.50 | $4,110.43 |
| 06-26 LYFT *RIDE TU 8552800278 /CA US CARD PURCHASE | | $7.80 | $4,102.63 |
| 06-26 LYFT *RIDE TU 8552800278 /CA US CARD PURCHASE | | $20.41 | $4,082.22 |
| 06-26 Spotify USA New York /NY US CARD PURCHASE | | $9.99 | $4,072.23 |
| 06-27 HUDSON TREATS WEEHAWKEN /NJ US CARD PURCHASE | | $2.25 | $4,069.98 |
| 06-27 FIVERR * 9543682267 /NY US CARD PURCHASE | | $89.25 | $3,980.73 |
| 06-27 LYFT *RIDE TU 8552800278 /CA US CARD PURCHASE | | $18.19 | $3,962.54 |
| 06-28 UBER EATS 8005928996 /CA US CARD PURCHASE | | $20.35 | $3,942.19 |
| 06-28 ROCKETREACH LLC 4156690604 /CA US CARD PURCHASE | | $119.00 | $3,823.19 |
| 06-28 LYFT *RIDE WE 8552800278 /CA US CARD PURCHASE | | $22.71 | $3,800.48 |
| 06-28 LYFT *RIDE TH 8552800278 /CA US CARD PURCHASE | | $13.85 | $3,786.63 |
| 06-28 FIVERR 9543682267 /NY US CARD PURCHASE | | $173.25 | $3,613.38 |
| 06-28 FIVERR 9543682267 /NY US CARD PURCHASE | | $37.00 | $3,576.38 |
| 06-30 **Ending Balance** | | | $3,576.38 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**



**LAUNCH BYTE VENTURES, LLC**
716 BOYLSTON ST, STE 130
BOSTON, MA 02116
114
DATE 6/10/19

PAY TO THE ORDER OF Chase Auto Finance    $ 2508.88
Two thousand five hundred and eight 88/100 DOLLARS

Santander
Santander Bank, N.A.
account 001524469
MEMO may/June late fees

# 114   06/11/19   $2,508.88

---

**LAUNCH BYTE VENTURES, LLC**
716 BOYLSTON ST, STE 130
BOSTON, MA 02116
118
DATE 05/31/19

PAY TO THE ORDER OF    $ 6,000.00
Six-thousand only    DOLLARS

Santander
Santander Bank, N.A.
MEMO Remainder

# 118   06/03/19   $6,000.00

---

**LAUNCH BYTE VENTURES, LLC**
716 BOYLSTON ST, STE 130
BOSTON, MA 02116
119
DATE 03/26/19

PAY TO THE ORDER OF Commonwealth of Massachusetts    $ 100.00
One hundred dollars only    DOLLARS

Santander
Santander Bank, N.A.
190150720
MEMO small claims payment

# 119   06/10/19   $100.00

---

**LAUNCH BYTE VENTURES, LLC**
716 BOYLSTON ST, STE 130
BOSTON, MA 02116
120
DATE 6/9/19

PAY TO THE ORDER OF    $ 5,500.00
Five thousand five hundred only    DOLLARS

Santander
Santander Bank, N.A.
MEMO Note Repay

# 120   06/11/19   $5,500.00

---

**LAUNCH BYTE VENTURES, LLC**
716 BOYLSTON ST, STE 130
BOSTON, MA 02116
121
DATE 06/10/19

PAY TO THE ORDER OF    $ 3,500.00
Three Thousand Five Hundred only    DOLLARS

Santander
Santander Bank, N.A.
MEMO Rest of Part

# 121   06/13/19   $3,500.00

---

**LAUNCH BYTE VENTURES, LLC**
716 BOYLSTON ST, STE 130
BOSTON, MA 02116
122
DATE 6/4/19

PAY TO THE ORDER OF    $ 10,000.00
Ten Thousand Dollars only    DOLLARS

Santander
Santander Bank, N.A.
MEMO PL

# 122   06/17/19   $10,000.00

---

**LAUNCH BYTE VENTURES, LLC**
716 BOYLSTON ST, STE 130
BOSTON, MA 02116
123
DATE 6/13/19

PAY TO THE ORDER OF The Jacobs Law LLC    $ 2,500.00
Two Thousand Five Hundred only    DOLLARS

Santander
Santander Bank, N.A.
MEMO Retainer

# 123   06/17/19   $2,500.00

---

**LAUNCH BYTE VENTURES, LLC**
716 BOYLSTON ST, STE 130
BOSTON, MA 02116
124
DATE 6/14/19

PAY TO THE ORDER OF CASH    $ 150.00
One hundred and Fifty Dollars only    DOLLARS

Santander
Santander Bank, N.A.
MEMO

# 124   06/18/19   $150.00

2693