# EXHIBIT LL
# (Public Redacted)

```
              2100 076                                    ████9140
                                              PAGE   1 OF    9
          LAUNCHBYTE.IO,LLC                   STATEMENT PERIOD
          715 BOYLSTON STREET                 FROM      06/01/17
          SUITE 120                           THRU      06/30/17
          BOSTON, MA  02116
                                              ENCLOSURES     13
```

```
----------------- BUSINESS ANALYZED CHECKING -----------------

ACCOUNT NBR DD  ████████ 9140  BEGINNING BALANCE       $989.84
AVG BALANCE        $2,422.27-  DEPOSITS/CREDITS    $193,766.70
MINIMUM BAL       $15,208.76-  INTEREST PAID              $.00
                               CHECKS/DEBITS      $157,722.92-
                               SERVICE CHARGES        $403.30-
                               ENDING BALANCE       $36,630.32
                               # DEPOSITS/CREDITS          15
                               # CHECKS/DEBITS            109
```

```
                        CHECK REGISTER

      CHECK#  DATE        AMOUNT      CHECK#  DATE        AMOUNT

         547 06/21        436.97       1072 06/28        210.00
        1001*06/13        801.57       1074*06/26      1,263.00
        1062*06/06      1,863.00       1075 06/28      1,500.00
        1065*06/01        181.00       1076 06/26        375.00
        1066 06/05      4,589.00       1077 06/29      2,475.00
        1067 06/16      4,589.00       1079*06/30      4,589.00
        1071*06/22      2,400.00
* INDICATES NON-CONSECUTIVE CHECK NUMBER(S)
```

```
                      DEPOSITS AND CREDITS

       DATE       DESCRIPTION                    AMOUNT

       06/01 DEPOSIT - BRANCH                  5,250.00
       06/06 DEPOSIT-WIRED FUNDS               6,000.00
             ██████████
       06/08 DEPOSIT - BRANCH                  5,250.00
       06/13 DEPOSIT-WIRED FUNDS               1,500.00
             ████████
       06/14 DEPOSIT - BRANCH                  5,250.00
       06/16 ACH CREDIT                        2,911.70
             STRIPE/TRANSFER ID#
       06/16 DEPOSIT-WIRED FUNDS               5,000.00
             ██████
```

2100 076

LAUNCHBYTE.IO,LLC
715 BOYLSTON STREET
SUITE 120
BOSTON, MA  02116

## DEPOSITS AND CREDITS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/16 | DEPOSIT-WIRED FUNDS | 3,625.00 |
| | PRESTELLAR VENTURES FUND I PTE | |
| 06/21 | DEPOSIT-WIRED FUNDS | 10,000.00 |
| 06/22 | DEPOSIT - BRANCH | 5,250.00 |
| 06/23 | ACH CREDIT | 200.00 |
| | Bank of America/P2P-TRNSFR ID#BACy3w88pgra | |
| | BACY3W88PGRA | |
| 06/26 | DEPOSIT-WIRED FUNDS | 14,800.00 |
| | WIRE IN CAR TRAX LLC | |
| 06/28 | DEPOSIT - BRANCH | 20,000.00 |
| 06/29 | DEPOSIT - BRANCH | 13,750.00 |
| 06/30 | DEPOSIT-WIRED FUNDS | 94,980.00 |
| | 1 ▓▓▓▓▓▓▓▓ UO | |

TOTAL    ITEMS    15        $193,766.70

## WITHDRAWALS AND DEBITS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | ACH DEBIT | 57.00- |
| | GUSTO/FEE 899241 ID#6semjmjcl94 | |
| 06/01 | ACH DEBIT | 300.00- |
| | PAYPAL/INST XFER ID#SERVICES | |
| 06/01 | ACH DEBIT | 414.19- |
| | RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL | |
| 06/01 | ACH DEBIT | 1,713.47- |
| | BCBS MASS/PREMIUM ID#8070500 | |
| | REF*BFPMTID*574221403\ | |
| 06/02 | DEBIT CARD           8009 | 480.00- |
| | 06/01 SQ *ROBIN BILLIN 877-417-4551 MA | |
| 06/02 | DEBIT CARD           8009 | 17.84- |
| | 06/02 RED LANTERN          BOSTON     MA | |
| 06/02 | DEBIT CARD           8009 | 186.92- |
| | 06/02 EMPIRE              BOSTON     MA | |

```
         2100 076                        ████████ ▌140
                                   PAGE    3 OF    9
LAUNCHBYTE.IO,LLC                  STATEMENT PERIOD
715 BOYLSTON STREET                FROM      06/01/17
SUITE 120                          THRU      06/30/17
BOSTON, MA  02116
```

### WITHDRAWALS AND DEBITS

```
DATE      DESCRIPTION                        AMOUNT

06/02 DEBIT CARD            8009            141.98-
      06/02 EMPIRE          BOSTON      MA
06/02 DEBIT CARD            8009             56.93-
      SHELL SERVICE ST LONDONDERRY     NH
06/02 DEBIT CARD            8009             20.51-
      7-ELEVEN         LONDONDERRY     NH
06/02 DEBIT CARD            8009            490.22-
      06/01 TUNNEL          BOSTON      MA
06/02 ACH DEBIT                            414.19-
      RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL
06/02 ACH DEBIT                            820.00-
      WW 745 ATLANTIC/EPAY ID#C619F0
06/03 DEBIT CARD            8009            147.57-
      06/03 GOOGLE *SVCSAPPS CC@GOOGLE.COMCA
06/03 DEBIT CARD            8009             24.00-
      06/03 PIPEDRIVE  INC  650-924-9906 CA
06/05 DEBIT CARD            8009            172.98-
      06/03 COMMON MAN TOWN  MEREDITH     NH
      EFF DATE 06-04-17
06/05 DEBIT CARD            8009             30.68-
      06/04 TST* SOUTH STREE BOSTON      MA
      EFF DATE 06-04-17
06/05 DEBIT CARD            8009             42.45-
      06/02 LENOX - SOLAS    BOSTON      MA
06/05 NSF PAID ITEM                       1,500.00-
      PAYPAL/INST XFER ID#SERVICES
      EFF DATE 06-02-17
06/06 NSF PAID ITEM                         395.27-
      VERIZON WIRELESS/PAYMENTS -084207703300001
      EFF DATE 06-05-17
06/06 NSF PAID ITEM                         414.19-
      RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL
      EFF DATE 06-05-17
06/06 NSF PAID ITEM                       1,052.92-
      CHRYSLER CAPITAL/PAYMENT ID#7838905
      EFF DATE 06-05-17
```

```
            2100  076                            ████████9140
                                           PAGE    4 OF    9
LAUNCHBYTE.IO,LLC                          STATEMENT PERIOD
715 BOYLSTON STREET                        FROM     06/01/17
SUITE 120                                  THRU     06/30/17
BOSTON, MA   02116
```

WITHDRAWALS AND DEBITS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 06/07 | NSF PAID ITEM | | 65.00- |
| | VENMO/PAYMENT ID#546567170 | | |
| | EFF DATE 06-06-17 | | |
| 06/07 | NSF PAID ITEM | | 414.19- |
| | RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL | | |
| | EFF DATE 06-06-17 | | |
| 06/07 | NSF PAID ITEM | | 430.00- |
| | VENMO/PAYMENT ID#546783789 | | |
| | EFF DATE 06-06-17 | | |
| 06/08 | NSF PAID ITEM | | 414.19- |
| | RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL | | |
| | EFF DATE 06-07-17 | | |
| 06/08 | ACH DEBIT | | 414.19- |
| | RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL | | |
| 06/09 | NSF PAID ITEM | | 3,756.58- |
| | AMEX EPAYMENT/ACH PMT ID#M0588 | | |
| | EFF DATE 06-08-17 | | |
| 06/10 | DEBIT CARD | 8009 | 42.50- |
| | 06/09 DOCUSIGN | 866-219-4318 WA | |
| 06/12 | NSF PAID ITEM | | 414.19- |
| | RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL | | |
| | EFF DATE 06-09-17 | | |
| 06/13 | NSF PAID ITEM | | 356.00- |
| | SAFETY INSURANCE/AUTO INSUR ID#008758691 | | |
| | EFF DATE 06-12-17 | | |
| 06/13 | NSF PAID ITEM | | 414.19- |
| | RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL | | |
| | EFF DATE 06-12-17 | | |
| 06/13 | NSF PAID ITEM | | 500.00- |
| | PAYPAL/INST XFER ID#SERVICES | | |
| | EFF DATE 06-12-17 | | |
| 06/13 | NSF PAID ITEM | | 1,888.45- |
| | AMEX EPAYMENT/ACH PMT ID#M1084 | | |
| | EFF DATE 06-12-17 | | |

```
        2100 076                              ████████████ 140
                                         PAGE    5 OF    9
LAUNCHBYTE.IO, LLC                       STATEMENT PERIOD
715 BOYLSTON STREET                      FROM      06/01/17
SUITE 120                                THRU      06/30/17
BOSTON, MA  02116
```

### WITHDRAWALS AND DEBITS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/14 | NSF PAID ITEM<br>COMCAST/COMCAST ID#3140964271  SPA<br>EFF DATE 06-13-17 | 225.65- |
| 06/14 | NSF PAID ITEM<br>RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL<br>EFF DATE 06-13-17 | 414.19- |
| 06/15 | NSF PAID ITEM<br>VENMO/PAYMENT ID#555984122<br>EFF DATE 06-14-17 | 80.00- |
| 06/15 | NSF PAID ITEM<br>RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL<br>EFF DATE 06-14-17 | 414.19- |
| 06/15 | ANALYSIS CHARGE | 403.30- |
| 06/16 | NSF PAID ITEM<br>VENMO/PAYMENT ID#556336287<br>EFF DATE 06-15-17 | 43.97- |
| 06/16 | NSF PAID ITEM<br>VENMO/PAYMENT ID#556336348<br>EFF DATE 06-15-17 | 261.47- |
| 06/16 | NSF PAID ITEM<br>RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL<br>EFF DATE 06-15-17 | 414.19- |
| 06/16 | ACH DEBIT<br>RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL | 414.19- |
| 06/17 | DEBIT CARD                    8009<br>06/17 GOOGLE *ADWS6791 CC@GOOGLE.COMCA | 50.00- |
| 06/19 | NSF PAID ITEM<br>PAYPAL/INST XFER ID#SERVICES<br>EFF DATE 06-16-17 | 3,125.00- |
| 06/19 | DEBIT CARD                    8009<br>06/18 MARQUEE          NEW YORK    NY | 2,094.78- |
| 06/20 | DEBIT CARD                    8009<br>06/19 MCDONALD'S F2849 LUDLOW    MA | 3.63- |
| 06/20 | DEBIT CARD                    8009<br>06/19 GULF OIL 9203884 LUDLOW    MA | 54.77- |

```
        2100  076                              ███████9140
                                       PAGE    6 OF    9
LAUNCHBYTE.IO,LLC                      STATEMENT PERIOD
715 BOYLSTON STREET                    FROM      06/01/17
SUITE 120                              THRU      06/30/17
BOSTON, MA  02116
```

WITHDRAWALS AND DEBITS

```
DATE       DESCRIPTION                      AMOUNT

06/20  NSF PAID ITEM                         13.00-
       VENMO/PAYMENT ID#558525753
       EFF DATE 06-19-17
06/20  NSF PAID ITEM                         34.00-
       VENMO/PAYMENT ID#558525710
       EFF DATE 06-19-17
06/20  NSF PAID ITEM                         47.35-
       EVERSOURCE/WEB_PAY ID#59414364052317
       EFF DATE 06-19-17
06/20  NSF PAID ITEM                         50.00-
       PAYPAL/INST XFER ID#TCWITHERS91
       EFF DATE 06-19-17
06/20  NSF PAID ITEM                        192.77-
       COMCAST/COMCAST ID#3231125527  SPA
       EFF DATE 06-19-17
06/20  NSF PAID ITEM                        414.19-
       RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL
       EFF DATE 06-19-17
06/20  NSF PAID ITEM                        423.00-
       CHASE CREDIT CRD/AUTOPAY -000000000250607
       EFF DATE 06-19-17
06/20  NSF PAID ITEM                        800.00-
       VENMO/PAYMENT ID#558525665
       EFF DATE 06-19-17
06/20  NSF PAID ITEM                        819.66-
       HUNTINGTON BANKS/IL PAYMENT ID#20050648887
       EFF DATE 06-19-17
06/20  NSF PAID ITEM                      3,351.23-
       AMEX EPAYMENT/ACH PMT ID#W2966
       EFF DATE 06-19-17
06/21  NSF PAID ITEM                        414.19-
       RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL
       EFF DATE 06-20-17
06/21  DEBIT CARD              8009         78.14-
       06/21 DIGITALOCEAN.COM DIGITALOCEAN.NY
```

```
            2100 076                              ▉140
                                        PAGE    7 OF    9
LAUNCHBYTE.IO,LLC                       STATEMENT PERIOD
715 BOYLSTON STREET                     FROM     06/01/17
SUITE 120                               THRU     06/30/17
BOSTON, MA  02116
```

## WITHDRAWALS AND DEBITS

```
    DATE       DESCRIPTION                      AMOUNT

    06/21 ACH DEBIT                           414.19-
          RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL
    06/22 NSF PAID ITEM                       750.00-
          AMEX EPAYMENT/ACH PMT ID#M0064
          EFF DATE 06-21-17
    06/22 NSF PAID ITEM                     1,000.00-
          AMEX EPAYMENT/ACH PMT ID#R2846
          EFF DATE 06-21-17
    06/22 ACH DEBIT                           414.19-
          RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL
    06/24 DEBIT CARD            8009            2.95-
          06/23 WALGREENS #2933  BOSTON    MA
    06/24 DEBIT CARD            8009           24.34-
          06/23 WALGREENS #2933  BOSTON    MA
    06/24 DEBIT CARD            8009          205.20-
          06/22 SERAFINA BOSTON  BOSTON    MA
    06/24 DEBIT CARD            8009            9.71-
          06/23 DUNKIN #300417   BOSTON    MA
    06/26 DEBIT CARD            8009           27.58-
          06/23 JOES AMERICAN    BOSTON    MA
          EFF DATE 06-25-17
    06/26 NSF PAID ITEM                       414.19-
          RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL
          EFF DATE 06-23-17
    06/26 DOMESTIC WIRE FUNDS-DEBIT         3,200.00-
          ▉
    06/26 DOMESTIC WIRE FUNDS-DEBIT         3,000.00-
          ▉
    06/26 ACH DEBIT                            52.00-
          VENMO/PAYMENT ID#566332707
    06/26 ACH DEBIT                            70.96-
          VENMO/PAYMENT ID#566557737
    06/26 ACH DEBIT                           414.19-
          RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL
    06/26 ACH DEBIT                           749.99-
          PAYPAL/INST XFER ID#SNACKUNIVER
```

2100 076

LAUNCHBYTE.IO,LLC
715 BOYLSTON STREET
SUITE 120
BOSTON, MA 02116

[REDACTED]9140
PAGE 8 OF 9
STATEMENT PERIOD
FROM 06/01/17
THRU 06/30/17

WITHDRAWALS AND DEBITS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/26 | ACH DEBIT<br>VENMO/PAYMENT ID#568406569 | 1,100.00- |
| 06/27 | NSF PAID ITEM<br>AMEX EPAYMENT/ACH PMT ID#R2268<br>EFF DATE 06-26-17 | 19,347.62- |
| 06/28 | DEBIT CARD 8009<br>06/27 CITY OF BOSTON P BOSTON MA | 7.50- |
| 06/28 | NSF PAID ITEM<br>EVERSOURCE/WEB_PAY ID#59857712060217<br>EFF DATE 06-27-17 | 49.48- |
| 06/28 | NSF PAID ITEM<br>RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL<br>EFF DATE 06-27-17 | 414.19- |
| 06/28 | NSF PAID ITEM<br>PAYPAL/INST XFER ID#SERVICES<br>EFF DATE 06-27-17 | 750.00- |
| 06/28 | ACH DEBIT<br>RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL | 414.19- |
| 06/29 | ACH DEBIT<br>RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL | 414.19- |
| 06/30 | DEBIT CARD 8009<br>06/29 CITY OF BOSTON P BOSTON MA | 7.50- |
| 06/30 | DEBIT CARD 8009<br>06/29 CITY OF BOSTON P BOSTON MA | 3.00- |
| 06/30 | DOMESTIC WIRE FUNDS-DEBIT<br>CODETOART TECHNOLOGY PVT LTD | 4,500.00- |
| 06/30 | DOMESTIC WIRE FUNDS-DEBIT<br>[REDACTED] | 8,000.00- |
| 06/30 | DOMESTIC WIRE FUNDS-DEBIT<br>[REDACTED] | 5,000.00- |
| 06/30 | DOMESTIC WIRE FUNDS-DEBIT<br>[REDACTED] | 2,500.00- |
| 06/30 | DOMESTIC WIRE FUNDS-DEBIT<br>[REDACTED] | 30,000.00- |
| 06/30 | DOMESTIC WIRE FUNDS-DEBIT<br>[REDACTED] | 10,000.00- |

```
            2100 076                              ████████████9140
                                          PAGE    9 OF     9
     LAUNCHBYTE.IO,LLC                     STATEMENT PERIOD
     715 BOYLSTON STREET                   FROM        06/01/17
     SUITE 120                             THRU        06/30/17
     BOSTON, MA  02116
```

### WITHDRAWALS AND DEBITS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/30 | DOMESTIC WIRE FUNDS-DEBIT ████████████████ | 3,500.00- |
| 06/30 | ACH DEBIT RETAIL CAPITAL L/PREAUTHPMT ID#RETAIL | 414.19- |
| 06/30 | ACH DEBIT HEADWAYCAPITAL 1/HEADWAY ID#10823405 | 2,142.68- |
| | TOTAL   ITEMS   95 | $131,953.68- |

### OTHER TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/23 | WEB TRF TO DD 80003665825 TO DDA#████████ ON 06/23 AT 17.14 | 900.00- |
| | TOTAL   ITEMS    1 | $900.00- |

# EXHIBIT MM
# (Public Redacted)

| | |
|---|---|
| **From:** | Tan Kabra |
| **To:** | |
| **Cc:** | ███████████ |
| **Subject:** | Re: EDSO |
| **Date:** | Friday, November 10, 2017 10:44:01 AM |

The project failed because the client was unhappy with the work produced and said the team was weak and all this. We don't need to get into it again but I'm not paying for the resource allocation issue, nor are we allocating $1.5K towards the next project. The extra design piece is fine, I will deduct from the $3K owed back. Let me check on what that number is and it will be applied to the current balance owed for ███ (now 11 days away).

On Fri, Nov 10, 2017 at 5:35 AM Atishe doodleblue <██████████████ wrote:
> Tan,
>
> I'm out of the country - yes, the files did hit me and it didn't get pushed to you - apologies - will send it in my next email.
>
> I'm sorry the math and terms are not agreeable to me. We need to find middle ground. I can see how since work was not fully complete, you want a "refund" on the 5k, however, factor the following:
>
> - You gave us approval to bill ████████ for the other 2 modules for which we have proceeded with the design - this is additional effort
> - Please understand that when a project is pulled away, the entire allocation suffers. Not just for the UI resource, but the iOS/Android/Web team as well. There is an opportunity cost. We don't take another project because we are committing to you - this is how a fixed contract works - this is how we're able to commit to you.
>
> Let's go ahead with existing payment schedule - and what I'll do is apply $1.5k to the next new project you throw our way. This is the best I can do.
>
> I'll send out the files to you in a second.
>
> On Fri, Nov 10, 2017 at 6:10 AM, Tan Kabra <tan@██████████ wrote:
>> ███████
>>
>> ████ has told me that when she asked the PM for the project for the files, he deferred to you, and you still have not released a design file. Try to understand the seriousness of the situation - we have a way out of working with a bad client and you're not able to provide the final source files for the work that was done so we can hand it to them and be done with it for good.
>>
>> Also, since ██████ is no longer a client, let's look at the payment that was made here. 113 hours was provided by you guys for design. At $17.50 / hour which is our agreed upon rate, That comes to just under $2K ($1,977.50 to be exact). We have paid you a $5K initial fee because you asked for it to be heavy in the beginning to assist with cash flows for the project and then smaller payments as we near completion.

Since just design was done (not fully completed but since there were some small secondary changes, I will let it count as done), that is only $1,977 out of $5,000 that was used. Instead of asking you to wire it back, you can take the remainder $3K and apply it to ███████████ as the Android and Web finishes up (12 days remaining now, according to what you told me 2 days ago about 2 weeks max).

Best,

Tan Kabra
**Founder + CEO**

715 Boylston Street Suite 120, Boston, MA 02111
https://launchbyte.io | ████████████

--

███████████████
████████████████████████

--
Best,

Tan Kabra
**Founder + CEO**

715 Boylston Street Suite 120, Boston, MA 02111
https://launchbyte.io ███████████

# EXHIBIT NN
# (Public Redacted)

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **To:** | Tan Kabra |
| **Cc:** | ▮▮▮▮▮ |
| **Subject:** | Final Termination Notice |
| **Date:** | Monday, December 4, 2017 6:19:22 PM |
| **Attachments:** | Final Termination of Launchbyte.io.pdf |

Tan,

Please find the attached document for your attention.

Regards,





BY EXPRESS DELVERY, EMAIL AND CERTIFIED DELIVERY

Mr. Tanmaya Kabra
c/o LaunchByte.io LLC
715 Boylston St.
Suite 120
Boston, MA 02116

RE: Notice of Termination of SAFE with ███████
    Failure of Launchbyte to Comply with the Development Consultancy Agreement

Dear Mr. Kabra,

On June 13, 2017 you executed a Simple Agreement for Future Equity ("SAFE") which states that, in exchange for your payment to ████████████ of $83,560.00 (eighty-three thousand five hundred and sixty dollars) █████ thereby issued to you the right to certain shares of ██████ capital stock, subject to the terms in the SAFE. To date, almost six (6) months later, ███████ has not received your investment and there is no evidence that you plan on fulfilling the monetary commitment you made to ██████ Consequently, the purpose of this letter is to inform you that, effective immediately, on December 4, 2017, your SAFE has been terminated for your failure to comply with its terms. As a result, you do not have any right, title or interest of any kind in shares of ██████ capital stock that currently exist or may be issued in the future.

In addition, on June 27, 2017, you executed a Development Consultancy Agreement ("Agreement") on the behalf of Launchbyte.io LLC ("LaunchByte") with ██████ Based on the terms and provisions of the Agreement, you received $41,780 (forty-one thousand seven hundred and eight dollars) from ████████ required by the Agreement. Pursuant to the Agreement, the timeline for completion of the entire project was 14-16 weeks from June 27, 2017. We are now almost 25 weeks past the Agreement completion due date (of October 20, 2017) and more than 80% of the Deliverables required under the Agreement have not been provided by LaunchByte and those Deliverables that have been received have been provided in a manner that makes them useless and unacceptable. ██████ has missed critical launch dates for its product because of LaunchByte's

1



failure to comply with clear terms and conditions of the Agreement. ███ has substantial evidence of LaunchByte's failure to comply with all of the material terms of the Agreement.

Therefore, ███ is requesting that, on behalf of LaunchByte, you agree to promptly return to ███ the $41,780 (forty-one thousand seven hundred and eight dollars) paid to LaunchByte by ███. In this regard, ███ understands the relationship you/LaunchByte have maintained with Doodleblue Innovations to whom you subcontracted the Deliverables required to be provided to ███ under the Agreement.

If LaunchByte does not promptly return the $41,780 (forty-one thousand seven hundred and eight dollars) paid to LaunchByte by ██████████████ will initiate legal action against LaunchByte and you.

2

# EXHIBIT OO
# (Public Redacted)

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮ |
| **To:** | Tan Kabra |
| **Cc:** | |
| **Subject:** | Re: ▮▮▮ |
| **Date:** | Tuesday, December 19, 2017 2:36:02 PM |

▮▮▮▮

On Wed, Dec 20, 2017 at 1:04 AM, Tan Kabra <tan▮▮▮▮▮▮ wrote:
> It matters. It sets a precedent on how a subcontractor would act in the event of a
> serious issue.
>
> I don't think anyone would be able to guess that out of $14K (how would he know
> this) that $5K had been paid down payment (how would he know this?)
>
>
>
>
> On Tue, Dec 19, 2017 2:32 PM, ▮▮▮▮▮▮▮▮ wrote:
>> How does this even matter anymore - I thought this was a closed chapter.
>>
>> He knows the effort in hours because the PM team has been discussing this since day 1.
>> He guessed our hourly rate - no idea!!?
>>
>> On Wed, Dec 20, 2017 at 12:49 AM, Tan Kabra <tan@▮▮▮▮▮ wrote:
>>> Hi guys,
>>>
>>> Can someone explain to me how ▮▮▮ from ▮▮▮ knows the exact dollar
>>> amounts of the deal between LaunchByte and Doodleblue?
>>>
>>> Best,
>>>
>>> Tan Kabra
>>> **Founder + CEO**
>>> ▮▮▮▮
>>> 715 Boylston Street Suite 120, Boston, MA 02111
>>> https://launchbyte.io | ▮▮▮▮
>>
>>
>>
>> --
>> Best,
>> ▮▮▮▮▮▮▮

Best,

Tan Kabra
**Founder + CEO**

715 Boylston Street Suite 120, Boston, MA 02111
https://launchbyte.io |

--

# EXHIBIT PP
# (Public Redacted)

| | |
|---|---|
| **From:** | Pooler, Jessica (USAMA) |
| **To:** | Looney, Christopher (USAMA); Bedsole, James Daniel (BS) (FBI) |
| **Subject:** | FW: United States v. Tanmaya Kabra, 19-cr-1033 |
| **Date:** | Tuesday, July 6, 2021 9:00:35 AM |
| **Attachments:** | Evidence.pdf |
| | Kabra_Victim Questionnaire - Completed.pdf |
| | ████-LaunchByte Settlement and Release Agreement (Amendment 1) FULLY EXECUTED.PDF |

**From:** ███████████████████████

**Sent:** Monday, July 5, 2021 12:34 PM

**To:** Pooler, Jessica (USAMA) <JPooler@usa.doj.gov>

**Subject:** United States v. Tanmaya Kabra, 19-cr-1033

Dear Jessica,

I sincerely hope it is not too late to submit my questionnaire. Please see the attached files and please do not hesitate to contact me if you have any questions. I am hoping some reparations can be made. Especially given my current credit situation, my life will be negatively impacted for many years to come.

In my role as Founder and CEO of ███████ ., I spent more than two years of my life fighting with Tan Kabra and Launchbyte.io to try to have him correct the wrongs he had done to me. If I was billing at $175/hr for my time, that is easily $700,000 I lost due to him. Finally, I had to give up and return to working a full time job in order to not do more harm to my family.

Tan may never understand how he damaged my life and my household. Or rather, he may, but he is great at pretending, so I would never expect him to admit to anything. He is a lying piece of trash and I hope the court fines him the maximum fines for the crimes he committed.

Warm regards,

███████████

# EXHIBIT QQ
# (Public Redacted)

| | |
|---|---|
| **From:** | ██████ |
| **To:** | Tan Kabra |
| **Cc:** | |
| **Subject:** | Re: |
| **Date:** | Sunday, June 30, 2019 9:48:06 AM |

It's unfortunate but hopefully he'll want to complete it. - yet based on what he gave us I doubt he will do anything more. Let me know if you hear from him. I  May be seeing ████ ██████ soon and I just can't believe I don't have anything to show him? I don't understand what ██████ gave us - it was like an expletive- why?? He gave us nothing. He clearly had a lot more completed but did not share it.?!  I'm just wondering if possibly I am missing something??? The TestFlight version I have only shows ██████ Weird Trip - which you cant open and no others .

On Fri, Jun 28, 2019 at 5:12 PM Tan Kabra <tan@██████████ wrote:

> Just keeping everyone in the loop in the spirit of transparency. we filed a motion in the court today and we will submit the formal complaint Monday and a hearing will be set for the following week or week after to seek a preliminary injunction against ██████ assets, and any bank accounts he has
>
> I plan to take the money we recoup from the settlement and put that into the ██████████ account
>
> Best,
>
> Tan Kabra
> **Founder + Managing Director**
>
> [? ]
> **The LaunchByte Group**
> 715 Boylston Street Suite 120, Boston, MA 02116
> https://launchbyte.io | ██████████

--
██████████
[? ]
*Co-Founder*
██████████████

# EXHIBIT RR
# (Public Redacted)



June 24, 2021

**BY EMAIL** *(Christopher.Looney@usdoj.gov)*
**AND FIRST CLASS MAIL**

Christopher Looney
Assistant United States Attorney
United States Attorney's Office
408 Atlantic Avenue, Suite 530
Boston, MA 02110

      Re:   Tanmaya Kabra

Dear Chris:

      Enclosed please find *redacted* copies of this firm's invoices showing my client ▇▇▇▇▇ ▇▇▇▇▇ attorney's fees incurred in connection with the criminal investigation of Tanmaya Kabra.

| BILL DATE | FEES @ $550/hour |
|---|---|
| 8/8/19 (redacted to show only 6.50 hours) | 3,575.00 |
| 9/9/19 (redacted to show only 4.30 hours) | 2,365.00 |
| 11/7/19 | 55.00 |
| 12/5/19 | 220.00 |
| 11/5/20 | 565.00 |
| 12/7/20 | 5,424.00 |
| 4/13/21 | 234.00 |
| TOTAL | $12,438.00 |

      Please let me know if you have any questions.

      Thank you.

                            Very truly yours,

                            George W. Price.

GWP:mpb
Enclosures
cc: ▇▇▇▇▇▇▇▇▇ (with enclosures, by email)
59080.0/840264.1





August 8, 2019
Bill Number  230838
File Number  59080.00000

Re:  Advice

### LEGAL SERVICES

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 07/11/19 | GWP | Prepare for, travel to and return from meeting with FBI, SEC and AUSA. | 6.00 Hrs |
| 07/31/19 | GWP | Conference with US Attorney concerning grand jury testimony; communications with client concerning the same. | 0.50 Hrs |

TOTAL LEGAL SERVICES                     $4,510.00

### LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| PRICE, GEORGE W. | 8.20 | 550.00 | 4,510.00 |
|  | 8.20 |  | $4,510.00 |

### DISBURSEMENTS

GRAND TOTAL DUE     $4,441.09

Page 1



CASNER e EDWARDS



September 9, 2019
Bill Number 231512
File Number 59080.00000

Re: Advice

## LEGAL SERVICES

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 08/02/19 | GWP | Communications with US Attorney regarding cancelling of grand jury testimony; communications with client. | 0.30 Hrs |
| 08/16/19 | GWP | Multiple communications with US Attorney and client; communications with SEC. | 0.50 Hrs |
| 08/20/19 | GWP | Multiple communications with US attorney and client; review of grand jury subpoena. | 0.50 Hrs |
| 08/26/19 | GWP | Multiple communications with client; prepare documents for production to AUSA in response to subpoena. | 0.50 Hrs |
| 08/30/19 | GWP | Prepare for and meet with client concerning document response to grand jury subpoena; review emails with client; draft letter to US Attorney; arrange and delivery thumb drive containing documents responsive to the subpoena. | 2.50 Hrs |

TOTAL LEGAL SERVICES  $3,355.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| PRICE, GEORGE W. | 6.10 | 550.00 | 3,355.00 |
| | 6.10 | | $3,355.00 |

Page 1



CASNER @ EDWARDS



November 7, 2019
Bill Number 232876
File Number 59080.00000

Re: Advice

**LEGAL SERVICES**

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 10/08/19 | GWP | Communications with SEC concerning sharing documents with AUSA/FBI. | 0.10 Hrs |

|  | TOTAL LEGAL SERVICES | $55.00 |
|--|----------------------|--------|

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| PRICE, GEORGE W. | 0.10 | 550.00 | 55.00 |
|  | 0.10 |  | $55.00 |

**DISBURSEMENTS**



**OUTSTANDING INVOICES**

| Invoice Date | Invoice # | Invoice Balance |
|--------------|-----------|-----------------|
| 09/09/19 | 231512 | 2,804.69 |
| 10/07/19 | 232083 | 165.00 |

| TOTAL OUTSTANDING INVOICES | $2,969.69 |
|----------------------------|-----------|

| GRAND TOTAL DUE | $3,048.06 |
|-----------------|-----------|

Page 1



CASNER 𝒆 EDWARDS



December 5, 2019
Bill Number  233634
File Number  59080.00000

Re:  Advice

## LEGAL SERVICES

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 11/06/19 | GWP | Communications with client and US Attorney. | 0.20 Hrs |
| 11/07/19 | GWP | Communications with AUSA Chris Looney; communications with client. | 0.20 Hrs |

|  |  |
|--|--|
| TOTAL LEGAL SERVICES | $220.00 |

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| PRICE, GEORGE W. | 0.40 | 550.00 | 220.00 |
|  | 0.40 |  | $220.00 |

## DISBURSEMENTS



## OUTSTANDING INVOICES

| Invoice Date | Invoice # | Invoice Balance |
|--------------|-----------|-----------------|
| 09/09/19 | 231512 | 2,804.69 |
| 10/07/19 | 232083 | 165.00 |
| 11/07/19 | 232876 | 78.37 |

|  |  |
|--|--|
| TOTAL OUTSTANDING INVOICES | $3,048.06 |

|  |  |
|--|--|
| GRAND TOTAL DUE | $3,289.00 |



CASNER *e* EDWARDS



November 5, 2020
Bill Number  241273
File Number  59080.00000

Re:  Advice

**LEGAL SERVICES**

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 10/26/20 | GWP | Prepare for and conduct Conference with client and US Attorneys. | 0.50 Hrs |
| 10/27/20 | GWP | Communications with clients and US Attorneys. | 0.10 Hrs |
| 10/28/20 | GWP | Communications with client and US Attorneys. | 0.20 Hrs |
| 10/29/20 | GWP | Communications with client and US Attorneys concerning interview. | 0.20 Hrs |

| | |
|---|---|
| TOTAL LEGAL SERVICES | $565.00 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| PRICE, GEORGE W. | 1.00 | 565.00 | 565.00 |
| | 1.00 | | $565.00 |

| | |
|---|---|
| GRAND TOTAL DUE | $565.00 |





December 7, 2020
Bill Number  242040
File Number  59080.00000

Re:  Advice

## LEGAL SERVICES

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 11/10/20 | GWP | Communications with US Attorneys' Office and client. | 0.30 Hrs |
| 11/12/20 | GWP | Review case file; prepare for meeting with US Attorneys Office; communications with client. | 2.90 Hrs |
| 11/13/20 | GWP | Prepare for and meet with client and US Attorneys via video conference; additional communications with AUSAs before and after meeting. | 5.90 Hrs |
| 11/17/20 | GWP | Multiple communications with US Attorneys office and client concerning missing text information. | 0.50 Hrs |

TOTAL LEGAL SERVICES      $5,424.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| PRICE, GEORGE W. | 9.60 | 565.00 | 5,424.00 |
|  | 9.60 |  | $5,424.00 |

## OUTSTANDING INVOICES

| Invoice Date | Invoice # | Invoice Balance |
|--------------|-----------|-----------------|
| 11/05/20 | 241273 | 565.00 |

TOTAL OUTSTANDING INVOICES      $565.00

GRAND TOTAL DUE      $5,989.00



CASNER *e* EDWARDS



April 13, 2021
Bill Number  244712
File Number  59080.00000

Re: Advice

## LEGAL SERVICES

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 03/31/21 | GWP | Communications with client and US Attorney's Office concerning Tan's plea deal. | 0.40 Hrs |

| | TOTAL LEGAL SERVICES | $234.00 |
|--|--|--|

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| PRICE, GEORGE W. | 0.40 | 585.00 | 234.00 |
| | 0.40 | | $234.00 |

| | GRAND TOTAL DUE | $234.00 |
|--|--|--|

# EXHIBIT SS
# (Public Redacted)



Burns Levinson

125 High Street
Boston, MA 02110
P 617 345 3000 F 617 345 3299
burnslev.com
Federal ID# 04-2265168
Invoices are due and payable
60 days from invoice date.

| | |
|---|---|
| Invoice Number | 985782 |
| Invoice Date | 09/04/19 |
| Client Number | 46401 |
| Matter Number | 00003 |

**RE:  Tan Kabra**

For Services through August 31, 2019:

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 08/27/19 | DML | Email exchange with ███████ re: ████████████████████ | 0.40 |
| 08/28/19 | DML | Review updated text messages and email; ████████████ tele/conf. with ████████ re: same; email draft sec production to ████████ tele/conf. with Atty. ████████ re: 9/9/19 PI hearing and record production; tele/conf. with ██████ re: ████████████████ | 0.80 |

| | Total Hours | 1.20 |
|---|---|---|

**Timekeeper Time Summary:**

| Name | Status | Hours | Value |
|------|--------|-------|-------|
| David M. Losier | P | 1.20 | $684.00 |

| | | |
|---|---|---|
| Current Fees: | | $684.00 |
| Total Balance Due This Invoice: | | $684.00 |

REMITTANCE COPY



Burns Levinson

125 High Street
Boston, MA 02110
P 617.345.3000  F 617.345.3299
burnslev.com
Federal ID# 04-2295183
Invoices are due and payable
30 days from invoice date



| | |
|---|---|
| Invoice Number | 985782 |
| Invoice Date | 09/04/19 |
| Client Number | 46401 |
| Matter Number | 00003 |

---

Amount Due This Invoice:                                                    $684.00

---

To accommodate you, we also accept Visa, MasterCard, Discover and American Express.  For those clients who have requested it, a confidential authorization form is enclosed.  Please fill in all information, including the VV2 value (*CVV2 Security Identification Number).

* (For MC/Visa/Discover cards this is the last 3 digits of the account number in the signature strip on the back of the card.  For Amex cards, it is the 4 digit code (not embossed) on the front of the card).

Payments may also be made online.  Please visit https://burnslev.com/payment to make a secure online payment of your invoice.

If you have any questions, please email us at paymentinfo@burnslev.com



125 High Street
Boston, MA 02110
P 617.345.3000 F 617 345.3299
burnslev.com
Federal ID# 04-2265153
Invoices are due and payable
15 days from invoice date.

| | |
|---|---|
| Invoice Number | 988745 |
| Invoice Date | 10/02/19 |
| Client Number | 46401 |
| Matter Number | 00003 |

**RE:** Tan Kabra

For Services through September 30, 2019:

| Date | Tkpr | Narrative | Hours |
|---|---|---|---|
| 08/12/19 | DML | Review several emails re: SEC meeting and follow up with Mr. ████ re: same; email and tele/conf. with SEC Atty. re: matter; tele/conf. with AUSA Looney re: same and ████ as victim/witness only; tele/conf. with ████ re: meeting. | 1.00 |
| 08/13/19 | DML | Review SEC Complaint, criminal complaint and affidavit; email and tele/conf. with ████ re: same and re: SEC meeting on 8/14; email exchange with SEC counsel re: same. | 0.80 |
| 08/14/19 | DML | Exchange tele/mess. and follow up with ████ re: ████ attend detailed interview with SEC counsel and AUSA and Special Agent re: ████ status as victim of fraud by Tam, review follow up email from ████ re: Tam. | 2.20 |
| 08/15/19 | DML | Follow up with ████ re: ████ ████ tele/conf. with AUSA Looney re: same and confirmation ████ is a witness/victim only; conf. call with ████ re: ████ | 0.70 |
| 08/16/19 | DML | Follow up attention to client documents; email SEC re: same; email ████ re: same. | 0.30 |
| 08/19/19 | DML | Email exchange with ████ re: ████ | 0.40 |
| 08/20/19 | DML | Email exchanges with ████ and with AUSA Looney re: native format email re: Tam Kabra; review subpoena from U.S. Attorney's Office to ████ follow up with ████ re: same. | 0.60 |
| 08/21/19 | DML | Email with ████ re: ████ review email from ████ with chat history of texts with Tan Kabra and relevant chat attachments; email exchange and tele/confs. with ████ re: ████ email with ████ re: ████ | 1.30 |
| 08/22/19 | DML | Follow up email and tele/conf. with ████ on compliance of subpoena and printing all docs/texts for my review and consideration. | 0.40 |
| 08/23/19 | DML | Follow up email to ████ re: ████ | 0.30 |

46401 ██████████████
00003   Tan Kabra
2 Oct 2019

Invoice Number 988745
Page 2

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| | | ████; tele/conf. with ███████ re: ████████████████████████ | |
| 09/03/19 | DML | Email AUSA Looney with materials responsive to subpoena and follow up with SEC re: same. | 0.40 |
| 09/04/19 | DML | Follow up with SEC re: materials; tele/conf. with SEC Atty ████ re: same; email ██████ re: same. | 0.30 |
| | | Total Hours | 8.70 |

**Timekeeper Time Summary:**

| Name | Status | Hours | Value |
|------|--------|-------|-------|
| David M. Losier | P | 8.70 | $4,959.00 |

| | | |
|---|---|---|
| | Current Fees: | $4,959.00 |
| | Total Balance Due This Invoice: | $4,959.00 |

REMITTANCE COPY



**Burns Levinson**

125 High Street
Boston, MA, 02110
P 617 345 3000  F 617 345 3299
burnslev.com
Federal ID# 04-2265163
Invoices are due and payable
30 days from invoice date



| | |
|---|---|
| Invoice Number | 988745 |
| Invoice Date | 10/02/19 |
| Client Number | 46401 |
| Matter Number | 00003 |

---

Amount Due This Invoice:                                                      $4,959.00

---

To accommodate you, we also accept Visa, MasterCard, Discover and American Express. For those clients who have requested it, a confidential authorization form is enclosed. Please fill in all information, including the VV2 value (*CVV2 Security Identification Number).

* (For MC/Visa/Discover cards this is the last 3 digits of the account number in the signature strip on the back of the card. For Amex cards, it is the 4 digit code (not embossed) on the front of the card).

If you have any questions, please email us at paymentinfo@burnslev.com



125 High Street
Boston, MA 02110
P 617.345.3000 F 617.345.3299
burnslev.com
Federal ID# 04-2265164
Invoices are due and payable
30 days from invoice date



| | |
|---|---|
| Invoice Number | 997927 |
| Invoice Date | 01/14/20 |
| Client Number | 46401 |
| Matter Number | 00003 |

**RE:** Tan Kabra

For Services through December 31, 2019:

| Date | Tkpr | Narrative | Hours |
|---|---|---|---|
| 12/04/19 | DML | Email from █████ re: ████████████████████████ | 0.20 |
| 12/06/19 | DML | Tele/conf. with █████ re: ████████████████ █████████ tele/mess. to Atty. Berthiaume re: intro of self re: possible civil actions. | 0.30 |
| 12/10/19 | DML | Several exchanges with █████ and then with Atty. Berthiaume re: pending matter; tele/conf. with Atty. Berthiaume re: Tan case and promissory note repay it, follow up tele/conf. with █████ re: ██ ████████ | 1.20 |
| 12/23/19 | DML | Email from Attorney Berthieume re: meeting with same; tele/conf. and follow up with same re: same. | 0.30 |
| | | **Total Hours** | 2.00 |

**Timekeeper Time Summary:**

| Name | Status | Hours | Value |
|---|---|---|---|
| David M. Losier | P | 2.00 | $1,140.00 |

| | |
|---|---|
| Current Fees: | $1,140.00 |
| Total Balance Due This Invoice: | $1,140.00 |

REMITTANCE COPY



Burns Levinson

125 High Street
Boston, MA 02110
P 617 345 3000  F 617 345 3299
burnslev.com
Federal ID# 04 2265168
Invoices are due and payable
30 days from invoice date



| | |
|---|---|
| Invoice Number | 997927 |
| Invoice Date | 01/14/20 |
| Client Number | 46401 |
| Matter Number | 00003 |

---

Amount Due This Invoice:                                                    $1,140.00

To accommodate you, we also accept Visa, MasterCard, Discover and American Express.  For those clients who have requested it, a confidential authorization form is enclosed.  Please fill in all information, including the VV2 value (*CVV2 Security Identification Number).

* (For MC/Visa/Discover cards this is the last 3 digits of the account number in the signature strip on the back of the card.  For Amex cards, it is the 4 digit code (not embossed) on the front of the card).

If you have any questions, please email us at paymentinfo@burnslev.com



Burns Levinson

125 High Street
Boston, MA 02110
P 617.345.3000 F 617.345.3299
burnslev.com
Federal ID# 04-2265164
Invoices are due and payable
30 days from invoice date



| | |
|---|---|
| Invoice Number | 1000247 |
| Invoice Date | 02/11/20 |
| Client Number | 46401 |
| Matter Number | 00003 |

**RE:** Tan Kabra

For Services through January 31, 2020:

| Date | Tkpr | Narrative | Hours |
|---|---|---|---|
| 01/14/20 | DML | Email from attorney for Tan Kabra re: interview. | 0.20 |
| 01/15/20 | DML | Email Attorney Bethiaume re: his request for interview with ▮ | 0.20 |
| 01/16/20 | DML | Tele/mess to ▮ re: ▮ tele/conf. with Atty. Berthaiume re: matter. | 0.50 |
| 01/21/20 | DML | Text messages from and follow up tele/conf. with ▮ re: ▮ tele/conf. with two attorneys re: background on Tan's attorney. | 0.30 |
| | | Total Hours | 1.20 |

**Timekeeper Time Summary:**

| Name | Status | Hours | Value |
|---|---|---|---|
| David M. Losier | P | 1.20 | $696.00 |

| | |
|---|---|
| Current Fees: | $696.00 |
| Total Balance Due This Invoice: | $696.00 |

REMITTANCE COPY



125 High Street
Boston, MA, 02110
P 617 345 3000 F 617 345 3299
burnslev.com
Federal ID# 04-2265163
Invoices are due and payable
30 days from invoice date



| | |
|---|---|
| Invoice Number | 1000247 |
| Invoice Date | 02/11/20 |
| Client Number | 46401 |
| Matter Number | 00003 |

---

Amount Due This Invoice:                                            $696.00

---

To accommodate you, we also accept Visa, MasterCard, Discover and American Express. For those clients who have requested it, a confidential authorization form is enclosed. Please fill in all information, including the VV2 value (*CVV2 Security Identification Number).

* (For MC/Visa/Discover cards this is the last 3 digits of the account number in the signature strip on the back of the card. For Amex cards, it is the 4 digit code (not embossed) on the front of the card).

If you have any questions, please email us at paymentinfo@burnslev.com





| | Invoice Number | 1023721 |
|---|---|---|
| | Invoice Date | 11/06/20 |
| | Client Number | 46401 |
| | Matter Number | 00003 |

**RE: Tan Kabra**

For Services through October 31, 2020:

| Date | Tkpr | Narrative | Hours |
|---|---|---|---|
| 10/26/20 | DML | Email exchange with AUSA Looney re update of Kabra prosecution; email ████ re same. | 0.20 |
| 10/27/20 | DML | Tele/conf with AUSA Looney re status of Kabra trial and request to meet with ████ to prepare for trial testimony; follow up email to ████ re ████ | 0.40 |

| | Total Hours | 0.60 |
|---|---|---|

**Timekeeper Time Summary:**

| Name | Status | Hours | Value |
|---|---|---|---|
| David M. Losier | P | 0.60 | $348.00 |

| | Current Fees: | $348.00 |
|---|---|---|

| | Total Balance Due This Invoice: | $348.00 |
|---|---|---|

REMITTANCE COPY



**Burns** Levinson

125 High Street
Boston, MA, 02110
P 617 345 3000 F 617 345 3299
burnslev.com
Federal ID# 04 2265163
Invoices are due and payable
30 days from invoice date

| | |
|---|---|
| Invoice Number | 1023721 |
| Invoice Date | 11/06/20 |
| Client Number | 46401 |
| Matter Number | 00003 |

---

Amount Due This Invoice:                                              $348.00

---

To accommodate you, we also accept Visa, MasterCard, Discover and American Express.  For those clients who have requested it, a confidential authorization form is enclosed.  Please fill in all information, including the VV2 value (*CVV2 Security Identification Number).

* (For MC/Visa/Discover cards this is the last 3 digits of the account number in the signature strip on the back of the card.  For Amex cards, it is the 4 digit code (not embossed) on the front of the card).

If you have any questions, please email us at paymentinfo@burnslev.com



**Burns** Levinson

125 High Street
Boston, MA 02110
P 617.345.3000 F 617.345.3299
burnslev.com
Federal ID# 04-2265164
Invoices are due and payable
30 days from invoice date



| | |
|---|---|
| Invoice Number | 1034280 |
| Invoice Date | 03/04/21 |
| Client Number | 46401 |
| Matter Number | 00003 |

---

**RE:  Tan Kabra**

For Services through February 28, 2021:

| Date | Tkpr | Narrative | Hours |
|---|---|---|---|
| 02/16/21 | DML | Tele/mess and follow up tele/conf with AUSA Chris Looney re Tan Kabra trial scheduling and his request to speak with ▮▮▮ follow up email to ▮▮▮ re ▮▮▮ | 0.30 |
| 02/19/21 | DML | Email exchange with ▮▮▮ e ▮▮▮ | 0.20 |
| 02/22/21 | DML | Tele/conf with ▮▮▮ re ▮▮▮ ▮▮▮ tele/conf with AUSA Looney re same and scheduling. | 0.30 |
| 02/23/21 | DML | Email AUSA Looney re setting up a conf call with ▮▮▮ to discuss testimony and restitution issues; email ▮▮▮ re ▮▮▮ review client file and notes of last meeting with Government attorneys. | 0.50 |
| 02/26/21 | DML | Email exchange with AUSA Looney re interview re prep for testimony as well as discussion of restitution issues; follow-up email exchange with ▮▮▮ re ▮▮▮ | 0.20 |

|  | Total Hours | 1.50 |
|---|---|---|

**Timekeeper Time Summary:**

| Name | Status | Hours | Value |
|---|---|---|---|
| David M. Losier | P | 1.50 | $900.00 |

46401 ████████████████████
00003  Tan Kabra
4 Mar 2021

Current Fees:           $900.00

Total Balance Due This Invoice:           $900.00

REMITTANCE COPY



125 High Street
Boston, MA, 02110
P 617.345.3000  F 617.345.3299
burnslev.com
Federal ID# 04-2265163
Invoices are due and payable
30 days from invoice date



| | |
|---|---|
| Invoice Number | 1034280 |
| Invoice Date | 03/04/21 |
| Client Number | 46401 |
| Matter Number | 00003 |

---

Amount Due This Invoice:                                                    $900.00

---

To accommodate you, we also accept Visa, MasterCard, Discover and American Express. For those clients who have requested it, a confidential authorization form is enclosed. Please fill in all information, including the VV2 value (*CVV2 Security Identification Number).

* (For MC/Visa/Discover cards this is the last 3 digits of the account number in the signature strip on the back of the card. For Amex cards, it is the 4 digit code (not embossed) on the front of the card).

Payments may also be made online. Please visit https://burnslev.com/payment to make a secure online payment of your invoice.

If you have any questions, please email us at paymentinfo@burnslev.com



Burns Levinson

125 High Street
Boston, MA 02110
P 617.345.3000 F 617.345.3299
burnslev.com
Federal ID# 04-2265163
Invoices are due and payable
30 days from invoice date

ATTN: Sam Sokol

| | |
|---|---|
| Invoice Number | 1036682 |
| Invoice Date | 04/05/21 |
| Client Number | 46401 |
| Matter Number | 00003 |

**RE: Tan Kabra**

For Services through March 31, 2021:

| Date | Tkpr | Narrative | Hours |
|---|---|---|---|
| 03/01/21 | DML | Rreview and consider email from ▮▮▮ re ▮▮▮ | 0.30 |
| 03/02/21 | DML | Review client meeting notes from August 2019 and brief tele/conf with ▮▮▮ before call with AUSA Looney and Special Agent; tele/conf call with AUSA Looney and Special Agent to talk about ▮▮▮ goals and expectations concerning criminal case against Kabra; follow up with ▮▮▮ | 0.70 |
| 03/30/21 | DML | Review email from ▮▮▮ with attachment referencing guilty plea by Kabra; email exchange with AUSA Looney and follow-up tele/conf with Mr. Looney re same and re restitution issue. | 0.40 |
| 03/31/21 | DML | Detailed tele/conf with ▮▮▮ re ▮▮▮ | 0.30 |
| | | Total Hours | 1.70 |

**Timekeeper Time Summary:**

| Name | Status | Hours | Value |
|---|---|---|---|
| David M. Losier | P | 1.70 | $1,020.00 |

| | |
|---|---|
| Current Fees: | $1,020.00 |

46401 ██████████████████
00003   Tan Kabra
5 Apr 2021

Total Balance Due This Invoice:          $1,020.00

REMITTANCE COPY



125 High Street
Boston, MA, 02110
P 617.345.3000  F 617.345.3299
burnslev.com
Federal ID# 04.2265162
Invoices are due and payable
30 days from invoice date



| | |
|---|---|
| Invoice Number | 1036682 |
| Invoice Date | 04/05/21 |
| Client Number | 46401 |
| Matter Number | 00003 |

---

Amount Due This Invoice:                                          $1,020.00

---

To accommodate you, we also accept Visa, MasterCard, Discover and American Express.  For those clients who have requested it, a confidential authorization form is enclosed.  Please fill in all information, including the VV2 value (*CVV2 Security Identification Number).

* (For MC/Visa/Discover cards this is the last 3 digits of the account number in the signature strip on the back of the card.  For Amex cards, it is the 4 digit code (not embossed) on the front of the card).

Payments may also be made online.  Please visit https://burnslev.com/payment to make a secure online payment of your invoice.

If you have any questions, please email us at paymentinfo@burnslev.com



Burns Levinson

125 High Street
Boston, MA 02110
P 617.345.3000 F 617.345.3299
burnslev.com
Federal ID# 04-2265163
Invoices are due and payable
30 days from invoice date.



| | |
|---|---|
| Invoice Number | 1039903 |
| Invoice Date | 05/06/21 |
| Client Number | 46401 |
| Matter Number | 00003 |

**RE: Tan Kabra**

For Services through April 30, 2021:

| Date | Tkpr | Narrative | Hours |
|---|---|---|---|
| 04/12/21 | DML | Email exchange and tele/conf with ███ re restitution issue and victim impact statement; email from victim witness advocate Ms. Pooler re same. | 0.30 |
| | | Total Hours | 0.30 |

**Timekeeper Time Summary:**

| Name | Status | Hours | Value |
|---|---|---|---|
| David M. Losier | P | 0.30 | $180.00 |

Current Fees: $180.00

Total Balance Due This Invoice: $180.00

REMITTANCE COPY

 Burns Levinson

125 High Street
Boston, MA, 02110
P 617.345.3000 F 617.345.3299
burnslev.com
Federal ID# 04.2265163
Invoices are due and payable
30 days from invoice date.



| | |
|---|---:|
| Invoice Number | 1039903 |
| Invoice Date | 05/06/21 |
| Client Number | 46401 |
| Matter Number | 00003 |

---

Amount Due This Invoice:                                                   $180.00

---

To accommodate you, we also accept Visa, MasterCard, Discover and American Express.  For those clients who have requested it, a confidential authorization form is enclosed.  Please fill in all information, including the VV2 value (*CVV2 Security Identification Number).

* (For MC/Visa/Discover cards this is the last 3 digits of the account number in the signature strip on the back of the card.  For Amex cards, it is the 4 digit code (not embossed) on the front of the card).

Payments may also be made online.  Please visit https://burnslev.com/payment to make a secure online payment of your invoice.

If you have any questions, please email us at paymentinfo@burnslev.com



125 High Street
Boston, MA 02110
P 617.345.3000  F 617.345.3299
burnslev.com
Federal ID# 04.2265163
Invoices are due and payable
30 days from invoice date



| | |
|---|---|
| Invoice Number | 1048270 |
| Invoice Date | 08/09/21 |
| Client Number | 46401 |
| Matter Number | 00003 |

**RE: Tan Kabra**

For Services through July 31, 2021:

| Date | Tkpr | Narrative | Hours |
|---|---|---|---|
| 05/10/21 | DML | Review email from U.S. Victim Services. | 0.20 |
| 07/22/21 | DML | Email exchange with AUSA Looney re pending criminal matter v. Kabra; tele/conf with AUSA Looney re same and re ▮▮▮▮▮s role in same and re restitution; follow up tele/mess to ▮▮▮▮ re same | 0.50 |
| 07/23/21 | DML | Attention to restitution calculation; follow up with ▮▮▮▮and tele/conf w▮▮▮▮re my conversation with AUSA Looney and restitution update | 0.50 |
| 07/30/21 | DML | Email exchange with AUSA re restitution recovery of atty fees and timing of presenting same. | 0.20 |

| | |
|---|---|
| Total Hours | 1.40 |

**Timekeeper Time Summary:**

| Name | Status | Hours | Value |
|---|---|---|---|
| David M. Losier | P | 1.40 | $840.00 |

| | |
|---|---|
| Current Fees: | $840.00 |
| Total Balance Due This Invoice: | $840.00 |

**REMITTANCE COPY**



125 High Street
Boston, MA, 02110
P 617.345.3000  F 617.345.3299
burnslev.com
Federal ID# 04.2265163
Invoices are due and payable
30 days from invoice date



| | |
|---|---|
| Invoice Number | 1048270 |
| Invoice Date | 08/09/21 |
| Client Number | 46401 |
| Matter Number | 00003 |

---

Amount Due This Invoice:                                                    $840.00

---

To accommodate you, we also accept Visa, MasterCard, Discover and American Express.  For those clients who have requested it, a confidential authorization form is enclosed.  Please fill in all information, including the VV2 value (*CVV2 Security Identification Number).

* (For MC/Visa/Discover cards this is the last 3 digits of the account number in the signature strip on the back of the card.  For Amex cards, it is the 4 digit code (not embossed) on the front of the card).

Payments may also be made online.  Please visit https://burnslev.com/payment to make a secure online payment of your invoice.

If you have any questions, please email us at paymentinfo@burnslev.com

# EXHIBIT TT
# (Public Redacted)

## GESMER UPDEGROVE LLP
ATTORNEYS AT LAW

40 BROAD STREET
BOSTON, MA 02109
PHONE: 617.350.6800
FAX: 617.350.6878

Invoice submitted to:

███████████████████████

| | |
|---|---|
| **Invoice Number:** | 115104 |
| **Invoice Date:** | April 10, 2020 |
| **Account ID:** | 006308 |

**Send via email:**  ███████████████

For legal services rendered through 3/31/2020

### Account Summary

| | |
|---|---|
| Current Invoice Total: | $109.44 |
| Previous Balance: | $0.00 |
| Payments Received: | $0.00 |
| TOTAL AMOUNT NOW DUE: | $109.44 |

*Please include this portion with payment*

**Make checks payable to:**

Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109

*Please include Invoice # and Account ID on check.*

| | |
|---|---|
| **Invoice Number:** | 115104 |
| **Invoice Date:** | April 10, 2020 |
| **Account ID:** | 006308 |
| **Amount Due:** | 109.44 |
| **Amount Enclosed:** | |

SCR\MAUCK, ANN/GENERAL

GESMER UPDEGROVE LLP
ATTORNEYS AT LAW

INVOICE NUMBER: 115104
INVOICE DATE: APRIL 10, 2020
ACCOUNT NUMBER: 006308
SCR/F3

## GENERAL

| PROFESSIONAL SERVICES | | | Hours | Amount |
|---|---|---|---|---|
| 03/31/20 | THD | Tc with US Attorney re communications with ██████ | .25 | 106.25 |
| | | **Subtotal for Professional Services:** | **0.25** | **106.25** |

Disbursements: copies, phone & other

3.19

## SUBTOTAL FOR GENERAL:

109.44

| | |
|---|---|
| *Total Professional Services Rendered* | *106.25* |
| *Disbursements: copies, phone & other* | *3.19* |
| *Total Expenses* | *0.00* |
| ***Total Amount For This Bill*** | **$ 109.44** |

| TIMEKEEPER SUMMARY | Hours | Rate | Amount |
|---|---|---|---|
| Tom Durkin | 0.25 | 425.00 | 106.25 |

Account Detail

## GESMER UPDEGROVE LLP
ATTORNEYS AT LAW

40 BROAD STREET
BOSTON, MA 02109
PHONE: 617.350.6800
FAX: 617.350.6878

Invoice submitted to:

███████████████████

| | |
|---|---|
| **Invoice Number:** | 115344 |
| **Invoice Date:** | May 7, 2020 |
| **Account ID:** | 006308 |

**Send via email:** ████████████████

**REVISED**

**REPLACES INVOICE NUMBER 115308**

For legal services rendered through 4/30/2020

### *Account Summary*

| | |
|---|---|
| Current Invoice Total: | $750.00 |
| Previous Balance: | $109.44 |
| Payments Received: | ($109.44) |
| TOTAL AMOUNT NOW DUE: | $750.00 |

*Please include this portion with payment*

**Make checks payable to:**

Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109

*Please include Invoice # and Account ID on check.*

| | |
|---|---|
| **Invoice Number:** | 115344 |
| **Invoice Date:** | May 7, 2020 |
| **Account ID:** | 006308 |
| **Amount Due:** | 750.00 |
| **Amount Enclosed:** | |

SCR\MAUCK, ANN/GENERAL

GESMER UPDEGROVE LLP
ATTORNEYS AT LAW

INVOICE NUMBER: 115344
INVOICE DATE: MAY 7, 2020
ACCOUNT NUMBER: 006308
SCR/F3

## GENERAL

| PROFESSIONAL SERVICES | | | Hours | Amount |
|---|---|---|---|---|
| 04/08/20 | THD | Conference call with Ms. ▮ and FBI and US Attorney; review email and attachments in preparation for call | 2.00 | 600.00 |
| 04/13/20 | JJL | Confer with Mr. Durkin regarding FBI inquiry | .25 | 75.00 |
| 04/16/20 | THD | Review materials from Ms. ▮ and email same to US Attorney | .25 | 75.00 |
| | | **Subtotal for Professional Services:** | **2.50** | **750.00** |

### SUBTOTAL FOR GENERAL:

**750.00**

| | | |
|---|---|---|
| *Total Professional Services Rendered* | | *750.00* |
| *Total Expenses* | | *0.00* |
| ***Total Amount For This Bill*** | | **$ 750.00** |

| TIMEKEEPER SUMMARY | Hours | Rate | Amount |
|---|---|---|---|
| Tom Durkin | 2.25 | 300.00 | 675.00 |
| Joseph J. Laferrera | 0.25 | 300.00 | 75.00 |

Account Detail

GESMER UPDEGROVE LLP
ATTORNEYS AT LAW

40 BROAD STREET
BOSTON, MA 02109
PHONE: 617.350.6800
FAX: 617.350.6878

Invoice submitted to:

███████████████

| | |
|---|---|
| **Invoice Number:** | 116012 |
| **Invoice Date:** | July 9, 2020 |
| **Account ID:** | 006308 |

**Send via email:** ███████████████

For legal services rendered through 6/30/2020

### Account Summary

| | |
|---|---|
| Current Invoice Total: | $218.88 |
| Previous Balance: | $750.00 |
| Payments Received: | ($750.00) |
| TOTAL AMOUNT NOW DUE: | $218.88 |

*Please include this portion with payment*

**Make checks payable to:**

Gesmer Updegrove LLP
40 Broad Street
Boston, MA  02109

*Please include Invoice # and Account ID on check.*

| | |
|---|---|
| **Invoice Number:** | 116012 |
| **Invoice Date:** | July 9, 2020 |
| **Account ID:** | 006308 |
| **Amount Due:** | 218.88 |
| **Amount Enclosed:** | |

SCR\MAUCK, ANN/GENERAL

GESMER UPDEGROVE LLP
ATTORNEYS AT LAW

INVOICE NUMBER: 116012
INVOICE DATE: JULY 9, 2020
ACCOUNT NUMBER: 006308
SCR/F3

## GENERAL

| PROFESSIONAL SERVICES | | | Hours | Amount |
|---|---|---|---|---|
| 06/19/20 | THD | Tc with Mr. Looney, US attorney's office, regarding communication from Mr. Kabra, and email ████ re same | .25 | 106.25 |
| 06/22/20 | THD | Email US attorney re ████ and tc with US attorney re same | .25 | 106.25 |
| | | **Subtotal for Professional Services:** | **0.50** | **212.50** |

Disbursements: copies, phone & other                                             **6.38**

**SUBTOTAL FOR GENERAL:**                                                      **218.88**

| | |
|---|---|
| *Total Professional Services Rendered* | *212.50* |
| *Disbursements: copies, phone & other* | *6.38* |
| *Total Expenses* | *0.00* |
| ***Total Amount For This Bill*** | **$ 218.88** |

| **TIMEKEEPER SUMMARY** | Hours | Rate | Amount |
|---|---|---|---|
| Tom Durkin | 0.50 | 425.00 | 212.50 |

GESMER UPDEGROVE LLP
ATTORNEYS AT LAW

40 BROAD STREET
BOSTON, MA 02109
PHONE: 617.350.6800
FAX: 617.350.6878

Invoice submitted to:

| | |
|---|---|
| **Invoice Number:** | 118824 |
| **Invoice Date:** | March 16, 2021 |
| **Account ID:** | 006308 |

**Send via email:**

For legal services rendered through 2/28/2021

## Account Summary

| | |
|---|---|
| Current Invoice Total: | $955.84 |
| Previous Balance: | $218.88 |
| Payments Received: | ($218.88) |
| TOTAL AMOUNT NOW DUE: | $955.84 |

*Please include this portion with payment*

**Make checks payable to:**

Gesmer Updegrove LLP
40 Broad Street
Boston, MA  02109

*Please include Invoice # and Account ID on check.*

| | |
|---|---|
| **Invoice Number:** | 118824 |
| **Invoice Date:** | March 16, 2021 |
| **Account ID:** | 006308 |
| **Amount Due:** | 955.84 |
| **Amount Enclosed:** | |

SCR\MAUCK, ANN/GENERAL

GESMER UPDEGROVE LLP
ATTORNEYS AT LAW

INVOICE NUMBER: 118824
INVOICE DATE: MARCH 16, 2021
ACCOUNT NUMBER: 006308
SCR/F3

## GENERAL

| PROFESSIONAL SERVICES | | | Hours | Amount |
|---|---|---|---|---|
| 02/16/21 | THD | Review email from Ms. ▓▓▓ re trial and company issues; tcs with Ms. ▓▓▓ re same; email and tc with US Attorney re same | .75 | 330.00 |
| 02/19/21 | THD | Tc with Ms. ▓▓▓ and US attorneys re upcoming trial of Mr. Kabra | .75 | 330.00 |
| 02/24/21 | MDB | Review and respond to email from T. Durkin | .10 | 39.50 |
| 02/24/21 | THD | Tc with Ms. ▓▓▓ re trial issues and tc with litigation partner re same | .25 | 110.00 |
| 02/25/21 | MDB | Review indictment; email to T. Durkin | .30 | 118.50 |
| | | **Subtotal for Professional Services:** | **2.15** | **928.00** |

Disbursements: copies, phone & other                                                **27.84**

**SUBTOTAL FOR GENERAL:**                                                            **955.84**

| | |
|---|---|
| *Total Professional Services Rendered* | *928.00* |
| *Disbursements: copies, phone & other* | *27.84* |
| *Total Expenses* | *0.00* |
| ***Total Amount For This Bill*** | **$955.84** |

| TIMEKEEPER SUMMARY | Hours | Rate | Amount |
|---|---|---|---|
| Michael Brier | 0.40 | 395.00 | 158.00 |
| Tom Durkin | 1.75 | 440.00 | 770.00 |

GESMER UPDEGROVE LLP
ATTORNEYS AT LAW

40 BROAD STREET
BOSTON, MA 02109
PHONE: 617.350.6800
FAX: 617.350.6878

Invoice submitted to:

█████████████████████████

**Invoice Number:** 119111
**Invoice Date:** April 12, 2021
**Account ID:** 006308

**Send via email:** ███████████████████

For legal services rendered through 3/31/2021

## *Account Summary*

| | |
|---|---|
| Current Invoice Total: | $488.22 |
| Previous Balance: | $955.84 |
| Payments Received: | ($955.84) |
| TOTAL AMOUNT NOW DUE: | $488.22 |

*Please include this portion with payment*

**Make checks payable to:**

Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109

*Please include Invoice # and Account ID on check.*

**Invoice Number:** 119111
**Invoice Date:** April 12, 2021
**Account ID:** 006308
**Amount Due:** 488.22
**Amount Enclosed:** _____

SCR\MAUCK, ANN/GENERAL

# GESMER UPDEGROVE LLP
ATTORNEYS AT LAW

INVOICE NUMBER: 119111
INVOICE DATE: APRIL 12, 2021
ACCOUNT NUMBER: 006308
SCR/F3

## GENERAL

| PROFESSIONAL SERVICES | | | Hours | Amount |
|---|---|---|---|---|
| 03/23/21 | MDB | Prepare for and conduct teleconference with client after review of docket re plea deal, case status; follow up research re: restitution for victims not named in indictment and email to client re same | 1.20 | 474.00 |
| | | **Subtotal for Professional Services:** | **1.20** | **474.00** |

Disbursements: copies, phone & other **14.22**

**SUBTOTAL FOR GENERAL:** **488.22**

| | |
|---|---|
| *Total Professional Services Rendered* | *474.00* |
| *Disbursements: copies, phone & other* | *14.22* |
| *Total Expenses* | *0.00* |
| ***Total Amount For This Bill*** | **$ 488.22** |

| TIMEKEEPER SUMMARY | Hours | Rate | Amount |
|---|---|---|---|
| Michael Brier | 1.20 | 395.00 | 474.00 |

Account Detail

# GESMER UPDEGROVE LLP
ATTORNEYS AT LAW

40 BROAD STREET
BOSTON, MA 02109
PHONE: 617.350.6800
FAX: 617.350.6878

Invoice submitted to:

**Invoice Number:** 119844
**Invoice Date:** June 17, 2021
**Account ID:** 006308

**Send via email:**

For legal services rendered through 5/31/2021

## *Account Summary*

| | |
|---|---|
| Current Invoice Total: | $113.30 |
| Previous Balance: | $488.22 |
| Payments Received: | ($488.22) |
| TOTAL AMOUNT NOW DUE: | $113.30 |

*Please include this portion with payment*

**Make checks payable to:**

Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109

*Please include Invoice # and Account ID on check.*

**Invoice Number:** 119844
**Invoice Date:** June 17, 2021
**Account ID:** 006308
**Amount Due:** 113.30
**Amount Enclosed:** _____

SCR\MAUCK, ANN/GENERAL

GESMER UPDEGROVE LLP
ATTORNEYS AT LAW

INVOICE NUMBER: 119844
INVOICE DATE: JUNE 17, 2021
ACCOUNT NUMBER: 006308
SCR/F3

## GENERAL

| PROFESSIONAL SERVICES | | | Hours | Amount |
|---|---|---|---|---|
| 05/11/21 | THD | Review and comment on impact questionnaire for Kabra case; email Ms. ▮▮▮▮ re same | .25 | 110.00 |
| | | **Subtotal for Professional Services:** | **0.25** | **110.00** |

Disbursements: copies, phone & other

**3.30**

## SUBTOTAL FOR GENERAL:

**113.30**

| | |
|---|---|
| *Total Professional Services Rendered* | *110.00* |
| *Disbursements: copies, phone & other* | *3.30* |
| *Total Expenses* | *0.00* |
| **Total Amount For This Bill** | **$ 113.30** |

| TIMEKEEPER SUMMARY | Hours | Rate | Amount |
|---|---|---|---|
| Tom Durkin | 0.25 | 440.00 | 110.00 |

Account Detail

# EXHIBIT UU
# (Public Redacted)

# Capobianco Law, P.C.

### Time Activities by Client Detail
Activity: August 7, 2019 - July 26, 2021

| ACTIVITY DATE | EMPLOYEE | MEMO/DESCRIPTION | DURATION | RATES | AMOUNT |
|---|---|---|---|---|---|
| **6690** ▮ | | | | | |
| **000 Promissory Note** | | | | | |
| 08/07/2019 | TC | Review article regarding Tan's arrest.  Respond to client with number from US Atty Office to report involvement with Tan and recommend contacting them. | 0:12 | 315.00 | 63.00 |
| 08/08/2019 | TC | Telephone call with client re contacting USAO to report his losses.   Review email forwarded from C. Looney re setting up interview. | 0:12 | 315.00 | 63.00 |
| 08/09/2019 | TC | Communications with client regarding establishing meeting with C. Looney.  Telephone call with USAO office to set up meeting for 8/23/2019.  Follow up with client with list of items needed pre-meeting. | 0:48 | 315.00 | 252.00 |
| 08/12/2019 | TC | Schedule meeting with USAO for 8/23/2019. | 0:12 | 315.00 | 63.00 |
| 08/21/2019 | TC | Telephone call with Chris Looney; update client. | 0:30 | 315.00 | 157.50 |
| 08/21/2019 | TC | Email to C. Looney re rescheduling meeting as phone/video conference due to client schedule. | 0:06 | 315.00 | 31.50 |
| 08/23/2019 | TC | Meeting with client before conference call; conference call with SEC, USAO, FBI.  Post-call communications with SEC and USAO for secure upload. | 3:48 | 315.00 | 1,197.00 |
| 08/26/2019 | TC | Review Grand Jury Subpoena, forward to client for review.  Brief call with client re same. | 0:18 | 315.00 | 94.50 |
| 08/27/2019 | TC | Review subpoena.  Forward subpoena to client with instructions for  providing documents for USAO | 0:18 | 315.00 | 94.50 |
| 08/30/2019 | TC | Follow up with USAO for portal link to upload docs in response to subpoena | 0:06 | 300.00 | 30.00 |
| 09/01/2019 | TC | Request link to upload data per KOR subpoena. | 0:06 | 315.00 | 31.50 |
| 09/03/2019 | PC | Bates stamp and scan all documents for upload. | 1:24 | 95.00 | 133.00 |
| 09/05/2019 | TC | Upload documents to USAO Portal and SEC Portal. | 0:54 | 315.00 | 283.50 |
| 09/09/2019 | TC | Review charges posted by DOJ.  Share with client. | 0:06 | 315.00 | 31.50 |
| 09/22/2019 | TC | Review update from DOJ and forward to client. | 0:18 | 315.00 | 94.50 |
| 10/03/2019 | TC | Review USDOJ update, obtain order, and forward to client. | 0:12 | 315.00 | 63.00 |
| 10/08/2019 | TC | Forward email to Chris Looney at DOJ re Tan's social media posts | 0:12 | 315.00 | 63.00 |
| 10/09/2019 | TC | Review client's email with screen shot of Tan's IG post; follow up with client re same.  Forward email to C. Looney. | 0:18 | 315.00 | 94.50 |
| 01/28/2020 | TC | Review notice of status conference, forward to client. | 0:06 | 315.00 | 31.50 |
| 03/05/2020 | TC | Review and forward notice of status conference to client. | 0:06 | 315.00 | 31.50 |
| 04/23/2020 | TC | Review notice of status conference, update client | 0:06 | 315.00 | 31.50 |
| 07/29/2020 | TC | Review updated notice of hearing, forward to client. | 0:06 | 315.00 | 31.50 |
| 09/18/2020 | TC | Communications with client regarding upcoming hearing and Tan's current websites. | 0:24 | 315.00 | 126.00 |
| 10/16/2020 | TC | Meeting with client to review status of case. | 0:42 | 315.00 | 220.50 |

# Capobianco Law, P.C.

Time Activities by  Client Detail

Activity: August 7, 2019 - July 26, 2021

| ACTIVITY DATE | EMPLOYEE | MEMO/DESCRIPTION | DURATION | RATES | AMOUNT |
|---|---|---|---|---|---|
| 10/26/2020 | TC | Review email from US Atty Chris Looney, respond to same.  Set up time for conversation tomorrow.  Update client. | 0:06 | 315.00 | 31.50 |
| 10/27/2020 | TC | Telephone call with Chris Looney, US Attorney.  Follow up with client.  Forward websites to C. Looney, request November dates for interviewing client. | 0:24 | 315.00 | 126.00 |
| 12/28/2020 | TC | Update client, trial scheduled for  April 2021. | 0:06 | 315.00 | 31.50 |
| 03/06/2021 | TC | Telephone call with C. Looney seeking date for trial prep meeting.  Communicate with client for availability. | 0:12 | 315.00 | 63.00 |
| 03/14/2021 | TC | Schedule meeting for 3/16/2021. | 0:06 | 315.00 | 31.50 |
| 03/19/2021 | TC | Meeting with client in advance of call with USAO; review information from C. Looney and forward to client for review. | 1:48 | 315.00 | 567.00 |
| 03/30/2021 | TC | Forward notice of plea hearing to client; communications re same. | 0:12 | 315.00 | 63.00 |
| 04/08/2021 | TC | Register to attend plea hearing via zoom; forward instructions for same to client.  Attend plea hearing, follow up with client. | 1:42 | 315.00 | 535.50 |
| 04/12/2021 | TC | Review email from client with victim form; advise client to complete for filing. | 0:06 | 315.00 | 31.50 |
| 05/10/2021 | TC | Review and comment on submission; submit same to DOJ. | 0:24 | 315.00 | 126.00 |
| 07/22/2021 | TC | Telephone call with Chris Looney re restitution and payment of atty fees.  Follow up with client re same. | 0:18 | 315.00 | 94.50 |
| **Total for 000 Promissory Note** | | | **16:54** | | **$5,014.00** |
| **Total for 6690** ▉ | | | **16:54** | | **$5,014.00** |