UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TANMAYA KABRA )<br>)<br>) | Criminal Action No. 19-cr-10335 |

**DEFENDANT TAN KABRA'S ASSENTED TO MOTION TO EXTEND FILING DEADLINE FOR OPPOSITION TO THE GOVERNMENT'S MOTION FOR RESTITUTUION**

Defendant Tanmaya Kabra ("Defendant"), by and through his undersigned attorneys, respectfully moves the Court for an order extending the deadline for filing his Opposition to the Government's Motion for Restitution until **Tuesday, September 7, 2021**.  In support of this motion, Defendant states as follows:

1. On August 20, 2021, the Government filed a Motion for Restitution.

2. Defendant requires this brief extension due to undersigned counsel's preexisting commitments and to permit counsel to work with the Government to resolve some of the issues raised in the Motion for Restitution.

3. The Government has assented to Defendant's request for this brief extension.

Wherefore, for the reasons stated herein, Defendant respectfully requests that the Court extend the filing deadline for Defendant's Opposition until **Tuesday, September 7, 2021**.

1

Respectfully submitted,

TANMAYA KABRA


By his attorneys,

/s/ Michael J. Connolly
Michael J. Connolly
Julianna Malogolowkin
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
mconnolly@hinckleyallen.com
jmalogolowkin@hinckleyallen.com
Tel. (617) 345-9000
Fax (617) 345-9020


**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2021, a copy of the foregoing Sentencing Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


/s/  Michael J. Connolly
Michael J. Connolly
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000 (phone)
(617) 345-9020 (fax)
mconnolly@haslaw.com