UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 19-cr-10335 |
| TANMAYA KABRA | ) ) ) ) ) | |

**DEFENDANT TANMAYA KABRA'S REPLY TO THE GOVERNMENT'S
MOTION FOR RESTITUTION**

Defendant Tanmaya Kabra ("Mr. Kabra") hereby agrees to pay the entire restitution amount requested by the Government in its Motion for Restitution. By doing so, Mr. Kabra does not admit that there was fraudulent conduct with regard to Victim No. 7, Victim No. 15, Victim No. 25, Victim No. 26, Victim No. 27, and Victim No. 28. Mr. Kabra respectfully submits that there were business disputes between his business, LaunchByte LLC, and each of those individuals. Nonetheless, Mr. Kabra wishes to resolve these business disputes and, in the interests of conserving the resources of the Court and the Government and putting all such disputes involving LaunchByte behind him, Mr. Kabra agrees that all such claims be included as part of the restitution amount owed in this matter.

Counsel for the Government, Assistant U.S. Attorney Christopher Looney, has assented to the requested relief.

Accordingly, Mr. Kabra respectfully urges the Court to grant the Government's Motion for Restitution as all disputes are moot.

Respectfully submitted,

TANMAYA KABRA

By his attorneys,

/s/ Michael J. Connolly
Michael J. Connolly
Julianna Malogolowkin
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
mconnolly@hinckleyallen.com
jmalogolowkin@hinckleyallen.com
Tel. (617) 345-9000
Fax (617) 345-9020

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2021, a copy of the foregoing Sentencing Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Michael J. Connolly