## APPENDIX

## AMOUNTS OF RESTITUTION OWED TO TANMAYA KABRA'S VICTIMS

| Victim Number | VNS ID | Amount Owed |
|---|---|---|
| Victim No. 1 | 6080388 | $262,438 |
| Victim No. 2 | 6077657 | $0 |
| Victim No. 3 | 6080389 | $258,589 |
| Victim No. 4 | 6077659 | $0 |
| Victim No. 5 | 6535193 | $75,000 |
| Victim No. 6 | 6535190 | $85,000 |
| Victim No. 7 | 6535189 | $176,250 |
| Victim No. 8 | 6535265 | $96,035.24 |
| Victim No. 9 | 6080397 | $100,000 |
| Victim No. 10 | 6077631 | $100,000 |
| Victim No. 11 | 6080396 | $95,000 |
| Victim No. 12 | 6080373 | $85,014 |
| Victim No. 13 | 6535242 | $25,000 |
| Victim No. 14 | 6535218 | $150,000 |
| Victim No. 15 | 6080392 | $30,000 |
| Victim No. 16 | 6535213 | $2,000 |
| Victim No. 17 | 6535241 | $28,000 |
| Victim No. 18 | 6532924 | $15,000 |
| Victim No. 19 | 6535210 | $0 |
| Victim No. 20 | 6062623 | $0 |
| Victim No. 21 | 6080387 | $40,000 |
| Victim No. 22 | 6080390 | $25,000 |
| Victim No. 23 | 6080391 | $25,000 |
| Victim No. 24 | 6535192 | $22,000 |
| Victim No. 25 | 6535243 | $25,000 |
| Victim No. 26 | 6535243 | $70,000 |
| Victim No. 27 | 6535243 | $30,000 |
| Victim No. 28 | 6535214 | $21,780 |
| **Total** | | **$1,842,106.24** |