# EXHIBIT A

MICA (P) 195/08/2006

Volume 9, Issue 5-06/07 - December 2006

*A Singapore American School community service publication*



Photo by Karen Chen CW

# SAS Hosts Dr. Jane Goodall on Pulau Ubin

*By Kate Thome with help from Martha Began, Zeeb McNicol and Steve Early*

Saturday, November 4th was an extraordinary day for members of SAS's environmental clubs, SAVE (Students Against Violating the Environment), ECO Club and Greenfinger's Garden Club. As members of Dr. Jane Goodall's Roots & Shoots program we were invited to host her for an outdoor activity! Wow! What a privilege!

Imagine our excitement to be with the most famous primatologist in the world! Her work with chimpanzees taught us so much about our nearest primate cousins and helped us to see many similarities in behavior, family structure and intelligence. As her work progressed over the years, she became increasingly aware of the challenges facing the chimpanzees due to habitat loss, poaching and the illegal pet trade. She realized that these huge issues faced many other species as well, and she sought a solution to the impeding crisis.

Always an optimist, she found hope and inspiration from working with students, and with a few students, she formed her Roots & Shoots clubs in 1991. From the small core group of students has grown a mighty organization of over 9,000 active Roots & Shoots clubs in over 90 countries throughout the world. The name of the group, Roots & Shoots helps us to visualize the combined force that a small but well rooted young plant, a shoot, can make in penetrating a barrier like a brick wall. The image of a brick wall represents the challenges facing us on our planet, of how to live without further damage to the environment, and in peace and with respect for all forms of life. The Roots & Shoots program focuses on the empowerment of young people to become those mighty shoots who can lead others to make changes for the better, not just for animals, but for people and for the environment as well.

**continued on page 16...**



**Robert Gross**
**Superintendent of Schools**



**Mark Boyer**
**Asst. Superintendent**
**Curriculum and Instruction**



**Rhonda Norris**
**Asst. Superintendent**
**Business**



**David Hoss**
**Principal**
**Primary School**



**Marian DeGroot**
**Principal**
**Intermediate School**



**Robert Godley**
**Principal**
**Middle School**



**David Norcott**
**Principal**
**High School**

## In This Issue

03 Calendar Highlights
04 Boni Kapel – Veteran SAS Secretary Retires
   Brent Mutsch – Appointed SAS Superintendent – July 2007
05 Star Appeal Dinner
06 SAS PTA
11 Faculty Sports
12 Booster News
14 SAS JV Eagles Meet US International Eagles
15 Vasity Basketball Teams
16 SAS Hosts Dr. Jane Goodall on Pulau Ubin
18 Community Service
19 Tabitha Founder Inspires Fifth Graders
20 Migrant Worker Program
21 PS New
22 HS Class Murals
23 Ninth Annual SEA Honor Band Festival

### Are You Receiving What's Happening at SAS?

We are sending all parents and guardians a regular weekly *What's Happening at SAS* newsletter by email. If you have not been receiving the weekly email, probably we do not have your correct email address. Send us an email at *communications@sas.edu.sg* to give us your current email address. The distribution can include both parent email addresses. The weekly *What's Happening at SAS* will also be posted on the website at *http://www.sas.edu.sg.*

**NEWSFLASH** is published monthly by the Communications Office of the Singapore American School. It is distributed free of charge to the parents, faculty members and organizations served by the school.



**COMMUNICATIONS OFFICE**
Singapore American School
40 Woodlands Street 41
Singapore 738547
**Tel:** 6360-6303
**SAS Website:** http://www.sas.edu.sg

**Editor:** Ms. Beth Gribbon
**Staff Editor:** Mr. Scott Duncan
**Layout Design:** Ms. Joey Lew

We welcome input from the community associated with Singapore American School

(No Issue in January)

February NewsFlash
Deadline: January 26, 2006
Publication Date: February 12, 2006

Email Community News
Input to bgribbon@sas.edu.sg

Email Trading Post
Input to trade@sas.edu.sg
Trading Post advertising is restricted to non-commercial items only from SAS students, parents and staff

## December 2006

| | |
|---|---|
| 9 | ACSIS Tennis Tournament 8:00am – 6:00pm (SAS/UWC) |
| 11 | HS Final Exams 8:00am – 12:00pm, Period 5 & 6 |
| 12 | PTA Board Meeting 11:30am (PTA Office) |
| | HS Final Exams 8:00am – 12:00pm, Period 1 & 2 |
| | MS Band Concert 7:00pm (Auditorium) |
| 13 | **Alternate Dress Day** |
| | HS Final Exams 8:00am – 12noon, Period 7 & 8 |

| | |
|---|---|
| 14 | HS Final Exams 8:00am – 12:00noon, Period 3 & 4 |
| | Winter Ball 9:00pm – 1:00am (Tanglin Club) |
| 15 | **Holiday Alternate Dress Day** |
| | **No School for HS Students** |
| | PS/IS Holiday Parties 1:30pm |
| | December Graduation 10:00am (Drama Theater) |
| 16-31 | **WINTER BREAK (NO SCHOOL)** |



* Campus Mosquito Fogging, every Sunday 5:00pm – 7:00pm

## January 2007

| | |
|---|---|
| 1-7 | **WINTER BREAK (NO SCHOOL)** |
| 4-6 | Malaysian Swim Camp – HS Swim Team |
| 8 | **Students' Late Start 10:00am** |
| | No AM Pre-Sch , PM Pre-Sch is in Session |
| | New Student Orientation |
| | HS Re-take and New Student Yearbook Portraits 8:00am – 4:00pm |
| 8-9 | New Student Sign-up for Interim programs |
| 10 | **Alternate Dress Day** |
| 12 | PS/IS/MS Report Cards Go/Mailed Home |
| 13 | Rugby Exchange in Bangkok |
| | Swimming Exchange in Manila |
| 15 | PS Parent Coffee 8:30am (P220/221-PS Faculty Lounge) |
| | PTA Coffee 10:00am (H301) |
| 15-19 | SACAC Registration 9:00am – 4:00pm (SACAC Office) |
| 16 | PTA Board Meeting 9:30am (PTA Office) |
| | MS New Student Photo Taking |
| 18 | College Information Night for Parents of HS Juniors 7:00pm (Drama Theater) |

| | |
|---|---|
| 19 | PTA New Parent Welcome Coffee 9:30am (PTA Office) |
| | MS Band to Kuala Lumpur |
| 19-20 | HS Student-Led Production 7:00pm (Drama Theater) |
| 20 | SACAC Registration 9:00am – 12:00noon (HS Cafeteria) |
| 22 | Booster Club Meeting 9:30am (H301) |
| 23 | Interim Semester Parent Orientation Evening 7:15pm – 8:00pm |
| 24 | **Alternate Dress Day** |
| 25-27 | IASAS Basketball in Bangkok |
| | IASAS Rugby/Touch in Kuala Lumpur |
| | IASAS Swimming in Taipei |
| | IASAS Tennis in Manila |
| 27 | SAT & Subject Tests |
| 29 | HS Honor Roll Recognition 11:25am |
| 31 | Badminton/Softball/Track & Field Seasons Begin |



## February 2007

* Campus Mosquito Fogging, every Sunday 5:00pm – 7:00pm

| | |
|---|---|
| 1 | HS Second Season Sports Award Night |
| 2-3 | SEAMC Math Competition (UWC & SAS) |
| 5 | ECC Parent Coffee 8:30am (ECC Grouproom) |
| | IS Parent Coffee 8:15am – 9:15am (5th Grade Grouproom, I311) |
| | MS Parent Coffee 10:00am (M301) |
| | HS PTA Coffee 8:30am (H301) |

| | |
|---|---|
| 6 | IASAS Math Test 8:30am – 10:00am (Auditorium) |
| | Financial Aid for US Citizens – Junior Parents 7:00pm (H301) |
| 9 | HS Student Council Spirit Day (Valentine's Dress Day) |
| 10 | PTA Wine Tasting Dinner/Silent Auction 7:00pm |
| 10-20 | HS Interim Semester |

## Boni Kapel — Veteran SAS Secretary Retires



This month Singapore American School will say good-bye to a long serving and greatly admired employee. Boni Kapel, who has worked as the secretary to the high school principal (14 of them) for 36 years, will be retiring in December. Arriving at the King's Road campus in 1970, Boni joined a school of less than 300 high school students. Throughout the years of growth and change at SAS, she has been a constantly relied upon source of the school's history and traditions.

Over the years Boni has touched the lives of thousands of student, hundreds of faculty and staff members and a fourteen high school principals. Teresa Sim, SAS Director of Human Resourced, shared some excerpts of comments made by the various principals that Boni has worked for over the years.

*Boni's ability to understand situations, take initiative, lead and work as a team member is tremendous. She is appreciated not only for her hard work and expertise but also her positive attitude and wonderful sense of humor. It is amazing that her enthusiasm and dedication to her work and to SAS remain at an outstanding level even after so many years of service. She is universally respected by all high school constituents. She is very valuable to the functioning of the SAS High School and to the school as a whole. The staff considered it an honor and a pleasure to work with her. She is truly a wonderful member of our community.*

## Brent Mutsch — Appointed SAS Superintendent — July 2007



Brent Mutsch was recently appointed Superintendent of Singapore American School for the 2007-2008 school year. Currently Superintendent of Schools at the Saudi Aramco Schools in Saudi Arabia, he is a highly respected educator with years of experience in the United States and overseas.

Dr. Mutsch began his career as a teacher of American history and government and then worked as a counselor, associate high school principal, high school principal and superintendent in Iowa and Colorado. After twenty-one years in public education in the United States, he moved to Daharan, Saudi Arabia in 1994 where he worked as the deputy superintendent and superintendent of International Schools Group before moving to his current position in 2002.

Dr. Mutsch received his undergraduate education at St. Olaf College in Northfield, Minnesota, his MA at the University of Iowa, his Certificate of Advanced Study in Educational Administration at Iowa State University and his Doctor of Education at the University of Northern Colorado.

Joined by his wife Maggie, Mutsch will be moving to Singapore in July, replacing Bob Gross who has been Superintendent of Singapore American School for the past eight years.

# Star Appeal Dinner – Friday March 2nd
## Singapore American School Educational Foundation Special Event

*I*n support of the SAS Educational Foundation, the second annual Star Appeal Dinner will be held on Friday, March 2nd at the Goodwood Park Hotel. 250 guests will enjoy a gala evening of fine dining and musical performances by SAS students.

Hosted for the first time last year, the inaugural Star Appeal Dinner contributed $300,000 of the total $450,000 raised for the Foundation during the 2005-2006 school year. Along with a founding donation of $100,000 made by the PTA in June 2005, the Star Appeal Dinner showcased the importance of this new fund to the future of SAS.

Donations to the SAS Educational Foundation are being used this year to fund financial aid and scholarships, athletic and intramural activities, visual and performing arts programs, community service projects and other special projects including a SAS Parent Lecture Series, bringing guest speakers to share their expertise about parenting with our families. In addition, $200,000 has been put aside in an endowment fund to help ensure the future financial security of the school.

Again this year, the Star Appeal Dinner will be hosted by Elizabeth Khoo and underwritten by the Khoo Foundation ensuring that all donations go directly to the SAS Educational Foundation. Last year's dinner was organized by a parent committee including Elizabeth Khoo, Fae Varinata, Susanna Wong, Janie Ooi, Wendy Yap, Susan Murray and Viki Zulkoski who were all enormously dedicated to making sure this evening was a spectacular hit. Many generous patrons purchased entire tables at $10,000 each, and hosted friends of SAS in an evening that will long be remembered for the fun that was had by all and by the enormous contribution made to the school.



This year's committee, including Susanna Wong, Bon Sun Koo, Susie Seo, Eun Choo Khoo, Janine Byrne and Beth Gribbon, has already begun planning what promises to be a wonderful evening of gourmet food, fine wines and special student entertainment. A donation of S$10,000 for a table or $1,000 for an individual seat contributes to the SAS Educational Foundation and provides a gala evening with members of the school community. Although there will be other opportunities to do so, the dinner will also be a nice evening for us to say goodbye to Bob Gross, who will be leaving SAS in June after eight years as our Superintendent.

Invitations to the Star Appeal Dinner will be mailed to all SAS families in January. If you are interested in attending the dinner or would like additional information about purchasing a table or making a donation to the SAS Educational Foundation please contact Beth Gribbon at 6360-6303 or by email at *bgribbon@sas.edu.sg*.

We look forward to seeing many of you at the Star Appeal Dinner on March 2nd.

**SAS Educational Foundation**
Total Amount Donated for 2005-06: $450,000

To support the following programs:

| | |
|---|---|
| Community Service Projects | $20,000 |
| Athletics and Intramural Activities | $30,000 |
| Visual and Performing Arts Program | $30,000 |
| Funding for Special School Projects | $50,000 |
| Financial Aid for Students | $120,000 |
| Endowment Fund (Long-Term Investment) | $200,000 |

Alumni & Development

# 2007 PTA County Fair

## Save the Day...
### February 24th, 2007
### 11:00 - 4:00

## Used Book Drive
### January 10th - 15th

Gather up those books overflowing on your shelf or your books your children have outgrown or even books YOU have outgrown. Bring your boxes, bags, carts and wagons full of books to one of the 6 drop off locations throughout Singapore or the PTA office at SAS. Help us make our goal of 15,000 books!

Visit www.sas.edu.sg/Events/countyfair.html for drop off locations.
Contact Lee Ann or Cynthia with any questions at mom@thehouseofchaos.com or cynthia3403@aol.com

### Entertainment

Do you like to perform in front of crowds? Do you know someone who does? The County Fair is looking for you!! Contact Susan Murray at jmurray@yahoo.com!

### Volunteers Needed:
WANTED! WANTED! WANTED!
The PTA's Most Wanted List Includes YOU!!
County Fair Volunteers Needed!!!
For more information Contact Annie Martino: martingirls@hotmail.com



### Silent Auction

Do you want the world to see your artwork? Start preparing your artwork now so it's completed by February 15th. See what the highest bid on your artwork can be, you could be the next Picasso!! Contact Viki Zulkowski at cabbydog@pacific.net.sg for more information!





SAS PTA COUNTY FAIR 2007

## PTA President Letter



*A*s I glance at the calendar in preparation to turn the page to another month, it is hard to believe that we are almost half way through the school year. With the holiday season now upon us, I would like to take this opportunity to wish everyone a very healthy and happy Holiday Season. It is also the time of year, with a long school break, that many families take the opportunity to relocate to their next assignment. To those of you leaving SAS over the coming months, we bid you a fond farewell and wish you all the best in your new location. For those who had the opportunity to volunteer at SAS, we would like to thank you for all of the volunteer hours you have put in at school and for the support you have given the PTA during your stay in Singapore.

I would like to take this opportunity to recap some of the PTA activities that we have held since the start of the school year. We organized three days of presales for uniforms, hosted the Ice Cream Social at Open House, held over six Welcome Coffees for the various divisions and the whole school, provided refreshments at the four Back to School Nights, held our Carpet Auction, organized the Pumpkin Patch for the Primary School, held the Pumpkin Sales, ran our first White Elephant Sale, sent out our largest Scholastic Book order ever, organized Halloween parties for PS, IS & MS students, ran the International Food Fest and three days of the Book Fair. Whew! Sometimes thinking about all the events makes my head spin. I have often wanted to try and have all of our volunteers keep track of the hours they spend on PTA activities, but I realize it would be too much of an effort to keep track of all their time. I hope in some small way we have been able to offer some support to you and your family to allow you to feel and become a member of the SAS community.

While I know that many of you are concentrating on the upcoming holiday events and school break, I would like to ask you to take a minute to mark your calendar for the next PTA event. Our Gala Wine Dinner will be held on February 10th, 2007 at the Regent Hotel. This will be an elegant evening of gourmet food, fine wine and great company.  Delaine White-head and her committee have been working hard on the plans for this event, and I am sure that everyone will enjoy an impressive and spectacular evening.  While it may seem a long time away, it will be held only a few short weeks after we return from the holiday break. Seating will be arranged at tables of eight, so you can either make plans to join your friends by arranging your own table, or making new friends by signing up individually.

As always, please continue to check the PTA link located on the SAS website. You will find a host of useful information about PTA activities. Please go to *www.sas.edu.sg* and then click on the PTA link.

I would like to once again wish you and yours a very Safe and Happy Holiday Season, and a Joyous New Year!

*Susan Fay*
**PTA President**



# PTA Book Fair - November 20th to 22nd 2006
By Mae Anderson, SAS Parent and PTA Secretary

*R*ide the Adventure - Read! That was the theme of the 2006 PTA Book Fair. Students in the Primary and Intermediate Schools illustrated this theme in the Bookmark Contest. The judges had a difficult time selecting the winners, due to the creativity of all the entries. Everyone did a great job!



The bookmarks were displayed at the Book Fair in the Elementary Gym, which was packed with thousands of books of every type. Over three days, students, teachers, and parents shopped for books. A wonderful crew of SAS parents helped shoppers with their purchases. Author Shamini Flint was there  to sign her books, which have distinctive local flavor.

Back Row(L-R): Iskra Majewski, Betty Rhee, Susan You, Carlo Cabato
Front Row(L-R): Olivia Chuang, Avanya Rao, Anshul Jalali

An event like this cannot take place without the contributions of many. Thank you to all the dedicated volunteers who helped to make this event one for the books. A special note of appreciation should also be added for the dedication and efforts of Becky Moseley and Carol Peiffer who co-chaired the Book Fair.



# PTA
# *International*
# Food Fest



















For all the great shots:
www.sas.edu.sg/pta














*Many thanks to the countless hours the committees spent on making Food Fest 2006 a success. The committee members and their respective responsibilities were:*

Daywen Chu, China
Nishu Kaul, India
Kanae Nagasaki, Japan
Christiane Pinto, Latin America
Lanette Abdelnoor, Lebanon
Nene Amstrup, Philippines
Stella Lim, Singapore
Andrea Fulton, USA
Sujata Parekh, Coupon Sales Chair
Diane Sullivan, Theme Basket Chair

Arathi Nilakantan, India
Diana Widjaja, Indonesia
Lilly Borges-Osuna, Latin America
Gary Dwor-Frecaut, Lebanon
Jin Hurh, Korea
Beulah Schmitz, Philippines
Raweewun Weisel, Thailand
Tamara Markey, Drinks Chair
Maryam Farzaneh, Entertainment Chair
Linda Rossinksy, Vendor Fair Chair



# Thank You!



# SAS PTA Food Fest

November 4th, 2006,

The SAS PTA warmly thanks
our generous sponsors:

**American Club**
**Café Iguana**
**F & N Coca Cola Pte Ltd**
**Outback Steakhouse**
**Yeap Transport (SAS School Bus Company)**

**Allied Pickfords**
**Asian Tigers KC Dat**
**Auntie Anne's Pretzels**
**Cartus, formerly Cendant Mobility**
**Cold Storage**

**Haagen Daz**
**Jerry's BBQ**
**Juice Zone**
**Phoon Huat**

**Ritz Carlton Millenia Singapore**
**Santa Fe Relocations Company**
**Swiss Butchery**
**Urban Spirit**



# NEW to SAS?

Whether you just arrived
or have been here a while
PTA cordially invites you to a

# WELCOME COFFEE

Friday, January 19th
9:30 to 11:30 am
in the PTA office

Please join us for a brief presentation about PTA, followed by time
to meet other parents, learn about resources to help with settling in
to Singapore, and receive information about upcoming PTA activities.

## Questions?

For more information please
visit our PTA website at
www.pta.sas.edu.sg
or email pta@sas.edu.sg

Our Welcoming Committee
is available to help you
with your questions about
Singapore, the school or
just to make a contact
and say hello!!

Give one of us a call
or e-mail at any time.
We'd love to hear from you!

# OSIM Corporate Challenge Triathlon
## By Eric So, SAS Communications



*I*n a race that promised much and gave even more, Elementary Aquatics Director Cary Greegor took home first spot during the OSIM Corporate Challenge Triathlon, held at East Coast Park on November 4th, in a time of 01:15:21 (swim - 00:13:11, bike - 00:36:53, run - 00:25:18). The elementary swim instructor who competes and trains for long distance triathlons, endures a weekly training regimen that includes three swims, two bike rides, three runs, two weight/strength training sessions and a long ride and run on the weekend.

Asked what advice she had for people thinking of joining their first triathlon, she suggested that they "don't be intimidated and think that you have to excel in all three sports to compete in a triathlon. It is the variety that makes them fun." She added that joining a "mini" triathlon (250m swim, 10km bike and 2km run) might be a good way to get acquainted with the rigors of a triathlon and having fun at the same time.

Another Primary School teacher, Lynda Scott, enjoyed a strong day, although her training and experience is in longer endurance races. She showed strength on the bike to reel in the field in placing 4th in the Non-Profit Sprint Female category. Lynda recently placed first in her age group in the long distance Pulai triathlon, in Malaysia. ECC teacher Kristine White came in 12th and Eric So of the Communications office placed 35th in the Non-Profit Sprint Male group.

Middle School and High School were both represented by the teams of Catherine Parent, Jenelle Taylor, Audrey Forgeron and David Rops, Erik Torjesen, Judy Ridgway respectively.

# The Pulai Long Distance Triathlon
## By Lynda Scott, Kindergarten Teacher



*I* hypothesized that by doing a "trial race" one month before the real thing, I would benefit hugely and it would give me a real confidence boost. I was thinking, just take it easy, get to know the course, get a feel for the race. But almost 5 hours later, I was questioning not only the hypothesis, but also my sanity.

Ok, so I now knew the entry into the water – a gentle slope which allowed for some dolphin diving before swimming against a right to left current. I memorized all the hills and bends of the bike course and knew that it was along a bumpy deserted road with no shade but plenty of monkeys and the odd squashed snake. It seemed to be uphill on the way out and uphill on the way back, impossible but true! I also knew that the run section took me through a golf course and then over 2 km of hills before looping back on itself. Unfortunately I also knew that the "real race", to be held in a month's time, would be one of my biggest challenges ever!

The Tribob Pulai Long Distance Triathlon was held on October 7th, in Desaru, Malaysia. It consisted of a 2km ocean swim, 60km bike, and a 15 km run. An early start on race day at 7.30 am meant beautiful conditions for the swim. There was good cloud cover which hung around for much of the two hours on the bike. I felt well paced and fuelled for the run ahead. After threatening to shine, the sun was now in full force, with nothing but blue sky. What torture! The heat was oppressive. Some runners failed to make the cut, one collapsed just 1 km from the end. The amount of effort and focus required to just keep those legs moving was unbelievable.

Four hours, 45 minutes and 28 seconds after the start, I crossed the finish line. I finished first in my category and was the seventh overall female finisher. Another challenge ticked off the "to do list". Next up, Phuket International Triathlon in December, followed by Ironman Singapore, 2007.

# BOOSTER CLUB WISHES YOU A HAPPY HOLIDAY



假期快乐

*Buenas Vacaciones*

*Bonnes Vacances*

*Selamat Bercuti*


Pillow

January 29
Honor Roll Lunch
Drama Theatre
11:25am - 12:05pm


Bookmarkers


Silk Pillow


Bracelets

Earrings


Stocking


January 22
Booster Meeting
Room H301
9:30am


Table runner





## Home Tour Thank You
By Michelle Brunoehler, Booster Club President

Home Tour is the Booster Club's largest fundraiser of the school year. It was a success in part due to the sponsors and the many Booster volunteers who worked at the event. The Booster Club is grateful to the Morgan-Russell Family, Newman Family, Smith Family and Steel Family for opening up their beautifully decorated homes for the "Holiday Elegance in the Woodlands" Home Tour.

The staff of the Newsflash,  Beth Gribbon, Joey Lew and Eric So, were of invaluable assistance in helping with Home Tour advertising. Additionally, Azmee in the SAS Docutech printing room helped with the printing of the Home Tour Program.

Months in advance, the Home Tour Committee: Michelle Brunoehler, Susan Casella, Cynthia Hasan, Pat Ho Sang, Wendy Kwok, Amy Lee, Paula McCarvel, Barbara Molloy, Marie Small, Shelia Sung, Delaine Whitehead and Karen Witherspoon, began planning the event. The Booster Design Committee headed by Susan Casella and Pat Ho Sang began crafting and developing merchandise to be sold at the Home Tour in the months prior to the Tour. The painting assistance of Karin Boothe, Cathy Chin, Cynthia Hasan, Nancy Householder, Stella Leow, Christina Leung, Nurhan Leung, Kanae Nagasaki, Marcie Noel, Liz Reid, Annie Ringheim and Wendy Wuest was enlisted for the ceramic ornaments and wooden figures sold at Home Tour. Numerous sessions were also worked by Booster volunteers to package the merchandise.

The Booster Club wishes to thank the Home Tour sponsors: Art Forum Gallery, Art Trend Gallery, August Florist & Garden, Belmont Flora, Blooms N Things, Caring for Cambodia, Cedele Bakery, The China Collection, Cinnabar Design, Daniel's Framing, F & N Coca-Cola, Fairprice Antiques, Framing Angie, Jane's Arts & Crafts, Iggy's, Le Salon Hair Salon, Michelangelo's Restaurant, Nu Skin, Original Sin Mediterranean Cuisine, Peta Nation Florist, Pure Yoga, Riding for the Disabled, Santa Fe Transportation, Silverworks, Sweeney's Hair, Regent Hotel, Tabitha, Yeap Transportation and Ziegler Shoes.

Because of the magnitude of the event, over fifty Booster volunteers were needed to work the day of the event. Volunteers were home hostesses, bus hostesses and workers at the Booster sales table at the American Club.

This year, a silent auction for Christmas wreaths was added to the shopping section of the Home Tour. Hand-made wreaths were donated by Nancy Amidei, Michelle Brunoehler, Dana Hardesty, Cynthia Hasan, Nancy Householder, Janet Kleinhample, Maureen Lee, Paula McCarvel, Stephanie Morgan-Russell, Susan Murray, Liz Reid, Dale Schwarz, Anne Stocking and Wendy Wuest.

Thank you to all the guests who attended the 2006 Home Tour. Funds raised from this event are distributed by the Booster Club to various high school students' activities such as Interim Semester Scholarships, Senior Awards, Honor Roll Lunches, travel shirts for all students representing SAS, Popcorn Day before final exams, IASAS sports bags and more.

**HS Sports**

## SAS JV Eagles Meet US International Eagles
By David Dixon, JV Rugby Coach



On Friday, the 3rd of November, 35 JV rugby players were preparing for the first game of the Rugby season, an intramural game, "Reds" Vs "Blues." Thirty minutes before the game was to commence, the SAS JV boys were absolutely astounded to see several members from the United States International 7's Rugby team, the "US Eagles," in their dressing room.

A few days earlier a request had gone to the coach of the US team asking if he could spare a player or two to present the JV team with their jerseys. In some countries, it is traditional that when a player plays his first International, his jersey is presented to him by a retired international player. As many JV players were playing their first game, it was felt that a jersey presentation could make it a more memorable occasion. However, when the request was made to ask for a few players to attend, the coach of the US Eagles said, reluctantly, it would not be possible due to their upcoming weekend competitions.

That was until the players heard about the request.

The 'Senior' Eagles felt they had a responsibility to the 'Young' Eagles as some of these players would be the future of Rugby in the United States. At their insistence, the coach and manager relented and allowed the players to take some time out to attend the SAS jersey presentation. After a brief speech about what it means to be an 'Eagle' and how it was possible for some of the SAS Eagles to soar upward in the ranks of rugby to also become a US Eagle, the US international players took turns shaking hands and presenting the 'fledglings' with their first jerseys.

There cannot be many times when a JV team has had its country's international players turn up to present their jerseys!  After the presentations, the players and the US Eagles lined up on the main field for a wonderful photo, which has the SAS Eagle soaring in the background!

A special thank you goes to coach, Sam Sinbaldi and all the US Eagles for taking time out of their hectic schedule to do the jersey presentation and show the real nature of what Rugby and sportsmanship is all about.

For The Record: "Reds" won that first game, and "Blues" have won the next two; all players have improved with each game. The SAS JV team has 4 inter-school 15s games and has entered two teams into the 10 a side tournament in early December. The first 15s game against OFS was 12-12; OFS scoring on the bell to snatch a draw in a well played and exciting tussle.



**HS Sports**

## Varsity Basketball Teams Keep Eagle Tradition Alive in HKIS Holiday Tournament

By Martha Began and Clayton Crawford

This Thanksgiving holiday, the SAS boys' and girls' varsity basketball teams participated in the 37th Annual Hong Kong International School (HKIS) Holiday Basketball Tournament. Eight teams, from Okinawa, Seoul, Bangkok, Manila, Tokyo, Hong Kong, and Singapore competed in the tournament. In the past, SAS boys' and girls' teams have had success, but this year's tournament was marked by a high level of competition compared with the IASAS league.

The Lady Eagles had a rough start, but finished with two wins on the last day to place fifth. Court leadership by SAS tournament MVP Barbara Lodwick ensured the girls played with poise. The boys finished the round robin in second place, but due to the HKIS Dragon's sharp three-point shooting in the quarter final moved to the consolation game against Seoul Foreign School. Hard work from the post players, especially SAS tournament MVP David Small, and efficient execution of their plays lead them to a 66-57 win and third place honors. Despite the lack of gold medals, all remarked on the driven yet understanding leadership of SAS coaches Mike Norman, Will Norris, Chad Brekke and Rick Bisset, as well as the sterling support from parents and families. The supportive SAS tradition impressed all the other schools and made both players and families proud to be Eagles.



### 2006 – 2007 SCHOOL FEES FOR SECOND SEMESTER AND STUDENT WITHDRAWAL REMINDER

The 2006-2007 second semester invoices were sent to all SAS families and employers as of October 16, 2006. If you or your employer have not received the second semester invoice, please contact Debra Chee at 6360-6324 or Bency Chua at 6360-6347 at your earliest convenience to request a copy of the invoice. The due date for payment of the second semester invoices is **December 1, 2006**, so please ensure that you have arranged for payment before Winter Break. All outstanding school fees must be paid before January 9, 2007 in order for students to attend school for the second semester and in order for high school students to be eligible to participate in Interim Semester.

If your family is planning to withdraw from SAS, please note that you must officially withdraw in writing to the SAS Admission's office at _sasinfo@sas.edu.sg_. Please ensure that SAS receives your withdrawal request as soon as possible so that we can arrange for final, official school records before you depart. Official school student records will be available at the division office in which your child is enrolled.

**Community Service**

## SAS Hosts Dr. Jane Goodall on Pulau Ubin

**...continued from page 1 (cover page)**



SAVE, ECO and Greenfinger's members with other volunteers gathered early before heading to Changi for the great day.



Students on board the ferry carried props to enhance the Sensory Trail.

Dr. Goodall, or Dr. Jane as she prefers, was in Singapore by request of Education Minister, Mr. Tharman Shanmugaratnam. She spoke to local secondary and junior college teachers and students about the Roots & Shoots program with the hopes of establishing many groups here. SAS has been a Roots & Shoots member since 2000 thanks to the encouragement of Mr. Richard Hartung, an SAS parent whose daughter Kimberly was an active member of both ECO and SAVE Clubs. The three themes of Roots & Shoots- Care and Concern for Animals, for People and for the Environment fit perfectly with our clubs.



Steve Early, Ellen Wuest and Nikita Sahgal help Muliana from SAVH onto the ferry.

We decided that we would invite her to join us for a walk on Pulau Ubin with our visually handicapped friends from the Singapore Association of the Visually Handicapped (SAVH) to tour our award winning Sensory Trail which is part of the National Parks Board Adopt-A-Park program. Launched in 2000, the trail was developed by SAS students in collaboration with our visually impaired friends. Students researched plants which were appealing to the senses and signs were made in both Braille and English. Since 1996, our clubs have been coming to the Sensory Trail about 5 times a year with SAVH, with all the trips, including this special day, fully funded through the hard work of the SAVE Club. The Sensory Trail has been a place of great learning for our



Serena Ng from SAVH steps ashore on Pulau Ubin, helped by SAS volunteers.



Dr. Goodall and Mr. Richard Hartung (left) are welcomed by SAS students and teachers.



Sang Hoon Lee, Devin Hardee, Jamie Shah teaching about Pomelo.

community, not just due to our greater understanding of the local plants and animals we encounter. On a deeper level, our visually impaired friends have taught us how to enjoy nature more richly through the use of our other senses and to value the experiences of our friends who live courageous and independent lives, despite their loss of sight.

Dr. Jane has a special affinity or closeness to people with disabilities which she shared in her opening remarks with us. She always carries a chimpanzee stuffed animal with her on her travels. She related the story of this monkey, which was a gift from a friend named Gary Haun. Gary lost his sight as a young man in the US Marines but he was determined to live a full life.  In addition to taking up scuba diving and cross country skiing, Gary decided he wanted to be a magician.  He worked very hard at this and he became an excellent magician.    He gave Dr. Jane a chimpanzee, her "Mr. H", stuffed animal as a gift and told her, "If a blind man can do magic, you can change the world." She keeps Mr. H with her to remind her of Gary's inspiration and she welcomes people to pet the monkey to share in the message! We all did!



Roots and Shoots - SAS teachers with Dr. Goodall.
L-R: Zeeb McNicol (Greenfinger's Garden Club), Steve Early (SAVE co-sponsor), Dr. Goodall, Martha Began (SAVE co-sponsor), Kate Thome (ECO Club co-sponsor).
Missing: Lisa Pizzi (ECO Club co-sponsor).

We had a taste of Dr. Jane's magic when she told us that her plan was to walk the Sensory Trail blindfolded! She promptly put on a red bandana and began her tour of the trail. We were all more than impressed, we were transformed! Students were at various stations to share information or to offer a taste of a food to Dr. Jane and her Jane Goodall Institute Board members, Kang Phee Boon, Kelly Kok and Richard Hartung. All the guests from eight local schools and friends from the nature conservation community also enjoyed touring the Sensory Trail. All of our participants, almost 300, then convened at the trail end for a longer talk with Dr. Jane and then shared a local lunch.



Dr. Goodall with MS ECO Club students.
L-R: Ji Soo Lee, Corinne Weber, Kalli McCoy, Dita Mahmoud, Dr. Goodall, Tan Kabra, Athelia Paulli, Matt McDermott, Matthew Rees, Robyn Barret, Melissa and Brendan Stewart.



Dr. Goodall being guided by Lars Crawford, SAVE Club member, Martha Began and Kelly Kok (Jane Goodall Institute - Taiwan) in background.

Our time with Dr. Jane was an incredible gift. She is an amazing teacher and communicator. Her act of covering her eyes touched all of us. By example she showed us how much we can learn when we seek a different perspective.  She planted many seeds during her time with us and in Singapore. SAS's Roots & Shoots will be very involved to help the program to grow locally with interested Singapore local and international schools beginning with a workshop hosted by SAVE at SAS in January. We invite you to join us in our efforts!

Community Service

**Community Service**

# Primary Students Learn Values While Doing Community Service

*By Robyn Schwarz, Kindergarten Teacher*


Robin Schwartz's Kindergarten class visiting the Adventist Rehabilitation Center.

*O*ne of the strategic objectives of the Singapore American School is to provide ongoing, sacrificial community service to those in need of help. Our Primary division has adopted the Adventist Rehabilitation Center as our focus organization and, in particular, we provide therapy and friendship to clients who have suffered from the effects of strokes. Most of our friends are elderly and Chinese; however, age and language are no barrier when it comes to providing movement, songs and smiles. The treatments at the center are intended to enable most of the patients to become independent and enjoy a better quality of life.



Students at the Singapore American School are learning about five essential character traits; respect, compassion, responsibility, honesty, and fairness. Visiting the ARC allows the students to put this learning into action. Respect and compassion are exemplified during student visits to the ARC. Being compassionate means understanding and caring about someone and wanting to help. The students help the patients by their interactions with them through songs and movement activities, while offering friendship and an abundance of happy smiles. Through prior learning, specifically reading the book "*Now One Foot, Now the Other*" by Tomie dePaola, the students are aware of the disabilities some of the patients have due to strokes. The students are thoughtful and considerate in their interactions. Respect is an attitude of honoring people and caring about their rights. Being respectful is seen in the way we treat others, the way we speak and the way we treat belongings. Students' interpersonal skills are greatly enhanced through this opportunity because they are applying their learning and seeing the impact they have on people. We often get what we give and the patients at ARC are able to give back to our students through their smiles and appreciation.


Friendship has no boundaries.

# Kids Helping Kids

*By Brian Keith Jackson, Middle School Student*

*P*eer Counsel is a Middle School club that was created to help all students, new and old, feel welcome and comfortable at SAS. Trained Middle School helpers are there to listen and assist students in finding positive ways to resolve personal issues. So to speak, we are kids helping kids. We believe that, if kids are comfortable in school and happy with themselves, they will be better able to concentrate on studying and being the best people they can be.

Training for Peer Counsel members started in September. While in training, we learned many new skills such as how to be active listeners, how to ask open-ended questions, and how to help students work through their own personal 'vultures'. Vultures are negative comments or thought patterns that eat away at our self esteem. We, as Peer Counsel members, hope to scare away all of the vultures in the Middle School.

Our motto, created by 7th grade member Ariel Sorley, is Turn That Frown Upside Down. We all know that smiling is contagious and the Peer Counsel hopes to make our SAS Middle School an amazing place to be!

As part of our ongoing efforts, we will be actively involved in new student orientation and many other aspects of school life. It is also important to note that this program is an excellent link to the High School Peer Support. After all, it is never too early to develop our helping skills. For more information, please contact any of the Middle School members, or our faculty advisors, Mr. Swarstad and Ms. Morris.

# Tabitha Founder Inspires Fifth Graders

**By Lynn Arnold, Fifth Grade Teacher**



**E**nvision the task of walking several miles to a well, standing in a long line in order to get water. Now, picture *hauling* enough water for your *entire family* over that same distance. Think of what it must be like to live in a house with no running water and no kitchen. What would it be like to watch that same simple house get completely flooded and washed away during the rainy season? Imagine how it would feel to not be able to ever get dry during the wet period? What does it feel like to have to save money for two or three MONTHS, just to have enough to buy something as basic as a plate, pot, or towel?

These are just a few of the issues Janne Ritskes, founder of Tabitha Cambodia, brought to the attention of the entire fifth grade class earlier this month. As a picture speaks a thousand words, Ms. Ritskes came armed with photographs and a brief student created video about house building. These illustrations focused on the lack of basic needs faced by others.

The task of eradicating poverty is an ominous one, yet Ms. Ritskes sends a strong message: we all have the ability to make a difference right where we are. Since Tabitha was founded, hundreds of thousands of people in Cambodia have greatly improved lives. Those teachers, students, and families at SAS who have been fortunate enough to go on house building trips, can attest to that as they witnessed firsthand how Tabitha has impacted a nation, one family at a time. Indeed, this global citizen serves as a living testimony to the power of setting goals and watching dreams become reality. She continues to model the "power of one" for each of us.



The tireless Ritskes completed her time with a question and answer session with the eager ten year olds. Her discussion launched the annual fifth grade fundraiser, going now through December 13. Each student has been challenged to raise $100 to meet the grade level goal of earning $20,000 for Tabitha. (For those in the SAS community who would like to contribute to this worthy cause in the spirit of the holidays, find a fifth grade student or teacher before December 13 to make a donation!)

It is often stated that children are the future. In fifth grade, we happen to think they are also the *present*. Janne Ritskes knows they are.

Good luck, fifth graders! We know you can do it!!!

*For more information about Tabitha, see* **www.tabithasingapore.com**

## SCHOOL CALENDAR FOR 2007-2008

The calendar for the 2007-2008 school year was recently approved by the Board of Governors. Open House will be held on Saturday, August 11, 2007 prior to the first day of school on Monday, August 13, 2007. The winter holiday break will begin December 20, 2007. The second semester will begin Monday, January 14, 2008 and the last day of school will be Friday, June 6, 2008. Next year's calendar includes a one week fall break in October and one week spring break in March. A copy of the 2007-2008 calendar is included as and insert in this issue of Newsflash.

Community Service

**Community Service**

# Sunday Computer Classes + Migrant Workers = LOTS OF SMILES!
By Linda Clarke, MW Computer Coordinator



SAS Faculty and Student Volunteer Migrant Worker teachers

*"Imagine a classroom where all students are highly motivated to learn. They enter each lesson with big smiles on their faces. They are polite and thoughtful and delighted with whatever you teach them. Although they struggle sometimes, they persevere with good grace and, in the end, are pleased with their progress. You have just had a taste of what teaching the migrant workers to use computers is like."*

This is a description from Audrey Forgeron, one of ten SAS teachers who just completed a ten-hour course with the popular Sunday computer classes offered to 205 migrant workers. Started in the fall of 2000 as the Computer and Business Applied Technology Department's service project, it has grown from about 70 students taught by the Department's teachers using 4 high school computer labs to the present level of over 200 enrollees (with many being turned away!) using 10 computer labs throughout the campus and instructed by 10 teachers from all divisions! Reinforcing those teachers are 24 high school students who regularly give two hours on alternate Sundays to encourage and assist during the lessons.

Classes start at an introductory level learning the basics of the desktop and Word. The third lesson is tense as 88 people try to set up an email account in one afternoon! Level II reviews the basics and goes a bit further into Word options as well as a glimpse into Excel. Level III continues to refine the use of Word with the classes bringing in their favorite recipe to contribute to a Level III cookbook including photos. Level IV (this past term had 24 students with only two people absent one Sunday) goes into greeting card design and how to use Photo Shop. However, if someone has a question on any topic, AP physics teacher Ian Page will answer the query and change the lesson plans as needed.

The success of this program has been a result of cooperation at every level of the school. All moneys collected are donated in full to the Commission of Migrant and Itinerant Workers. This Commission sets up and runs skill centers around the island specifically for foreign maids to improve their employable skills. The security guards are extra busy on Sundays as they must check passes to confirm admission to campus. And registration Sunday has seen hopeful students lining up as early as 5:30 a.m.! The IT Department has thankfully supplied at least one technician per Sunday to help when there are computer glitches. The bookroom runs off lots of papers so that each student can have a folder to refer to outside of class. The computer lab regular teachers graciously allow another teacher to use their facility. Having the use of air con in certain labs across three of our four schools also has to be planned. A small simple program started in the high school has evolved into one huge project supported by many pieces of our entire school. But the smiles on the workers' faces and the confidence shown at the graduation ceremony makes everything worthwhile.

The winter term will have registration in mid-January. Keep an eye on the SAS home page for the specific date and registration details.



Mae Anderson with daughter Sophie. They are choosing what to spend their golden coins on at the Fairy Tale Cafe.



Brendan Barnes and his mother, Karen

Wesley Kochpatcharin(child), Danchai Kochpatchrin(father), Cynthia Chung(mother)

# Primary Division's "Once Upon a Family Math Night"

## By David Hoss, Primary School Principal



Josie Wiklund and her mother, Carrie

The Primary Division hosted three special "Once Upon a Family Math Night" evenings which were led by the grade level teachers in Kindergarten, 1st and 2nd Grade. The students and parents were welcomed into the elementary theater and then ushered back to their respective classrooms. There, the students introduced their parents to a set of six different mathematical games which were based on different mathematical strands within the curriculum, (Number Sense & Numeration, Operations, Data Management & Probability, Patterning, Measurement and Geometry).

These activities were designed for use at the specific grade levels and included detailed directions, suggestions for playing them at home, as well as information on how to make the games more challenging. Take home packages with all of the game information were also provided to each family that attended.

Carter Ware and Kimberly Ware (mom) from Math Night.

It was a really enjoyable evening for everyone involved and the next day teachers received many positive comments about the excitement it generated within their child.

Thanks to all those parents who attended with their child.

Alexander Lem with parents Norman and May



Brandon Zitur with his dad, Tim. They are estimating the weight of "magic marbles", recording their estimates, and then using a spring scale to check their estimates.

Kindergartner Jared Plotner is playing "Royalty on the Hotline" with his parents.

Oscar Rasin and his father, Steve



# HS Class Murals
### By Maya Shanker, High School Art Student

*A*s part of the plan to increase school spirit this year, the high school student councils had the visual arts department recommend a few students to represent their respective classes in painting commemorative murals. Each of the four teams of artists was given a four-by-six feet plywood board and instructions to illustrate SAS activities and Singapore culture.

All of the mural artists liked the idea of art as a spirit activity. "I think it's good. Finally artists are getting more recognized, and the art program is definitely getting bigger," junior Chao Dou said.

The mural project posed several challenges to the artists who had to balance 'mural time' with regular art coursework and art club responsibilities. Organizing design ideas onto such a large board was also difficult, and many different ideas were explored before the artists embarked on the project. "We had a good idea, but it was hard to actually execute the design and make it a reality," said junior Eli Stanton.

Students who worked on the murals generally enjoyed bonding late in the afternoon over house paint – all the while getting inevitably messy, to say the least. Everyone stayed energized with the help of snacks and upbeat music playing in the art room. "Doing the mural, I got to know artists that from other grades. It also made me think more about the class of 2007, since that was what our mural had to represent," senior Jiye Kim added.



A couple of weeks and several paint-smattered pairs of pants later, the murals were finally finished and the artists heaved a collective sigh. The final result was four very different and unique murals; a mannequin, IASAS medals, psychedelic people, and a prickly durian were some of the images painted onto the boards. Everyone, myself included, felt that the hard work had really paid off.

The murals will be installed near the HS library and foyer area, so check them out and support the high school artists!



## JENNIFER CHIA – ADMISSIONS ASSISTANT MOVING ON



We say goodbye this month to Admissions Assistant, Jennifer Chia, who has welcomed new families to SAS for over six years. Since 2001 she has helped prospective students and their parents navigate through the admissions process at SAS, ensuring things go smoothly from their first visit, until they arrive at SAS for orientation and the first day of school. Jennifer has worked at SAS for almost a decade, starting in the High School Counseling office in 1998 and moving to Admissions in 2001.

Director of Admissions, Laurie Thompson, says that "Jennifer has been an outstanding worker. She is a perfectionist and it will be a challenge to adjust to having her gone." Jennifer's last day of work was December 8th. She will be moving to Australia with her husband and three children.

# Ninth Annual South East Asia Honor Band Festival
By Brian White, MS Band Director and Brian Hill, HS Band Director









One of the highlights of the year for band students at SAS is the South East Asia Honor Band Festival. This year, thirty talented musicians were selected to represent SAS; eight middle school students, eight freshman and sophomores and fourteen juniors and seniors. The festival was hosted by Hong Kong International School and took place from November 9-12th.

Students arrived in Hong Kong on Thursday afternoon and spent the evening taking in the views at "Victoria Peak." The next day our students spent six hours in rehearsals alongside students from fifteen other international schools. Middle school students rehearsed with acclaimed composer and arranger Bruce Pearson, author of the band method book "Standard of Excellence," used by millions of band students around the world. The freshman and sophomores worked with Dr.Gerald King from the University of British Columbia and the juniors and seniors with the noted conductor John Lynch from the University of Kansas.

Friday evening, the students had the chance to shop and have a relaxing evening at Stanley Market. The following morning saw the students in rehearsal again for four hours and then it was off to the historic City Hall where they prepared for the evenings concerts. The students played exceptionally well and the audience was appreciative of their hard work. One of the highlights of this event is that each group had the opportunity to sit in the audience at this beautiful venue and listen to each of the other honor bands perform.

All in all it was a wonderful experience for everyone involved.

The student participants are:
**Middle School -** Daniel Burtch, Rauson Clower, Min Jae Kim, Hank Mendoza, Tamami Niwa, Jennie Park, Lindsey Witte, Jimmy Yoon

**Freshman / Sophmore -** Noo Ree Kang, Allen Koh, Michael Jeong, Jae Hur, Alex Hoffer, Sophia Tinger, Judy Kim, Mitch Hulse

**Junior / Senior -** Hye-Sung Ahn, Mariko Thomas, Sang Ho Lee, Sunny Han, Hahneol Chung, Jun Hyung Oh, Azhani Amiruddin, Robert Rathvon, Kaitlyn Newlin, Max Lian, Andrew Szombathy, Doogie Momberger, Tiffany Cheng and Michael Bond

# Association of Music in International Schools (AMIS)
## International Honors Band and Orchestra

Recently, seven SAS Middle School students were selected to participate in the Junior International Honor Orchestra performing in Beijing in February. Middle School cellist Lena Jung, along with violinists Kristyn Chong, Lauren Jung, Jessica Lin, Irene Tung, Preeti Varathan, Yoon Ku Kang and bassist Avery Lim were selected after submitting audition recordings. Kristyn Chong was given lead second violin while Avery Lim is leading the bass section. Leadership positions are additional honors. We wish them well as they prepare for their performance in February.

*The Singapore American School PTA presents*



*The Gala Wine Dinner*

*A sparkling evening of wine, food and friends*



*February 10, 2007*

*The Regent Hotel*

*Singapore*

*6:30 p.m.*

*$150 per person*

Selected Wine Tasting    Four Course Gourmet Dinner    Silent Auction

Tickets on sale January 17th

*We appreciate our major sponsors,*

*Santa Fe Relocation Services and Eastern Carpets*