# EXHIBIT B



Main Page | Welcome! | Registration | Conference Information | Inquiries | Contact Information
Packing Suggestions | Photos | Reflections

# GIN @ JIS

## History of Global Issues Network

**MISSION**
To empower young people to collaborate locally, regionally and globally in order to create sustainable solutions for global issues.

**OBJECTIVES**
To form satellite networks of international schools to partake in ongoing communication and collaboration in educating themselves and assuming
leadership roles to formulate probable steps toward solving global issues.

**GIN's STUDENT-FOCUSED OBJECTIVES**

- INFORM:  provide resources for students to learn about global issues
- INSPIRE:  coordinate events that motivate students to act on global issues
- EQUIP:  train students with the necessary skills and tools to tackle global issues
- ACT:  encourage and facilitate collaborative and sustainable action on global issues

**GIN's EDUCATOR-FOCUSED OBJECTIVES**

- INFORM:  provide resources for educators to learn about global issues education
- INSPIRE:  coordinate events that motivate educators to act on global issues education
- EQUIP:  train educators with the necessary skills and tools to tackle global issues education
- ACT:  encourage and facilitate collaborative and sustainable action on global issues education

**FRAMEWORK**
GIN is predominantly based upon the principles of Jean-François Rischard, former World Bank Vice President for Europe, described in his book *High Noon: 20 Global Problems, 20 Years to Solve Them.*

**High Noon:** Mr. Rischard describes exponential changes that are creating immense and unprecedented global issues. Because existing institutions cannot adequately respond to fast emerging global issues, alternative measures are necessary before it is too late. He offers the concept of 'global issues networks', containing experts in relevant fields as a means of addressing these problems through the community of international schools. The international schools movement demonstrates the characteristics of the global

*networks described by Mr. Rischard: coordinating the efforts of independent entities around the world toward a common goal—a sustainable future.*

## SIGNIFICANCE

Global Issues Conference is an opportune platform for students to recognize their roles as global citizens through knowledge enrichment,
communication, and collaboration with their counterparts. Students undertake challenging leadership roles as they realize the exigency of
the matter and their unequivocal role in solving global issues.

## TIMELINE OF GIN'S DEVELOPMENT

- **Spring 2003**:
   A group of educators at the International School of Luxembourg (ISL) formulated ideas about forming a Global Issues Network (GIN).
- **November 2003**: The first GIN conference was help at ISL with representatives from five other international schools.
- **Subsequent Conferences in Europe**
    - Annual Global Issues Conference: Luxembourg (2006, 2007, 2010), Germany (2008), Switzerland (2009, 2011)
- **Development of EARCOS GIN Conferences**
    - WAB Beijing (2008), ISB Bangkok (2009), HIS Hong Kong (2010), JIS Jakarta (2011), ISM Manila (2012)
- **November 9-11, 2012**: EARCOS GIN conference at SAS/UWCSEA East Singapore (GINSING)
- **GIN Global:** GIN Conferences now run annually in Europe, Asia, Africa, North American, Central and South American, the Middle East.  Visit http://www.global-issues-network.org/  to learn more about GIN Global.
- **February 14-15, 2014:** EARCOS Middle School GIN Conference at Jakarta International School, Indonesia

Sign in  |  Recent Site Activity  |  Report Abuse  |  Print Page  |  Powered By  **Google Sites**