EXHIBIT E



# LaunchByte Announces Donation to New Technology Wing at South Boston Public School

PRESS RELEASE PR Newswire (/author/pr-newswire)

May. 24, 2018, 04:16 PM

BOSTON, May 24, 2018 /PRNewswire/ -- **LaunchByte (https://www.launchbyte.io/)**, an execution focused investment firm and startup hub with a strong focus on helping founders develop their technology vision, sponsored its first Entrepreneur Workshop for students at Excel High School in South Boston today. LaunchByte announced a $41,000 contribution to Boston public schools, which will be used toward a new technology wing at Excel High School.

Throughout the interactive event for high school students, LaunchByte Founder and CEO Tan Kabra promoted work-based learning and provided practical

advice for starting a technology company. He also joined a panel of judges for the student competition portion of the event.

Tasked with brainstorming and designing concepts for a mobile application, students collaborated and pitched their ideas to the judging panel. The winning team will have their application fully designed by the LaunchByte team — a $25,000 prize.

"I am astonished by the potential and drive of the students I met with today, they are our next generation of entrepreneurs and innovators," said Tan Kabra, Founder and CEO of LaunchByte. "I cannot think of a better investment than providing resources to nurture their creativity, technology prowess and budding careers. The Kabra Center of Technology at Excel High School will facilitate and accelerate student success for years to come."

Development of the Kabra Center of Technology will begin immediately with initial donations of iMac computers, software and other tech-related items.

"Our partnership with LaunchByte helps introduce entrepreneurship and innovation to our students in an exciting way," said Renee McCall,

Headmaster at Excel High School. "Today's event provided an extraordinary opportunity for our students to dream and create with expert advice and support. We are grateful for Mr. Kabra's commitment to our young people, and for his willingness to invest in their futures. In addition, the development of the Kabra Center for Technology will open doors for countless students to come that will prepare them for college, careers, and life."

LaunchByte will continue to regularly mentor students and host business and technology workshops at the high school.

### About LaunchByte

Founded in 2015 by Tan Kabra, LaunchByte is a unique startup hub that focuses on product design, development, and marketing to help seed-stage startups, growth-stage entrepreneurs, and corporations succeed. Kabra built a team of serial entrepreneurs who along with extensive industry knowledge have a combined 500M+ in exits. LaunchByte is part startup incubator and part micro-fund, utilizing a proprietary Reverse Angel Fund™ method. Within 3 years, LaunchByte has enabled more than 86% of their portfolio (30+ companies) to build stellar products, raise their next round

and even begin generating substantial revenue. To learn more about LaunchByte, visit **www.LaunchByte.io (http://www.launchbyte.io/)**.

View original content:**http://www.prnewswire.com/news-releases/launchbyte-announces-donation-to-new-technology-wing-at-south-boston-public-school-300654716.html (http://www.prnewswire.com/news-releases/launchbyte-announces-donation-to-new-technology-wing-at-south-boston-public-school-300654716.html)**

SOURCE LaunchByte

Markets Insider and Business Insider Editorial Teams were not involved in the creation of this post.

Sponsored Video by: **Fidelity** INVESTMENTS ✕

**Discover Fidelity Managed Account Xchange$^{SM}$ (FMAX)**

Learn More

Video by Dianomi

### Sponsored Financial Content Dianomi



7 Retirement Income Strategies

7 Mistakes You'll Make...

We're "All In" on This One Stock





Join the VCs that invested in Lemonade — before the IPO

OurCrowd

2H 2021 Market Outlook

iCapital Network









Reliable Dividend Stocks To Own in Retirement [7 Free Picks]

MarketBeat.com

7 Mistakes You'll Make When Hiring a Financial Advisor

smartasset

9 Strange Things Millionaires Do With Their Money (But We Don't)

The Penny Hoarder





55 or older? Read our expert guide to 6 sources of retirement income

Motley Fool Wealth Management

0% Intro APR on balance transfers & purchases for 18 months

Citi® Diamond Preferred® Card







Find An Trading Platform With Automated Investing Options

NerdWallet

Tax-Efficient Investing

Charles Schwab

Rare "All In" Buy Alert. We're "All In" on This One Stock.

The Motley Fool



### Your Market View

| NAME | PRICE | +/- |
|------|-------|-----|
| TSLA (/stocks/tsla-stock) | 732.50 | -18.59 |
| AAPL (/stocks/aapl-stock) | 148.67 | -5.10 |

| NAME | PRICE | +/- |
|------|-------|-----|
| ◢ MSFT (/stocks/msft-stock) | 295.22 | -1.54 |
| ◣ NFLX (/stocks/nflx-stock) | 598.50 | 1.18 |

## VIDEOS

Powered by **[primis]**

New Blockchain Platform Merges NFTs and Music Rights



## SPONSORED FINANCIAL CONTENT


**The Worst Way to Withdraw From Retirement Accounts**
smartasset


**The Definitive Guide to Retirement for $500k+ Portfolios**
Fisher Investments


**Legend Who Bought Amazon at $48 Says Buy TaaS Now**
Empire Financial Research


**Motley Fool Issues Rare "All In" Buy Alert**
The Motley Fool


**Buy and hold this 'stock' by Sept 27 to receive 12 Dividends Per Year**
Investors Alley

## Find News

NEWS (/NEWS) ›

Search Text          **GO**



 (http://www.twitter.com/business) f (http://www.facebook.com/BusinessInsider.Finance)

**SEE ALSO:**

S&P500 Stocks: ALL (/index/components/s&p_500) 0-9
(/index/components/s&p_500/0-9) a
(/index/components/s&p_500/a) b (/index/components/s&p_500/b) c
(/index/components/s&p_500/c) d (/index/components/s&p_500/d) e
(/index/components/s&p_500/e) f (/index/components/s&p_500/f) g
(/index/components/s&p_500/g) h (/index/components/s&p_500/h) i
(/index/components/s&p_500/i) j (/index/components/s&p_500/j) k
(/index/components/s&p_500/k) l (/index/components/s&p_500/l) m
(/index/components/s&p_500/m) n (/index/components/s&p_500/n)
o (/index/components/s&p_500/o) p (/index/components/s&p_500/p)
q (/index/components/s&p_500/q) r (/index/components/s&p_500/r)
s (/index/components/s&p_500/s) t (/index/components/s&p_500/t)
u (/index/components/s&p_500/u) v (/index/components/s&p_500/v)
w (/index/components/s&p_500/w) x
(/index/components/s&p_500/x) y (/index/components/s&p_500/y) z
(/index/components/s&p_500/z)

Dow Jones (/index/dow_jones) Gold Price (/commodities/gold-price)
Oil Price (/commodities/oil-price?type=wti) EURO DOLLAR
(/currencies/eur-usd) CAD USD (/currencies/usd-cad) PESO USD
(/currencies/usd-mxn) POUND USD (/currencies/gbp-usd) USD INR
(/currencies/usd-inr) Bitcoin Price (/currencies/btc-usd) Currency
Converter (/currency-converter) Exchange Rates (/currencies) Realtime
Quotes (/index/realtime-chart) Premarket (/premarket) Google Stock
(/stocks/goog-stock) Apple Stock (/stocks/aapl-stock) Facebook Stock
(/stocks/fb-stock) Amazon Stock (/stocks/amzn-stock) Tesla Stock
(/stocks/tsla-stock)

* © 2021 Insider Inc. and finanzen.net
(https://www.finanzen.net/impressum) GmbH (Imprint). All rights
reserved. Registration on or use of this site constitutes acceptance of
our Terms of Service (http://www.businessinsider.com/terms) and
Privacy Policy (https://www.insider-inc.com/privacy-policy#ccpa).
Disclaimer (http://www.businessinsider.com/terms) | Accessibility
Statement (https://www.insider-inc.com/accessibility) | Commerce
Policy (http://www.businessinsider.com/commerce-on-business-
insider) | Made In NYC (http://nytm.org/made) | Stock quotes by
finanzen.net (https://www.finanzen.net/)

Need help? Contact us! (/contact)