# EXHIBIT A



Subscribe

Facts + Context = Clarity. Don't settle for anything less than responsible journalism. Subscribe today.

Advertisement

Weather

# Power outages reported as severe thunderstorms sweep through Massachusetts

Updated: Aug. 13, 2021, 6:33 a.m. | Published: Aug. 12, 2021, 7:30 p.m.



Map of power outages in Massachusetts on Aug. 22, 2019. (Massachusetts Emergency Management Agency)

By **Noah R. Bombard | nbombard@masslive.com**

*UPDATE: As of Friday morning, power in most areas has been restored.*

Severe thunderstorms sweeping across Massachusetts have caused some isolated power outages.

As of 7:20 p.m., the Massachusetts Emergency Management Agency was reporting more than 22,000 customers were impacted with high concentrations in Westfield, Westhampton, Southampton, Easthampton and Montgomery.

Twitter users were posting about storm damage in Chicopee and Wilbraham and Northampton.

Advertisement

The National Weather Service was tracking strong thunderstorms along a line running from Franklin to Rhode Island. The storm was moving east at about 40 mph.

The service issued a severe thunderstorm warning for areas of Southeastern Middlesex, Southeastern Worcester and Western Norfolk counties. The National Weather Service reported the storms had been weakening, however, and the warning was allowed to expire.

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.



Registration on or use of this site constitutes acceptance of our User Agreement, Privacy Policy and Cookie Statement, and Your California Privacy Rights (User



Privacy Policy and Cookie Statement, and Your California Privacy Rights (User Agreement updated 1/1/21. Privacy Policy and Cookie Statement updated 5/1/2021).

Cookies Settings

© 2021 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

Ad Choices