# EXHIBIT B

To: Steven K Probation

iMessage
Thu, Aug 12, 9:08 PM

> Hi sir. The generators have kicked in and my car has been called up. I'll be home soon

Ok thanks for giving me a heads up.

> Hi sir. Got the car heading back now. I appreciate the understanding.

What time will you be home?

> Sir I've already left finally and given quite a chastising to the individual who is responsible for that. I apologize, it should be 33 minutes at the latest. As you may see, I am on the way. My attorneys have been informed and we can provide the appropriate documentation as needed.

> I am now only 19 minutes from my place.

> And I've already arranged for my service dog to be brought outside so that I do not need additional time.

> Hi sir I arrived home

Ok thanks





To: Steven K Probation



Fri, Aug 13, 8:46 AM

Good morning sir, what's the best email address for you? I'd like to put last night's delay in a formal communication along with the supporting files if / as needed. Thank you

Steven_Killelea@map.uscourts.gov

Be sure to copy Erin.

Will do, thank you.

Fri, Aug 13, 10:05 PM

I'm getting an alert from your bracelet. What's up?

Hey, not sure what you mean I'm in bed watching TV

Happy to FaceTime you if you need

