EXHIBIT C

We are OPEN at all brick-and-mortar studios!! Book your next class here.

## South Boston 



| 6:50 PM | | Justin Bieber Ride |
| --- | --- | --- |
| 45 min. | | Jess Duhaime |
| South Boston | | South Boston |

Cookie Settings


Powered by
MARIANA TEK

**RESERVE**
YOUR BIKE

4:03 

◀ Search



# Reservation History

**6:50 PM**



Tuesday, August 31, 2021

Justin Bieber Ride

Jess Duhaime

South Boston

45 min.

[ Checked In - Spot 7 ]

**5:45 PM**       Wednesday, August 25, 2021