# EXHIBIT D

We are OPEN at all brick-and-mortar studios!! Book your next class here.

# LOCATIONS



Located in South Boston steps away from the Broadway Station

141 Dorchester Ave, Boston, MA 02127

LEARN MORE



RESERVE
YOUR BIKE



# Fenway

**Located on Boylston Street right across from Fenway Park**

**1336 Boylston St. Boston, MA 02215**

**LEARN MORE**



# North Station

**Located on Canal St, just a few steps away from North Station and the TD Garden**

**101 Canal St. Boston, MA 02114**

**LEARN MORE**



**RESERVE**
YOUR BIKE

# Harvard Square

**Located on Massachusetts Avenue between Central Square and Harvard Square**

**1030 Mass Ave, Cambridge, MA 02138**

LEARN MORE

RESERVE YOUR BIKE

# Back Bay

Located in the Prudential Center, in the heart of Boston's Back Bay.

800 Boylston Street STE 013

LEARN MORE



RESERVE
YOUR BIKE