# EXHIBIT E

OPEN TUESDAY THROUGH SUNDAY FOR INDOOR & PATIO DINING ✕

ABOUT (/ABOUT)     MENU     HOURS (/HOURS)

RESERVATIONS (/RESERVATIONS)     EVENTS (/EVENTS)





615 EAST BROADWAY, SOUTH BOSTON, MA 02127

(617) 269-1001 (tel:+16172691001)

(http

*Copyright 2019 Gray's Hall. All rights reserved*.