# EXHIBIT F


Yesterday 8:57 PM

> Hi Erin, just wanted to let you know I'm accidentally running a few mins late for 915 today – my evening spin class started late and I had to park somewhere far away. I'm working on getting home ASAP. Thank you

> Hope your vacation was good btw!

> I am home