**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 19-cr-10335 |
| | ) | |
| TANMAYA KABRA, | ) | |
| | ) | |
| Defendant. | ) | |

## ASSENTED TO MOTION TO SUPPLEMENT TANMAYA KABRA'S SENTENCING MEMORANDUM EXHIBITS

Defendant Tanmaya Kabra ("Mr. Kabra") respectfully requests leave to supplement Exh. I and Exh. V of his Sentencing Memorandum filed under seal on September 13, 2021.  Mr. Kabra received additional letters evidencing his charitable work and character on September 14, 2021 and, therefore, was unable to include the letters in his prior submission.  Leave should be granted because this information is relevant for the Court to understand Mr. Kabra's character and the way he has impacted the community around him.

Counsel for the Government, Assistant U.S. Attorney Christopher Looney, has assented to the requested relief.

Accordingly, Mr. Kabra seeks to supplement Exhibits I and V to his Sentencing Memorandum with this newly received material in support of his character and commitment to charitable work.

1

Respectfully submitted,

TANMAYA KABRA


By his attorneys,

/s/ Michael J. Connolly
Michael J. Connolly
Julianna Malogolowkin
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
mconnolly@hinckleyallen.com
jmalogolowkin@hinckleyallen.com
Tel. (617) 345-9000
Fax (617) 345-9020

Dated: September 15, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 15, 2021.

/s/ Michael J. Connolly
Michael J. Connolly

2