IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) v. ) ) TANMAYA KABRA, ) ) Defendant. ) ) | Criminal Action No. 19-cr-10335 |

### TANMAYA KABRA'S NOTICE OF WITHDRAWAL OF EMERGENCY MOTION SEEKING AN ORDER REQUIRING THE BUREAU OF PRISONS TO ARRANGE A CALL BETWEEN MR. KABRA AND HIS ATTORNEYS

Defendant Tanmaya Kabra, by and through his undersigned attorneys, respectfully withdraws the motion requesting this Court to order the Bureau of Prisons to promptly arrange a phone call between Mr. Kabra and his undersigned attorneys, filed with this Court on March 4, 2022.

As grounds therefore, Defendant's undersigned counsel states that undersigned counsel has been in contact with Defendant's case manager, and has arranged a call with Defendant for March 8, 2022.

WHEREFORE, Defendant respectfully withdraws the motion filed with this Court on March 4, 2022.

        Respectfully submitted,

        TANMAYA KABRA

        By his attorneys,

        /s/ *Michael J. Connolly*
        Michael J. Connolly, BBO#638611
        Julianna Malogolowkin, BBO#693320
        HINCKLEY, ALLEN & SNYDER LLP
        28 State Street
        Boston, MA 02109
        mconnolly@hinckleyallen.com
        jmalogolowkin@hinckleyallen.com
        Tel. (617) 345-9000
        Fax (617) 345-9020

Dated: March 8, 2022

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 8, 2022.

        /s/ *Michael J. Connolly*
        Michael J. Connolly